| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Walker County Hospital Corporation, d/b/a Huntsville Memorial Hospital | ☑ Check if this is an amended filing |
| United States Bankruptcy Court for the:   Southern District of Texas | |
| Case Number (If known):   19-36300 | |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | CAVALIER HEALTH SERVICES LLC  7105 OLD KATY RD APT 3101  HOUSTON, TX  77024 | CONTACT: DAVID CAVALIER, PRESIDENT  PHONE: 703-872-7520  FAX: 703-997-2395  INFO@CAVALIERHOMEHEALTH.COM | LITIGATION | C, U, D | | | $4,558,546.63 |
| 2 | WALKER COUNTY HOSPITAL DISTRICT  PO BOX 1267  HUNTSVILLE, TX  77342 | CONTACT: ANNE WOODARD, CHAIRMAN  PHONE: 936-295-0038  FAX: 936-295-3114  WCHD@SBCGLOBAL.NET | LEASE | U | | | UNLIQUIDATED |
| 3 | INTUITIVE SURGICAL INC.  1266 KIFER ROAD  SUNNYVALE, CA  94086 | CONTACT: GARY GURHART, CEO  PHONE: 804-523-2100  FAX: 408-523-1390 | CAPITAL LEASE | | | | $1,420,720.91 |
| 4 | SABRE INVESTMENTS LLC  1 PASTORAL POND CIR  THE WOODLANDS, TX  77380 | PHONE: 281-296-9336  FAX: 432-445-7044 | LITIGATION | C, U, D | | | $1,391,660.11 |
| 5 | GUY GROS  789 ELKINS LAKE  HUNTSVILLE, TX  77340 | | LITIGATION | C, U, D | | | $1,200,000.00 |
| 6 | PREMIER ANESTHESIA  2655 NORTHWINDS PKWY  ALPHARETTA, GA  30009 | CONTACT: ANNI GLOVER, MARKETING DIRECTOR  PHONE: 855-220-3662  AGLOVER@PREMIERANESTHESIA.COM | TRADE PAYABLE | | | | $1,010,027.97 |
| 7 | SHANNON L BROWN  28415 MONTEREY CLIFF LN  HUFFMAN, TX  77336 | | LITIGATION | C, U, D | | | $510,000.00 |

**Debtor:** Walker County Hospital Corporation, d/b/a Huntsville     **Case Number** (if known): 19-36300

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 8 | BCBS OF TX<br>PO BOX 805107<br>CHICAGO, IL  60680-4140 | CONTACT: NANCY C PRUITT, COUNSEL<br>PHONE: 972-766-6900<br>NANCY_PRUITT@HCSC.NET | TRADE PAYABLE | | | | $393,585.37 |
| 9 | UTMB CORRECTIONAL MANAGED CARE<br>301 UNIVERSITY BLVD<br>GALVESTON, TX  77555 | CONTACT: DONNA K SOLLENBERGER, MA., EVP AND CEO<br>PHONE: 409-747-2600<br>FAX: 409-763-1915 | TRADE PAYABLE | | | | $375,079.06 |
| 10 | PHILIPS HEALTHCARE<br>3000 MINUTEMAN ROAD, MS 400<br>ANDOVER, MA  01810 | CONTACT: SEAN LATHAM, MGR AR<br>PHONE: 425-482-8707<br>FAX: 978-685-5372<br>SEAN.LATHAM@PHILIPS.COM | TRADE PAYABLE | | | | $354,179.49 |
| 11 | MATRIX TRUST COMPANY<br>BROADRIDGE FINANCIAL SOLUTIONS, INC.<br>2800 N CENTRAL AVE STE 900<br>PHOENIX, AZ  85004 | CONTACT: JADA BROWN, CLIENT SERVICES SPECIALIST<br>PHONE: 602-296-1977<br>FAX: 602-296-1993<br>JADA.BROWN@BROADRIDGE.COM | PENSION OBLIGATION | | | | $307,000.00 |
| 12 | CAREFUSION SOLUTIONS, LLC<br>25082 NETWORK PL<br>CHICAGO, IL  60673-1250 | CONTACT: TODD BELL<br>PHONE: 888-876-4287<br>FAX: 800-531-4140<br>TODD.BELL@CAREFUSION.COM | CAPITAL LEASE | | | | $257,227.85 |
| 13 | STROUDWATER ASSOCIATES<br>STROUDWATER CROSSING<br>1685 CONGRESS ST STE 202<br>PORTLAND, ME  04102 | CONTACT: ERIC SHELL, CHAIRMAN<br>PHONE: 207-221-8250<br>FAX: 207-828-0821 | PROFESSIONAL SERVICES | | | | $215,645.15 |
| 14 | MEDLINE INDUSTRIES, INC<br>PO BOX 121080<br>DALLAS, TX  75312-1080 | CONTACT: DONALD TORRES, SR COLLECTIONS ADVISORY SPEC<br>PHONE: 847-643-4232<br>DTORRES@MEDLINE.COM | TRADE PAYABLE | | | | $198,912.03 |
| 15 | BAYLOR PATHOLOGY<br>ONE BAYLOR PLAZA 286A<br>HOUSTON, TX  77030 | CONTACT: MARTIN MATZUK, M.D., PH.D. INTERIM CHAIR<br>PHONE: 713-798-4661<br>FAX: 713-798-5838<br>MMATZUK@BCM.EDU | TRADE PAYABLE | | | | $196,215.80 |
| 16 | A-S 103 SAM HOUSTON TOWN CENTER, LP<br>8827 W SAM HOUSTON PKWY NORTH STE 200<br>HOUSTON, TX  77040 | CONTACT: KATHERINE HATCHER, PRESIDENT<br>PHONE: 281-477-4300<br>FAX: 281-477-4399<br>KHATCHER@NEWQUEST.COM | LEASE | | | | $189,256.34 |
| 17 | G&E HC REIT II LIVINGSTON MOB<br>1551 N TUSTIN AVE STE 300<br>SANTA ANA, CA  92705 | CONTACT: KRISTI WRY<br>PHONE: 714-558-2836<br>FAX: 714-415-7906<br>KRISTIW@OCTITLE.COM | TRADE PAYABLE | | | | $179,859.18 |
| 18 | CIGNA SPECIAL INVESTIGATION UNIT<br>900 COTTAGE GROVE RD<br>HARTFORD, CT  06152 | CONTACT: DAVID CORDANI, PRESIDENT<br>PHONE: 800-997-1654 | TRADE PAYABLE | | | | $176,248.48 |

Debtor: Walker County Hospital Corporation, d/b/a Huntsville

Case Number (if known): 19-36300

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 19  HSS SYSTEMS, LLC<br>8101 W SAM HOUSTON PKWY STE 100<br>HOUSTON, TX  77072 | CONTACT: TIMOTHY MCPHERSON, CEO<br>PHONE: 412-212-1400 | TRADE PAYABLE | | | | $158,229.99 |
| 20  MOLINA HEALTHCARE, INC.<br>PO BOX 3396<br>BATON ROUGE, LA  70821 | | IDENTIFIED OVERPAYMENT | | | | $113,719.20 |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Walker County Hospital Corporation** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration   **Amended List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 4, 2019**   X **/s/ Steven Smith**
Signature of individual signing on behalf of debtor

**Steven Smith**
Printed name

**CEO**
Position or relationship to debtor

---

Official Form 202   **Declaration Under Penalty of Perjury for Non-Individual Debtors**