**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |
|---|---|
| In re: | Chapter 11 |
| WALKER COUNTY HOSPITAL CORPORATION, d/b/a HUNTSVILLE MEMORIAL HOSPITAL, | Case No. 19-36300 |
| Debtor and Debtor in Possession.[1] | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC**
**DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

On November 11, 2019 (the "***Petition Date***"), Walker County Hospital Corporation, d/b/a Huntsville Memorial Hospital (the "***Debtor***") filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "***Bankruptcy Code***").

Pursuant to the requirements of Bankruptcy Code Section 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), the Debtor, with the assistance of its advisors, has filed its Schedules of Assets and Liabilities (the "***Schedules***") and Statement of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the Southern District of Texas (the "***Bankruptcy Court***").

Mr. Steve Smith is the Chief Executive Officer of the Debtor and has signed each of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Mr. Smith has relied upon the efforts, statements and representations of various personnel employed by the Debtor. Mr. Smith has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "***Global Notes***") pertain to, are incorporated by reference in and comprise an integral part of the Debtor's Schedules and Statements. The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's commercially reasonable best efforts to report the assets and liabilities of the Debtor on an unconsolidated basis.

---

[1] The last four digits of the Debtor's federal tax identification number are: 0960. The location of the Debtor's service address is: P.O. Box 4001, Huntsville, TX 77342-4001, Attn: Steven Smith.

4836-8096-3502.1

In preparing the Schedules and Statements, the Debtor relied upon financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statements. Thus, the Debtor is unable to warrant or represent the Schedules and Statements are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update, amend or supplement the Schedules and Statements, but reserves the right to do so.

## Global Notes and Overview of Methodology

**Reservation of Rights**. Nothing contained in the Schedules and Statements shall constitute a waiver of the Debtor's rights or an admission with respect to its chapter 11 case, including, without limitation, any issues involving equitable subordination, offsets or defenses and/or causes of action arising under, *inter alia*, the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

**Description of Case**. On the Petition Date, the Debtor filed a voluntary petition for relief pursuant to Chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its properties as a Debtor-in-possession pursuant to Bankruptcy Code Sections 1107(a) and 1108. No trustee or examiner has been requested in these chapter 11 cases.

On November 23, 2019, the United States Trustee for the Southern District of Texas appointed the Official Committee of Unsecured Creditors (the "***Creditors' Committee***") [Docket No. 109] pursuant to section 1102(a)(1) of the Bankruptcy Code.

**Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of October 31, 2019. Market values of these assets may vary, at some times materially, from the net book value of such assets. Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Personal Property – Leased**. In the ordinary course of business, the Debtor may lease furniture, fixtures, and office equipment from certain third-party lessors for use in the daily operation of its business. Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to any such issue.

**Recharacterization**. Notwithstanding the Debtor's commercially reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated or

omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary and appropriate, as additional information becomes available.

**Liabilities**. The Debtor allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statements as is necessary and appropriate as they determine in its sole and absolute discretion.

The liabilities listed on the Schedules do not reflect any analysis of claims pursuant to Bankruptcy Code Section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code Section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**. For purposes of the Schedules and Statements, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtor (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtor (to the extent known by the Debtor); (e) persons in control; and (f) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Accordingly, the Debtor reserves all of its rights with respect to the legal status of any and all such intellectual property rights.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D and E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on a the Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to

objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on its Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**. Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its (filed or potential) causes of action against third parties as assets in its Schedules and Statements. The Debtor reserves all of its rights with respect to any causes of action against third parties and nothing in the Global Notes or the Schedules and Statements shall be deemed a waiver of any such causes of action which are expressly reserved.

**Employee Addresses**. Employee addresses have been removed from entries listed on Schedules E/F and G. These addresses are available upon request of the Office of the United States Trustee and the Bankruptcy Court.

**Inter-Company Balances**. As set forth in *Debtor's Emergency Motion for Entry of Interim and Final Orders: (I) Authorizing the Debtor to (A) Continue to Operate the Debtor's Cash Management System, (B) Pay Any Prepetition or Postpetition Amounts Outstanding on Account of Bank Fees, (C) Maintain Existing Business Forms in the Ordinary Course Of Business, and (D) Continue to Perform Intercompany Transactions Consistent with Historical Practice; and (II) Granting Related Relief* [Docket No. 11] (the "***Cash Management Motion***"), the Debtor and its non-debtor affiliate, HMH Physician Organization ("***HMHPO***") transfer cash pursuant to the Debtor's centralized cash management system. Intercompany transactions authorized pursuant to the Cash Management Motion are not included in the Debtor's Schedule E/F.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

a. <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Paid Claims</u>. The Debtor has authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders (the "***Prepetition Payment Orders***"). Accordingly, certain outstanding liabilities may have been reduced by postpetition payments made on account of prepetition liabilities. In most instances, as applicable, the Debtor has omitted listing those prepetition liabilities which have been fully satisfied prior to the filing of these Schedules or reduced the remaining liability to reflect payments described herein. To the extent the Debtor pays any of the liabilities listed in the Schedules pursuant to the Prepetition Payment Orders, the Debtor

reserves all of its rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

    d.    <u>Excluded Assets and Liabilities</u>. The Debtor has excluded certain accrued liabilities, including accrued salaries and employee benefits and tax accruals from the Schedules. Certain other immaterial assets and liabilities may also have been excluded.

    e.    <u>Liens</u>. Property, inventory and equipment listed in the Schedules may be presented without consideration of any liens that may attach (or have attached) to such property and equipment.

    f.    <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**<u>Setoffs</u>**. The Debtor incurs certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its patients and/or suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules. Notwithstanding the foregoing, the Debtor has not reviewed the validity of the aforementioned setoff rights and hereby reserves all rights to challenge such setoff rights.

**<u>Global Notes Control</u>**. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

**<u>Specific Disclosures with Respect to the Debtor's Schedules</u>**

**<u>Schedule A/B</u>**. The Debtor's owned real estate is reported at book value, net of accumulated depreciation. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. The Debtor reserves all of its rights to recategorize and/or recharacterize such asset holdings to the extent the Debtor determine that such holdings were improperly listed.

Unless indicated otherwise, asset values described in Schedule A/B are representative of values reflected on the Debtor's October 31, 2019 balance sheet.

**<u>Schedule A/B, Part 1</u>**. Details with respect to the Debtor's cash management system and bank accounts are provided in the Cash Management Motion.

**<u>Schedule A/B7</u>**. The Bankruptcy Court, pursuant to the *Debtor's Emergency Motion for Entry of*

4836-8096-3502.1

*an Order: (I) Authorizing Debtor's Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; and (III) Prohibiting Utility Companies from Altering, Refusing, or Discontinuing Service to the Debtor* [Docket No. 8], has authorized the Debtor to provide adequate assurance of payment for future utility services, including a deposit in the amount of $53,500.00. Such deposits are not listed on Schedule A/B7, which was prepared as of the Petition Date.

**Schedule A/B11**. The Debtor has disclosed the net book value with respect to accounts receivable listed on Schedule A/B11, which represents the amount of the accounts receivable netted by any "doubtful accounts." For purposes of Schedule A/B11, "doubtful accounts" are those accounts that the Debtor has identified as unlikely to be paid given the amount of time such accounts have been outstanding.

**Schedule A/B, Part 5**. Unless otherwise stated in Schedule A/B, Part 5, book value is presented net of inventory reserves.

**Schedules A/B39-41 and A/B50**. For purposes of Schedules A/B39-41 and A/B50, the value of certain assets may be included in a fixed asset group or certain assets with a net book value of zero may not be set forth on Schedules A/B39-41 and A/B50.

**Schedule A/B73**. Additional information regarding the insurance policies listed on Schedule A/B73 is available in the *Debtor's Emergency Motion for Entry of an Order Authorizing the Debtor to: (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Related Prepetition Obligations; (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies; (III) Honor the Terms of Premium Financing Agreements and Pay Related Premiums; and (IV) Enter Into New Premium Financing Agreements in the Ordinary Course* [Docket No. 7].

**Schedule A/B75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, refunds with its customers and suppliers or potential warranty claims against its suppliers. Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, causes of action as a plaintiff or counter-claims as a defendant. To the extent such rights are known and quantifiable, they are listed on Schedule A/B75; however, any such rights which are unknown to the Debtor or not quantifiable as of the Petition Date are not listed on Schedule A/B75.

**Schedule D**. The claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed pursuant to a stipulation or as otherwise provided by an order entered by the Bankruptcy Court, the Debtor reserve its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all of its rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are solely intended to be a summary – and not an admission – of liability.

4836-8096-3502.1

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe its claims are secured through setoff rights or inchoate statutory lien rights. Where an administrative agent serves with respect to any prepetition secured debt, only the administrative agent is listed as the creditor on Schedule D and not any other parties who may hold a portion of the debt.

**Schedule E/F, Part 1**. The Bankruptcy Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on November 12, 2019, the Bankruptcy Court entered the *Order: (I) Authorizing the Debtor to (A) Pay Certain Prepetition Wages, Benefits, and Other Compensation and (B) Continue Employee Compensation and Employee Benefits Programs; and (II) Granting Related Relief* [Docket No. 53], authorizing the Debtor to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and employee medical and similar benefits. To the extent such claims have been paid or may be paid pursuant to further Bankruptcy Court order, they may not be included on Schedule E/F, Part 1.

The claims listed on Schedule E/F, Part 1 arose or were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim. All claims listed on Schedule E/F, Part 1, however, appear to have arisen or to have been incurred before the Petition Date.

**Schedule E/F, Part 2**. The Debtor has used its commercially best reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F, Part 2 based upon the Debtor's existing books and records as of the Petition Date. The claims of individual creditors for, among other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule E/F, Part 2 does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtor has made every effort to include as a contingent, unliquidated or disputed the claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F, Part 2 contains information regarding pending litigation involving the Debtor. In certain instances, the amount that is the subject of the litigation is uncertain or undetermined. The dollar amount of potential claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and

Statements.

Schedule E/F, Part 2 also includes potential or threatened legal disputes that are not formally recognized by an administrative, judicial or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy. Any information contained in Schedule E/F, Part 2 with respect to such potential litigation shall not be a binding representation of the Debtor's liabilities with respect to any of the potential suits and proceedings included therein.

Schedule E/F, Part 2 does not reflect any unsecured deficiency claims that may be held by prepetition secured creditors.

To the extent they are known, Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The Debtor owes certain patients refunds for services. The claim amount for such refunds is unliquidated and unknown at this time. Accordingly, the Debtor has not included such patient claims in Schedule E/F.

**Schedule G**. The Debtor's business is complex. Although the Debtor's existing books, records and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases and diligent efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts.

Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality or non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserve its rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract or lease or multiple, severable or separate contracts or leases.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments

4836-8096-3502.1

and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts or unexpired leases becomes available. Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Executory contracts that are oral in nature have not been included on Schedule G.

Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

The listing of any contract or lease on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or lease or an admission that such contract or lease is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

**Schedule H**. The Debtor may not have identified certain guarantees associated with the Debtor's executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtor reserves all of its rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its business, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because all such claims are contingent, disputed or unliquidated, such claims have not been set forth individually on Schedule H. Litigation matters can be found on each Debtor's Schedule E/F, Part 2 and Statement 4a, as applicable.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 1**. The amounts listed in Statement 1 reflect the revenue for the fiscal years 2017, 2018 and the year to date portion of fiscal year 2019 as such amount is calculated in the Debtor's records.

**Statement 3**. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (see Statement 4) and bankruptcy professionals (see Statement 11). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtor's cash management system. Additionally, all disbursement information reported in Statement 3 for a specific Debtor pertains to the bank accounts maintained by that respective Debtor.

**Statement 4**. Statement 4 does not include payments made to Steven Smith or John Moore as such payments are made pursuant to an engagement letter with Healthcare Management Partners, as set forth in *Application of the Debtor to (I) Retain Healthcare Management Partners, LLC to Provide the Debtor a Chief Executive Officer and Certain Additional Personnel, (II) Designate Steven L. Smith as Chief Executive Officer for the Debtor, and (III) Retain Healthcare Management Partners, LLC as the Debtor's Financial Advisor Nunc Pro Tunc to the Petition Date* [Docket No. 132]. Accordingly, any payments to Steven Smith or John Moore are reflected in Statement 11.

**Statement 7**. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. In the Debtor's attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtor has identified such matters on Schedule E/F, Part 2. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

**Statement 10**. The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses as to the extent such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

**Statement 14**. With respect to information provided in Statement 14, the Debtor has, where applicable, disclosed the address of the main center of operations or headquarters, and have not included information regarding any related warehousing or storage facilities, or any other site or location where a portion of a Debtor's business operations are conducted.

**Statement 30**. Unless otherwise indicated in a specific response to Statement 30, the Debtor has included a comprehensive response to Statement 30 in Statement 4.


*[Remainder of page intentionally left blank.]*

| Fill in this information to identify the case: | |
|---|---|
| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

04/19

---

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $7,583,445.05 |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $17,463,349.59 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

   | $25,046,794.64 |
   |---|

---

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

   | $9,837,827.34 |
   |---|

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .

   | NOT APPLICABLE |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of Schedule E/F . . . . . . . . . . . . . .

   | + $18,513,264.77 |
   |---|

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   Lines 2 + 3a + 3b

   | $28,351,092.11 |
   |---|

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    04/19

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2.    CASH ON HAND** | | | |
| 2.1.    PETTY CASH | | | $7,601.63 |

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    BBVA USA | CHECKING | 6053 | $0.00 |
| 3.2.    BBVA USA | CHECKING | 6061 | $0.00 |
| 3.3.    BBVA USA | CHECKING | 6088 | $0.00 |
| 3.4.    BBVA USA | CHECKING | 6118 | $0.00 |
| 3.5.    BBVA USA | CHECKING | 6142 | $89,549.39 |
| 3.6.    BBVA USA | CHECKING | 6150 | $0.00 |
| 3.7.    BBVA USA | DEPOSIT | 6037 | $69,275.08 |
| 3.8.    BBVA USA | DEPOSIT | 6045 | $0.00 |
| 3.9.    BBVA USA | OPERATING | 6029 | $3,627,590.84 |
| 3.10.    US BANK | DEPOSIT | 0100 | $0.00 |

**4.    OTHER CASH EQUIVALENTS**

NONE

| 5    Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $3,794,016.94 |
|---|---|

### Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| 7.1. | CITY OF HUNTSVILLE - IMAGING CENTER - UTILITY DEPOSIT | $700.00 |
| 7.2. | CITY OF HUNTSVILLE - MAIN HOSPITAL - UTILITY DEPOSIT | $100.00 |
| 7.3. | CITY OF HUNTSVILLE - ORTHO - UTILITY DEPOSIT | $170.00 |
| 7.4. | CITY OF HUNTSVILLE - WOMEN'S CENTER - UTILITY DEPOSIT | $160.00 |
| 7.5. | MEDICAL OFFICE PARK - SECURITY DEPOSIT | $31,625.00 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| 8.1. | 3M HEALTH INFO SYSTEMS - PREPAID SOFTWARE FEE | $62,020.92 |
| 8.2. | ABBOTT LABORATORIES - PREPAID MAINTENANCE | $2,116.21 |
| 8.3. | ACCUDATA - PREPAID EXPENSES | $1,000.00 |
| 8.4. | ACCUDATA - PREPAID MAINTENANCE | $3,134.89 |
| 8.5. | ADJUVANT - PREPAID SOFTWARE FEE | $895.00 |
| 8.6. | AMERICAN COLLEGE OF CARDIO - PREPAID SOFTWARE FEE | $2,144.20 |
| 8.7. | AMERICAN COLLEGE OF CARDIOLOGY FOUNDATION - PREPAID DUES | $12,604.66 |
| 8.8. | AMERICAN COLLEGE OF SURGEONS - PREPAID DUES | $5,088.25 |
| 8.9. | API HEALTHCARE - PREPAID MAINTENANCE | $23,356.63 |
| 8.10. | ARTHREX - PREPAID EXPENSES | $18,231.88 |
| 8.11. | ASSOCIATION OF WOMEN'S HEALTH - PREPAID EXPENSES | $1,055.00 |
| 8.12. | AUDREY ORMBERG - PREPAID INSURANCE | $2,020.04 |
| 8.13. | BAYER HEALTHCARE - PREPAID MAINTENANCE | $5,437.68 |
| 8.14. | BECKMAN COULTER - PREPAID MAINTENANCE | $18,960.58 |
| 8.15. | BOSTON SOFTWARE - PREPAID MAINTENANCE | $750.00 |
| 8.16. | BROADLEAF IT - PREPAID MAINTENANCE | $28,228.81 |
| 8.17. | BROADLEAF IT - PREPAID SOFTWARE FEE | $107,249.57 |
| 8.18. | CARDINAL HEALTH - PREPAID EXPENSES | $971.73 |
| 8.19. | CAREFUSION - PREPAID MAINTENANCE | $15,466.68 |
| 8.20. | CASE COST-PREPAIDS - PREPAID EXPENSES | $220,000.00 |
| 8.21. | CEDARON - PREPAID SOFTWARE FEE | $2,958.30 |
| 8.22. | CELTIC LEASING - PREPAID EXPENSES | $39,612.00 |
| 8.23. | CENTER FOR IMPROVEMENT IN HEALTHCARE QUALITY - PREPAID DUES | $2,895.00 |
| 8.24. | CLINICAL INNOVATIONS, LLC - PREPAID EXPENSES | $785.00 |
| 8.25. | CONDUENT - PREPAID MAINTENANCE | $11,062.51 |
| 8.26. | CONDUENT CARE MANAGEMENT INC - PREPAID DUES | $7,171.84 |
| 8.27. | CONDUENT CARE MANAGEMENT INC - PREPAID SOFTWARE FEE | $12,041.62 |
| 8.28. | CONTROL COMPANY - PREPAID EXPENSES | $305.14 |
| 8.29. | COREPOINT HEALTH - PREPAID SOFTWARE FEE | $6,662.59 |
| 8.30. | DATA INNOVATIONS - PREPAID SOFTWARE FEE | $1,340.10 |
| 8.31. | DATCARD - PREPAID SOFTWARE FEE | $1,674.16 |
| 8.32. | DIGITAL TRANSCRIPTION SYSTEMS - PREPAID SOFTWARE FEE | $7,315.00 |
| 8.33. | DOOR CONTROL SERVICES INC - PREPAID MAINTENANCE | $715.50 |
| 8.34. | DR FIRST - PREPAID SOFTWARE FEE | $3,815.43 |
| 8.35. | DUTCH OPTHALIMIC USA - PREPAID EXPENSES | $669.00 |
| 8.36. | DYMEDSO - PREPAID MAINTENANCE | $125.00 |
| 8.37. | EBSCO - PREPAID SOFTWARE FEE | $14,661.20 |
| 8.38. | ELLKAY - PREPAID DUES | $2,550.00 |
| 8.39. | ELSEVIER - PREPAID SOFTWARE FEE | $6,412.58 |
| 8.40. | EVOQUA - PREPAID MAINTENANCE | $2,353.16 |
| 8.41. | FACILITIES TECHNOLOGY - PREPAID SOFTWARE FEE | $1,012.17 |
| 8.42. | FACILITY GATEWAY CORP - PREPAID MAINTENANCE | $770.60 |
| 8.43. | FORMFAST - PREPAID MAINTENANCE | $11,991.00 |
| 8.44. | FORWARD ADVANTAGE - PREPAID MAINTENANCE | $4,607.75 |
| 8.45. | GE HEALTHCARE - PREPAID SOFTWARE FEE | $33,572.34 |
| 8.46. | GJERSET AND LORENZ LLP - PREPAID EXPENSES | $22,499.96 |
| 8.47. | GLOBAL HEALTHCARE EXCHANGE - PREPAID SOFTWARE FEE | $4,770.81 |
| 8.48. | GREATER HOUSTON - PREPAID DUES | $2,500.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| | Current value of debtor's interest |
|---|---|

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
|---|---|---|
| 8.49. | HEALTHCARE BUSINESS - PREPAID SOFTWARE FEE | $944.20 |
| 8.50. | HEALTHCARE MGMT PARTNER - PREPAID EXPENSES | $156,666.64 |
| 8.51. | HEALTHCARE SOURCE - PREPAID SOFTWARE FEE | $25,689.30 |
| 8.52. | HHSC-AR - PREPAID DUES | $4,415.58 |
| 8.53. | HUGHEY AND PHILLIPS LLC - PREPAID EXPENSES | $0.00 |
| 8.54. | IATRIC SYSTEMS - PREPAID MAINTENANCE | $5,473.37 |
| 8.55. | IATRIC SYSTEMS, INC.  - PREPAID SOFTWARE FEE | $38,800.00 |
| 8.56. | ICONTRACTS - PREPAID SOFTWARE FEE | $294.57 |
| 8.57. | IMO - PREPAID MAINTENANCE | $1,072.95 |
| 8.58. | IMO - PREPAID SOFTWARE FEE | $32,279.15 |
| 8.59. | INTOUCH HEALTH - PREPAID MAINTENANCE | $6,835.00 |
| 8.60. | INTOUCH HEALTH - PREPAID SOFTWARE FEE | $1,250.00 |
| 8.61. | LMRP MANAGER, LLC - PREPAID MAINTENANCE | $944.80 |
| 8.62. | MAILFINANCE - PREPAID EXPENSES | $206.31 |
| 8.63. | MCGRIFF, SEIBELS AND WILLIAMS INC - PREPAID INSURANCE | $82,530.00 |
| 8.64. | MCKESSON - PREPAID SOFTWARE FEE | $93.75 |
| 8.65. | MEDICAL OFFICE PARK - PREPAID EXPENSES | $31,625.00 |
| 8.66. | MEDTRONIC - PREPAID MAINTENANCE | $51.45 |
| 8.67. | MSDSONLINE - PREPAID SOFTWARE FEE | $1,867.10 |
| 8.68. | NAVEX GLOBAL - PREPAID DUES | $2,215.69 |
| 8.69. | OPTIUMINSIGHT - PREPAID DUES | $18,532.50 |
| 8.70. | OUTCOME SCIENCES - PREPAID SOFTWARE FEE | $698.00 |
| 8.71. | PAPERLESSPAY - PREPAID SOFTWARE FEE | $5,507.77 |
| 8.72. | PBGC - PREPAID INSURANCE | $192,406.50 |
| 8.73. | PENRAD - PREPAID DUES | $13,749.95 |
| 8.74. | PENRAD - PREPAID SOFTWARE FEE | $1,333.30 |
| 8.75. | PENTAX - PREPAID SOFTWARE FEE | $1,939.23 |
| 8.76. | PHYSIO CONTROL - PREPAID SOFTWARE FEE | $2,891.27 |
| 8.77. | PRESS GANEY - PREPAID SOFTWARE FEE | $753.49 |
| 8.78. | PRIME RATE PREMIUM FINANCE CORP - PREPAID INSURANCE | $78,558.41 |
| 8.79. | QUEST SOFTWARE INC - PREPAID SOFTWARE FEE | $8,624.99 |
| 8.80. | RAVE WIRELESS - PREPAID DUES | $4,159.49 |
| 8.81. | RAVE WIRELESS - PREPAID SOFTWARE FEE | $2,091.03 |
| 8.82. | RECONDO - PREPAID SOFTWARE FEE | $48,408.00 |
| 8.83. | ROCHE DIAGNOSTIC - PREPAID SOFTWARE FEE | $4,165.37 |
| 8.84. | SETRAC - PREPAID DUES | $254.50 |
| 8.85. | SHI INTERNATIONAL - PREPAID MAINTENANCE | $9,964.94 |
| 8.86. | SURGICAL INFORMATION  - PREPAID SOFTWARE FEE | $46,237.69 |
| 8.87. | SYMPLR - PREPAID SOFTWARE FEE | $2,916.65 |
| 8.88. | TECH SYSTEMS - PREPAID SOFTWARE FEE | $24,447.51 |
| 8.89. | TELCOR - PREPAID SOFTWARE FEE | $6,451.32 |
| 8.90. | TEXAS DEPARTMENT OF STATE - PREPAID DUES | $3,934.95 |
| 8.91. | TEXAS HOSPITAL ASSOC. - PREPAID DUES | $3,472.50 |
| 8.92. | TEXAS MUTUAL - PREPAID INSURANCE | $13,930.58 |
| 8.93. | TEXAS SELECT STAFFING, LLC - PREPAID EXPENSES | $30,000.00 |
| 8.94. | THE JOINT COMMISSION - PREPAID DUES | $1,934.20 |
| 8.95. | TRIGON - PREPAID EXPENSES | $3,520.00 |
| 8.96. | TROY - PREPAID MAINTENANCE | $265.00 |
| 8.97. | ULTRARAD CORPORATION - PREPAID SOFTWARE FEE | $1,062.70 |
| 8.98. | UPTODATE - PREPAID SOFTWARE FEE | $2,400.00 |
| 8.99. | UTAH MEDICAL PRODUCTS - PREPAID EXPENSES | $166.33 |
| 8.100. | VERATHON - PREPAID EXPENSES | $658.80 |
| 8.101. | VOLCANO CORPORATION - PREPAID EXPENSES | $20,085.00 |
| 8.102. | WAGAMON - PREPAID EXPENSES | $438.45 |
| 8.103. | ZIMMER - PREPAID EXPENSES | $62,837.88 |
| 8.104. | ZOHO CORPORATION - PREPAID SOFTWARE FEE | $461.69 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| 9 | **Total of Part 2.**<br>ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $1,782,852.34 |
|---|---|---|

## Part 3:   ACCOUNTS RECEIVABLE

**10.   DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| **11.   ACCOUNTS RECEIVABLE** | | |
| 90 DAYS OR LESS | $23,823,423.62 _face amount_  -  $20,663,228.97 _doubtful or uncollectable accounts_  =  ➔ | $3,160,194.65 |

| 12 | **Total of Part 3.**<br>CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | $3,160,194.65 |
|---|---|---|

## Part 4:   INVESTMENTS

**13.   DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14.   MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |
| 14.1.   FNB TRUST ACCOUNT | FMV - CASH BASIS | $6,651.14 |
| **15.   NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| NONE | | |
| **16.   GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| DESCRIBE: | | |
| NONE | | |

| 17 | **Total of Part 4.**<br>ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | $6,651.14 |
|---|---|---|

## Part 5:   INVENTORY, EXCLUDING AGRICULTURE ASSETS

**18.   DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.
☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   RAW MATERIALS** | | | | |
| NONE | | | | |
| **20.   WORK IN PROGRESS** | | | | |
| NONE | | | | |
| **21.   FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| NONE | | | | |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
          (Name)

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 22. | **OTHER INVENTORY OR SUPPLIES** | | | | |
| | 22.1.    OTHER INVENTORY OR SUPPLIES | 10/31/2019 | $1,745,251.66 | COST | $1,745,251.66 |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $1,745,251.66 |
|---|---|---|

**24.  Is any of the property listed in Part 5 perishable?**
☐ No
☑ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☑ Yes    Book value    $140,702.86    Valuation method  Cost    Current value    $140,702.86

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)**  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.  Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**36.  Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37.  Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 7:** | **OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES** |
|---|---|

**38.  DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

Debtor  WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known) 19-36300
        (Name)

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| **NONE** | | | |
| **40. OFFICE FIXTURES** | | | |
| 40.1. OFFICE FIXTURES | $2,285,962.58 | GAAP SL - DEPRECIATION | $2,285,962.58 |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1. OFFICE EQUIPMENT | $4,451,185.65 | GAAP SL - DEPRECIATION | $4,451,185.65 |
| **42. COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| **NONE** | | | |

**43. Total of Part 7.**
ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86.                          $6,737,148.23

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

| **Part 8:** | **MACHINERY, EQUIPMENT, AND VEHICLES** |
|---|---|

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1. 2009 FORD RANGER | $2,979.16 | DEPRECIATED COST | $2,979.16 |
| 47.2. FORD F350 VAN | $0.00 | DEPRECIATED COST | $0.00 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** *EXAMPLES:* BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **NONE** | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **NONE** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| **NONE** | | | |

**51. Total of Part 8.**
ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87.                          $2,979.16

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐  No. Go to Part 10.
☑  Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   110 HILL AVE, COLDSPRING, TEXAS | OWNER | $3,883.45 | GAAP (DEPRECIATED COST) | $3,883.45 |
| 55.2.   3638 HWY 19, RIVERSIDE, TEXAS | OWNER | $7,579,561.60 | GAAP (DEPRECIATED COST) | $7,579,561.60 |

**56   Total of Part 9.**
ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88.

| $7,583,445.05 |
|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
☑  No
☐  Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑  No
☐  Yes

| **Part 10:** | **INTANGIBLES AND INTELLECTUAL PROPERTY** |
|---|---|

**59.  DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐  No. Go to Part 11.
☑  Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.  PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| NONE | | | |
| **61.  INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1.    HUNTSVILLEMEMORIAL.COM | | N/A | UNKNOWN |
| **62.  LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1.    TEXAS HOSPITAL LICENSE  #008296 | | | UNKNOWN |
| **63.  CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| NONE | | | |
| **64.  OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| NONE | | | |
| **65.  GOODWILL** | | | |
| NONE | | | |

**66   Total of Part 10.**
ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89.

| UNKNOWN |
|---|

**67.  Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑  No
☐  Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

## Part 11:  ALL OTHER ASSETS

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | | | Current value of debtor's interest |
|---|---|---|---|---|

**71.** NOTES RECEIVABLE

DESCRIPTION (NAME OF OBLIGOR)

| LONG TERM RECEIVABLES - PHYS LOANS | $40,983.22 | − | $0.00 | = → | $40,983.22 |
|---|---|---|---|---|---|
| | total face amount | | doubtful or uncollectable accounts | | |

**72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)

DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL)

NONE

**73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES

| ACE AMERICAN - HELIPAD | UNKNOWN |
|---|---|
| ALLIED WORLD SPECIALTY INSURANCE COMPANY - TAIL - D&O/EMPLOYMENT PRACTICES/FIDUCIARY LIABILITY | UNKNOWN |
| C.N.A. - AUTOMOBILE | UNKNOWN |
| C.N.A. - PROPERTY | UNKNOWN |
| EVANSTON INSURANCE CO. (MARKEL)  - UMBRELLA | UNKNOWN |
| EVANSTON INSURANCE CO. (MARKEL) - PROFESSIONAL AND GENERAL LIABILITY | UNKNOWN |
| HISCOX - CRIME | UNKNOWN |
| LIBERTY SURPLUS INSURANCE GROUP - STORAGE TANK LIABILITY | UNKNOWN |
| LLOYD'S OF LONDON - CYBER/BILLING E&O | UNKNOWN |
| SOMPCO (ENDURANCE) - D&O SIDE A ONLY | UNKNOWN |
| TEXAS MEDICAL LIABILITY TRUST - MID-LEVELS PROFESSIONAL LIABILITY | UNKNOWN |
| TEXAS MEDICAL LIABILITY TRUST - PHYSICIAN ORG - DOCTORS PROFESSIONAL LIABILITY INSURANCE | UNKNOWN |
| TEXAS MUTUAL - WORKERS' COMPENSATION | UNKNOWN |
| WESCO - DIRECTORS & OFFICERS LIABILITY AND FIDUCIARY LIABILITY | UNKNOWN |

**74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)

NONE

**75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS

NONE

**76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY

NONE

**77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP

| CONSTRUCTION IN PROGRESS | $62,000.00 |
|---|---|
| FNB TRUST ACCOUNT - MAMMOGRAM FUND | $72,875.06 |
| FNB TRUST ACCOUNT - VOACTIONAL NURSE SCHOLARSHIP | $37,524.06 |
| FNB TRUST ACCOUNT - WENDY BATTEN SCHOLARSHIP | $20,873.13 |

**78** Total of Part 11.
ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90.

| $234,255.47 |
|---|

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|--------|-----------------|---------|----------|
| | (Name) | | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:    Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,794,016.94 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,782,852.34 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,160,194.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $6,651.14 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,745,251.66 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $6,737,148.23 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,979.16 | |
| 88. **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➜ | | $7,583,445.05 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNKNOWN | |
| 90. **All other assets.** *Copy line 78, Part 11.* ✚ | $234,255.47 | |
| 91. **Total.** Add lines 80 through 90 for each column. . . . . . . . . . 91a. | $17,463,349.59 | ✚ 91b $7,583,445.05 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $25,046,794.64 |

| Fill in this information to identify the case: |
|---|

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    04/19

**Be as complete and accurate as possible.**

1. **1. Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List All Creditors with Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  | | **Column A** <br> **Amount of claim** <br> *Do not deduct the value of collateral.* | **Column B** <br> **Value of collateral that supports this claim** |
|---|---|---|---|---|
| 2.1 | **Creditor's name** <br> BANC OF AMERICA LEASING & CAPITAL LLC <br><br> **Creditor's mailing address** <br> 2059 NORTHLAKE PKWY 3 NORTH <br> TUCKER, GA  30084 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 4/16/2010 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br> UCC FILING NUMBER - 100010868741 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | UNKNOWN | UNKNOWN |
| 2.2 | **Creditor's name** <br> BANC OF AMERICA LEASING & CAPITAL LLC <br><br> **Creditor's mailing address** <br> 2059 NORTHLAKE PKWY 3 NORTH <br> TUCKER, GA  30084 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> 6/11/2013 <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br><br> **Describe the lien** <br> UCC FILING NUMBER - 1300186567 <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☑ Contingent <br> ☑ Unliquidated <br> ☑ Disputed | | UNKNOWN | UNKNOWN |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name** CARDINAL HEALTH 110 LLC, AS AGENT | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 7000 CARDINAL PLACE DUBLIN, OH  43017 | **Describe the lien** UCC FILING NUMBER - 180030792070 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 8/30/2018 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

| 2.4 | **Creditor's name** CSI LEASING INC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO  63141 | **Describe the lien** UCC FILING NUMBER - 1300049248 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 2/14/2013 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

| 2.5 | **Creditor's name** CSI LEASING INC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO  63141 | **Describe the lien** UCC FILING NUMBER - 160031438440 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☑ No ☐ Yes | | |
| | **Date or dates debt was incurred** 9/21/2016 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☑ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☑ Contingent ☑ Unliquidated ☑ Disputed | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |
| **2.6** | **Creditor's name** CSI LEASING INC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 9990 OLD OLIVE STREET ROAD, SUITE 101 ST LOUIS, MO 63141 | **Describe the lien** UCC FILING NUMBER - 1300052716 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 2/15/2013 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| **2.7** | **Creditor's name** DE LAGE LANDEN FINANCIAL SERVICES INC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA 19087 | **Describe the lien** UCC FILING NUMBER - 180023529272 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 7/6/2018 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | | |
| **2.8** | **Creditor's name** ESPY SERVICES INC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | **Creditor's mailing address** 2213 16TH ST BEDFORD, IN 47421 | **Describe the lien** UCC FILING NUMBER - 1133290 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 5/10/2019 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** *Check all that apply.* ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---------|-----------------|

|  | | Column A | Column B |
|--|--|----------|----------|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | *Do not deduct the value of collateral.* | |

| 2.9 | **Creditor's name** GE HFS LLC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
12854 KENAN DRIVE, SUITE #201
JACKSONVILLE, FL  32258

**Creditor's email address**

**Date or dates debt was incurred**
9/12/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC FILING NUMBER - 190034759442

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.10 | **Creditor's name** GE HFS LLC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
12854 KENAN DRIVE, SUITE #201
JACKSONVILLE, FL  32258

**Creditor's email address**

**Date or dates debt was incurred**
8/26/2008

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC FILING NUMBER - 80028452180

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| 2.11 | **Creditor's name** GE HFS LLC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**Creditor's mailing address**
PO BOX 414, W-490
MILWAUKEE, WI  53201

**Creditor's email address**

**Date or dates debt was incurred**
1/11/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe the lien**
UCC FILING NUMBER - 1600009326

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

| 2.12 | **Creditor's name** GE HFS LLC | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** PO BOX 414, W-490 MILWAUKEE, WI  53201 | **Describe the lien** UCC FILING NUMBER - 130032294721 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No  ☐ Yes | | |
| | **Date or dates debt was incurred** 10/10/2013 | **Is anyone else liable on this claim?** ☒ No  ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.13 | **Creditor's name** GENERAL ELECTRIC CAPITAL CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** PO BOX 414, W-490 MILWAUKEE, WI  53201 | **Describe the lien** UCC FILING NUMBER - 130028743038 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No  ☐ Yes | | |
| | **Date or dates debt was incurred** 9/10/2013 | **Is anyone else liable on this claim?** ☒ No  ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.14 | **Creditor's name** GENERAL ELECTRIC CAPITAL CORPORATION | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** PO BOX 414, W-490 MILWAUKEE, WI  53201 | **Describe the lien** UCC FILING NUMBER - 1600009327 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No  ☐ Yes | | |
| | **Date or dates debt was incurred** 1/11/2016 | **Is anyone else liable on this claim?** ☒ No  ☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No  ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.15 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|

**2.15**

**Creditor's name**
HEALTHCARE FINANCE GROUP LLC

**Creditor's mailing address**
199 WATER STREET, 31ST FLOOR
NEW YORK, NY  10038

**Creditor's email address**

**Date or dates debt was incurred**
9/19/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 1600310091

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN   Column B: UNKNOWN

---

**2.16**

**Creditor's name**
INTUITIVE SURGICAL INC

**Creditor's mailing address**
1020 KIFER ROAD
SUNNYVALE, CA  94086

**Creditor's email address**

**Date or dates debt was incurred**
10/28/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 150034560357

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN   Column B: UNKNOWN

---

**2.17**

**Creditor's name**
INTUITIVE SURGICAL INC

**Creditor's mailing address**
1020 KIFER ROAD
SUNNYVALE, CA  94086

**Creditor's email address**

**Date or dates debt was incurred**
1/11/2017

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 170001205925

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Column A: UNKNOWN   Column B: UNKNOWN

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.18**

**Creditor's name**
LEASING ASSOCIATES OF BARRINGTON INC

**Creditor's mailing address**
220 NORTH RIVER STREET
EAST DUNDEE, IL 60118

**Creditor's email address**

**Date or dates debt was incurred**
12/22/2015

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 150040217707

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.19**

**Creditor's name**
LEASING ASSOCIATES OF BARRINGTON INC

**Creditor's mailing address**
33 WEST HIGGINS ROAD, SUITE 1030
SOUTH BARRINGTON, IL 60010

**Creditor's email address**

**Date or dates debt was incurred**
10/17/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 120032777362

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

---

**2.20**

**Creditor's name**
LEASING ASSOCIATES OF BARRINGTON INC

**Creditor's mailing address**
33 WEST HIGGINS ROAD, SUITE 1030
SOUTH BARRINGTON, IL 60010

**Creditor's email address**

**Date or dates debt was incurred**
4/29/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 130013448044

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | Column A | Column B |
|---|---|---|
|  | **Amount of claim** | **Value of collateral that** |
|  | Do not deduct the value of collateral. | **supports this claim** |

**2.21**

**Creditor's name**
LETSOS COMPANY

**Creditor's mailing address**
PO BOX 36927
HOUSTON, TX 77236

**Creditor's email address**

**Date or dates debt was incurred**
2/15/2019

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 1123429

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.22**

**Creditor's name**
MB FINANCIAL BANK, N.A.

**Creditor's mailing address**
16111 NORTH RIVER ROAD
ROSEMONT, IL 60018

**Creditor's email address**

**Date or dates debt was incurred**
3/11/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 130007474531

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

**2.23**

**Creditor's name**
MED ONE CAPITAL FUNDING LLC

**Creditor's mailing address**
10712 S 1300 E
SANDY, UT 84094

**Creditor's email address**

**Date or dates debt was incurred**
9/11/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 130029506723

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral: UNKNOWN

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.24 | **Creditor's name**<br>MED ONE CAPITAL FUNDING LLC<br><br>**Creditor's mailing address**<br>10712 S 1300 E<br>SANDY, UT 84094<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/12/2013<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1300077536<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.25 | **Creditor's name**<br>MIDCAP FINANCIAL TRUST, AS AGENT<br><br>**Creditor's mailing address**<br>C/O MIDCAP FINANCIAL SERVICES LLC , AS SERVICER<br>7255 WOODMONT AVENUE, SUITE 200<br><br>BETHESDA, MD 20814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>5/16/2014<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 140015700199<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.26 | **Creditor's name**<br>MIDCAP FUNDING IV TRUST<br><br>**Creditor's mailing address**<br>AS SUCCESSOR-BY-ASSIGNMENT TO MIDCAP FINANCIAL TRUST<br>C/O MIDCAP FINANCIAL SVCS AS SERVICER<br>7255 WOODMONT AVENUE SUITE 200<br>BETHESDA, MD 20814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>CREDIT FACILITY<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,043,447.84 | UNKNOWN |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.27 | **Creditor's name**<br>MIDCAP FUNDING IV TRUST, AS AGENT<br><br>**Creditor's mailing address**<br>C/O MIDCAP FINANCIAL SERVICES LLC , AS SERVICER<br>7255 WOODMONT AVENUE, SUITE 200<br>BETHESDA, MD  20814<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>3/7/2019<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1900082967<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| 2.28 | **Creditor's name**<br>PHILIPS MEDICAL CAPITAL LLC<br><br>**Creditor's mailing address**<br>1111 OLD EAGLE SCHOOL ROAD<br>WAYNE, PA  19087<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/31/2014<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 140003205641<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |
| 2.29 | **Creditor's name**<br>PNC EQUIPMENT FINANCE LLC<br><br>**Creditor's mailing address**<br>2300 CABOT DRIVE, SUITE 355<br>LISLE, IL  60532<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>9/14/2012<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 120029269849<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL     Case Number (if known)   19-36300
(Name)

| Part 1: | Additional Page |
| --- | --- |

|  | | Column A | Column B |
| --- | --- | --- | --- |
|  | | **Amount of claim** <br> *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.30 | **Creditor's name** <br> PRIME ALLIANCE BANK | UNKNOWN | UNKNOWN |

**2.30**

**Creditor's name**
PRIME ALLIANCE BANK

**Creditor's mailing address**
1868 SOUTH 500 WEST
WOODS CROSS, UT 84087

**Creditor's email address**

**Date or dates debt was incurred**
9/11/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 130029506723

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral that supports this claim: UNKNOWN

---

**2.31**

**Creditor's name**
STRYKER FINANCE

**Creditor's mailing address**
950 TRADE CENTRE WAY, SUITE 200
KALAMAZOO, MI 49002

**Creditor's email address**

**Date or dates debt was incurred**
11/5/2012

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 120034963482

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral that supports this claim: UNKNOWN

---

**2.32**

**Creditor's name**
STRYKER FINANCE, A DIVISION OF
STRYKER SALES CORPORATION

**Creditor's mailing address**
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

**Creditor's email address**

**Date or dates debt was incurred**
6/13/2014

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 140018939247

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Amount of claim: UNKNOWN
Value of collateral that supports this claim: UNKNOWN

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.33**

**Creditor's name**
U.S. BANK, N.A.

**Creditor's mailing address**
777 EAST WISCONSIN AVENUE
MILWAUKEE, EI  53202

**Creditor's email address**

**Date or dates debt was incurred**
2/12/2016

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 1600047095

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

**2.34**

**Creditor's name**
U.S. BANK, N.A.

**Creditor's mailing address**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202

**Creditor's email address**

**Date or dates debt was incurred**
5/2/2013

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 1300139290

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

**2.35**

**Creditor's name**
U.S. BANK, N.A.

**Creditor's mailing address**
777 EAST WISCONSIN AVENUE
MILWAUKEE, WI  53202

**Creditor's email address**

**Date or dates debt was incurred**
6/21/2018

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**

**Describe the lien**
UCC FILING NUMBER - 1800217501

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

UNKNOWN      UNKNOWN

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | *Do not deduct the value of collateral.* | |

| 2.36 | **Creditor's name**<br>U.S. BANK, N.A.<br><br>**Creditor's mailing address**<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/2/2018<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1800000468<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.37 | **Creditor's name**<br>U.S. BANK, N.A.<br><br>**Creditor's mailing address**<br>777 EAST WISCONSIN AVENUE<br>MILWAUKEE, WI 53202<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>8/7/2013<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>UCC FILING NUMBER - 1300253083<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.38 | **Creditor's name**<br>WALKER COUNTY HOSPITAL DISTRICT<br><br>**Creditor's mailing address**<br>1411 11TH STREET<br>HUNTSVILLE, TX 77340<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br><br>**Describe the lien**<br>DEED OF TRUST AND SECURITY AGREEMENT<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,794,379.50 | UNKNOWN |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| 2.39 | **Creditor's name** WALKER COUNTY HOSPITAL DISTRICT | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 1411 11TH STREET HUNTSVILLE, TX 77340 | **Describe the lien** UCC FILING NUMBER - 190025891722 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 7/9/2019 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.40 | **Creditor's name** WISIACKAS, PHILIP., DR. | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** DBA DOCTOR PHILA'S FAMILY MEDICINE 7000 HIGHWAY 224 COLDSPRING, TX 77331 | **Describe the lien** UCC FILING NUMBER - 150023304200 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 7/22/2015 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| 2.41 | **Creditor's name** XEROX FINANCIAL SERVICES | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
|---|---|---|---|---|
| | **Creditor's mailing address** 201 MERRITT 7 NORFOLK, CT 06856 | **Describe the lien** UCC FILING NUMBER - 190033796472 | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** ☒ No ☐ Yes | | |
| | **Date or dates debt was incurred** 9/5/2019 | | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** ☒ No ☐ Yes | | |
| | **Do multiple creditors have an interest in the same property?** ☒ No ☐ Yes | **As of the petition filing date, the claim is:** Check all that apply. ☒ Contingent ☒ Unliquidated ☒ Disputed | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | *Do not deduct the value of collateral.* | |
| 2.42 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | UNKNOWN | UNKNOWN |
| | XEROX FINANCIAL SERVICES | | | |
| | **Creditor's mailing address** | **Describe the lien** | | |
| | 45 GLOVER AVE | UCC FILING NUMBER - 150022854976 | | |
| | NORFOLK, CT  06856 | | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?** | | |
| | **Date or dates debt was incurred** | ☑ No | | |
| | 7/18/2015 | ☐ Yes | | |
| | **Last 4 digits of account number:** | **Is anyone else liable on this claim?** | | |
| | **Do multiple creditors have an interest in the same property?** | ☑ No | | |
| | | ☐ Yes | | |
| | ☑ No | **As of the petition filing date, the claim is:** | | |
| | ☐ Yes | *Check all that apply.* | | |
| | | ☑ Contingent | | |
| | | ☑ Unliquidated | | |
| | | ☑ Disputed | | |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $9,837,827.34 |
| --- | --- | --- |

| Official Form 206D | **Schedule D: Creditors Who Have Claims Secured by Property** | Page 15 of 15 |
| --- | --- | --- |

| Fill in this information to identify the case: |
|---|

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
|---|---|
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims
04/19

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☒ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>4 IMPRINT<br>101 COMMERCE STREET<br>OSHKOSK, WI 54901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $594.52 |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>ABBOTT LABORATORIES<br>100 ABBOTT PARK ROAD<br>ABBOT PARK, IL 60064<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106,869.95 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>ABBOTT NUTRITION<br>75 REMITTANCE DR STE 1310<br>CHICAGO, IL 60675-1310<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $117.30 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,850.00 |
| | ABBOTT VASCULAR<br>3200 LAKESIDE DRIVE<br>SANTA CLARA, CA 75054 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,885.00 |
| | ABC PEST & LAWN SERVICES<br>4202 STATE HWY 6 SOUTH<br>COLLEGE STATION, TX 77845 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,424.04 |
| | ABDULLAH, ARIF M.D., P.A.<br>500 MEDICAL CENTER BLVD<br>STE 218<br>CONROE, TX 77304 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19,543.01 |
| | ACCOUNTABLE HEALTHCARE STAFFING,INC<br>999 YAMATO ROAD STE 210<br>BOCA RATON, FL 33431 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,660.56 |
| | ACS PRIMARY CARE PHYS SW PA<br>PO BOX 636018<br>CINCINNATI, OH 45263-6018 | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.9 | **Nonpriority creditor's name and mailing address**<br><br>ACUMED LLC<br>5885 NW CORNELIUS PASS RD<br>SUITE 100<br>HILLSBORO, OR 97123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $36,488.00 |
|---|---|---|---|

| 3.10 | **Nonpriority creditor's name and mailing address**<br><br>ADVANTAGE MEDICAL ELECTRONICS<br>12455 WESTPARK DR H15<br>HOUSTON, TX 77082<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,360.00 |

| 3.11 | **Nonpriority creditor's name and mailing address**<br><br>AESCULAP IMPLANT SYSTEMS, LLC<br>3773 CORPORATE PKWY<br>CENTER VALLEY, PA 18034<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,249.95 |

| 3.12 | **Nonpriority creditor's name and mailing address**<br><br>AGILITI HEALTH, INC<br>6625 WEST 78TH STREET SUITE 300<br>MINNEAPOLIS, MN 55439<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $100,743.37 |

| 3.13 | **Nonpriority creditor's name and mailing address**<br><br>AIV<br>7485 SHIPLEY AVE<br>HARMANS, MD 21077<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,727.94 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,376.26

ALCON LABORATORIES, INC
69201 SOUTH FREEWAY
FORT WORTH, TX  76134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,425.00

ALERE NORTH AMERICA INC
30 SOUTH KELLER RD SUITE 100
ORLANDO, FL  32810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $745.52

ALIMED INC
297 HIGH STREET
DEDHAM, MA  02026

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,735.52

ALLIED UNIVERSAL SECURITY SERVICES
PO BOX 828854
PHILADELPHIA, PA  19182-8854

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,780.00

ALLOSOURCE
6278 S TROY CIRCLE
CENTENNIAL, CO  80111

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.19**    **Nonpriority creditor's name and mailing address**

ALTOM CONSULTING & MARKETING, INC
PO BOX 690
HUNTSVILLE, TX 77342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$319.70

---

**3.20**    **Nonpriority creditor's name and mailing address**

AMAZON.COM
410 TERRY AVE N
SEATTLE, WA 98109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.24

---

**3.21**    **Nonpriority creditor's name and mailing address**

AMERICAN ACADEMY OF PEDIATRICS
PO BOX 776442
CHICAGO, IL 60677-6442

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.48

---

**3.22**    **Nonpriority creditor's name and mailing address**

AMERICAN COLLEGE OF CARDIOLOGY FOUN
2400 N STREET NW
WASHINGTON, DC 20037

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,505.00

---

**3.23**    **Nonpriority creditor's name and mailing address**

AMERICAN COLLEGE OF SURGEONS
633 NORTH SAINT CLAIR STREET
CHICAGO, IL 60611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,400.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $456.88 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
AMERICAN INCOME LIFE INSURANCE
PO BOX 50158

INDIANAPOLIS, IN  46250

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$456.88

---

3.25 **Nonpriority creditor's name and mailing address**
AMES COLOR FILE
605 4TH STREET
MAYVILLE, WI  53050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,930.00

---

3.26 **Nonpriority creditor's name and mailing address**
AMO SALES AND SERVICE
1700 E ST ANDREW PLACE
SANTA ANA, CA  92705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31,689.45

---

3.27 **Nonpriority creditor's name and mailing address**
ANGELICA TEXTILE SERVICES
1901 S MEYERS RD SUITE 630
OAKBROOK TERRACE, IL  60181

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,803.54

---

3.28 **Nonpriority creditor's name and mailing address**
ANGIO DYNAMICS INC
1 HORIZON WAY
MANCHESTER, GA  31816

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,020.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.29** | **Nonpriority creditor's name and mailing address**

AON CONSULTING, INC
200 E RANDOLPH STREET
CHICAGO, IL  60601

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.30** | **Nonpriority creditor's name and mailing address**

API HEALTHCARE CORPORATION
1550 INNOVATION WAY
HARTFORD, WI  53027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,104.96

---

**3.31** | **Nonpriority creditor's name and mailing address**

APPLIED MEDICAL
6551 BRECKSVILLE ROAD
INDEPENDENCE, OH  44131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$27,538.00

---

**3.32** | **Nonpriority creditor's name and mailing address**

ARGON MEDICAL DEVICES, INC.
1445 FLAT CREEK RD
ATHENS, TX  75751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,823.38

---

**3.33** | **Nonpriority creditor's name and mailing address**

ARRAY SOFTWARE
540 MEADOW STREET
AGAWAM, MA  01001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207.45

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>A-S 103 SAM HOUSTON TOWN CENTER, LP<br>KATHERINE HATCHER PRESIDENT<br>8827 W SAM HOUSTON PKWY NORTH STE 200<br>HOUSTON, TX 77040<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>LEASE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $189,256.34 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>ASPIRE HOSPITAL, LLC<br>2006 SOUTH LOOP 336 WEST<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40,887.85 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br><br>ATHENAHEALTH INC<br>311 ARSENAL STREET<br>WATERTOWN, MA 02472-2782<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95,774.91 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br><br>ATLANTA COMPUTER SALES, INC.<br>1925 GRASSLAND PARKWAY<br>ALPHARETTA, GA 30004<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,586.95 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br><br>ATLANTIS COMMERCIAL SERVICES<br>1314 FM 646 SUITE 24B<br>DICKINSON, TX 77539<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,051.10 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

### 3.39

**Nonpriority creditor's name and mailing address**

ATLAS MEDSTAFF, LLC
11840 NICHOLAS ST STE 125
OMAHA, NE 68154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,020.75

### 3.40

**Nonpriority creditor's name and mailing address**

ATOMIC ENERGY INDUSTRIAL
9315 KIRBY DRIVE
HOUSTON, TX 77054-2516

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$436.44

### 3.41

**Nonpriority creditor's name and mailing address**

AUSTIN ANESTHESIOLOGY GROUP PLLC
PO BOX 535488
ATLANTA, GA 30353-5488

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$154.12

### 3.42

**Nonpriority creditor's name and mailing address**

AVANTE ULTRASOUND
1040 DERITA ROAD
SUITE A
CONCORD, NC 28027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,490.86

### 3.43

**Nonpriority creditor's name and mailing address**

AVELLA OF HOUSTON, LLC
9265 KIRBY DRIVE
HOUSTON, TX 77054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,350.18

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| **3.44** | **Nonpriority creditor's name and mailing address**<br><br>AVMED, INC.<br>PO BOX 15548<br><br>AUSTIN, TX 78761<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IDENTIFIED OVERPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,543.91 |
|---|---|---|---|
| **3.45** | **Nonpriority creditor's name and mailing address**<br><br>BARD ACCESS SYSTEM<br>605 NORTH 5600 WEST<br>SALT LAKE CITY, UT 81446<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,540.65 |
| **3.46** | **Nonpriority creditor's name and mailing address**<br><br>BARRIER REEF EMERGENCY PHYSICIANS<br>PO BOX 98694<br>LAS VEGAS, NV 89193<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $395.92 |
| **3.47** | **Nonpriority creditor's name and mailing address**<br><br>BAUSCH & LOMB SURGICAL<br>3365 TREE COURT IND BLVD<br>ST LOUIS, MO 63122-8678<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $955.93 |
| **3.48** | **Nonpriority creditor's name and mailing address**<br><br>BAXTER HEALTHCARE CORP<br>1 BAXTER PARKWAY<br>DEERFIELD, IL 60015<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,603.62 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.49** | **Nonpriority creditor's name and mailing address**
BAYER HEALTHCARE LLC
100 BAYER RD
PITTSBURGH, PA  15205

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,469.79

---

**3.50** | **Nonpriority creditor's name and mailing address**
BAYLOR PATHOLOGY
MARTIN MATZUK MD PHD INTERIM CHAIR
1 BAYLOR PLAZA 286A
HOUSTON, TX  77030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$196,215.80

---

**3.51** | **Nonpriority creditor's name and mailing address**
BCBS OF TX
NANCY C PRUITT COUNSEL
PO BOX 805107
CHICAGO, IL  60680-4140

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$393,585.37

---

**3.52** | **Nonpriority creditor's name and mailing address**
BECKMAN COULTER INC
PO BOX 3100
FULLERTON, CA  92834-3100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61,872.68

---

**3.53** | **Nonpriority creditor's name and mailing address**
BEEKLEY CORPORATION
ONE PRESTIGE LANE
BRISTOL, CT  06010

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,861.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.54** **Nonpriority creditor's name and mailing address**

BEHAVIORAL HEALTH CONNECTION
6500 HORNWOOD DR
HOUSTON, TX 77074

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,060.00

---

**3.55** **Nonpriority creditor's name and mailing address**

BEST CHOICE ANES AND PAIN SVC,PLLC
PO BOX 3856
HOUSTON, TX 77253-3856

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,082.88

---

**3.56** **Nonpriority creditor's name and mailing address**

BGW DATA SYSTEMS, LLC
233 RUSTIC OAKS DRIVE
BRYAN, TX 77808

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,859.00

---

**3.57** **Nonpriority creditor's name and mailing address**

BIO-RAD LABORATORIES INC
4000 ALFRED NOBEL DR
HERCULES, CA 94547

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,507.39

---

**3.58** **Nonpriority creditor's name and mailing address**

BIOTRONIK INC
6024 JEAN ROAD
LAKE OSWEGO, OR 97035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$89,247.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.59** | **Nonpriority creditor's name and mailing address**

BOSTON SCIENTIFIC CORPORATION
ONE BOSTON SCIENTIFIC PLACE
NATICK, MA  01760-1537

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$97,272.29

---

**3.60** | **Nonpriority creditor's name and mailing address**

BRACCO DIAGNOSTIC, INC
PO BOX 978952
DALLAS, TX  75397-8952

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,648.77

---

**3.61** | **Nonpriority creditor's name and mailing address**

BRIGGS CORPORATION
4900 UNIVERSITY SUITE 200
WEST DES MOINES, IA  50266

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$834.65

---

**3.62** | **Nonpriority creditor's name and mailing address**

BROADLEAF IT, LLC
13100 WORTHHAM CENTER DRIVE
SUITE 150
HOUSTON, TX  77065-5633

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,021.28

---

**3.63** | **Nonpriority creditor's name and mailing address**

BRYAN RADIOLOGY ASSOC
PO BOX 5306
BRYAN, TX  77805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$743.64

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.64** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,462.01

C & A INDUSTRIES INC
13609 CALIFORNIA ST
OMAHA, NE 68154-5260

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.65** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,601.33

C R BARD INC
PO BOX 920008
ATLANTA, GA 30392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.66** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $32,426.05

C R BARD INC
PO BOX 920008
ATLANTA, GA 30392

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.67** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $721.25

CARDINAL HEALTH
PO BOX 95600
ALBUQUERQUE, NM 87100

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.68** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,145.00

CARDIONET, LLC
PO BOX 417570
BOSTON, MA 02241-7570

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.69** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11,059.45
Check all that apply.

CARDIOVASCULAR SYSTEMS INC
651 CAMPUS DRIVE
ST PAUL, MN  55112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $257,227.85
Check all that apply.

CAREFUSION
10221 WATERIDGE CIRCLE
SAN DIEGO, CA  92121-1579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,638.31
Check all that apply.

CAREFUSION 2200, INC.
25146 NETWORK PLACE
CHICAGO, IL  60673-1250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24,086.00
Check all that apply.

CAREFUSION SOLUTIONS, LLC
10221 WATERIDGE CIRCLE
SAN DIEGO, CA  92121-1579

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,500.00
Check all that apply.

CARR, RIGGS & INGRAM, LLC
PO BOX 312044
ENTERPRISE, AL  36331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.74** | **Nonpriority creditor's name and mailing address**
CASPERSON, TIMOTHY C.
100 MEDICAL CENTER BLVD STE 216
CONROE, TX 77304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,645.39

---

**3.75** | **Nonpriority creditor's name and mailing address**
CAVALIER HEALTH SERVICES LLC
ATTN: DAVID CAVALIER PRESIDENT
7105 OLD KATY RD APT 3101
HOUSTON, TX 77024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,558,546.63

---

**3.76** | **Nonpriority creditor's name and mailing address**
CBT NUGGETS LLC
1550 VALLEY RIVER DRIVE
EUGENE, OR 97401

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$840.00

---

**3.77** | **Nonpriority creditor's name and mailing address**
CC HMS TX PLLC
PO BOX 225154
DALLAS, TX 75229-5154

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$191.21

---

**3.78** | **Nonpriority creditor's name and mailing address**
CEDARON MEDICAL, INC
PO BOX 2100
DAVIS, CA 95617

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$641.29

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---:|

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,280.66

CELTIC LEASING - BECKMAN HEMATOLOGY ANALYZERS
4 PARK PLAZA SUITE 300
IRVINE, CA 92614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAPITAL LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,734.65

CELTIC LEASING - SIEMENS SUMBIA S SERIES CAMERA
4 PARK PLAZA SUITE 300
IRVINE, CA 92614

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAPITAL LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,000.85

CELTIC LEASING CORP
PO BOX 87618
DEPT 10295
CHICAGO, IL 60680

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,895.00

CENTER FOR IMPROVEMENT IN
PO BOX 3620
MCKINNEY, TX 75070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,211.60

CENTURION MEDICAL PRODUCTS
PO BOX 510
WILLIAMSTON, MI 48895

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,354.74

CHANNELFORD ASSOCIATES, INC
2006 CHANNELFORD ROAD
WESTLAKE, CA 91361

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,778.26

CHARLES MONDAY, JR. MD PA
PO BOX 1920
HUNTSVILLE, TX 77342-1920

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,880.16

CHCA CONROE, L.P.
504 MEDICAL CENTER BLVD
CONROE, TX 77304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $915.25

CHEM-AQUA, INC.
2727 CHEMSEARCH BLVD.
IRVING, TX 75062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $307.00

CHEMSEARCH
PO BOX 971269
DALLAS, TX 75397-1269

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

### 3.89

**Nonpriority creditor's name and mailing address**

CIGNA SPECIAL INVESTIGATION UNIT
DAVID CORDANI PRESIDENT
900 COTTAGE GROVE RD
HARTFORD, CT  06152

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$176,248.48

---

### 3.90

**Nonpriority creditor's name and mailing address**

CINTAS CORPORATION LOC. 619
PO BOX 1296
CONROE, TX  77305

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,529.00

---

### 3.91

**Nonpriority creditor's name and mailing address**

CITY OF RIVERSIDE
PO BOX 623
RIVERSIDE, TX  77367-0623

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$129.00

---

### 3.92

**Nonpriority creditor's name and mailing address**

CIVCO MEDICAL INSTRUMENTS CO. INC
102 FIRST STREET SOUTH
KALONA, IA  52247

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$840.00

---

### 3.93

**Nonpriority creditor's name and mailing address**

CLAFLIN SERVICE COMPANY
1206 JEFFERSON BLVD
WARWICK, RI  02886

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,678.40

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.94 | **Nonpriority creditor's name and mailing address**<br><br>CLARIENT DIAGNOSTIC SERVICES, INC<br>PO BOX 865360<br>ORLANDO, FL  32886-5360<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,578.31 |
|---|---|---|---|
| 3.95 | **Nonpriority creditor's name and mailing address**<br><br>CLEAN DRAINS INC<br>3004 MONTGOMERY RD<br>HUNTSVILLE, TX  77340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.96 | **Nonpriority creditor's name and mailing address**<br><br>CLINICAL INNOVATIONS, LLC<br>2840 MOMENTUM PLACE<br>CHICAGO, IL  60689-5327<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,547.50 |
| 3.97 | **Nonpriority creditor's name and mailing address**<br><br>CLINICAL PATHOLOGY LABS, INC<br>PO BOX 141669<br>AUSTIN, TX  78714-1669<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,988.18 |
| 3.98 | **Nonpriority creditor's name and mailing address**<br><br>COASTAL LIFE SYSTEMS INC<br>5656 S STAPLES STE 328<br>CORPUS CHRISTI, TX  78411<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $269.99 |

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.99** | **Nonpriority creditor's name and mailing address**
COASTAL PATHOLOGY INC
PO BOX 733344
DALLAS, TX  75373-3344

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,148.44

---

**3.100** | **Nonpriority creditor's name and mailing address**
COLLEGE OF AMERICAN PATHOLOGISTS
325 WAUKEGAN RD
NORTHFIELD, IL  60093-2750

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,575.02

---

**3.101** | **Nonpriority creditor's name and mailing address**
COMMUNITY PATHOLOGY ASSOCIATES
PO BOX 4677
HOUSTON, TX  77210-4677

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,884.45

---

**3.102** | **Nonpriority creditor's name and mailing address**
COMPASS POINT EMERGENCY PHYSICIANS
PO BOX 99099
LAS VEGAS, NV  89193

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$284.00

---

**3.103** | **Nonpriority creditor's name and mailing address**
COMPREHENSIVE PHARMACY SERVICES
PO BOX 116474
ATLANTA, GA  30368-6474

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,548.91

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,287.35

CONCENTRIC RECEIVABLES MGT, LTD
1220 BLALOCK SUITE 310
HOUSTON, TX 77055

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | | $2,086.75

CONE INSTRUMENTS, LLC
5201 NAIMAN PARKWAY
SOLON, OH 44139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | | $2,133.80

CONMED CORPORATION
525 FRENCH RD
UTICA, NY 13502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | | $6,187.18

CONROE AMBULATORY ANESTHESIA,PA
503 MEDICAL CENTER BLVD STE110
CONROE, TX 77304-2928

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address** | | $32,299.11

CONROE REGIONAL MEDICAL CNTR
504 MEDICAL CENTER BLVD
CONROE, TX 73304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,565.61

CONROE WELDING SUPPLY
415 SOUTH FRAZIER
CONROE, TX 77301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85,269.00

CONSOLIDATED COMMUINCATIONS OF
121 SOUTH 17TH STREET
MATTOON, IL 61938

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42,276.99

COOK MEDICAL INCORPORATED
22988 NETWORK PLACE
CHICAGO, IL 60673-1229

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,739.95

COOK MEDICAL LLC
P.O. BOX 4195
BLOOMINGTON, IN 47402-4195

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
CAPITAL LEASE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,726.90

COOPER SURGICAL
95 CORPORATE DRIVE
TRUMBULL, CT 06611

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.114**

**Nonpriority creditor's name and mailing address**

COVIDIEN
15 HAMPSHIRE STREET
MANSFIELD, MA  02048

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,363.29

---

**3.115**

**Nonpriority creditor's name and mailing address**

CRANFORD MEDICAL IMAGING
600 CENTURY PLAZA DR SUITE C140
HOUSTON, TX  77073

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,202.50

---

**3.116**

**Nonpriority creditor's name and mailing address**

CROTHALL HEALTHCARE, INC
1500 LIBERTY RIDGE DR
SUITE 210
WAYNE, PA  19087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,954.78

---

**3.117**

**Nonpriority creditor's name and mailing address**

CROTHALL HEALTHCARE, INC.
1500 LIBERTY RIDGE DR
SUITE 210
WAYNE, PA  19087

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80,317.78

---

**3.118**

**Nonpriority creditor's name and mailing address**

CURTIS MONTGOMERY, M.D.P.A.
100 MEDICAL CENTER PKWY # 500
HUNTSVILLE, TX  77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,253.08

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,244.37 |
|---|---|---|---|

CUSTOMIZED COMMUNICATIONS INC
PO BOX 5566
ARLINGTON, TX  76005

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,500.00 |
|---|---|---|---|

DATA INNOVATION LLC
120 KIMBALL AVENUE SUITE 100
SOUTH BURLINGTON, VA  05403

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,470.56 |
|---|---|---|---|

DATCARD SYSTEMS
7 GOODYEAR
IRVINE, CA  92618

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $497.31 |
|---|---|---|---|

DAY N NIGHT MEDICAL SUPPLY
122 MEDICAL PARK LN STE C
HUNTSVILLE, TX  77340-4902

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30,822.14 |
|---|---|---|---|

DE LAGE LANDEN FINANCIAL SERVICES
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA  19087

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |

| | | Amount of claim |
|---|---|---|

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,963.72 |
| | DELL MARKETING L.P. | *Check all that apply.* | |
| | PO BOX 676021 | ☐ Contingent | |
| | DALLAS, TX 75312-0729 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $836.00 |
| | DEVICOR MEDICAL PRODUCTS, INC | *Check all that apply.* | |
| | 300 E BUSINESS WAY FIFTH FLOOR | ☐ Contingent | |
| | CINCINNATI, OH 45241 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,010.00 |
| | DGH-KOI, INC | *Check all that apply.* | |
| | 110 SUMMIT DRIVE SUITE B | ☐ Contingent | |
| | TXTON, PA 19341 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14,966.84 |
| | DIVERSIFIED CLINICAL SERVICES,INC. | *Check all that apply.* | |
| | 4500 SALISBURY ROAD | ☐ Contingent | |
| | SUITE 300 | ☐ Unliquidated | |
| | JACKSONVILLE, FL 32216 | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $187.43 |
| | DJ ORTHOPEDICS, LLC | *Check all that apply.* | |
| | 1430 DECISION STREET | ☐ Contingent | |
| | VISTA, CA 92081-8553 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address**<br><br>DOMAIN LISTINGS LLC<br>PO BOX 19607<br>LAS VEGAS, NV  89132<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $228.00 |
| 3.130 | **Nonpriority creditor's name and mailing address**<br><br>DOOR CONTROL SERVICES INC<br>321 VZ COUNTY ROAD 4500<br>BEN WHEELER, TX  75754<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,146.50 |
| 3.131 | **Nonpriority creditor's name and mailing address**<br><br>DRAEGER, INC<br>3135 QUARRY RD<br>TELFORD, PA  18969<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $405.00 |
| 3.132 | **Nonpriority creditor's name and mailing address**<br><br>DSHS CENTRAL LAB MC2004<br>1100 WEST 49TH STREET<br>PO BOX 149347<br>AUSTIN, TX  78714-9347<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $2,012.35 |
| 3.133 | **Nonpriority creditor's name and mailing address**<br><br>EASTEX TELEPHONE COOP, INC.<br>PO BOX 150<br>HENDERSON, TX  75653-0150<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $246.28 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.134** | **Nonpriority creditor's name and mailing address**

ECHOCARDIOGRAPHY SPECIALIST OF
PO BOX 70951
HOUSTON, TX 77270

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,600.00

---

**3.135** | **Nonpriority creditor's name and mailing address**

EDWARDS LIFESCIENCES
23146 NETWORK PLACE
CHICAGO, IL 60673-1231

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,333.94

---

**3.136** | **Nonpriority creditor's name and mailing address**

ELEVATOR SAFETY INSPECTIONS, INC.
21225 CREEK RD
MANVEL, TX 77578

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,775.00

---

**3.137** | **Nonpriority creditor's name and mailing address**

ELITECHGROUP INC
370 WEST 1700 SOUTH
LOGAN, UT 84321-8212

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$273.85

---

**3.138** | **Nonpriority creditor's name and mailing address**

ELLKAY LLC
200 RIVERFRONT BLVD
ELMWOOD PARK, NJ 07407

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,120.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.139** | **Nonpriority creditor's name and mailing address**

EMBASSY RECORDS MANAGEMENT AND
PO BOX 5449
BRYAN, TX 77805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,225.73

---

**3.140** | **Nonpriority creditor's name and mailing address**

EMERGENCY STAFFING SOLUTIONS, INC
17304 PRESTON ROAD SUITE 1400
DALLAS, TX 75252

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$104,029.77

---

**3.141** | **Nonpriority creditor's name and mailing address**

ENCOMPAS UNLIMITED, INC
2219 WHITFIELD PARK DR
SARASOTA, FL 34243

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.99

---

**3.142** | **Nonpriority creditor's name and mailing address**

ENV SERVICES INC.
2880 BERGEY ROAD SUITE K
HATFIELD, PA 19440-1764

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$485.00

---

**3.143** | **Nonpriority creditor's name and mailing address**

EPSY SERVICES INC
2213 16TH ST
BEDFORD, IN 47421

**Date or dates debt was incurred**

8/2/2019

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>Additional Page</strong></td></tr>
</table>

| | | | Amount of claim |
|---|---|---|---|

---

**3.144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,840.00

ESTUDIO,LLC
2180 NOTH LOOP WEST SUITE 500
HOUSTON, TX 77018

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,529.76

EVOQUA WATER TECHNOLOGIES LLC
210 SIXTH AVENUE SUITE 3300
PITTSBURGH, PA 15222

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $147.32

FEDERAL EXPRESS
2650 THOUSAND OAK
MEMPHIS, TN 38118

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $404.03

FERNANDO GALLEGOS

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64,646.26

FISHER SCIENTIFIC COMPANY, LLC
9999 VETERANS MEMORIAL DR
HOUSTON, TX 77038-2499

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.16 |

**Nonpriority creditor's name and mailing address**
FLOW TEK, INC.
7314 ISLAND CIRCLE
BOULDER, CO 80301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.16

---

3.150 **Nonpriority creditor's name and mailing address**
FORMFAST INC.
13421 MANCHESTER ROAD 208
ST LOUIS, MO 63131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,093.23

---

3.151 **Nonpriority creditor's name and mailing address**
FORWARD EDGE
DEPT 3731
PO BOX 123731
DALLAS, TX 75312-3731

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$709.77

---

3.152 **Nonpriority creditor's name and mailing address**
G&E HC REIT II LIVINGSTON MOB
KRISTI WRY
1551 N TUSTIN AVE STE 300
SANTA ANNA, CA 92705

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$179,859.18

---

3.153 **Nonpriority creditor's name and mailing address**
GE HEALTHCARE
3000 N GRANDVIEW BLVD
WAUKESHA, WI 53188

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$25,584.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.154** | **Nonpriority creditor's name and mailing address**

GE HEALTHCARE FIN SERVICE
PO BOX 641419
PITTSBURG, PA 15264-1419

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,964.11

---

**3.155** | **Nonpriority creditor's name and mailing address**

GE HEALTHCARE IITS USA CORP
40 IDX DRIVE
WOUTH BURLINGTON, VT 05040

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,214.99

---

**3.156** | **Nonpriority creditor's name and mailing address**

GE MEDICAL SYSTEMS INFO TECH
PO BOX 640944
PITTSBURGH, PA 15264-0944

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,558.68

---

**3.157** | **Nonpriority creditor's name and mailing address**

GEICO COUNTY MUTUAL INSURANCE COMPANY
2280 N GREENVILLE AVENUE

RICHARDSON, TX 75082-4412

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$753.21

---

**3.158** | **Nonpriority creditor's name and mailing address**

GENZYME CORPORATION
55 CAMBRIDGE PARKWAY
CAMBRIDGE, MA 02142

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$34,420.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.159** | **Nonpriority creditor's name and mailing address**

GERRY G. ACHILLE
RT 10 BOX 301
HUNTSVILLE, TX  77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,091.00

---

**3.160** | **Nonpriority creditor's name and mailing address**

GETINGE USA SALES LLC
45 BARBOUR POND DRIVE
WAYNE, NJ  07470

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,053.52

---

**3.161** | **Nonpriority creditor's name and mailing address**

GI SUPPLY
200 GRANDVIEW AVENUE
CAMP HILL, PA  17011

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$363.00

---

**3.162** | **Nonpriority creditor's name and mailing address**

GJERSET & LORENZ LLP
2801 VIA FORTUNA STE 500
AUSTIN, TX  78746

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$855.00

---

**3.163** | **Nonpriority creditor's name and mailing address**

GRAINGER
201 FREEDOM DRIVE
ROANOKE, TX  76262-3320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,232.46

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,000.00 |
|---|---|---|---|

GREATER HOUSTON HEALTHCONNECT
1213 HERMANN DRIVE SUITE 135
HOUSTON, TX 77004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,223.24 |
|---|---|---|---|

GREATER HOUSTON RADIATION ONCOLOGY
PO BOX 8399
THE WOODLANDS, TX 77387-8399

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $855.65 |
|---|---|---|---|

GREGORY ELDERS SPINE, PLLC
10857 KUYKENDAHL RD 120
THE WOODLANDS, TX 77382

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $124.50 |
|---|---|---|---|

GULF ATLANTIC PACKAGING CORP.
1100 WESTLAKE PARKWAY SW SUITE 140
ATLANTA, GA 30336

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $334.41 |
|---|---|---|---|

GULFCOAST PATHOLOGY ASSOCIATES, P.A.
22999 U.S. HIGHWAY 59N #299
HOUSTON, TX 77339

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,200,000.00

GUY GROS
789 ELKINS LAKE
HUNTSVILLE, TX  77340

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $758.26

GYNEX CORPORATION
14603 NE 87TH ST
REDMOND, WA  98052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $312.00

H & B AIR FILTER CO
9947 HARWIN DRIVE STE G
HOUSTON, TX  77036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,008.00

HALYARD HEALTH INC.
5405 WINDWARD PARKWAY SUITE 100 S
ALPHARETTA, GA  30004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20,743.84

HAMMOND HANLON CAMP LLC
4655 EXECUTIVE DRIVE SUITE 280
SAN DIEGO, CA  92121

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.174**

**Nonpriority creditor's name and mailing address**

HAZLEWOOD'S HYUNDAI OF HUNTSVILLE
755 I45 SOUTH
HUNTSVILLE, TX 77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$373.85

---

**3.175**

**Nonpriority creditor's name and mailing address**

HEALING HEARTS CLINIC
100 MEDICAL CENTER BLVD STE 200
CONROE, TX 77304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,305.64

---

**3.176**

**Nonpriority creditor's name and mailing address**

HEALOGICS
5220 BELFORT RD. #130
JACKSONVILLE, FL 32256

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$100,000.00

---

**3.177**

**Nonpriority creditor's name and mailing address**

HEALTHCARESOURCEHR, INC
100 SYLVAN ROAD SUITE 100
WOBURN, MA 01801-7463

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,400.00

---

**3.178**

**Nonpriority creditor's name and mailing address**

HEARTCARE CORPORATION OF
PO BOX 3012
SOUTHEASTERN, PA 19398-3012

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address**<br><br>HENRY SCHEIN, INC.<br>135 DURYEA ROAD<br>MELVILLE, NY  11747<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,369.75 |

| 3.180 | **Nonpriority creditor's name and mailing address**<br><br>HERBERT L FLAKE COMPANY,LLC<br>5235 GLENMONT DRIVE<br>HOUSTON, TX  77081<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $873.18 |

| 3.181 | **Nonpriority creditor's name and mailing address**<br><br>HHS ENVIRONMENTAL SYSTEMS<br>12495 SILVER CREEK RD<br>DRIPPING SPRINGS, TX  78620<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $2,368.99 |

| 3.182 | **Nonpriority creditor's name and mailing address**<br><br>HILL-ROM COMPANY<br>335365 NEW COMMERCE BLVD<br>WILKESBARRE, PA  18706<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $9,437.41 |

| 3.183 | **Nonpriority creditor's name and mailing address**<br><br>HITACHI HEALTHCARE AMERICAS CORP<br>1959 SUMMIT COMMERCE PARK<br>TWINSBURG, OH  44087<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $27,499.98 |

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $795.50 |

HOFFMAN, JESSICA
PO BOX 404
ARLINGTON, TX  76004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $40,288.48 |

HOLOGIC
250 CAMPUS DRIVE
MARLBOROUGH, MA  01752

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $72,041.02 |

HOSPITAL DOCS, PA
PO BOX 946
MONTGOMERY, TX  77356

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $12,825.54 |

HOUSTON NEURODIAGNOSTICS, LLC
4545 FULLER DRIVE SUITE 100
IRVING, TX  75038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $10,255.29 |

HOWARD INDUSTRIES,INC
32 HOWARD MEDICAL
ELLISVILLE, MS  39437

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP. DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.189** **Nonpriority creditor's name and mailing address**
HSS SYSTEMS, LLC
TIMOTHY MCPHERSON CEO
8101 W SAM HOUSTON PKWY STE 100
HOUSTON, TX 77072

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$158,229.99

---

**3.190** **Nonpriority creditor's name and mailing address**
HUGHEY AND PHILLIPS LLC
240 W TWAIN AVE
URBANA, OH 43078

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.93

---

**3.191** **Nonpriority creditor's name and mailing address**
HUNTSVILLE DIALYSIS
PO BOX 402946
ATLANTA, GA 30384-2946

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,274.91

---

**3.192** **Nonpriority creditor's name and mailing address**
HUNTSVILLE ORTHOPEDIC SURGERY
129 MEDICAL PARK LANE
HUNTSVILLE, TX 77340-4982

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.193** **Nonpriority creditor's name and mailing address**
HUNTSVILLE POLICE DEPARTMENT
PO BOX 1232
LAFAYETTE, CA 94549

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$245.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.194** **Nonpriority creditor's name and mailing address**

HUNTSVILLE-WALKER CO EMS
1100 UNIVERSITY AVENUE
HUNTSVILLE, TX  77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,732.56

---

**3.195** **Nonpriority creditor's name and mailing address**

ICONTRACTS INC
1011 US ROUTE 22 WEST SUITE 104
BRIDGEWATER, NJ  08807

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,780.00

---

**3.196** **Nonpriority creditor's name and mailing address**

IDENTICARD/JAM PLASTICS
148 EAST STIEGEL ST.,
MANHEIM, PA  17545

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,261.61

---

**3.197** **Nonpriority creditor's name and mailing address**

IMMUCOR
PO BOX 102118
ATLANTA, GA  30368-2118

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,400.13

---

**3.198** **Nonpriority creditor's name and mailing address**

INDIGENT HEALTHCARE SOLUTIONS, LTD
3011 ARMORY DRIVE SUITE 190
NASHVILLE, TN  37204

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,742.00

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.199 | **Nonpriority creditor's name and mailing address**<br><br>INLAND NORTHWEST HEALTH SERVICES<br>PO BOX 2185<br>SPOKANE, WA  99210-2185<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,300.00 |
|---|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address**<br><br>INSTRUMENTATION LABORATORY<br>180 HARTWELL ROAD<br>BEDFORD, MA  01730-2443<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,796.63 |
| 3.201 | **Nonpriority creditor's name and mailing address**<br><br>INTEGRATED PRESCRIPTION MANAGEMENT<br>7815 N PALM AVENUESUITE 400<br>FRESNO, CA  93711<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,613.12 |
| 3.202 | **Nonpriority creditor's name and mailing address**<br><br>INTELLIGENT MEDICAL OBJECTS, INC<br>60 REVERE DRIVE SUITE 360<br>NORTHBROOK, IL  60062<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,500.00 |
| 3.203 | **Nonpriority creditor's name and mailing address**<br><br>INTUITIVE SURGICAL<br>GARY GURHART CEO<br>1266 KIFER ROAD<br>SUNNYVALE, CA  94086<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CAPITAL LEASE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,420,720.91 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2">Additional Page</td></tr>
</table>

| | | | Amount of claim |
|---|---|---|---|

**3.204**

**Nonpriority creditor's name and mailing address**

INVIVO CORPORATION
PO BOX 100355
ATLANTA, GA  30384-0355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$145.55

---

**3.205**

**Nonpriority creditor's name and mailing address**

IPEOPLE
2274 ROCKBROOK DR
LEWISVILLE, TX  75067

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,740.00

---

**3.206**

**Nonpriority creditor's name and mailing address**

IRADIMED CORPORATION
1025 WILLA SPRINGS DR
WINTER SPRINGS, FL  32708

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$43,613.13

---

**3.207**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN INC.
PO BOX 915004
DALLAS, TX  75391-5004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,328.29

---

**3.208**

**Nonpriority creditor's name and mailing address**

IRON MOUNTAIN PROPERTIES INC
16 CHAMPIONS BEND CIRCLE
HOUSTON, TX  77069

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$83,528.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.209 | **Nonpriority creditor's name and mailing address**<br><br>J & J HEALTH CARE SYSTEMS, INC.<br>1 CENTENNIAL AVE<br>PISCATAWAY, NJ 08854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44,873.00 |
|---|---|---|---|
| 3.210 | **Nonpriority creditor's name and mailing address**<br><br>J&J HCS<br>425 HOES LANE<br>PISCATAWAY, NJ 08854<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66,122.54 |
| 3.211 | **Nonpriority creditor's name and mailing address**<br><br>JACKSON PHYSICIAN SEARCH, LLC.<br>2655 NORTHWINDS PARKWAY<br>ALPHARETTA, GA 30009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,750.00 |
| 3.212 | **Nonpriority creditor's name and mailing address**<br><br>JAMES M. HANNA MD<br>130 MEDICAL CENTER PARKWAY 3<br>HUNTSVILLE, TX 77340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $847.95 |
| 3.213 | **Nonpriority creditor's name and mailing address**<br><br>JASON KNOBLOCH<br>201 CREEK CLIFF DR<br>GATESVILLE, TX 76528<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $109.40 |

**3.214**

**Nonpriority creditor's name and mailing address**
JETER SYSTEMS
606 FORTH ST
PO BOX 153
MAYVILLE, WI  53050

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$109.40

---

**3.215**

**Nonpriority creditor's name and mailing address**
JOHNSON & JOHNSON
1 JOHNSON AND JOHNSON PLAZA
NEW BRUNSWICK, NJ  08933

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,320.50

---

**3.216**

**Nonpriority creditor's name and mailing address**
KAREN M. LANE TAX ASSESSOR
PO BOX 417
MADISONVILLE, TX  77864

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.27

---

**3.217**

**Nonpriority creditor's name and mailing address**
KCI USA
634 N CHALLENGER RD
SALT LAKE CITY, UT  84116

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,038.72

---

**3.218**

**Nonpriority creditor's name and mailing address**
KEY SURGICAL
11000W 78TH ST SUITE 100
EDEN PRAIRIE, MN  55344

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.05

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address**<br><br>KIDNEY SPECIALIST OF THE WOODLANDS<br>PO BOX<br>GRAPEVINE, TX 76099<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $493.10 |
|---|---|---|---|
| 3.220 | **Nonpriority creditor's name and mailing address**<br><br>KRS GLOBAL BIOTECHNOLOGY INC<br>791 PARK OF COMMERCE BLVD<br>STE 600<br>BOCA RATON, FL 33487<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $516.32 |
| 3.221 | **Nonpriority creditor's name and mailing address**<br><br>KUPPERSMITH, RONALD B. MD<br>PO BOX 10194<br>COLLEGE STATION, TX 77842<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $88.95 |
| 3.222 | **Nonpriority creditor's name and mailing address**<br><br>LA BARRINGTON - SIEMENS<br>33 WEST HIGGINS ROAD SUITE 1030<br>SOUTH BARRINGTON, IL 60010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CAPITAL LEASE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,898.44 |
| 3.223 | **Nonpriority creditor's name and mailing address**<br><br>LABORATORY CORPORATION OF AMERICA<br>PO BOX 12140<br>BURLINGTON, NC 27216-2140<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,884.72 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

| 3.224 | **Nonpriority creditor's name and mailing address**<br><br>LAKE AREA DEVELOPMENTS<br>PO BOX 1724<br>LIVINGSTON, TX 77351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $77,999.94 |
| 3.225 | **Nonpriority creditor's name and mailing address**<br><br>LANDAUER INC<br>2 SCIENCE RD<br>GLENWOOD, IL 60425-1586<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,562.12 |
| 3.226 | **Nonpriority creditor's name and mailing address**<br><br>LANGE DISTRIBUTING CO., INC<br>PO BOX 3457<br>BRYAN, TX 77805-3457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,178.23 |
| 3.227 | **Nonpriority creditor's name and mailing address**<br><br>LANGE DISTRIBUTION CO., INC.<br>PO BOX 3457<br>BRYAN, TX 77805-3457<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,233.55 |
| 3.228 | **Nonpriority creditor's name and mailing address**<br><br>LEASING ASSOCIATES OF BARRINGTON<br>33 WEST HIGGINS ROAD SUITE 1030<br>SOUTH BARRINGTON, IL 60010<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,557.54 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.229**

**Nonpriority creditor's name and mailing address**

LIFELOC TECHNOLOGIES, INC.
12441 W 49TH AVE 4
WHEAT RIDGE, CO 80033

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.20

---

**3.230**

**Nonpriority creditor's name and mailing address**

LIFENET
1864 CONCERT DR
VIRGINIA BEACH, VA 23453

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,950.00

---

**3.231**

**Nonpriority creditor's name and mailing address**

LINDGREN RF ENCLOSURES, INC
400 HIGH GROVE BLVD
GLENDALE HEIGHTS, IL 60139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$510.00

---

**3.232**

**Nonpriority creditor's name and mailing address**

LIVINGSTON COMMUNICATIONS
701 W CHURCH ST
LIVINGSTON, TX 77351-3158

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,874.38

---

**3.233**

**Nonpriority creditor's name and mailing address**

LOCKTON INVESTMENT ADVISORS, LLC
PO BOX 877579
KANSAS CITY, MO 64187-7579

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,750.00

---

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known) 19-36300

(Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.234 | **Nonpriority creditor's name and mailing address**<br><br>LOCUMTENENS<br>2655 NORTHWINDS PARKWAY<br>ALPHARETTA, GA 30009<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,492.65 |
| 3.235 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR AMBULANCE 1, LLC<br>PO BOX 2775<br>GEORGETOWN, TX 78627<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $850.48 |
| 3.236 | **Nonpriority creditor's name and mailing address**<br><br>LONE STAR MEDICAL SUPPLY<br>130 COLONEL ETHEREDGE BLVD D2<br>HUNTSVILLE, TX 77340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.57 |
| 3.237 | **Nonpriority creditor's name and mailing address**<br><br>LSA VIDEO, INC.<br>455 BUSINESS CENTER DRIVE<br>SUITE 100<br>HORSHAM, PA 19044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,722.82 |
| 3.238 | **Nonpriority creditor's name and mailing address**<br><br>M&C INVESTMENTS, LLC<br>9421 FM 2920 RD BLDG 20<br>TOMBALL, TX 77375<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,625.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,554.86 |
|---|---|---|---|

MAGELLAN BEHAVIORAL HEALTH INC
PO BOX 785341
PHILADELPHIA, PA  19178-5341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | | $652.46 |
|---|---|---|---|

MANTZOROS, DIMITRIOS S
100 MEDICAL CENTER BLVD STE 216
CONROE, TX  77304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | | UNKNOWN |
|---|---|---|---|

MANUEL, BRICKEY JUAN

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | | $103.24 |
|---|---|---|---|

MARS ZULAY
1616 BAGWELL ROAD
HUNTSVILLE, TX  77320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | | $300.00 |
|---|---|---|---|

MARY LOU MATHESON
12979 BROWDER TRAYLOR ROAD
WILLIS, TX  77378-4109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP. _ D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.244**

**Nonpriority creditor's name and mailing address**

MATHESON TRI GAS
2200 HOUSTON AVE
HOUSTON, TX  77007

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,273.59

---

**3.245**

**Nonpriority creditor's name and mailing address**

MATRIX TRUST COMPANY BROADRIDGE FINANCIAL
SOLUTIONS, INC.
2800 N CENTRAL AVE STE 900
PHOENIX, AZ  85004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PENSION OBLIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$307,000.00

---

**3.246**

**Nonpriority creditor's name and mailing address**

MDSAVE INC
100 WINNERS CIRCLE N STE 202
BRENTWOOD, TN  37027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,000.00

---

**3.247**

**Nonpriority creditor's name and mailing address**

MEDICAID/PCCM
PO BOX 200555

AUSTIN, TX  78720

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.15

---

**3.248**

**Nonpriority creditor's name and mailing address**

MEDICAL OFFICE PARK-HUNTSVILLE MOP1
100 MEDICAL CENTER BLVD
SUITE 204
CONROE, TX  77304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$14,150.88

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL OFFICE PARK-HUNTSVILLE,L.P.<br>100 MEDICAL CENTER BLVD<br>SUITE 204<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,166.67 |

| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL OFFICE PARK-HUNTSVILLEMOPII<br>100 MEDICAL CENTER BLVD<br>SUITE 204<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43,125.00 |

| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PLUS SUPPLIES, INC<br>PO BOX 847529<br>DALLAS, TX 75284-0110<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25,065.74 |

| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL SOLUTIONS<br>3901 CENTERVIEW DR STEL<br>CHANTILLY, VA 20151<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33,169.68 |

| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL STAFFING NETWORK<br>6551 PARK OF COMMERCE BLVD<br>BOCCA RATON, FL 33487<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54,173.20 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,428.05 |
|---|---|---|---|

3.254 | **Nonpriority creditor's name and mailing address**
MEDI-NUCLEAR LLC
5201 NAIMAN PARKWAY
SOLON, OH 44139

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,428.05

---

3.255 | **Nonpriority creditor's name and mailing address**
MEDIVATORS
14605 8TH AVENUE NORTH
MINNEAPOLIS, MN 55447-4829

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $368.00

---

3.256 | **Nonpriority creditor's name and mailing address**
MEDLEARN MEDIA
445 MINNESOTA STREET
STE 514
ST PAUL, MN 55101

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $816.90

---

3.257 | **Nonpriority creditor's name and mailing address**
MEDLINE INDUSTRIES INC
DONALD TORRES SR COLLECTIONS
PO BOX 121080
DALLAS, TX 75312-1080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $681.61

---

3.258 | **Nonpriority creditor's name and mailing address**
MEDLINE INDUSTRIES, INC
DONALD TORRES SR COLLECTIONS
PO BOX 121080
DALLAS, TX 75312-1080

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $198,912.03

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $465.00 |
|---|---|---|---|

MED-PAT & INN-PHONE
31 RIORDAN PLACE
SHREWSBURY, NJ 07702

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.260 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $61.50 |
|---|---|---|---|

MED-SAVER, INC.
1220 VALLEY FORGE ROAD SUITE 34
PHOENIXVILLE, PA 19480

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $968.94 |
|---|---|---|---|

MEDSTRAT
1901 BUTTERFIELD ROAD
SUITE 600
DOWNERS GROVE, IL 60515

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.262 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $743.00 |
|---|---|---|---|

MEDSURG EQUIPMENT, LLC
425 S 4TH STREET
BEAUMONT, TX 77701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,857.84 |
|---|---|---|---|

MEDTRONIC USA/ INTERVENT VASCULAR
8200 CORAL SEA STREET
MOUNDS VIEW, MN 55112

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.264 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29,424.51 |

**Nonpriority creditor's name and mailing address**
MEMORIAL HERMAN HOSPITAL SYSTEM
PO BOX 301208
DALLAS, TX  75303-1208

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,424.51

---

| 3.265 | **Nonpriority creditor's name and mailing address** | | $5,000.00 |

**Nonpriority creditor's name and mailing address**
MENTAL HEALTH MENTAL RETARDATION
1504 TEXAS AVE
BRYAN, TX  77802

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

| 3.266 | **Nonpriority creditor's name and mailing address** | | $2,132.07 |

**Nonpriority creditor's name and mailing address**
MERIT MEDICAL SYSTEMS INC
1600 WEST MERIT PARKWAY
SOUTH JORDAN, UT  84095

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,132.07

---

| 3.267 | **Nonpriority creditor's name and mailing address** | | $759.08 |

**Nonpriority creditor's name and mailing address**
MERRY X-RAY-INC
3615 WILLOWBEND BLVD SUITE 400
HOUSTON, TX  77054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$759.08

---

| 3.268 | **Nonpriority creditor's name and mailing address** | | $90.00 |

**Nonpriority creditor's name and mailing address**
MICROAIRE
1641 EDLICH DRIVE
CHARLOTTESVILLE, VA  22911

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.269 | **Nonpriority creditor's name and mailing address**<br><br>MICROTEK MEDICAL INC<br>PO BOX 2487<br>COLUMBUS, MS  39704<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $458.51 |

| 3.270 | **Nonpriority creditor's name and mailing address**<br><br>MIDWAY ENERGY SERVICES<br>PO BOX 25975<br><br>SHAWNEE MISSION, KS  66255<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IDENTIFIED OVERPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,107.10 |

| 3.271 | **Nonpriority creditor's name and mailing address**<br><br>MOBOLAJI M. ODELOWO M.D.<br>100 MEDICAL CENTER BLVD 118<br>CONROE, TX  77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,944.25 |

| 3.272 | **Nonpriority creditor's name and mailing address**<br><br>MOHSIN, RABAB<br>6106 RUSTIC CREEK LANE<br>KINGWOOD, TX  77345<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $336.28 |

| 3.273 | **Nonpriority creditor's name and mailing address**<br><br>MOLINA HEALTHCARE, INC.<br>PO BOX 3396<br>BATON ROUGE, LA  70821<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IDENTIFIED OVERPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113,719.20 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| | | **Amount of claim** |

---

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $162.31 |

MONTOGOMERY COUNTY LUNG CLINIC,P.A.
110 COMMERCIAL CIRCLE
CONROE, TX  77304

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,819.89 |

MORRISON MANAGEMENT SPECIALISTS INC
5801 PEACHTREE DUNWOODY ROAD
ATLANTA, GA  30342-1503

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,685.00 |

MORTECH MANUFACTURING COMPANY, INC
411 N AEROJET AVENUE
AZUSA, CA  91702

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,290.27 |

MUELLER WATER CONDITIONING, INC.
PO BOX 165
HOUSTON, TX  77001

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.278 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.10 |

NATUS MEDICAL INC
1501 INDUSTRIAL ROAD
SAN CARLOS, CA  94070

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known) 19-36300

(Name)

| Part 2: | Additional Page |
| | |

| | | Amount of claim |
|---|---|---|

### 3.279

**Nonpriority creditor's name and mailing address**

NATUS MEDICAL INC.
1501 INDUSTRIAL ROAD
SAN CARLOS, CA 94070

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,060.34

### 3.280

**Nonpriority creditor's name and mailing address**

NEOGENOMICS LABORATORIES
2575 W BELLFORT ST STE 2001
HOUSTON, TX 77054

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,068.00

### 3.281

**Nonpriority creditor's name and mailing address**

NEPHRON 503B OUTSOURCING FACILITY
4500 12TH STREET EXTENSION
WEST COLUMBIA, SC 29172

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$420.00

### 3.282

**Nonpriority creditor's name and mailing address**

NEPHROPATH
10810 EXECUTIVE CENTER DR #100
LITTLE ROCK, AR 72211

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,435.58

### 3.283

**Nonpriority creditor's name and mailing address**

NOBLIS, INC.
2002 EDMUND HALLEY DRIVE
RASTON, VA 20191

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,028.26

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.284**  **Nonpriority creditor's name and mailing address**

NORTH AMERICAN RESCUE HOLDINGS LLC
35 TEDWALL COURT
GREER, SC  29650

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$779.50

---

**3.285**  **Nonpriority creditor's name and mailing address**

NORTH HOUSTON CANCER CLINICS
3115 COLLEGE PARK DR STE 108
CONROE, TX  77384

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,556.97

---

**3.286**  **Nonpriority creditor's name and mailing address**

NORTHFIELD MEDICAL REPAIR
4210 TUDOR LANE
WINSTON SALEM, NC  27410

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,764.61

---

**3.287**  **Nonpriority creditor's name and mailing address**

NORTHWOOD UROLOGY ASSOCIATES
PO BOX 1538
HOUSTON, TX  77251-1538

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.49

---

**3.288**  **Nonpriority creditor's name and mailing address**

NTHRIVE,INC
200 NORTH POINT CENTER EAST STE 600
ALPHARETTA, GA  30022

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,650.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

| 3.289 | **Nonpriority creditor's name and mailing address**<br><br>NUTECH INC<br>702 UNIVERSITY DR F102<br>COLLEGE STATION, TX 77840<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,378.25 |
| 3.290 | **Nonpriority creditor's name and mailing address**<br><br>OFFICE DEPOT INC<br>FILE 81901<br>LOS ANGELES, CA 90074-1901<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.98 |
| 3.291 | **Nonpriority creditor's name and mailing address**<br><br>OLYMPUS AMERICA INC<br>PO BOX 610<br>CENTER VALLEY, PA 18034-0610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,049.60 |
| 3.292 | **Nonpriority creditor's name and mailing address**<br><br>OLYMPUS AMERICA INC.<br>PO BOX 610<br>CENTER VALLEY, PA 18034-0610<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.01 |
| 3.293 | **Nonpriority creditor's name and mailing address**<br><br>ONE SOURCE TOXICOLOGY<br>1209 GENOA RED BLUFF<br>PASADENA, TX 77504<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,318.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,200.00 |
| | OPTIMUM COMPUTER SOLUTIONS,INC | *Check all that apply.* | |
| | 780 WESTRIDGE ROAD | ☐ Contingent | |
| | THE WOODLANDS, TX 77380 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71,802.50 |
| | OPTUMINSIGHT | *Check all that apply.* | |
| | PO BOX 822688 | ☐ Contingent | |
| | PHILADELPHIA, PA 19182-2688 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $82,130.00 |
| | ORGANOGENESIS INC. | *Check all that apply.* | |
| | 150 DAN ROAD | ☐ Contingent | |
| | CANTON, MA 02021 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $148.09 |
| | ORIENTAL TRADING | *Check all that apply.* | |
| | PO BOX 2308 | ☐ Contingent | |
| | 5455 S 90TH ST | ☐ Unliquidated | |
| | OAMAHA, NE 68103-2308 | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,280.11 |
| | ORTHO-CLINICAL DIAGNOSTICS,INC | *Check all that apply.* | |
| | 1001 US HIGHWAY ROUTE 202 | ☐ Contingent | |
| | RARITAN, NJ 08869 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,135.56 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
OWENS AND MINOR 51009239
2700 BRITTMOORE
HOUSTON, TX 77043

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,135.56

---

**Nonpriority creditor's name and mailing address**
3.300 PACIFIC MEDICAL LLC
212 AVENIDA FABRICANTE
SAN CLEMENTE, CA 92672

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$195.00

---

**Nonpriority creditor's name and mailing address**
3.301 PARTS SOURCE INC
777 LENA DRIVE
AURORA, OH 44202

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.90

---

**Nonpriority creditor's name and mailing address**
3.302 PATIENT 10001
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.20

---

**Nonpriority creditor's name and mailing address**
3.303 PATIENT 10002
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.79

| Debtor | WALKER COUNTY HOSPITAL CORP. , D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| | | Amount of claim |

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.35 |
| | PATIENT 10003 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.67 |
| | PATIENT 10004 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $316.96 |
| | PATIENT 10005 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.36 |
| | PATIENT 10006 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,162.80 |
| | PATIENT 10007 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | EMPLOYEE WAGES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.309 | **Nonpriority creditor's name and mailing address**<br>PATIENT 10008<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.14 |
|---|---|---|---|
| 3.310 | **Nonpriority creditor's name and mailing address**<br>PATIENT 10009<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $141.24 |
| 3.311 | **Nonpriority creditor's name and mailing address**<br>PATIENT 10010<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.50 |
| 3.312 | **Nonpriority creditor's name and mailing address**<br>PATIENT 10011<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.00 |
| 3.313 | **Nonpriority creditor's name and mailing address**<br>PATIENT 10012<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.52 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case Number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.314** **Nonpriority creditor's name and mailing address**
PATIENT 10013
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.26

---

**3.315** **Nonpriority creditor's name and mailing address**
PATIENT 10014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$193.00

---

**3.316** **Nonpriority creditor's name and mailing address**
PATIENT 10015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,150.20

---

**3.317** **Nonpriority creditor's name and mailing address**
PATIENT 10017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.54

---

**3.318** **Nonpriority creditor's name and mailing address**
PATIENT 10018
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.77

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.69 |
| | PATIENT 10019 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,142.37 |
| | PATIENT 10020 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | EMPLOYEE WAGES | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.97 |
| | PATIENT 10021 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $112.29 |
| | PATIENT 10022 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $182.92 |
| | PATIENT 10023 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.324** | **Nonpriority creditor's name and mailing address**
PATIENT 10024
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.00

---

**3.325** | **Nonpriority creditor's name and mailing address**
PATIENT 10025
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

$550.44

---

**3.326** | **Nonpriority creditor's name and mailing address**
PATIENT 10026
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.327** | **Nonpriority creditor's name and mailing address**
PATIENT 10027
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

$804.82

---

**3.328** | **Nonpriority creditor's name and mailing address**
PATIENT 10028
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$102.69

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,191.26 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 10029
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
EMPLOYEE WAGES

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,191.26

---

3.330 **Nonpriority creditor's name and mailing address**
PATIENT 1003
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $280.00

---

3.331 **Nonpriority creditor's name and mailing address**
PATIENT 10030
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $49.56

---

3.332 **Nonpriority creditor's name and mailing address**
PATIENT 10031
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $85.95

---

3.333 **Nonpriority creditor's name and mailing address**
PATIENT 1014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $267.54

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.334 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1025<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $256.84 |
| 3.335 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1027<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $461.00 |
| 3.336 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1031<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $251.20 |
| 3.337 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1035<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $250.00 |
| 3.338 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1036<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $249.81 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $249.73 |

PATIENT 1037
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $245.10 |

PATIENT 1039
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $244.40 |

PATIENT 1041
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242.81 |

PATIENT 1042
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242.14 |

PATIENT 1043
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

| 3.344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $237.10 |
|---|---|---|---|

PATIENT 1048
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $237.05 |
|---|---|---|---|

PATIENT 1049
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $236.95 |
|---|---|---|---|

PATIENT 1050
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $233.16 |
|---|---|---|---|

PATIENT 1058
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $218.36 |
|---|---|---|---|

PATIENT 1074
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.60 |
|---|---|---|---|

PATIENT 1077
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $215.20 |
|---|---|---|---|

PATIENT 1080
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.38 |
|---|---|---|---|

PATIENT 1100
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00 |
|---|---|---|---|

PATIENT 1102
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $199.99 |
|---|---|---|---|

PATIENT 1103
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $198.76 |
|---|---|---|---|

PATIENT 1105
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.355 | **Nonpriority creditor's name and mailing address** | | $195.90 |
|---|---|---|---|

PATIENT 1110
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.356 | **Nonpriority creditor's name and mailing address** | | $191.88 |
|---|---|---|---|

PATIENT 1125
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.357 | **Nonpriority creditor's name and mailing address** | | $185.00 |
|---|---|---|---|

PATIENT 1138
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.358 | **Nonpriority creditor's name and mailing address** | | $184.92 |
|---|---|---|---|

PATIENT 1140
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.359 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1150<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $180.17 |

| 3.360 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1151<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $255.00 |

| 3.361 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1161<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.65 |

| 3.362 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1162<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.60 |

| 3.363 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1163<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $177.30 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.364 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1165<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175.00 |
|---|---|---|---|
| 3.365 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1174<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.29 |
| 3.366 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1177<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.60 |
| 3.367 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1190<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.50 |
| 3.368 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1194<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.10 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1200<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.58 |
|---|---|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1204<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $158.38 |
| 3.371 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1206<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.97 |
| 3.372 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1207<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.83 |
| 3.373 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1209<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $157.46 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $156.36 |
| | PATIENT 1211 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $155.50 |
| | PATIENT 1213 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $153.32 |
| | PATIENT 1218 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152.83 |
| | PATIENT 1220 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152.67 |
| | PATIENT 1222 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1241<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $160.00 |
|---|---|---|---|
| 3.380 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1243<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.381 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1249<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $149.10 |
| 3.382 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1250<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $148.64 |
| 3.383 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1251<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $148.44 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $147.38

PATIENT 1255
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.385** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146.96

PATIENT 1258
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.386** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146.68

PATIENT 1259
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.387** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146.52

PATIENT 1261
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.388** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $145.72

PATIENT 1266
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $144.38 |
| | PATIENT 1273 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142.42 |
| | PATIENT 1287 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $141.21 |
| | PATIENT 1289 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $140.00 |
| | PATIENT 1293 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.58 |
| | PATIENT 1298 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.394** **Nonpriority creditor's name and mailing address**

PATIENT 1306
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.06

**3.395** **Nonpriority creditor's name and mailing address**

PATIENT 1312
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.65

**3.396** **Nonpriority creditor's name and mailing address**

PATIENT 1313
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.65

**3.397** **Nonpriority creditor's name and mailing address**

PATIENT 1322
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$134.26

**3.398** **Nonpriority creditor's name and mailing address**

PATIENT 1325
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.65

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | | Amount of claim |
|---|---|---|---|

| 3.399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $133.46 |
| | PATIENT 1326 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.50 |
| | PATIENT 1335 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.61 |
| | PATIENT 1345 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.40 |
| | PATIENT 1346 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $126.70 |
| | PATIENT 1358 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.404 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1359<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $126.50 |
|---|---|---|---|
| 3.405 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1363<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.12 |
| 3.406 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1368<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.407 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1369<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.408 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1370<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $124.70 |
|---|---|---|---|

PATIENT 1371
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $123.46 |
|---|---|---|---|

PATIENT 1373
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $121.58 |
|---|---|---|---|

PATIENT 1378
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.00 |
|---|---|---|---|

PATIENT 1386
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.65 |
|---|---|---|---|

PATIENT 1389
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.414** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$117.22**

PATIENT 1401
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.415** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$117.00**

PATIENT 1403
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.416** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$116.98**

PATIENT 1404
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.417** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115.92**

PATIENT 1409
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.418** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$115.71**

PATIENT 1410
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.20 |
|---|---|---|---|

PATIENT 1414
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.45 |
|---|---|---|---|

PATIENT 1416
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113.00 |
|---|---|---|---|

PATIENT 1423
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $111.94 |
|---|---|---|---|

PATIENT 1427
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.85 |
|---|---|---|---|

PATIENT 1428
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--|--|--|

(Name)

| **Part 2:** | Additional Page | |
|--|--|--|

| | | Amount of claim |
|--|--|--|

| 3.424 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1431<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.38 |

| 3.425 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1433<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $110.00 |

| 3.426 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1436<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.35 |

| 3.427 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1437<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.24 |

| 3.428 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1438<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $209.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $108.50 |

PATIENT 1440
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $107.06 |

PATIENT 1448
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $106.50 |

PATIENT 1454
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.00 |

PATIENT 1461
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.00 |

PATIENT 1462
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.88 |
| | PATIENT 1467 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.23 |
| | PATIENT 1470 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.21 |
| | PATIENT 1471 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102.76 |
| | PATIENT 1473 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $102.36 |
| | PATIENT 1475 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.439 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1476<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $102.32 |
| 3.440 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1478<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $101.50 |
| 3.441 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1480<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $101.25 |
| 3.442 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1481<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $101.00 |
| 3.443 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1485<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.70 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.62 |
|---|---|---|---|

PATIENT 1487
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | | $100.53 |
|---|---|---|---|

PATIENT 1488
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.446 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

PATIENT 1515
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

PATIENT 1516
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | | $100.00 |
|---|---|---|---|

PATIENT 1517
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.449 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1518<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
|---|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1519<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1520<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1521<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1524<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 1525
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 1526
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.89 |
|---|---|---|---|

PATIENT 1528
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.67 |
|---|---|---|---|

PATIENT 1529
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.40 |
|---|---|---|---|

PATIENT 1532
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $99.28 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 1533
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.28

---

3.460

**Nonpriority creditor's name and mailing address**
PATIENT 1534
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.05

---

3.461

**Nonpriority creditor's name and mailing address**
PATIENT 1536
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.00

---

3.462

**Nonpriority creditor's name and mailing address**
PATIENT 1545
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.87

---

3.463

**Nonpriority creditor's name and mailing address**
PATIENT 1546
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.72

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.464 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1554<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96.88 |
|---|---|---|---|
| 3.465 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1563<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.06 |
| 3.466 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1564<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.05 |
| 3.467 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1565<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $115.00 |
| 3.468 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1566<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $95.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $94.71 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 1568
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.71

---

3.470 **Nonpriority creditor's name and mailing address**
PATIENT 1576
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.17

---

3.471 **Nonpriority creditor's name and mailing address**
PATIENT 1578
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.02

---

3.472 **Nonpriority creditor's name and mailing address**
PATIENT 1581
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$107.76

---

3.473 **Nonpriority creditor's name and mailing address**
PATIENT 1586
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.34

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.474** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $92.25
_Check all that apply._

PATIENT 1587
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.475** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.97
_Check all that apply._

PATIENT 1591
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.476** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.36
_Check all that apply._

PATIENT 1594
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.477** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.09
_Check all that apply._

PATIENT 1596
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.09
_Check all that apply._

PATIENT 1597
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.479 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1601<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
|---|---|---|---|
| 3.480 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1602<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.481 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1603<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.482 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1604<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |
| 3.483 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1605<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $90.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.484** | **Nonpriority creditor's name and mailing address**

PATIENT 1606
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.485** | **Nonpriority creditor's name and mailing address**

PATIENT 1607
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.486** | **Nonpriority creditor's name and mailing address**

PATIENT 1608
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.487** | **Nonpriority creditor's name and mailing address**

PATIENT 1609
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.00

---

**3.488** | **Nonpriority creditor's name and mailing address**

PATIENT 1612
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.81

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.12 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 1620
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$88.12

---

| 3.490 | **Nonpriority creditor's name and mailing address** | | $87.85 |
|---|---|---|---|

PATIENT 1622
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.491 | **Nonpriority creditor's name and mailing address** | | $87.85 |
|---|---|---|---|

PATIENT 1623
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.492 | **Nonpriority creditor's name and mailing address** | | $87.56 |
|---|---|---|---|

PATIENT 1627
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.493 | **Nonpriority creditor's name and mailing address** | | $86.86 |
|---|---|---|---|

PATIENT 1630
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.494 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1634<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86.00 |
| 3.495 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1635<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.81 |
| 3.496 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1636<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.77 |
| 3.497 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1637<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.36 |
| 3.498 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1638<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.36 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.499 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1639<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.36 |
|---|---|---|---|
| 3.500 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1640<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.36 |
| 3.501 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1641<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.36 |
| 3.502 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1643<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.08 |
| 3.503 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1647<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |

| | | | Amount of claim |

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84.80 |

**Nonpriority creditor's name and mailing address**
PATIENT 1648
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$84.80

---

3.505 **Nonpriority creditor's name and mailing address**
PATIENT 1651
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.72

---

3.506 **Nonpriority creditor's name and mailing address**
PATIENT 1652
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.03

---

3.507 **Nonpriority creditor's name and mailing address**
PATIENT 1653
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.95

---

3.508 **Nonpriority creditor's name and mailing address**
PATIENT 1654
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.95

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.509 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1655<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.95 |
| --- | --- | --- | --- |
| 3.510 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1656<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.95 |
| 3.511 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1657<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.95 |
| 3.512 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1659<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.52 |
| 3.513 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1660<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.52 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.514 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1663<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81.91 |

| 3.515 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1664<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $81.80 |

| 3.516 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1667<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $99.03 |

| 3.517 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1673<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.29 |

| 3.518 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1674<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.29 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

3.519 **Nonpriority creditor's name and mailing address**
PATIENT 1675
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.520 **Nonpriority creditor's name and mailing address**
PATIENT 1676
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.521 **Nonpriority creditor's name and mailing address**
PATIENT 1677
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.522 **Nonpriority creditor's name and mailing address**
PATIENT 1678
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.523 **Nonpriority creditor's name and mailing address**
PATIENT 1679
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.524**  **Nonpriority creditor's name and mailing address**

PATIENT 1680
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

**3.525**  **Nonpriority creditor's name and mailing address**

PATIENT 1681
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

**3.526**  **Nonpriority creditor's name and mailing address**

PATIENT 1682
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

**3.527**  **Nonpriority creditor's name and mailing address**

PATIENT 1683
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

**3.528**  **Nonpriority creditor's name and mailing address**

PATIENT 1684
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number *(if known)*    19-36300

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.29 |
| | PATIENT 1685 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.29 |
| | PATIENT 1686 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.29 |
| | PATIENT 1687 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.29 |
| | PATIENT 1688 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.29 |
| | PATIENT 1689 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

PATIENT 1690
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

PATIENT 1691
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

PATIENT 1692
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.537 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

PATIENT 1693
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

PATIENT 1694
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |

**Nonpriority creditor's name and mailing address**
PATIENT 1695
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80.29

---

3.540
**Nonpriority creditor's name and mailing address**
PATIENT 1696
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80.29

---

3.541
**Nonpriority creditor's name and mailing address**
PATIENT 1697
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80.29

---

3.542
**Nonpriority creditor's name and mailing address**
PATIENT 1698
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80.29

---

3.543
**Nonpriority creditor's name and mailing address**
PATIENT 1699
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $80.29

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1700 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.545 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1701 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.546 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1702 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.547 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1703 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.548 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1704 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1705 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1706 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1707 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1708 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
| | PATIENT 1709 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.29 |
|---|---|---|---|

3.554 **Nonpriority creditor's name and mailing address**
PATIENT 1710
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.555 **Nonpriority creditor's name and mailing address**
PATIENT 1711
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.556 **Nonpriority creditor's name and mailing address**
PATIENT 1712
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.29

---

3.557 **Nonpriority creditor's name and mailing address**
PATIENT 1713
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.25

---

3.558 **Nonpriority creditor's name and mailing address**
PATIENT 1714
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$80.25

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.19 |
|---|---|---|---|

PATIENT 1715
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.11 |
|---|---|---|---|

PATIENT 1716
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
|---|---|---|---|

PATIENT 1719
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
|---|---|---|---|

PATIENT 1721
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
|---|---|---|---|

PATIENT 1722
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | PATIENT 1723 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | PATIENT 1724 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | PATIENT 1725 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | PATIENT 1726 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00 |
| | PATIENT 1727 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.569**

**Nonpriority creditor's name and mailing address**

PATIENT 1729
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.570**

**Nonpriority creditor's name and mailing address**

PATIENT 1730
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.571**

**Nonpriority creditor's name and mailing address**

PATIENT 1731
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.572**

**Nonpriority creditor's name and mailing address**

PATIENT 1732
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

---

**3.573**

**Nonpriority creditor's name and mailing address**

PATIENT 1733
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.574** **Nonpriority creditor's name and mailing address**

PATIENT 1734
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$79.80

---

**3.575** **Nonpriority creditor's name and mailing address**

PATIENT 1746
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.75

---

**3.576** **Nonpriority creditor's name and mailing address**

PATIENT 1750
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.38

---

**3.577** **Nonpriority creditor's name and mailing address**

PATIENT 1754
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.20

---

**3.578** **Nonpriority creditor's name and mailing address**

PATIENT 1756
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.18

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.579** **Nonpriority creditor's name and mailing address**

PATIENT 1757
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.580** **Nonpriority creditor's name and mailing address**

PATIENT 1758
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.581** **Nonpriority creditor's name and mailing address**

PATIENT 1759
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.582** **Nonpriority creditor's name and mailing address**

PATIENT 1760
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.00

---

**3.583** **Nonpriority creditor's name and mailing address**

PATIENT 1761
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.75

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.584**  **Nonpriority creditor's name and mailing address**

PATIENT 1762
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.63

---

**3.585**  **Nonpriority creditor's name and mailing address**

PATIENT 1763
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.63

---

**3.586**  **Nonpriority creditor's name and mailing address**

PATIENT 1764
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.28

---

**3.587**  **Nonpriority creditor's name and mailing address**

PATIENT 1765
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$77.25

---

**3.588**  **Nonpriority creditor's name and mailing address**

PATIENT 1766
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.95

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.589 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1768<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76.68 |
| 3.590 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1772<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76.00 |
| 3.591 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1773<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $76.00 |
| 3.592 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1775<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.78 |
| 3.593 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1776<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.75 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
| --- | --- | --- | --- | --- |
| | | | | **Amount of claim** |

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.43 |
| --- | --- | --- | --- |

PATIENT 1778
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.30 |
| --- | --- | --- | --- |

PATIENT 1781
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
| --- | --- | --- | --- |

PATIENT 1786
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |
| --- | --- | --- | --- |

PATIENT 1788
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |
| --- | --- | --- | --- |

PATIENT 1789
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.599 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1790<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
|---|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1791<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.601 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1792<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.602 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1796<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.90 |
| 3.603 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1797<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.72 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---------|---------|---------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.604 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1799<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.64 |
|---|---|---|---|
| 3.605 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1801<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.54 |
| 3.606 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1802<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.36 |
| 3.607 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1808<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.02 |
| 3.608 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1809<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.02 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.82 |
|---|---|---|---|

PATIENT 1814
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |
|---|---|---|---|

PATIENT 1815
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |
|---|---|---|---|

PATIENT 1816
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |
|---|---|---|---|

PATIENT 1817
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |
|---|---|---|---|

PATIENT 1818
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |

PATIENT 1819
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |

PATIENT 1820
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |

PATIENT 1821
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |

PATIENT 1822
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $73.75 |

PATIENT 1823
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.619** **Nonpriority creditor's name and mailing address**

PATIENT 1824
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.75

---

**3.620** **Nonpriority creditor's name and mailing address**

PATIENT 1825
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.75

---

**3.621** **Nonpriority creditor's name and mailing address**

PATIENT 1826
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.56

---

**3.622** **Nonpriority creditor's name and mailing address**

PATIENT 183
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,901.66

---

**3.623** **Nonpriority creditor's name and mailing address**

PATIENT 1831
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.624** | **Nonpriority creditor's name and mailing address**
PATIENT 1841
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.21

**3.625** | **Nonpriority creditor's name and mailing address**
PATIENT 1843
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.10

**3.626** | **Nonpriority creditor's name and mailing address**
PATIENT 1845
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.85

**3.627** | **Nonpriority creditor's name and mailing address**
PATIENT 1846
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.70

**3.628** | **Nonpriority creditor's name and mailing address**
PATIENT 1851
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.20

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.629 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1852<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.15 |

| 3.630 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1856<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.08 |

| 3.631 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1858<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.02 |

| 3.632 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1859<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.00 |

| 3.633 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1860<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|
| | | Amount of claim |

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70.81 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 1861
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.81

---

3.635 **Nonpriority creditor's name and mailing address**
PATIENT 1862
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.80

---

3.636 **Nonpriority creditor's name and mailing address**
PATIENT 1865
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.25

---

3.637 **Nonpriority creditor's name and mailing address**
PATIENT 1867
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

---

3.638 **Nonpriority creditor's name and mailing address**
PATIENT 1868
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$70.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.639 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1869<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |

| | | | |
|---|---|---|---|
| 3.640 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1870<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |

| | | | |
|---|---|---|---|
| 3.641 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1871<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |

| | | | |
|---|---|---|---|
| 3.642 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1872<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70.00 |

| | | | |
|---|---|---|---|
| 3.643 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1876<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.48 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.48 |
|---|---|---|---|

PATIENT 1877
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.36 |
|---|---|---|---|

PATIENT 1878
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.28 |
|---|---|---|---|

PATIENT 1880
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.24 |
|---|---|---|---|

PATIENT 1881
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $69.00 |
|---|---|---|---|

PATIENT 1883
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.649** | **Nonpriority creditor's name and mailing address**
PATIENT 1884
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$68.98

---

**3.650** | **Nonpriority creditor's name and mailing address**
PATIENT 1890
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.94

---

**3.651** | **Nonpriority creditor's name and mailing address**
PATIENT 1892
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$67.00

---

**3.652** | **Nonpriority creditor's name and mailing address**
PATIENT 1893
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.99

---

**3.653** | **Nonpriority creditor's name and mailing address**
PATIENT 1895
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.69

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.44

PATIENT 1899
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.19

PATIENT 1902
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.19

PATIENT 1903
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.657** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.19

PATIENT 1904
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.658** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.49

PATIENT 1909
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.659**

**Nonpriority creditor's name and mailing address**
PATIENT 1910
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.37

---

**3.660**

**Nonpriority creditor's name and mailing address**
PATIENT 1914
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

---

**3.661**

**Nonpriority creditor's name and mailing address**
PATIENT 1915
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$65.00

---

**3.662**

**Nonpriority creditor's name and mailing address**
PATIENT 1918
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.35

---

**3.663**

**Nonpriority creditor's name and mailing address**
PATIENT 1919
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$64.13

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known)  19-36300

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64.09 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PATIENT 1920
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.09

---

3.665

**Nonpriority creditor's name and mailing address**

PATIENT 1924
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.80

---

3.666

**Nonpriority creditor's name and mailing address**

PATIENT 1925
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.70

---

3.667

**Nonpriority creditor's name and mailing address**

PATIENT 1932
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.96

---

3.668

**Nonpriority creditor's name and mailing address**

PATIENT 1934
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.71

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.45 |
|---|---|---|---|

PATIENT 1935
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.670 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.44 |
|---|---|---|---|

PATIENT 1936
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.671 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.24 |
|---|---|---|---|

PATIENT 1938
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.672 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.05 |
|---|---|---|---|

PATIENT 1940
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.673 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.02 |
|---|---|---|---|

PATIENT 1941
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.00 |

**3.674** **Nonpriority creditor's name and mailing address**
PATIENT 1942
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.00

---

**3.675** **Nonpriority creditor's name and mailing address**
PATIENT 1944
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.89

---

**3.676** **Nonpriority creditor's name and mailing address**
PATIENT 1945
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.89

---

**3.677** **Nonpriority creditor's name and mailing address**
PATIENT 1949
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.38

---

**3.678** **Nonpriority creditor's name and mailing address**
PATIENT 1950
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.73

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.679 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1952<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.63 |
|---|---|---|---|
| 3.680 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1953<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.48 |
| 3.681 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1956<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.29 |
| 3.682 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1960<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.54 |
| 3.683 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 1961<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|
| | PATIENT 1962 | *Check all that apply.* | |

PATIENT 1962
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | | $90.00 |
|---|---|---|---|

PATIENT 1963
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | | $60.00 |
|---|---|---|---|

PATIENT 1964
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | | $60.00 |
|---|---|---|---|

PATIENT 1965
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | | $60.00 |
|---|---|---|---|

PATIENT 1966
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

3.689 | **Nonpriority creditor's name and mailing address**
PATIENT 1967
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

3.690 | **Nonpriority creditor's name and mailing address**
PATIENT 1968
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

3.691 | **Nonpriority creditor's name and mailing address**
PATIENT 1969
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

3.692 | **Nonpriority creditor's name and mailing address**
PATIENT 1970
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

3.693 | **Nonpriority creditor's name and mailing address**
PATIENT 1971
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.99

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.84 |
|---|---|---|---|
| | PATIENT 1974 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.695 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.67 |
|---|---|---|---|
| | PATIENT 1977 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.696 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.19 |
|---|---|---|---|
| | PATIENT 1981 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.697 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.60 |
|---|---|---|---|
| | PATIENT 1987 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.698 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.59 |
|---|---|---|---|
| | PATIENT 1989 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.34 |
|---|---|---|---|

PATIENT 1992
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.25 |
|---|---|---|---|

PATIENT 1993
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.18 |
|---|---|---|---|

PATIENT 1994
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.11 |
|---|---|---|---|

PATIENT 1996
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.09 |
|---|---|---|---|

PATIENT 1997
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.704 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1998<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $58.00 |
| 3.705 | **Nonpriority creditor's name and mailing address**<br>PATIENT 1999<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $58.00 |
| 3.706 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20001<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $5.00 |
| 3.707 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20002<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $35.94 |
| 3.708 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20003<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $61.81 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 20004 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.33 |
| | PATIENT 20005 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $187.00 |
| | PATIENT 20006 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.00 |
| | PATIENT 20007 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96.24 |
| | PATIENT 20008 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
|---|---|---|---|

PATIENT 20009
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.68 |
|---|---|---|---|

PATIENT 2001
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 20010
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.55 |
|---|---|---|---|

PATIENT 20011
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $85.00 |
|---|---|---|---|

PATIENT 20012
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.719** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2.81

PATIENT 20013
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.720** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $145.62

PATIENT 20014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.721** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $96.31

PATIENT 20015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.722** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38.52

PATIENT 20016
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.723** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $70.60

PATIENT 20017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.724** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $0.54

PATIENT 20018
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.725** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $45.60

PATIENT 20019
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $1.68

PATIENT 20020
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $20.00

PATIENT 20021
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $76.00

PATIENT 20022
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.729 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20023<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.730 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20024<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.64 |
| 3.731 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20025<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.58 |
| 3.732 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20026<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.54 |
| 3.733 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20027<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108.84 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.734** **Nonpriority creditor's name and mailing address**
PATIENT 20028
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.32

---

**3.735** **Nonpriority creditor's name and mailing address**
PATIENT 20029
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.97

---

**3.736** **Nonpriority creditor's name and mailing address**
PATIENT 20030
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.737** **Nonpriority creditor's name and mailing address**
PATIENT 20031
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$142.70

---

**3.738** **Nonpriority creditor's name and mailing address**
PATIENT 20032
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.739**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $25.00

PATIENT 20033
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.740**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $59.54

PATIENT 20034
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.741**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $100.00

PATIENT 20035
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.742**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $25.00

PATIENT 20036
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.743**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**     $35.52

PATIENT 20037
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20038
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.06 |
|---|---|---|---|

PATIENT 20039
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $128.00 |
|---|---|---|---|

PATIENT 20040
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

PATIENT 20041
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $149.59 |
|---|---|---|---|

PATIENT 20042
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.749 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20043<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62.40 |
|---|---|---|---|
| 3.750 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20044<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $129.00 |
| 3.751 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20045<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89.54 |
| 3.752 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20046<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.753 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20047<br>REDACTED<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.67 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.754 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20048<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $47.60 |
|---|---|---|---|
| 3.755 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20049<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $42.60 |
| 3.756 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2005<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $96.91 |
| 3.757 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20050<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $257.53 |
| 3.758 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20051<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.759 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20052<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.64 |
|---|---|---|---|
| 3.760 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20053<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.50 |
| 3.761 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20054<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $226.63 |
| 3.762 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20055<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29.00 |
| 3.763 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20056<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.07 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.764 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20057<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.87 |
|---|---|---|---|
| 3.765 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20058<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $96.72 |
| 3.766 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20059<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $121.00 |
| 3.767 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2006<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $57.46 |
| 3.768 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20060<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29.26 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.769 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20061<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $100.98 |
|---|---|---|---|
| 3.770 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20062<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $291.42 |
| 3.771 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20063<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1.20 |
| 3.772 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20064<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $75.65 |
| 3.773 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20065<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $92.64 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

PATIENT 20066
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.775 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.36 |
|---|---|---|---|

PATIENT 20067
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.776 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.00 |
|---|---|---|---|

PATIENT 20068
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 20069
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.45 |
|---|---|---|---|

PATIENT 2007
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.00 |
|---|---|---|---|

PATIENT 20070
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179.65 |
|---|---|---|---|

PATIENT 20071
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $121.06 |
|---|---|---|---|

PATIENT 20072
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.70 |
|---|---|---|---|

PATIENT 20073
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $277.75 |
|---|---|---|---|

PATIENT 20074
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.29 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20075
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.29

---

3.785 **Nonpriority creditor's name and mailing address**
PATIENT 20076
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.77

---

3.786 **Nonpriority creditor's name and mailing address**
PATIENT 20077
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.00

---

3.787 **Nonpriority creditor's name and mailing address**
PATIENT 20078
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.98

---

3.788 **Nonpriority creditor's name and mailing address**
PATIENT 20079
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$155.54

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.789 | **Nonpriority creditor's name and mailing address** <br> PATIENT 20080 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $149.87 |
| 3.790 | **Nonpriority creditor's name and mailing address** <br> PATIENT 20081 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $46.19 |
| 3.791 | **Nonpriority creditor's name and mailing address** <br> PATIENT 20082 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $44.62 |
| 3.792 | **Nonpriority creditor's name and mailing address** <br> PATIENT 20083 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $47.55 |
| 3.793 | **Nonpriority creditor's name and mailing address** <br> PATIENT 20084 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $122.40 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.22 |
|---|---|---|---|
| | PATIENT 20085 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 20086 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $143.00 |
|---|---|---|---|
| | PATIENT 20087 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

---

| 3.797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.37 |
|---|---|---|---|
| | PATIENT 20088 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

---

| 3.798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.09 |
|---|---|---|---|
| | PATIENT 20089 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.799** | **Nonpriority creditor's name and mailing address**

PATIENT 20090
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.800** | **Nonpriority creditor's name and mailing address**

PATIENT 20091
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.74

---

**3.801** | **Nonpriority creditor's name and mailing address**

PATIENT 20092
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.802** | **Nonpriority creditor's name and mailing address**

PATIENT 20093
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.72

---

**3.803** | **Nonpriority creditor's name and mailing address**

PATIENT 20094
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.12

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
| | | *Check all that apply.* | |
| | PATIENT 20095 | | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.55 |
| | | *Check all that apply.* | |
| | PATIENT 20096 | | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.00 |
| | | *Check all that apply.* | |
| | PATIENT 20097 | | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | | *Check all that apply.* | |
| | PATIENT 20098 | | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.46 |
| | | *Check all that apply.* | |
| | PATIENT 20099 | | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.809** **Nonpriority creditor's name and mailing address**

PATIENT 20100
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.60

**3.810** **Nonpriority creditor's name and mailing address**

PATIENT 20101
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.35

**3.811** **Nonpriority creditor's name and mailing address**

PATIENT 20102
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$62.89

**3.812** **Nonpriority creditor's name and mailing address**

PATIENT 20103
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.94

**3.813** **Nonpriority creditor's name and mailing address**

PATIENT 20104
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20105
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $118.38 |
|---|---|---|---|

PATIENT 20106
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $160.06 |
|---|---|---|---|

PATIENT 20107
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.817 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.82 |
|---|---|---|---|

PATIENT 20108
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.818 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.59 |
|---|---|---|---|

PATIENT 20109
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.00 |

PATIENT 2011
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.820 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.66 |

PATIENT 20110
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.821 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.43 |

PATIENT 20111
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.822 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.20 |

PATIENT 20112
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.823 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $187.00 |

PATIENT 20113
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.824 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20114<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $152.74 |
|---|---|---|---|
| 3.825 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20115<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.33 |
| 3.826 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20116<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103.73 |
| 3.827 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20117<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55.40 |
| 3.828 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20118<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $168.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20119
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56.98 |
|---|---|---|---|

PATIENT 2012
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20120
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.76 |
|---|---|---|---|

PATIENT 20121
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.75 |
|---|---|---|---|

PATIENT 20122
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.834** **Nonpriority creditor's name and mailing address**

PATIENT 20123
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

**3.835** **Nonpriority creditor's name and mailing address**

PATIENT 20124
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$162.06

**3.836** **Nonpriority creditor's name and mailing address**

PATIENT 20125
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.00

**3.837** **Nonpriority creditor's name and mailing address**

PATIENT 20126
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$58.95

**3.838** **Nonpriority creditor's name and mailing address**

PATIENT 20127
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.48

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20128
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

3.840 **Nonpriority creditor's name and mailing address**
PATIENT 20129
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.841 **Nonpriority creditor's name and mailing address**
PATIENT 20130
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.842 **Nonpriority creditor's name and mailing address**
PATIENT 20131
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$146.20

---

3.843 **Nonpriority creditor's name and mailing address**
PATIENT 20132
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.40

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.844 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20133<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.82 |
| 3.845 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20134<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $175.00 |
| 3.846 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20135<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $128.76 |
| 3.847 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20136<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.00 |
| 3.848 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20137<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.52 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.849** | **Nonpriority creditor's name and mailing address**
PATIENT 20138
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.60

---

**3.850** PATIENT 20139 REDACTED — PATIENT CREDITS — ☒ No ☐ Yes — $78.97

**3.851** PATIENT 2014 REDACTED — PATIENT CREDITS — ☒ No ☐ Yes — $56.50

**3.852** PATIENT 20140 REDACTED — PATIENT CREDITS — ☒ No ☐ Yes — $130.00

**3.853** PATIENT 20141 REDACTED — PATIENT CREDITS — ☒ No ☐ Yes — $138.50

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20142
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136.83 |
|---|---|---|---|

PATIENT 20143
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.12 |
|---|---|---|---|

PATIENT 20144
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $158.00 |
|---|---|---|---|

PATIENT 20145
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $64.40 |
|---|---|---|---|

PATIENT 20146
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $52.60 |

**Nonpriority creditor's name and mailing address**
PATIENT 20147
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.60

---

3.860 **Nonpriority creditor's name and mailing address**
PATIENT 20148
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.44

---

3.861 **Nonpriority creditor's name and mailing address**
PATIENT 20149
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.13

---

3.862 **Nonpriority creditor's name and mailing address**
PATIENT 2015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.39

---

3.863 **Nonpriority creditor's name and mailing address**
PATIENT 20150
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.93

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.864 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $147.85 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20151
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.865 **Nonpriority creditor's name and mailing address**
PATIENT 20152
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.41

---

3.866 **Nonpriority creditor's name and mailing address**
PATIENT 20153
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$68.00

---

3.867 **Nonpriority creditor's name and mailing address**
PATIENT 20154
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.01

---

3.868 **Nonpriority creditor's name and mailing address**
PATIENT 20155
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.93

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.869 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20156<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.00 |
| 3.870 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20157<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.70 |
| 3.871 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20158<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13.04 |
| 3.872 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20159<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.75 |
| 3.873 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2016<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $56.39 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.874 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20160<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.84 |
| 3.875 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20161<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $101.37 |
| 3.876 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20162<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.00 |
| 3.877 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20163<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.15 |
| 3.878 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20164<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.58 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.879 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20165<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.880 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20166<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.90 |
| 3.881 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20167<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
| 3.882 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20168<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82.54 |
| 3.883 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20169<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.884** | **Nonpriority creditor's name and mailing address**

PATIENT 2017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.25

---

**3.885** | **Nonpriority creditor's name and mailing address**

PATIENT 20170
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.26

---

**3.886** | **Nonpriority creditor's name and mailing address**

PATIENT 20171
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.55

---

**3.887** | **Nonpriority creditor's name and mailing address**

PATIENT 20172
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.60

---

**3.888** | **Nonpriority creditor's name and mailing address**

PATIENT 20173
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$577.84

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.84 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20174
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.84

---

3.890 **Nonpriority creditor's name and mailing address**
PATIENT 20175
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.20

---

3.891 **Nonpriority creditor's name and mailing address**
PATIENT 20176
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.37

---

3.892 **Nonpriority creditor's name and mailing address**
PATIENT 20177
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.94

---

3.893 **Nonpriority creditor's name and mailing address**
PATIENT 20178
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.40

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 20179 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.28 |
| | PATIENT 20180 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $140.00 |
| | PATIENT 20181 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.33 |
| | PATIENT 20182 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.11 |
| | PATIENT 20183 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.23 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20184
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.23

---

**Nonpriority creditor's name and mailing address**
3.900
PATIENT 20185
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.30

---

**Nonpriority creditor's name and mailing address**
3.901
PATIENT 20186
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.80

---

**Nonpriority creditor's name and mailing address**
3.902
PATIENT 20187
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**Nonpriority creditor's name and mailing address**
3.903
PATIENT 20188
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$334.80

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $439.11 |
|---|---|---|---|

PATIENT 20189
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $139.18 |
|---|---|---|---|

PATIENT 20190
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 20191
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $220.02 |
|---|---|---|---|

PATIENT 20192
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.908 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $106.63 |
|---|---|---|---|

PATIENT 20193
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.909 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20194<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $280.44 |
| 3.910 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20195<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.76 |
| 3.911 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20196<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78.31 |
| 3.912 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20197<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.77 |
| 3.913 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20198<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.914 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20199<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $287.03 |
|---|---|---|---|
| 3.915 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2020<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $55.85 |
| 3.916 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20200<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $91.83 |
| 3.917 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20201<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.31 |
| 3.918 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20202<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58.43 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.919 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20203<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $85.34 |
|---|---|---|---|
| 3.920 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20204<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $196.48 |
| 3.921 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20205<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67.00 |
| 3.922 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20206<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.98 |
| 3.923 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20207<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.08 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  | | | Amount of claim |
|---|---|---|---|

| 3.924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.36 |
|---|---|---|---|

PATIENT 20208
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $159.83 |
|---|---|---|---|

PATIENT 20209
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.60 |
|---|---|---|---|

PATIENT 20210
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.00 |
|---|---|---|---|

PATIENT 20211
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.68 |
|---|---|---|---|

PATIENT 20212
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83.78 |

PATIENT 20213
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $237.41 |

PATIENT 20214
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.26 |

PATIENT 20215
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $138.50 |

PATIENT 20216
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.35 |

PATIENT 20217
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $192.83 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20218
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$192.83

---

3.935 **Nonpriority creditor's name and mailing address**
PATIENT 20219
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.936 **Nonpriority creditor's name and mailing address**
PATIENT 20220
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.52

---

3.937 **Nonpriority creditor's name and mailing address**
PATIENT 20221
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.97

---

3.938 **Nonpriority creditor's name and mailing address**
PATIENT 20222
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.72

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.939 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20223<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.00 |
|---|---|---|---|
| 3.940 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20224<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.941 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20225<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.942 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20226<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $98.53 |
| 3.943 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20227<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.11 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.944 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20228<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.30 |
| 3.945 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20229<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
| 3.946 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20230<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.947 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20231<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132.51 |
| 3.948 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20232<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $162.49 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.949 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20233<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.00 |
|---|---|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20234<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7.35 |
| 3.951 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20235<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.15 |
| 3.952 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20236<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $224.14 |
| 3.953 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20237<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.50 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.954 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20238<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $107.16 |
|---|---|---|---|
| 3.955 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20239<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.88 |
| 3.956 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20240<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $92.67 |
| 3.957 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20241<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.66 |
| 3.958 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20242<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.35 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.959** | **Nonpriority creditor's name and mailing address**

PATIENT 20243
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$225.08

**3.960** | **Nonpriority creditor's name and mailing address**

PATIENT 20244
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

**3.961** | **Nonpriority creditor's name and mailing address**

PATIENT 20245
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.11

**3.962** | **Nonpriority creditor's name and mailing address**

PATIENT 20246
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$86.14

**3.963** | **Nonpriority creditor's name and mailing address**

PATIENT 20247
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$349.95

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.964 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.28 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20248
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.28

---

3.965

**Nonpriority creditor's name and mailing address**
PATIENT 20249
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.966

**Nonpriority creditor's name and mailing address**
PATIENT 20250
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.08

---

3.967

**Nonpriority creditor's name and mailing address**
PATIENT 20251
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$85.00

---

3.968

**Nonpriority creditor's name and mailing address**
PATIENT 20252
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.09 |

PATIENT 20253
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.40 |

PATIENT 20254
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.74 |

PATIENT 20255
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.36 |

PATIENT 20256
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.00 |

PATIENT 20257
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | **Amount of claim** |
|---|---|---|

| 3.974 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20258<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $35.90 |
|---|---|---|---|
| 3.975 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20259<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $30.92 |
| 3.976 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20260<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $133.03 |
| 3.977 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20261<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $119.84 |
| 3.978 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20262<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $217.76 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.979 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $70.72 |
|---|---|---|---|

PATIENT 20263
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.980 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.36 |
|---|---|---|---|

PATIENT 20264
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.981 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.75 |
|---|---|---|---|

PATIENT 20265
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.982 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97.27 |
|---|---|---|---|

PATIENT 20266
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.983 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.51 |
|---|---|---|---|

PATIENT 20267
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.984 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.16 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20268
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.16

---

**3.985  Nonpriority creditor's name and mailing address**
PATIENT 20269
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.50

---

**3.986  Nonpriority creditor's name and mailing address**
PATIENT 20270
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$133.78

---

**3.987  Nonpriority creditor's name and mailing address**
PATIENT 20271
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.00

---

**3.988  Nonpriority creditor's name and mailing address**
PATIENT 20272
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.20

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.989**

**Nonpriority creditor's name and mailing address**
PATIENT 20273
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.15

---

**3.990**

**Nonpriority creditor's name and mailing address**
PATIENT 20274
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.45

---

**3.991**

**Nonpriority creditor's name and mailing address**
PATIENT 20275
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.992**

**Nonpriority creditor's name and mailing address**
PATIENT 20276
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$93.85

---

**3.993**

**Nonpriority creditor's name and mailing address**
PATIENT 20277
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.50

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | | Amount of claim |
|---|---|---|---|

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.32 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20278
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$91.32

---

**Nonpriority creditor's name and mailing address**
3.995
PATIENT 20279
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.75

---

**Nonpriority creditor's name and mailing address**
3.996
PATIENT 2028
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

**Nonpriority creditor's name and mailing address**
3.997
PATIENT 20280
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$99.54

---

**Nonpriority creditor's name and mailing address**
3.998
PATIENT 20281
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$69.11

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.999 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20282<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.92 |
| 3.1000 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20283<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.47 |
| 3.1001 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20284<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220.91 |
| 3.1002 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20285<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221.48 |
| 3.1003 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20286<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $216.85 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.1004**

**Nonpriority creditor's name and mailing address**

PATIENT 20287
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1005**

**Nonpriority creditor's name and mailing address**

PATIENT 20288
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$58.44

---

**3.1006**

**Nonpriority creditor's name and mailing address**

PATIENT 20289
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.65

---

**3.1007**

**Nonpriority creditor's name and mailing address**

PATIENT 2029
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.00

---

**3.1008**

**Nonpriority creditor's name and mailing address**

PATIENT 20290
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1009 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 20291 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1010 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
| | PATIENT 20292 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.66 |
| | PATIENT 20293 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 20294 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $109.70 |
| | PATIENT 20295 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1014 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20296<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53.66 |
|---|---|---|---|
| 3.1015 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20297<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.05 |
| 3.1016 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20298<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.74 |
| 3.1017 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20299<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $213.94 |
| 3.1018 | **Nonpriority creditor's name and mailing address**<br>PATIENT 203<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,408.97 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1019 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $96.94 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20300
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.94

---

3.1020
**Nonpriority creditor's name and mailing address**
PATIENT 20301
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.48

---

3.1021
**Nonpriority creditor's name and mailing address**
PATIENT 20302
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$182.06

---

3.1022
**Nonpriority creditor's name and mailing address**
PATIENT 20303
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.91

---

3.1023
**Nonpriority creditor's name and mailing address**
PATIENT 20304
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.35

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.26 |
|---|---|---|---|
| | PATIENT 20305 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|
| | PATIENT 20306 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.59 |
|---|---|---|---|
| | PATIENT 20307 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|
| | PATIENT 20308 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.64 |
|---|---|---|---|
| | PATIENT 20309 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1029 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2031<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.80 |
| --- | --- | --- | --- |
| 3.1030 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20310<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.10 |
| 3.1031 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20311<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.21 |
| 3.1032 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20312<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.16 |
| 3.1033 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20313<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.74 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page | | |

| | | | Amount of claim |

| 3.1034 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20314<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $135.24 |
| 3.1035 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20315<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1036 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20316<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.41 |
| 3.1037 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20317<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $222.56 |
| 3.1038 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20318<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.26 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1039** **Nonpriority creditor's name and mailing address**
PATIENT 20319
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.1040** **Nonpriority creditor's name and mailing address**
PATIENT 2032
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.23

---

**3.1041** **Nonpriority creditor's name and mailing address**
PATIENT 20320
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$261.72

---

**3.1042** **Nonpriority creditor's name and mailing address**
PATIENT 20321
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.75

---

**3.1043** **Nonpriority creditor's name and mailing address**
PATIENT 20322
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.60

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------|------|------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1044 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.11 |
|---|---|---|---|
| | PATIENT 20323 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PATIENT CREDITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1045 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $38.33 |
|---|---|---|---|
| | PATIENT 20324 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PATIENT CREDITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1046 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.00 |
|---|---|---|---|
| | PATIENT 20325 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PATIENT CREDITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1047 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $59.83 |
|---|---|---|---|
| | PATIENT 20326 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PATIENT CREDITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.1048 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $163.29 |
|---|---|---|---|
| | PATIENT 20327 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** PATIENT CREDITS | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1049** | **Nonpriority creditor's name and mailing address**

PATIENT 20328
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.42

---

**3.1050** | **Nonpriority creditor's name and mailing address**

PATIENT 20329
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.55

---

**3.1051** | **Nonpriority creditor's name and mailing address**

PATIENT 2033
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.21

---

**3.1052** | **Nonpriority creditor's name and mailing address**

PATIENT 20330
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$143.12

---

**3.1053** | **Nonpriority creditor's name and mailing address**

PATIENT 20331
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.92

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.92 |

PATIENT 20332
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $117.48 |

PATIENT 20333
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $68.18 |

PATIENT 20334
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |

PATIENT 20335
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.60 |

PATIENT 20336
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1059** Nonpriority creditor's name and mailing address
PATIENT 20337
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.14

**3.1060** Nonpriority creditor's name and mailing address
PATIENT 20338
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

**3.1061** Nonpriority creditor's name and mailing address
PATIENT 20339
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.43

**3.1062** Nonpriority creditor's name and mailing address
PATIENT 20340
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.60

**3.1063** Nonpriority creditor's name and mailing address
PATIENT 20341
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.91

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.1064** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.09

PATIENT 20342
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1065** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $182.02

PATIENT 20343
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1066** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $253.49

PATIENT 20344
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1067** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $107.25

PATIENT 20345
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1068** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $204.05

PATIENT 20346
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $147.00 |
|---|---|---|---|

PATIENT 20347
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1070 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 20348
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1071 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.60 |
|---|---|---|---|

PATIENT 20349
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1072 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $178.96 |
|---|---|---|---|

PATIENT 20350
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1073 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.38 |
|---|---|---|---|

PATIENT 20351
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1074** **Nonpriority creditor's name and mailing address**
PATIENT 20352
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$73.00

---

**3.1075** **Nonpriority creditor's name and mailing address**
PATIENT 20353
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.90

---

**3.1076** **Nonpriority creditor's name and mailing address**
PATIENT 20354
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.55

---

**3.1077** **Nonpriority creditor's name and mailing address**
PATIENT 20355
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$11.88

---

**3.1078** **Nonpriority creditor's name and mailing address**
PATIENT 20356
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.48

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

|  |  |  |
|---|---|---|
| **3.1079** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20357<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $169.06 |
| **3.1080** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20358<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $78.97 |
| **3.1081** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20359<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.33 |
| **3.1082** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20360<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.93 |
| **3.1083** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20361<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $196.78 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1084 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20362<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
|---|---|---|---|
| 3.1085 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20363<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7.00 |
| 3.1086 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20364<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1.63 |
| 3.1087 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20365<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $143.06 |
| 3.1088 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20366<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $119.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1089 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20367<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $170.97 |
|---|---|---|---|
| 3.1090 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20368<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $220.73 |
| 3.1091 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20369<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $130.89 |
| 3.1092 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20370<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $153.39 |
| 3.1093 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20371<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.20 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1094 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.80 |

**Nonpriority creditor's name and mailing address**
PATIENT 20372
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.80

---

3.1095 **Nonpriority creditor's name and mailing address**
PATIENT 20373
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.84

---

3.1096 **Nonpriority creditor's name and mailing address**
PATIENT 20374
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.36

---

3.1097 **Nonpriority creditor's name and mailing address**
PATIENT 20375
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$187.00

---

3.1098 **Nonpriority creditor's name and mailing address**
PATIENT 20376
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.53

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1099**

**Nonpriority creditor's name and mailing address**
PATIENT 20377
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.64

**3.1100**

**Nonpriority creditor's name and mailing address**
PATIENT 20378
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.33

**3.1101**

**Nonpriority creditor's name and mailing address**
PATIENT 20379
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$186.69

**3.1102**

**Nonpriority creditor's name and mailing address**
PATIENT 20380
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$56.00

**3.1103**

**Nonpriority creditor's name and mailing address**
PATIENT 20381
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $125.00

PATIENT 20382
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1105** | **Nonpriority creditor's name and mailing address** | | $3.00

PATIENT 20383
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1106** | **Nonpriority creditor's name and mailing address** | | $173.40

PATIENT 20384
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1107** | **Nonpriority creditor's name and mailing address** | | $32.00

PATIENT 20385
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1108** | **Nonpriority creditor's name and mailing address** | | $212.00

PATIENT 20386
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

---

**3.1109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.72

PATIENT 20387
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1110** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $255.77

PATIENT 20388
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1111** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $89.18

PATIENT 20389
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1112** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00

PATIENT 2039
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1113** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 20390
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.48 |
|---|---|---|---|

PATIENT 20391
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79.45 |
|---|---|---|---|

PATIENT 20392
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250.58 |
|---|---|---|---|

PATIENT 20393
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $974.51 |
|---|---|---|---|

PATIENT 20394
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.79 |
|---|---|---|---|

PATIENT 20395
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1119**    **Nonpriority creditor's name and mailing address**

PATIENT 20396
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.1120**    **Nonpriority creditor's name and mailing address**

PATIENT 20397
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.49

---

**3.1121**    **Nonpriority creditor's name and mailing address**

PATIENT 20398
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1122**    **Nonpriority creditor's name and mailing address**

PATIENT 20399
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.86

---

**3.1123**    **Nonpriority creditor's name and mailing address**

PATIENT 2040
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1124** | **Nonpriority creditor's name and mailing address**
PATIENT 20400
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.08

---

**3.1125** | **Nonpriority creditor's name and mailing address**
PATIENT 20401
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$58.84

---

**3.1126** | **Nonpriority creditor's name and mailing address**
PATIENT 20402
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.17

---

**3.1127** | **Nonpriority creditor's name and mailing address**
PATIENT 20403
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.97

---

**3.1128** | **Nonpriority creditor's name and mailing address**
PATIENT 20404
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.72

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1129 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20405<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $98.27 |
|---|---|---|---|
| 3.1130 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20406<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $12.19 |
| 3.1131 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20407<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $42.00 |
| 3.1132 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20408<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $436.30 |
| 3.1133 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20409<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.81 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
| | PATIENT 2041 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113.74 |
| | PATIENT 20410 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.25 |
| | PATIENT 20411 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $129.12 |
| | PATIENT 20412 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.29 |
| | PATIENT 20413 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.51 |
|---|---|---|---|

PATIENT 20414
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.91 |
|---|---|---|---|

PATIENT 20415
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $71.08 |
|---|---|---|---|

PATIENT 20416
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $143.04 |
|---|---|---|---|

PATIENT 20417
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $193.66 |
|---|---|---|---|

PATIENT 20418
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1144 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20419<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.67 |
| --- | --- | --- | --- |
| 3.1145 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2042<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1146 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20420<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.88 |
| 3.1147 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20421<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $113.82 |
| 3.1148 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20422<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.97 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1149**

**Nonpriority creditor's name and mailing address**

PATIENT 20423
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.00

---

**3.1150**

**Nonpriority creditor's name and mailing address**

PATIENT 20424
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$260.00

---

**3.1151**

**Nonpriority creditor's name and mailing address**

PATIENT 20425
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$190.30

---

**3.1152**

**Nonpriority creditor's name and mailing address**

PATIENT 20426
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$135.00

---

**3.1153**

**Nonpriority creditor's name and mailing address**

PATIENT 20427
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$69.71

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.41 |
|---|---|---|---|

PATIENT 20428
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 20429
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

PATIENT 2043
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.43 |
|---|---|---|---|

PATIENT 20430
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.78 |
|---|---|---|---|

PATIENT 20431
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1159 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20432<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
|---|---|---|---|
| 3.1160 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20433<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.93 |
| 3.1161 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20434<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.09 |
| 3.1162 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20435<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $179.48 |
| 3.1163 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20436<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $234.50 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1164 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20437<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.00 |
|---|---|---|---|
| 3.1165 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20438<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.35 |
| 3.1166 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20439<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.69 |
| 3.1167 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2044<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1168 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20440<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.65 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1169 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20441<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.99 |
| 3.1170 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20442<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $73.25 |
| 3.1171 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20443<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1172 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20444<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.10 |
| 3.1173 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20445<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.37 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.1174

**Nonpriority creditor's name and mailing address**

PATIENT 20446
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.21

### 3.1175

**Nonpriority creditor's name and mailing address**

PATIENT 20447
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$178.77

### 3.1176

**Nonpriority creditor's name and mailing address**

PATIENT 20448
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.47

### 3.1177

**Nonpriority creditor's name and mailing address**

PATIENT 20449
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.25

### 3.1178

**Nonpriority creditor's name and mailing address**

PATIENT 2045
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1179 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20450<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $207.30 |
|---|---|---|---|
| 3.1180 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20451<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195.83 |
| 3.1181 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20452<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.60 |
| 3.1182 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20453<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.1183 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20454<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.75 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.39 |
| | PATIENT 20455 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $157.36 |
| | PATIENT 20456 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.73 |
| | PATIENT 20457 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1187 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.83 |
| | PATIENT 20458 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1188 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.00 |
| | PATIENT 20459 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------|------|------|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.1189** | **Nonpriority creditor's name and mailing address**

PATIENT 2046
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.1190** | **Nonpriority creditor's name and mailing address**

PATIENT 20460
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.40

---

**3.1191** | **Nonpriority creditor's name and mailing address**

PATIENT 20461
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.75

---

**3.1192** | **Nonpriority creditor's name and mailing address**

PATIENT 20462
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.08

---

**3.1193** | **Nonpriority creditor's name and mailing address**

PATIENT 20463
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $186.67 |
| | PATIENT 20464 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1195 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.56 |
| | PATIENT 20465 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1196 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.16 |
| | PATIENT 20466 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1197 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $257.61 |
| | PATIENT 20467 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1198 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $58.75 |
| | PATIENT 20468 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.60 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20469
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.60

---

3.1200

**Nonpriority creditor's name and mailing address**
PATIENT 2047
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

3.1201

**Nonpriority creditor's name and mailing address**
PATIENT 20470
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.98

---

3.1202

**Nonpriority creditor's name and mailing address**
PATIENT 20471
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$184.34

---

3.1203

**Nonpriority creditor's name and mailing address**
PATIENT 20472
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$266.95

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| 3.1204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24.39 |
|---|---|---|---|

PATIENT 20473
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $143.58 |
|---|---|---|---|

PATIENT 20474
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.11 |
|---|---|---|---|

PATIENT 20475
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.15 |
|---|---|---|---|

PATIENT 20476
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $30.00 |
|---|---|---|---|

PATIENT 20477
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1209**

**Nonpriority creditor's name and mailing address**

PATIENT 20478
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.10

---

**3.1210**

**Nonpriority creditor's name and mailing address**

PATIENT 20479
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.70

---

**3.1211**

**Nonpriority creditor's name and mailing address**

PATIENT 2048
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.1212**

**Nonpriority creditor's name and mailing address**

PATIENT 20480
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.1213**

**Nonpriority creditor's name and mailing address**

PATIENT 20481
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.97

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1214 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 20482
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1215 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.18 |

PATIENT 20483
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1216 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.85 |

PATIENT 20484
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1217 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 20485
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1218 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $179.00 |

PATIENT 20486
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1219 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20487<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.50 |
|---|---|---|---|
| 3.1220 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20488<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.33 |
| 3.1221 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20489<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.1222 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2049<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1223 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20490<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $118.01 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1224 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20491<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.76 |
|---|---|---|---|
| 3.1225 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20492<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.80 |
| 3.1226 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20493<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.04 |
| 3.1227 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20494<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.67 |
| 3.1228 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20495<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142.79 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $134.58
| | *Check all that apply.* |

PATIENT 20496
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.13
| | *Check all that apply.* |

PATIENT 20497
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.00
| | *Check all that apply.* |

PATIENT 20498
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $140.25
| | *Check all that apply.* |

PATIENT 20499
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00
| | *Check all that apply.* |

PATIENT 2050
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1234 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20500<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $133.08 |
|---|---|---|---|
| 3.1235 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20501<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $166.02 |
| 3.1236 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20502<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.29 |
| 3.1237 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20503<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.71 |
| 3.1238 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20504<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.30 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1239 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20505<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.50 |
|---|---|---|---|
| 3.1240 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20506<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79.72 |
| 3.1241 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20507<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.1242 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20508<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.00 |
| 3.1243 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20509<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $277.74 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
| | PATIENT 2051 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $78.50 |
| | PATIENT 20510 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $137.88 |
| | PATIENT 20511 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $103.99 |
| | PATIENT 20512 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.91 |
| | PATIENT 20513 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.31 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20514
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$44.31

---

3.1250 **Nonpriority creditor's name and mailing address**
PATIENT 20515
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$116.91

---

3.1251 **Nonpriority creditor's name and mailing address**
PATIENT 20516
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$27.24

---

3.1252 **Nonpriority creditor's name and mailing address**
PATIENT 20517
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$59.00

---

3.1253 **Nonpriority creditor's name and mailing address**
PATIENT 20518
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1254** **Nonpriority creditor's name and mailing address**

PATIENT 20519
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.07

---

**3.1255** **Nonpriority creditor's name and mailing address**

PATIENT 2052
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.1256** **Nonpriority creditor's name and mailing address**

PATIENT 20520
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.1257** **Nonpriority creditor's name and mailing address**

PATIENT 20521
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.15

---

**3.1258** **Nonpriority creditor's name and mailing address**

PATIENT 20522
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1259 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20523<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $145.35 |
|---|---|---|---|
| 3.1260 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20524<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.1261 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20525<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.1262 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20526<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.47 |
| 3.1263 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20527<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.33 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|--------|--|--|--|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | Amount of claim |
|---|---|

**3.1264** **Nonpriority creditor's name and mailing address**

PATIENT 20528
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.61

---

**3.1265** **Nonpriority creditor's name and mailing address**

PATIENT 20529
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$117.24

---

**3.1266** **Nonpriority creditor's name and mailing address**

PATIENT 2053
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.1267** **Nonpriority creditor's name and mailing address**

PATIENT 20530
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.52

---

**3.1268** **Nonpriority creditor's name and mailing address**

PATIENT 20531
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.69

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.02

PATIENT 20532
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $146.20

PATIENT 20533
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.00

PATIENT 20534
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $168.38

PATIENT 20535
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 20536
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1274 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20537<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $114.40 |
|---|---|---|---|
| 3.1275 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20538<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1276 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20539<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.80 |
| 3.1277 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2054<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1278 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20540<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $181.19 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1279 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20541<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.1280 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20542<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $297.33 |
| 3.1281 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20543<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.66 |
| 3.1282 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20544<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.92 |
| 3.1283 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20545<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $195.38 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 20546
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $190.82 |
|---|---|---|---|

PATIENT 20547
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.39 |
|---|---|---|---|

PATIENT 20548
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.52 |
|---|---|---|---|

PATIENT 20549
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

PATIENT 2055
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1289** | **Nonpriority creditor's name and mailing address**

PATIENT 20550
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.1290** | **Nonpriority creditor's name and mailing address**

PATIENT 20551
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.75

---

**3.1291** | **Nonpriority creditor's name and mailing address**

PATIENT 20552
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.88

---

**3.1292** | **Nonpriority creditor's name and mailing address**

PATIENT 20553
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.1293** | **Nonpriority creditor's name and mailing address**

PATIENT 20554
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.43

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1294 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20555<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.41 |
|---|---|---|---|
| 3.1295 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20556<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.1296 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20557<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29.00 |
| 3.1297 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20558<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $132.74 |
| 3.1298 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20559<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1299** **Nonpriority creditor's name and mailing address**

PATIENT 2056
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.00

---

**3.1300** **Nonpriority creditor's name and mailing address**

PATIENT 20560
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$350.76

---

**3.1301** **Nonpriority creditor's name and mailing address**

PATIENT 20561
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.51

---

**3.1302** **Nonpriority creditor's name and mailing address**

PATIENT 20562
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$146.41

---

**3.1303** **Nonpriority creditor's name and mailing address**

PATIENT 20563
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.50

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $134.33 |

PATIENT 20564
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.40 |

PATIENT 20565
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $78.19 |

PATIENT 20566
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |

PATIENT 20567
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 20568
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1309 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20569<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $208.74 |
|---|---|---|---|
| 3.1310 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2057<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1311 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20570<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.16 |
| 3.1312 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20571<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $221.03 |
| 3.1313 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20572<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.43 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.02

PATIENT 20573
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142.79

PATIENT 20574
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.80

PATIENT 20575
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.58

PATIENT 20576
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.60

PATIENT 20577
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.1319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $241.98 |
| | PATIENT 20578 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.51 |
| | PATIENT 20579 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
| | PATIENT 2058 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.61 |
| | PATIENT 20580 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.88 |
| | PATIENT 20581 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.50 |
| | PATIENT 20582 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.21 |
| | PATIENT 20583 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $194.39 |
| | PATIENT 20584 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 20585 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $127.83 |
| | PATIENT 20586 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1329 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20587<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52.60 |
|---|---|---|---|
| 3.1330 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20588<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.30 |
| 3.1331 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20589<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.92 |
| 3.1332 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2059<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1333 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20590<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27.85 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.86 |
|---|---|---|---|

PATIENT 20591
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $151.50 |
|---|---|---|---|

PATIENT 20592
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $66.97 |
|---|---|---|---|

PATIENT 20593
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $154.48 |
|---|---|---|---|

PATIENT 20594
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.11 |
|---|---|---|---|

PATIENT 20595
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.84 |
|---|---|---|---|

PATIENT 20596
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $117.00 |
|---|---|---|---|

PATIENT 20597
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1341 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $409.36 |
|---|---|---|---|

PATIENT 20598
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1342 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.33 |
|---|---|---|---|

PATIENT 20599
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1343 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

PATIENT 2060
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $262.28 |
|---|---|---|---|

PATIENT 20600
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1345 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $120.43 |
|---|---|---|---|

PATIENT 20601
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1346 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.00 |
|---|---|---|---|

PATIENT 20602
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1347 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $162.49 |
|---|---|---|---|

PATIENT 20603
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1348 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $165.22 |
|---|---|---|---|

PATIENT 20604
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|--------|------------------------------------------------------------------|-------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1349 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20605<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.66 |
| 3.1350 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20606<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.1351 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20607<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.04 |
| 3.1352 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20608<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.80 |
| 3.1353 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20609<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.48 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2061
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $54.00

---

3.1355 **Nonpriority creditor's name and mailing address**
PATIENT 20610
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $94.64

---

3.1356 **Nonpriority creditor's name and mailing address**
PATIENT 20611
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $39.48

---

3.1357 **Nonpriority creditor's name and mailing address**
PATIENT 20612
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $146.36

---

3.1358 **Nonpriority creditor's name and mailing address**
PATIENT 20613
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $30.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

### 3.1359

**Nonpriority creditor's name and mailing address**

PATIENT 20614
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.22

### 3.1360

**Nonpriority creditor's name and mailing address**

PATIENT 20615
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$191.73

### 3.1361

**Nonpriority creditor's name and mailing address**

PATIENT 20616
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.80

### 3.1362

**Nonpriority creditor's name and mailing address**

PATIENT 20617
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.43

### 3.1363

**Nonpriority creditor's name and mailing address**

PATIENT 20618
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$110.53

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1364 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20619<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.54 |
| 3.1365 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20620<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.43 |
| 3.1366 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20621<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $118.50 |
| 3.1367 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20622<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $45.00 |
| 3.1368 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20623<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.98 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1369**  **Nonpriority creditor's name and mailing address**
PATIENT 20624
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$42.00

---

**3.1370**  **Nonpriority creditor's name and mailing address**
PATIENT 20625
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$46.50

---

**3.1371**  **Nonpriority creditor's name and mailing address**
PATIENT 20626
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$107.28

---

**3.1372**  **Nonpriority creditor's name and mailing address**
PATIENT 20627
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$90.52

---

**3.1373**  **Nonpriority creditor's name and mailing address**
PATIENT 20628
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$150.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.35 |
| | PATIENT 20629 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1375 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.60 |
| | PATIENT 20630 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1376 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142.79 |
| | PATIENT 20631 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1377 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.72 |
| | PATIENT 20632 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1378 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $39.10 |
| | PATIENT 20633 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $114.19 |

PATIENT 20634
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1380 | **Nonpriority creditor's name and mailing address** | | $30.00 |

PATIENT 20635
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1381 | **Nonpriority creditor's name and mailing address** | | $40.60 |

PATIENT 20636
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1382 | **Nonpriority creditor's name and mailing address** | | $31.38 |

PATIENT 20637
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1383 | **Nonpriority creditor's name and mailing address** | | $41.73 |

PATIENT 20638
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| **3.1384** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20639<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $74.94 |
| **3.1385** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20640<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42.89 |
| **3.1386** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20641<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| **3.1387** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20642<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138.37 |
| **3.1388** | **Nonpriority creditor's name and mailing address**<br>PATIENT 20643<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.75 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|--------|-------------------------------------------------------------------|--------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 20644 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 20645 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $62.21 |
| | PATIENT 20646 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.55 |
| | PATIENT 20647 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.67 |
| | PATIENT 20648 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1394** **Nonpriority creditor's name and mailing address**
PATIENT 20649
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.11

**3.1395** **Nonpriority creditor's name and mailing address**
PATIENT 2065
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.50

**3.1396** **Nonpriority creditor's name and mailing address**
PATIENT 20650
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

**3.1397** **Nonpriority creditor's name and mailing address**
PATIENT 20651
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.33

**3.1398** **Nonpriority creditor's name and mailing address**
PATIENT 20652
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$63.50

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1399** **Nonpriority creditor's name and mailing address**
PATIENT 20653
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.47

---

**3.1400** **Nonpriority creditor's name and mailing address**
PATIENT 20654
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.50

---

**3.1401** **Nonpriority creditor's name and mailing address**
PATIENT 20655
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$55.35

---

**3.1402** **Nonpriority creditor's name and mailing address**
PATIENT 20656
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.36

---

**3.1403** **Nonpriority creditor's name and mailing address**
PATIENT 20657
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.30

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.1404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.00 |
|---|---|---|---|

**3.1404**

**Nonpriority creditor's name and mailing address**
PATIENT 20658
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$119.00

---

**3.1405**

**Nonpriority creditor's name and mailing address**
PATIENT 20659
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.00

---

**3.1406**

**Nonpriority creditor's name and mailing address**
PATIENT 2066
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.50

---

**3.1407**

**Nonpriority creditor's name and mailing address**
PATIENT 20660
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1408**

**Nonpriority creditor's name and mailing address**
PATIENT 20661
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.75

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1409** | **Nonpriority creditor's name and mailing address**
PATIENT 20662
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$139.72

---

**3.1410** | **Nonpriority creditor's name and mailing address**
PATIENT 20663
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.97

---

**3.1411** | **Nonpriority creditor's name and mailing address**
PATIENT 20664
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.60

---

**3.1412** | **Nonpriority creditor's name and mailing address**
PATIENT 20665
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.65

---

**3.1413** | **Nonpriority creditor's name and mailing address**
PATIENT 20666
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.25

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.12 |

3.1414 **Nonpriority creditor's name and mailing address**
PATIENT 20667
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.12

---

3.1415 **Nonpriority creditor's name and mailing address**
PATIENT 20668
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$165.13

---

3.1416 **Nonpriority creditor's name and mailing address**
PATIENT 20669
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.80

---

3.1417 **Nonpriority creditor's name and mailing address**
PATIENT 2067
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.50

---

3.1418 **Nonpriority creditor's name and mailing address**
PATIENT 20670
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$149.20

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20671
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $79.79 |
|---|---|---|---|

PATIENT 20672
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.13 |
|---|---|---|---|

PATIENT 20673
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |
|---|---|---|---|

PATIENT 20674
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.64 |
|---|---|---|---|

PATIENT 20675
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|-----|-----|-----|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.97 |
|---|---|---|---|

PATIENT 20676
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.38 |
|---|---|---|---|

PATIENT 20677
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00 |
|---|---|---|---|

PATIENT 20678
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $118.38 |
|---|---|---|---|

PATIENT 20679
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53.50 |
|---|---|---|---|

PATIENT 2068
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.40 |
|---|---|---|---|
| | PATIENT 20680 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142.72 |
|---|---|---|---|
| | PATIENT 20681 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.49 |
|---|---|---|---|
| | PATIENT 20682 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 20683 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $110.00 |
|---|---|---|---|
| | PATIENT 20684 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $145.00

PATIENT 20685
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.10

PATIENT 20686
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.27

PATIENT 20687
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00

PATIENT 20688
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.24

PATIENT 20689
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

**Part 2:** Additional Page

| | | Amount of claim |
|---|---|---|

| 3.1439 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20690<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.75 |
| 3.1440 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20691<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1.00 |
| 3.1441 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20692<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.21 |
| 3.1442 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20693<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $142.00 |
| 3.1443 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20694<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $80.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $95.70 |
| | PATIENT 20695 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $187.00 |
| | PATIENT 20696 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.52 |
| | PATIENT 20697 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.76 |
| | PATIENT 20698 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.49 |
| | PATIENT 20699 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|
| 3.1449 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2070<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53.36 |
| 3.1450 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20700<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.97 |
| 3.1451 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20701<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $97.66 |
| 3.1452 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20702<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.1453 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20703<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $383.32 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
| | PATIENT 20704 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.50 |
| | PATIENT 20705 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.76 |
| | PATIENT 20706 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $97.60 |
| | PATIENT 20707 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.25 |
| | PATIENT 20708 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1459 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20709<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122.26 |
| 3.1460 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2071<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $53.35 |
| 3.1461 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20710<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.96 |
| 3.1462 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20711<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.12 |
| 3.1463 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20712<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.50 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1464** | **Nonpriority creditor's name and mailing address**
PATIENT 20713
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$138.50

---

**3.1465** | **Nonpriority creditor's name and mailing address**
PATIENT 20714
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$173.92

---

**3.1466** | **Nonpriority creditor's name and mailing address**
PATIENT 20715
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.28

---

**3.1467** | **Nonpriority creditor's name and mailing address**
PATIENT 20716
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.00

---

**3.1468** | **Nonpriority creditor's name and mailing address**
PATIENT 20717
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.75

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $54.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20718
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $54.00

---

3.1470 **Nonpriority creditor's name and mailing address**
PATIENT 2072
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $53.20

---

3.1471 **Nonpriority creditor's name and mailing address**
PATIENT 2073
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $53.09

---

3.1472 **Nonpriority creditor's name and mailing address**
PATIENT 20743
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $66.30

---

3.1473 **Nonpriority creditor's name and mailing address**
PATIENT 20744
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $115.05

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1474** **Nonpriority creditor's name and mailing address**

PATIENT 20745
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1475** **Nonpriority creditor's name and mailing address**

PATIENT 20746
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.1476** **Nonpriority creditor's name and mailing address**

PATIENT 20747
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$136.97

---

**3.1477** **Nonpriority creditor's name and mailing address**

PATIENT 20748
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.30

---

**3.1478** **Nonpriority creditor's name and mailing address**

PATIENT 20749
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.73

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63.24 |
|---|---|---|---|

PATIENT 20750
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $31.38 |
|---|---|---|---|

PATIENT 20751
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.94 |
|---|---|---|---|

PATIENT 20752
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.93 |
|---|---|---|---|

PATIENT 20753
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.49 |
|---|---|---|---|

PATIENT 20754
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1484** **Nonpriority creditor's name and mailing address**
PATIENT 20755
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$38.07

---

**3.1485** **Nonpriority creditor's name and mailing address**
PATIENT 20756
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$47.29

---

**3.1486** **Nonpriority creditor's name and mailing address**
PATIENT 20757
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.10

---

**3.1487** **Nonpriority creditor's name and mailing address**
PATIENT 20758
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$79.00

---

**3.1488** **Nonpriority creditor's name and mailing address**
PATIENT 20759
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$26.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1489** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53.00

PATIENT 2076
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1490** | **Nonpriority creditor's name and mailing address** | $5.00

PATIENT 20760
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1491** | **Nonpriority creditor's name and mailing address** | $75.00

PATIENT 20761
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1492** | **Nonpriority creditor's name and mailing address** | $114.01

PATIENT 20762
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1493** | **Nonpriority creditor's name and mailing address** | $78.21

PATIENT 20763
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

<table>
<tr><td style="background:black; color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| | | Amount of claim |
|---|---|---|

**3.1494**   **Nonpriority creditor's name and mailing address**
PATIENT 20764
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.87

---

**3.1495**   **Nonpriority creditor's name and mailing address**
PATIENT 20765
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$197.59

---

**3.1496**   **Nonpriority creditor's name and mailing address**
PATIENT 20766
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.13

---

**3.1497**   **Nonpriority creditor's name and mailing address**
PATIENT 20767
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.77

---

**3.1498**   **Nonpriority creditor's name and mailing address**
PATIENT 20768
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.60

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
| | PATIENT 20769 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53.00 |
| | PATIENT 2077 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.12 |
| | PATIENT 20770 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 20771 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.14 |
| | PATIENT 20772 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 20773
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.59 |
|---|---|---|---|

PATIENT 20774
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 20775
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.14 |
|---|---|---|---|

PATIENT 20776
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $215.65 |
|---|---|---|---|

PATIENT 20777
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1509**    **Nonpriority creditor's name and mailing address**

PATIENT 20778
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$92.92

---

**3.1510**    **Nonpriority creditor's name and mailing address**

PATIENT 20779
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.1511**    **Nonpriority creditor's name and mailing address**

PATIENT 2078
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.00

---

**3.1512**    **Nonpriority creditor's name and mailing address**

PATIENT 20780
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$16.82

---

**3.1513**    **Nonpriority creditor's name and mailing address**

PATIENT 20781
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$125.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
|---|---|---|---|

PATIENT 20782
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $119.00 |
|---|---|---|---|

PATIENT 20783
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1516 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $142.79 |
|---|---|---|---|

PATIENT 20784
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1517 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.44 |
|---|---|---|---|

PATIENT 20785
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1518 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $57.93 |
|---|---|---|---|

PATIENT 20786
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.54 |

PATIENT 20787
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1520 | **Nonpriority creditor's name and mailing address** | | $99.90 |

PATIENT 20788
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1521 | **Nonpriority creditor's name and mailing address** | | $1.17 |

PATIENT 20789
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1522 | **Nonpriority creditor's name and mailing address** | | $53.00 |

PATIENT 2079
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1523 | **Nonpriority creditor's name and mailing address** | | $58.15 |

PATIENT 20790
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1524 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.15 |
| | PATIENT 20791 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1525 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.80 |
| | PATIENT 20792 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1526 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $59.49 |
| | PATIENT 20793 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1527 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $133.32 |
| | PATIENT 20794 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1528 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $346.00 |
| | PATIENT 20795 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1529** **Nonpriority creditor's name and mailing address**

PATIENT 20796
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.1530** **Nonpriority creditor's name and mailing address**

PATIENT 20797
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.75

---

**3.1531** **Nonpriority creditor's name and mailing address**

PATIENT 20798
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1532** **Nonpriority creditor's name and mailing address**

PATIENT 20799
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.1533** **Nonpriority creditor's name and mailing address**

PATIENT 2080
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1534** | **Nonpriority creditor's name and mailing address**

PATIENT 20800
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$71.07

---

**3.1535** | **Nonpriority creditor's name and mailing address**

PATIENT 20801
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$108.16

---

**3.1536** | **Nonpriority creditor's name and mailing address**

PATIENT 20802
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$82.32

---

**3.1537** | **Nonpriority creditor's name and mailing address**

PATIENT 20803
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.79

---

**3.1538** | **Nonpriority creditor's name and mailing address**

PATIENT 20804
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$94.33

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1539** | **Nonpriority creditor's name and mailing address**
PATIENT 20805
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.97

---

**3.1540** | **Nonpriority creditor's name and mailing address**
PATIENT 20806
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.91

---

**3.1541** | **Nonpriority creditor's name and mailing address**
PATIENT 20807
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.85

---

**3.1542** | **Nonpriority creditor's name and mailing address**
PATIENT 20808
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$102.24

---

**3.1543** | **Nonpriority creditor's name and mailing address**
PATIENT 20809
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1544** | **Nonpriority creditor's name and mailing address**
PATIENT 2081
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$81.21

---

**3.1545** | **Nonpriority creditor's name and mailing address**
PATIENT 20810
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$102.60

---

**3.1546** | **Nonpriority creditor's name and mailing address**
PATIENT 20811
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.76

---

**3.1547** | **Nonpriority creditor's name and mailing address**
PATIENT 20812
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.33

---

**3.1548** | **Nonpriority creditor's name and mailing address**
PATIENT 20813
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$39.28

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.1549** **Nonpriority creditor's name and mailing address**

PATIENT 20814
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$72.30

---

**3.1550** **Nonpriority creditor's name and mailing address**

PATIENT 20815
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.1551** **Nonpriority creditor's name and mailing address**

PATIENT 20816
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.22

---

**3.1552** **Nonpriority creditor's name and mailing address**

PATIENT 20817
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1553** **Nonpriority creditor's name and mailing address**

PATIENT 20818
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.19

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1554 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20819<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $150.68 |
|---|---|---|---|
| 3.1555 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2082<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52.92 |
| 3.1556 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20820<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $127.59 |
| 3.1557 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20821<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.1558 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20822<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.83 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20823
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

3.1560 **Nonpriority creditor's name and mailing address**
PATIENT 20824
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$24.75

---

3.1561 **Nonpriority creditor's name and mailing address**
PATIENT 20825
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$380.56

---

3.1562 **Nonpriority creditor's name and mailing address**
PATIENT 20826
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.61

---

3.1563 **Nonpriority creditor's name and mailing address**
PATIENT 20827
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.26 |
| | PATIENT 20828 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.28 |
| | PATIENT 20829 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.24 |
| | PATIENT 20830 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.52 |
| | PATIENT 20831 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.60 |
| | PATIENT 20832 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1569** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38.54

PATIENT 20833
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1570** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $44.31

PATIENT 20834
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1571** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.75

PATIENT 20835
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1572** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $104.98

PATIENT 20836
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1573** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $225.33

PATIENT 20837
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $86.14 |
| | PATIENT 20838 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.93 |
| | PATIENT 20839 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.11 |
| | PATIENT 20840 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.00 |
| | PATIENT 20841 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.00 |
| | PATIENT 20842 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|
| 3.1579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $44.08 |

**3.1579**

**Nonpriority creditor's name and mailing address**
PATIENT 20843
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.08

**3.1580**

**Nonpriority creditor's name and mailing address**
PATIENT 20844
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$191.88

**3.1581**

**Nonpriority creditor's name and mailing address**
PATIENT 20845
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.57

**3.1582**

**Nonpriority creditor's name and mailing address**
PATIENT 20846
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

**3.1583**

**Nonpriority creditor's name and mailing address**
PATIENT 20847
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.12

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1584** **Nonpriority creditor's name and mailing address**
PATIENT 20848
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.66

---

**3.1585** **Nonpriority creditor's name and mailing address**
PATIENT 20849
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$90.27

---

**3.1586** **Nonpriority creditor's name and mailing address**
PATIENT 20850
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.89

---

**3.1587** **Nonpriority creditor's name and mailing address**
PATIENT 20851
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$97.60

---

**3.1588** **Nonpriority creditor's name and mailing address**
PATIENT 20852
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$59.77

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $105.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 20853
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $105.00

---

3.1590
**Nonpriority creditor's name and mailing address**
PATIENT 20854
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $78.50

---

3.1591
**Nonpriority creditor's name and mailing address**
PATIENT 20855
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1.99

---

3.1592
**Nonpriority creditor's name and mailing address**
PATIENT 20856
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5.00

---

3.1593
**Nonpriority creditor's name and mailing address**
PATIENT 20857
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $5.60

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1594 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20858<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $86.36 |

| 3.1595 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20859<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89.40 |

| 3.1596 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20860<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.50 |

| 3.1597 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20861<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $326.55 |

| 3.1598 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20862<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.60 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1599** | **Nonpriority creditor's name and mailing address**
PATIENT 20863
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$54.10

---

**3.1600** | **Nonpriority creditor's name and mailing address**
PATIENT 20864
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.55

---

**3.1601** | **Nonpriority creditor's name and mailing address**
PATIENT 20865
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.84

---

**3.1602** | **Nonpriority creditor's name and mailing address**
PATIENT 20866
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.94

---

**3.1603** | **Nonpriority creditor's name and mailing address**
PATIENT 20867
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.18

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1604** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47.60

PATIENT 20868
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1605** | **Nonpriority creditor's name and mailing address** | | $25.00

PATIENT 20869
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1606** | **Nonpriority creditor's name and mailing address** | | $82.05

PATIENT 2087
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1607** | **Nonpriority creditor's name and mailing address** | | $9.47

PATIENT 20870
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1608** | **Nonpriority creditor's name and mailing address** | | $0.27

PATIENT 20871
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1609 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20872<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.94 |
|---|---|---|---|
| 3.1610 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20873<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $121.88 |
| 3.1611 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20874<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.1612 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20875<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $125.00 |
| 3.1613 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20876<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $32.97 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1614** | **Nonpriority creditor's name and mailing address**
PATIENT 20877
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.00

---

**3.1615** | **Nonpriority creditor's name and mailing address**
PATIENT 20878
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$128.61

---

**3.1616** | **Nonpriority creditor's name and mailing address**
PATIENT 20879
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.02

---

**3.1617** | **Nonpriority creditor's name and mailing address**
PATIENT 2088
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$52.00

---

**3.1618** | **Nonpriority creditor's name and mailing address**
PATIENT 20880
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.99

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $91.26 |
|---|---|---|---|

PATIENT 20881
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $167.82 |
|---|---|---|---|

PATIENT 20882
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $107.00 |
|---|---|---|---|

PATIENT 20883
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.50 |
|---|---|---|---|

PATIENT 20884
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 20885
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $76.61 |
| | PATIENT 20886 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65.12 |
| | PATIENT 20887 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $244.60 |
| | PATIENT 20888 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $53.96 |
| | PATIENT 20889 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $132.51 |
| | PATIENT 20890 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.1629** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136.37

PATIENT 20891
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1630** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.90

PATIENT 20892
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1631** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $78.50

PATIENT 20893
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1632** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00

PATIENT 20894
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1633** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.51

PATIENT 20895
REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1634** | **Nonpriority creditor's name and mailing address**
PATIENT 20896
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$96.31

---

**3.1635** | **Nonpriority creditor's name and mailing address**
PATIENT 20897
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$131.97

---

**3.1636** | **Nonpriority creditor's name and mailing address**
PATIENT 20898
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.40

---

**3.1637** | **Nonpriority creditor's name and mailing address**
PATIENT 20899
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.42

---

**3.1638** | **Nonpriority creditor's name and mailing address**
PATIENT 20900
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$98.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

3.1639 **Nonpriority creditor's name and mailing address**

PATIENT 20901
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.63

---

3.1640 **Nonpriority creditor's name and mailing address**

PATIENT 20902
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.12

---

3.1641 **Nonpriority creditor's name and mailing address**

PATIENT 20903
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$161.10

---

3.1642 **Nonpriority creditor's name and mailing address**

PATIENT 20904
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.00

---

3.1643 **Nonpriority creditor's name and mailing address**

PATIENT 20905
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.25 |
| | PATIENT 20906 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $273.71 |
| | PATIENT 20907 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 20908 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 20909 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $261.03 |
| | PATIENT 20910 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.1649** **Nonpriority creditor's name and mailing address**
PATIENT 20911
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.55

---

**3.1650** **Nonpriority creditor's name and mailing address**
PATIENT 20912
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.83

---

**3.1651** **Nonpriority creditor's name and mailing address**
PATIENT 20913
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$42.00

---

**3.1652** **Nonpriority creditor's name and mailing address**
PATIENT 20914
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.31

---

**3.1653** **Nonpriority creditor's name and mailing address**
PATIENT 20915
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.33

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1654 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20916<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106.70 |
| 3.1655 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20917<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.14 |
| 3.1656 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20918<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.38 |
| 3.1657 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20919<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $106.93 |
| 3.1658 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2092<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.84 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.1659 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $195.69 |
|  | PATIENT 20920 | *Check all that apply.* | |
|  | REDACTED | ☐ Contingent | |
|  | | ☐ Unliquidated | |
|  | **Date or dates debt was incurred** | ☐ Disputed | |
|  | | **Basis for the claim:** | |
|  | **Last 4 digits of account number:** | PATIENT CREDITS | |
|  | | **Is the claim subject to offset?** | |
|  | | ☒ No | |
|  | | ☐ Yes | |

| 3.1660 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.14 |
|  | PATIENT 20921 | *Check all that apply.* | |
|  | REDACTED | ☐ Contingent | |
|  | | ☐ Unliquidated | |
|  | **Date or dates debt was incurred** | ☐ Disputed | |
|  | | **Basis for the claim:** | |
|  | **Last 4 digits of account number:** | PATIENT CREDITS | |
|  | | **Is the claim subject to offset?** | |
|  | | ☒ No | |
|  | | ☐ Yes | |

| 3.1661 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.72 |
|  | PATIENT 20922 | *Check all that apply.* | |
|  | REDACTED | ☐ Contingent | |
|  | | ☐ Unliquidated | |
|  | **Date or dates debt was incurred** | ☐ Disputed | |
|  | | **Basis for the claim:** | |
|  | **Last 4 digits of account number:** | PATIENT CREDITS | |
|  | | **Is the claim subject to offset?** | |
|  | | ☒ No | |
|  | | ☐ Yes | |

| 3.1662 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.68 |
|  | PATIENT 20923 | *Check all that apply.* | |
|  | REDACTED | ☐ Contingent | |
|  | | ☐ Unliquidated | |
|  | **Date or dates debt was incurred** | ☐ Disputed | |
|  | | **Basis for the claim:** | |
|  | **Last 4 digits of account number:** | PATIENT CREDITS | |
|  | | **Is the claim subject to offset?** | |
|  | | ☒ No | |
|  | | ☐ Yes | |

| 3.1663 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $94.13 |
|  | PATIENT 20924 | *Check all that apply.* | |
|  | REDACTED | ☐ Contingent | |
|  | | ☐ Unliquidated | |
|  | **Date or dates debt was incurred** | ☐ Disputed | |
|  | | **Basis for the claim:** | |
|  | **Last 4 digits of account number:** | PATIENT CREDITS | |
|  | | **Is the claim subject to offset?** | |
|  | | ☒ No | |
|  | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $145.63 |
|---|---|---|---|

PATIENT 20925
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $128.44 |
|---|---|---|---|

PATIENT 20926
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.11 |
|---|---|---|---|

PATIENT 20927
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.97 |
|---|---|---|---|

PATIENT 20928
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.82 |
|---|---|---|---|

PATIENT 20929
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1669 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20930<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $72.43 |
|---|---|---|---|
| 3.1670 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20931<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1671 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20932<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.1672 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20933<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $149.87 |
| 3.1673 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20934<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49.84 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $166.92 |
|---|---|---|---|

PATIENT 20935
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1675 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $88.18 |
|---|---|---|---|

PATIENT 20936
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1676 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.11 |
|---|---|---|---|

PATIENT 20937
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1677 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.72 |
|---|---|---|---|

PATIENT 20938
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1678 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.21 |
|---|---|---|---|

PATIENT 20939
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.62 |
|---|---|---|---|

PATIENT 2094
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1680 | **Nonpriority creditor's name and mailing address** | | $18.53 |
|---|---|---|---|

PATIENT 20940
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1681 | **Nonpriority creditor's name and mailing address** | | $130.46 |
|---|---|---|---|

PATIENT 20941
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1682 | **Nonpriority creditor's name and mailing address** | | $178.69 |
|---|---|---|---|

PATIENT 20942
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1683 | **Nonpriority creditor's name and mailing address** | | $10.89 |
|---|---|---|---|

PATIENT 20943
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.1684** **Nonpriority creditor's name and mailing address**

PATIENT 20944
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$89.93

---

**3.1685** **Nonpriority creditor's name and mailing address**

PATIENT 20945
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.1686** **Nonpriority creditor's name and mailing address**

PATIENT 20946
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.00

---

**3.1687** **Nonpriority creditor's name and mailing address**

PATIENT 20947
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.15

---

**3.1688** **Nonpriority creditor's name and mailing address**

PATIENT 20948
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$146.54

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1689**

**Nonpriority creditor's name and mailing address**

PATIENT 20949
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.57

---

**3.1690**

**Nonpriority creditor's name and mailing address**

PATIENT 2095
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$51.50

---

**3.1691**

**Nonpriority creditor's name and mailing address**

PATIENT 20950
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.43

---

**3.1692**

**Nonpriority creditor's name and mailing address**

PATIENT 20951
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.60

---

**3.1693**

**Nonpriority creditor's name and mailing address**

PATIENT 20952
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.60

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.1694 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20953<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41.88 |
| 3.1695 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20954<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104.88 |
| 3.1696 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20955<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.01 |
| 3.1697 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20956<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1698 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20957<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $173.78 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
<tr>
<td>3.1699</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 20958<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td>$30.90</td>
</tr>
<tr>
<td>3.1700</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 20959<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td>$35.94</td>
</tr>
<tr>
<td>3.1701</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 20960<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td>$130.46</td>
</tr>
<tr>
<td>3.1702</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 20961<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td>$239.40</td>
</tr>
<tr>
<td>3.1703</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 20962<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td>$11.65</td>
</tr>
</table>

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---:|

| 3.1704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $300.24 |

**Nonpriority creditor's name and mailing address**
PATIENT 20963
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $300.24

---

**3.1705**
**Nonpriority creditor's name and mailing address**
PATIENT 20964
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $29.95

---

**3.1706**
**Nonpriority creditor's name and mailing address**
PATIENT 20965
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $23.62

---

**3.1707**
**Nonpriority creditor's name and mailing address**
PATIENT 20966
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $42.89

---

**3.1708**
**Nonpriority creditor's name and mailing address**
PATIENT 20967
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9.75

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1709 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20968<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.40 |
|---|---|---|---|
| 3.1710 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20969<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $52.05 |
| 3.1711 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20970<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.90 |
| 3.1712 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20971<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $100.00 |
| 3.1713 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20972<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.94 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1714** | **Nonpriority creditor's name and mailing address**
PATIENT 20973
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$152.12

---

**3.1715** | **Nonpriority creditor's name and mailing address**
PATIENT 20974
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.1716** | **Nonpriority creditor's name and mailing address**
PATIENT 20975
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$57.50

---

**3.1717** | **Nonpriority creditor's name and mailing address**
PATIENT 20976
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.31

---

**3.1718** | **Nonpriority creditor's name and mailing address**
PATIENT 20977
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1719 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20978<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64.89 |
|---|---|---|---|
| 3.1720 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20979<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.85 |
| 3.1721 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2098<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.24 |
| 3.1722 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20980<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138.50 |
| 3.1723 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20981<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $108.47 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1724** | **Nonpriority creditor's name and mailing address**

PATIENT 20982
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.00

---

**3.1725** | **Nonpriority creditor's name and mailing address**

PATIENT 20983
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$49.84

---

**3.1726** | **Nonpriority creditor's name and mailing address**

PATIENT 20984
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.66

---

**3.1727** | **Nonpriority creditor's name and mailing address**

PATIENT 20985
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.45

---

**3.1728** | **Nonpriority creditor's name and mailing address**

PATIENT 20986
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$127.63

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.00 |

PATIENT 20987
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.17 |

PATIENT 20988
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63.94 |

PATIENT 20989
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $51.14 |

PATIENT 2099
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $37.94 |

PATIENT 20990
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1734 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20991<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.24 |
|---|---|---|---|
| 3.1735 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20992<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59.99 |
| 3.1736 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20993<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.67 |
| 3.1737 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20994<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1738 | **Nonpriority creditor's name and mailing address**<br>PATIENT 20995<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.58 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1739 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20996<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.67 |

| 3.1740 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20997<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $69.81 |

| 3.1741 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20998<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $104.02 |

| 3.1742 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 20999<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $193.54 |

| 3.1743 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21000<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.47 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.60 |
|---|---|---|---|

PATIENT 21001
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.26 |
|---|---|---|---|

PATIENT 21002
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $152.64 |
|---|---|---|---|

PATIENT 21003
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.63 |
|---|---|---|---|

PATIENT 21004
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $136.65 |
|---|---|---|---|

PATIENT 21005
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1749** Nonpriority creditor's name and mailing address
PATIENT 21006
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.25

---

**3.1750** Nonpriority creditor's name and mailing address
PATIENT 21007
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$179.48

---

**3.1751** Nonpriority creditor's name and mailing address
PATIENT 21008
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.43

---

**3.1752** Nonpriority creditor's name and mailing address
PATIENT 21009
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.60

---

**3.1753** Nonpriority creditor's name and mailing address
PATIENT 2101
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.89

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.56 |

PATIENT 21010
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1755 | **Nonpriority creditor's name and mailing address** | | $29.84 |

PATIENT 21011
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1756 | **Nonpriority creditor's name and mailing address** | | $99.51 |

PATIENT 21012
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1757 | **Nonpriority creditor's name and mailing address** | | $201.00 |

PATIENT 21013
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1758 | **Nonpriority creditor's name and mailing address** | | $234.75 |

PATIENT 21014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1759**  **Nonpriority creditor's name and mailing address**

PATIENT 21015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.57

---

**3.1760**  **Nonpriority creditor's name and mailing address**

PATIENT 21016
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$106.10

---

**3.1761**  **Nonpriority creditor's name and mailing address**

PATIENT 21017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$180.53

---

**3.1762**  **Nonpriority creditor's name and mailing address**

PATIENT 21018
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.89

---

**3.1763**  **Nonpriority creditor's name and mailing address**

PATIENT 21019
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$28.60

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.76 |
|---|---|---|---|

PATIENT 2102
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.43 |
|---|---|---|---|

PATIENT 21020
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.54 |
|---|---|---|---|

PATIENT 21021
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.99 |
|---|---|---|---|

PATIENT 21022
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.23 |
|---|---|---|---|

PATIENT 21023
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.62 |
|---|---|---|---|

3.1769 **Nonpriority creditor's name and mailing address**
PATIENT 21024
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $20.62

3.1770 **Nonpriority creditor's name and mailing address**
PATIENT 21025
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $46.05

3.1771 **Nonpriority creditor's name and mailing address**
PATIENT 21026
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $143.69

3.1772 **Nonpriority creditor's name and mailing address**
PATIENT 21027
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $9.75

3.1773 **Nonpriority creditor's name and mailing address**
PATIENT 21028
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $92.47

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1774 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21029<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.61 |
|---|---|---|---|
| 3.1775 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21030<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1.00 |
| 3.1776 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21031<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $134.88 |
| 3.1777 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21032<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $116.56 |
| 3.1778 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21033<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23.09 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $253.28 |

PATIENT 21034
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1780 | **Nonpriority creditor's name and mailing address** | | $99.00 |

PATIENT 21035
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1781 | **Nonpriority creditor's name and mailing address** | | $179.22 |

PATIENT 21036
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1782 | **Nonpriority creditor's name and mailing address** | | $58.59 |

PATIENT 21037
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1783 | **Nonpriority creditor's name and mailing address** | | $17.46 |

PATIENT 21038
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1784 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21039<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $105.09 |
| 3.1785 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2104<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.62 |
| 3.1786 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21040<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13.85 |
| 3.1787 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21041<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.1788 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21042<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38.33 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1789** **Nonpriority creditor's name and mailing address**

PATIENT 21043
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$53.07

---

**3.1790** **Nonpriority creditor's name and mailing address**

PATIENT 21044
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.25

---

**3.1791** **Nonpriority creditor's name and mailing address**

PATIENT 21045
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$78.77

---

**3.1792** **Nonpriority creditor's name and mailing address**

PATIENT 21046
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.55

---

**3.1793** **Nonpriority creditor's name and mailing address**

PATIENT 21047
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.01

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1794 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21048<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $121.85 |
|---|---|---|---|
| 3.1795 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21049<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.1796 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2105<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.58 |
| 3.1797 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21050<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $93.30 |
| 3.1798 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21051<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $63.98 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1799** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $220.59

PATIENT 21052
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1800** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $80.00

PATIENT 21053
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1801** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $195.40

PATIENT 21054
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1802** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $116.59

PATIENT 21055
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1803** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $84.73

PATIENT 21056
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1804** **Nonpriority creditor's name and mailing address**

PATIENT 21057
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$105.25

---

**3.1805** **Nonpriority creditor's name and mailing address**

PATIENT 21058
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$157.74

---

**3.1806** **Nonpriority creditor's name and mailing address**

PATIENT 21059
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.00

---

**3.1807** **Nonpriority creditor's name and mailing address**

PATIENT 2106
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.54

---

**3.1808** **Nonpriority creditor's name and mailing address**

PATIENT 21060
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.73

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1809** **Nonpriority creditor's name and mailing address**

PATIENT 21061
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$183.84

---

**3.1810** **Nonpriority creditor's name and mailing address**

PATIENT 21062
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.10

---

**3.1811** **Nonpriority creditor's name and mailing address**

PATIENT 21063
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$134.49

---

**3.1812** **Nonpriority creditor's name and mailing address**

PATIENT 21064
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$164.90

---

**3.1813** **Nonpriority creditor's name and mailing address**

PATIENT 21065
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.48

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1814 | **Nonpriority creditor's name and mailing address**<br>PATIENT 21066<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71.57 |
| 3.1815 | **Nonpriority creditor's name and mailing address**<br>PATIENT 21067<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $54.00 |
| 3.1816 | **Nonpriority creditor's name and mailing address**<br>PATIENT 21068<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184.36 |
| 3.1817 | **Nonpriority creditor's name and mailing address**<br>PATIENT 21069<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $75.00 |
| 3.1818 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2107<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.53 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1819 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21070<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $233.18 |
|---|---|---|---|
| 3.1820 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 21071<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $112.44 |
| 3.1821 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2108<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.50 |
| 3.1822 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2109<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.45 |
| 3.1823 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2111<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.24 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.03 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2113
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.03

---

3.1825
**Nonpriority creditor's name and mailing address**
PATIENT 2135
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.1826
**Nonpriority creditor's name and mailing address**
PATIENT 2136
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.1827
**Nonpriority creditor's name and mailing address**
PATIENT 2137
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

3.1828
**Nonpriority creditor's name and mailing address**
PATIENT 2138
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300

(Name)

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  |  |  | Amount of claim |
|---|---|---|---|---|

**3.1829** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50.00

PATIENT 2139
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1830** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50.00

PATIENT 2140
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1831** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50.00

PATIENT 2141
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1832** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50.00

PATIENT 2142
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1833** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $50.00

PATIENT 2143
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>3.1834</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2144<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$50.00</td>
</tr>
<tr>
<td>3.1835</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2145<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$50.00</td>
</tr>
<tr>
<td>3.1836</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2146<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$50.00</td>
</tr>
<tr>
<td>3.1837</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2147<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$50.00</td>
</tr>
<tr>
<td>3.1838</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2148<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$50.00</td>
</tr>
</table>

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | |
|---|---|---|---|---|---|
| | | | | | Amount of claim |

| 3.1839 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 2149 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1840 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 2150 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1841 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 2151 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1842 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 2152 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1843 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|
| | PATIENT 2153 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | | *Check all that apply.* | |
| | PATIENT 2154 | ☐ Contingent | |
| | REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | | *Check all that apply.* | |
| | PATIENT 2155 | ☐ Contingent | |
| | REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | | *Check all that apply.* | |
| | PATIENT 2156 | ☐ Contingent | |
| | REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | | *Check all that apply.* | |
| | PATIENT 2157 | ☐ Contingent | |
| | REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | | *Check all that apply.* | |
| | PATIENT 2158 | ☐ Contingent | |
| | REDACTED | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1849 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

PATIENT 2159
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1850 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

PATIENT 2160
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1851 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

PATIENT 2161
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1852 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

PATIENT 2162
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1853 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50.00 |
|---|---|---|---|

PATIENT 2163
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 2164 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 2165 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 2166 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 2167 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
| | PATIENT 2168 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1859 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $75.00 |

PATIENT 2169
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1860 | **Nonpriority creditor's name and mailing address** | | $50.00 |

PATIENT 2170
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1861 | **Nonpriority creditor's name and mailing address** | | $50.00 |

PATIENT 2171
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1862 | **Nonpriority creditor's name and mailing address** | | $50.00 |

PATIENT 2172
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1863 | **Nonpriority creditor's name and mailing address** | | $50.00 |

PATIENT 2173
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.1864** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.99
PATIENT 2177
REDACTED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1865** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.65
PATIENT 2182
REDACTED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1866** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.64
PATIENT 2183
REDACTED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1867** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.40
PATIENT 2184
REDACTED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1868** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.32
PATIENT 2187
REDACTED
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|-----------|-----------|-----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $49.11 |
|---|---|---|---|

PATIENT 2188
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.86 |
|---|---|---|---|

PATIENT 2190
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.72 |
|---|---|---|---|

PATIENT 2191
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.60 |
|---|---|---|---|

PATIENT 2192
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48.17 |
|---|---|---|---|

PATIENT 2194
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1874** **Nonpriority creditor's name and mailing address**

PATIENT 2195
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.12

---

**3.1875** **Nonpriority creditor's name and mailing address**

PATIENT 2196
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$48.08

---

**3.1876** **Nonpriority creditor's name and mailing address**

PATIENT 2198
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.83

---

**3.1877** **Nonpriority creditor's name and mailing address**

PATIENT 2200
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.62

---

**3.1878** **Nonpriority creditor's name and mailing address**

PATIENT 2201
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$47.61

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1879 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2220<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.43 |
|---|---|---|---|
| 3.1880 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2222<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $47.15 |
| 3.1881 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2225<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.80 |
| 3.1882 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2226<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.70 |
| 3.1883 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2227<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.59 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $56.55 |
|---|---|---|---|

PATIENT 2228
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1885 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.52 |
|---|---|---|---|

PATIENT 2229
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1886 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.37 |
|---|---|---|---|

PATIENT 2237
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1887 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.08 |
|---|---|---|---|

PATIENT 2242
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1888 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $46.08 |
|---|---|---|---|

PATIENT 2243
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1889 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2244<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.08 |
|---|---|---|---|
| 3.1890 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2245<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.08 |
| 3.1891 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2246<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.08 |
| 3.1892 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2247<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.08 |
| 3.1893 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2249<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $46.05 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1894**

**Nonpriority creditor's name and mailing address**

PATIENT 2251
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.92

---

**3.1895**

**Nonpriority creditor's name and mailing address**

PATIENT 2253
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.68

---

**3.1896**

**Nonpriority creditor's name and mailing address**

PATIENT 2263
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.1897**

**Nonpriority creditor's name and mailing address**

PATIENT 2264
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

**3.1898**

**Nonpriority creditor's name and mailing address**

PATIENT 2265
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $60.00 |
|---|---|---|---|

3.1899  **Nonpriority creditor's name and mailing address**

PATIENT 2266
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $60.00

---

3.1900  **Nonpriority creditor's name and mailing address**

PATIENT 2267
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $45.00

---

3.1901  **Nonpriority creditor's name and mailing address**

PATIENT 2268
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $45.00

---

3.1902  **Nonpriority creditor's name and mailing address**

PATIENT 2269
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $45.00

---

3.1903  **Nonpriority creditor's name and mailing address**

PATIENT 227
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $4,113.58

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.1904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $45.00

PATIENT 2270
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1905** | **Nonpriority creditor's name and mailing address** | $45.00

PATIENT 2271
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1906** | **Nonpriority creditor's name and mailing address** | $45.00

PATIENT 2272
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1907** | **Nonpriority creditor's name and mailing address** | $45.00

PATIENT 2273
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1908** | **Nonpriority creditor's name and mailing address** | $45.00

PATIENT 2274
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.1909**  
**Nonpriority creditor's name and mailing address**  
PATIENT 2276  
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$44.78

---

**3.1910**  
**Nonpriority creditor's name and mailing address**  
PATIENT 2282  
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$44.32

---

**3.1911**  
**Nonpriority creditor's name and mailing address**  
PATIENT 2287  
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$44.01

---

**3.1912**  
**Nonpriority creditor's name and mailing address**  
PATIENT 2289  
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$44.00

---

**3.1913**  
**Nonpriority creditor's name and mailing address**  
PATIENT 2290  
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*

☐ Contingent  
☐ Unliquidated  
☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**  
☒ No  
☐ Yes

$44.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.1914** **Nonpriority creditor's name and mailing address**

PATIENT 2291
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.00

---

**3.1915** **Nonpriority creditor's name and mailing address**

PATIENT 2292
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$44.00

---

**3.1916** **Nonpriority creditor's name and mailing address**

PATIENT 2293
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.96

---

**3.1917** **Nonpriority creditor's name and mailing address**

PATIENT 2294
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.94

---

**3.1918** **Nonpriority creditor's name and mailing address**

PATIENT 2297
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.83

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1919** | **Nonpriority creditor's name and mailing address**
PATIENT 2298
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.69

---

**3.1920** | **Nonpriority creditor's name and mailing address**
PATIENT 2299
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.57

---

**3.1921** | **Nonpriority creditor's name and mailing address**
PATIENT 2300
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.57

---

**3.1922** | **Nonpriority creditor's name and mailing address**
PATIENT 2301
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.42

---

**3.1923** | **Nonpriority creditor's name and mailing address**
PATIENT 2303
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.23

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.10 |

PATIENT 2305
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |

PATIENT 2306
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |

PATIENT 2307
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |

PATIENT 2308
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |

PATIENT 2309
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1929 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2310<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.00 |
|---|---|---|---|
| 3.1930 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2311<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.00 |
| 3.1931 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2312<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.00 |
| 3.1932 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2313<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.00 |
| 3.1933 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2314<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $43.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2315
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

**3.1935** **Nonpriority creditor's name and mailing address**
PATIENT 2316
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

**3.1936** **Nonpriority creditor's name and mailing address**
PATIENT 2317
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

**3.1937** **Nonpriority creditor's name and mailing address**
PATIENT 2318
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

---

**3.1938** **Nonpriority creditor's name and mailing address**
PATIENT 2319
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.75 |
|---|---|---|---|

3.1939  
**Nonpriority creditor's name and mailing address**  
PATIENT 2324  
REDACTED  

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$42.75

---

3.1940  
**Nonpriority creditor's name and mailing address**  
PATIENT 2325  
REDACTED  

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$42.75

---

3.1941  
**Nonpriority creditor's name and mailing address**  
PATIENT 2326  
REDACTED  

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$42.73

---

3.1942  
**Nonpriority creditor's name and mailing address**  
PATIENT 2333  
REDACTED  

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$42.56

---

3.1943  
**Nonpriority creditor's name and mailing address**  
PATIENT 2334  
REDACTED  

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**  
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**  
PATIENT CREDITS

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$42.45

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.1944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.37 |
|---|---|---|---|
| | PATIENT 2335 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.34 |
|---|---|---|---|
| | PATIENT 2336 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $42.12 |
|---|---|---|---|
| | PATIENT 2338 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $63.87 |
|---|---|---|---|
| | PATIENT 2339 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.87 |
|---|---|---|---|
| | PATIENT 2350 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|-------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

**Part 2:** Additional Page

|  | | Amount of claim |
|---|---|---|

| 3.1949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $41.74 |
|---|---|---|---|

PATIENT 2351
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1950 | **Nonpriority creditor's name and mailing address** | | $41.60 |
|---|---|---|---|

PATIENT 2354
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1951 | **Nonpriority creditor's name and mailing address** | | $41.36 |
|---|---|---|---|

PATIENT 2356
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1952 | **Nonpriority creditor's name and mailing address** | | $41.34 |
|---|---|---|---|

PATIENT 2357
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1953 | **Nonpriority creditor's name and mailing address** | | $41.31 |
|---|---|---|---|

PATIENT 2358
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.1954 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2359<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41.24 |
|---|---|---|---|
| 3.1955 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2360<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41.00 |
| 3.1956 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2364<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.56 |
| 3.1957 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2365<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.46 |
| 3.1958 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2366<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.25 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.22 |

**Nonpriority creditor's name and mailing address**
PATIENT 2367
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.22

---

3.1960 **Nonpriority creditor's name and mailing address**
PATIENT 2376
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1961 **Nonpriority creditor's name and mailing address**
PATIENT 2377
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1962 **Nonpriority creditor's name and mailing address**
PATIENT 2378
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1963 **Nonpriority creditor's name and mailing address**
PATIENT 2379
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.1964** **Nonpriority creditor's name and mailing address**

PATIENT 2380
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1965** **Nonpriority creditor's name and mailing address**

PATIENT 2381
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1966** **Nonpriority creditor's name and mailing address**

PATIENT 2382
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1967** **Nonpriority creditor's name and mailing address**

PATIENT 2384
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

**3.1968** **Nonpriority creditor's name and mailing address**

PATIENT 2385
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1969 | **Nonpriority creditor's name and mailing address** | | $40.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2386
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1970**    **Nonpriority creditor's name and mailing address**    $40.00

PATIENT 2387
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1971**    **Nonpriority creditor's name and mailing address**    $40.00

PATIENT 2388
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1972**    **Nonpriority creditor's name and mailing address**    $40.00

PATIENT 2389
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1973**    **Nonpriority creditor's name and mailing address**    $40.00

PATIENT 2390
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|---|

**3.1974** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

PATIENT 2391
REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1975** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

PATIENT 2392
REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1976** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

PATIENT 2393
REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1977** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

PATIENT 2395
REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.1978** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00
Check all that apply.

PATIENT 2396
REDACTED

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1979 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2397<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
|---|---|---|---|
| 3.1980 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2398<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1981 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2399<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1982 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2401<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1983 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2402<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1984 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2403<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
|---|---|---|---|
| 3.1985 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2404<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1986 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2405<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $65.00 |
| 3.1987 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2406<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |
| 3.1988 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2407<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $40.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2408
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1990 **Nonpriority creditor's name and mailing address**
PATIENT 2409
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1991 **Nonpriority creditor's name and mailing address**
PATIENT 2410
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1992 **Nonpriority creditor's name and mailing address**
PATIENT 2411
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

3.1993 **Nonpriority creditor's name and mailing address**
PATIENT 2412
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$40.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
| | PATIENT 2413 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|
| | PATIENT 2414 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|
| | PATIENT 2415 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|
| | PATIENT 2416 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|
| | PATIENT 2417 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1999 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

PATIENT 2418
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2000 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

PATIENT 2419
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2001 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

PATIENT 2420
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2002 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

PATIENT 2421
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2003 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00 |
|---|---|---|---|

PATIENT 2422
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

**3.2004** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40.00

PATIENT 2423
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2005** | **Nonpriority creditor's name and mailing address** | | $40.00

PATIENT 2424
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2006** | **Nonpriority creditor's name and mailing address** | | $40.00

PATIENT 2425
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2007** | **Nonpriority creditor's name and mailing address** | | $39.99

PATIENT 2428
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2008** | **Nonpriority creditor's name and mailing address** | | $39.99

PATIENT 2429
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2009 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2430<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.93 |
|---|---|---|---|
| 3.2010 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2431<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.85 |
| 3.2011 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2432<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.70 |
| 3.2012 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2436<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.42 |
| 3.2013 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2438<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $39.29 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2014**    **Nonpriority creditor's name and mailing address**

PATIENT 2444
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.81

---

**3.2015**    **Nonpriority creditor's name and mailing address**

PATIENT 2445
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.66

---

**3.2016**    **Nonpriority creditor's name and mailing address**

PATIENT 2471
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.00

---

**3.2017**    **Nonpriority creditor's name and mailing address**

PATIENT 2472
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$38.00

---

**3.2018**    **Nonpriority creditor's name and mailing address**

PATIENT 2477
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.75

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2019 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2478<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.64 |

| 3.2020 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2479<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.58 |

| 3.2021 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2481<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.46 |

| 3.2022 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2482<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37.45 |

| 3.2023 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2483<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $67.91 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2024** | **Nonpriority creditor's name and mailing address**

PATIENT 2484
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.32

---

**3.2025** | **Nonpriority creditor's name and mailing address**

PATIENT 2485
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.28

---

**3.2026** | **Nonpriority creditor's name and mailing address**

PATIENT 2486
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.26

---

**3.2027** | **Nonpriority creditor's name and mailing address**

PATIENT 2491
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.00

---

**3.2028** | **Nonpriority creditor's name and mailing address**

PATIENT 2492
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.91

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2029** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.66

PATIENT 2496
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2030** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.66

PATIENT 2497
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2031** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.55

PATIENT 2499
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2032** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00

PATIENT 25000
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2033** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10,000.00

PATIENT 25001
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.2034**

**Nonpriority creditor's name and mailing address**

PATIENT 25002
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.2035**

**Nonpriority creditor's name and mailing address**

PATIENT 2501
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.35

---

**3.2036**

**Nonpriority creditor's name and mailing address**

PATIENT 2503
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$76.26

---

**3.2037**

**Nonpriority creditor's name and mailing address**

PATIENT 2505
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.98

---

**3.2038**

**Nonpriority creditor's name and mailing address**

PATIENT 2509
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.94

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2039 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2510<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $60.94 |

| 3.2040 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2513<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.77 |

| 3.2041 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2514<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.66 |

| 3.2042 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2515<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.62 |

| 3.2043 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2526<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.16 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2044 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2532<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
|---|---|---|---|
| 3.2045 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2533<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2046 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2534<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2047 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2535<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2048 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2536<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.2049 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2537<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2050 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2538<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2051 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2539<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2052 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2540<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |
| 3.2053 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2541<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2542
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2543
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2544
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2545
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2546
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2059** | **Nonpriority creditor's name and mailing address**

PATIENT 2547
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2060** | **Nonpriority creditor's name and mailing address**

PATIENT 2548
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2061** | **Nonpriority creditor's name and mailing address**

PATIENT 2549
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2062** | **Nonpriority creditor's name and mailing address**

PATIENT 2550
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2063** | **Nonpriority creditor's name and mailing address**

PATIENT 2551
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2064** **Nonpriority creditor's name and mailing address**

PATIENT 2552
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2065** **Nonpriority creditor's name and mailing address**

PATIENT 2553
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$70.00

---

**3.2066** **Nonpriority creditor's name and mailing address**

PATIENT 2555
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2067** **Nonpriority creditor's name and mailing address**

PATIENT 2556
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2068** **Nonpriority creditor's name and mailing address**

PATIENT 2557
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |

| | | | **Amount of claim** |

**3.2069** **Nonpriority creditor's name and mailing address**

PATIENT 2558
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$35.00

---

**3.2070** **Nonpriority creditor's name and mailing address**

PATIENT 2559
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$34.88

---

**3.2071** **Nonpriority creditor's name and mailing address**

PATIENT 2560
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$34.88

---

**3.2072** **Nonpriority creditor's name and mailing address**

PATIENT 2561
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$34.80

---

**3.2073** **Nonpriority creditor's name and mailing address**

PATIENT 2562
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$34.77

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2074 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2563<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.76 |

| 3.2075 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2565<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.42 |

| 3.2076 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2566<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.41 |

| 3.2077 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2571<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.00 |

| 3.2078 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2572<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2079** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.70

PATIENT 2574
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2080** | **Nonpriority creditor's name and mailing address** | | $33.40

PATIENT 2578
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2081** | **Nonpriority creditor's name and mailing address** | | $33.19

PATIENT 2581
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2082** | **Nonpriority creditor's name and mailing address** | | $33.00

PATIENT 2582
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2083** | **Nonpriority creditor's name and mailing address** | | $33.00

PATIENT 2583
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2084 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.00 |
|---|---|---|---|

PATIENT 2584
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2085 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.00 |
|---|---|---|---|

PATIENT 2585
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2086 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.84 |
|---|---|---|---|

PATIENT 2587
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2087 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.75 |
|---|---|---|---|

PATIENT 2591
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2088 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

PATIENT 2592
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

**3.2089** | **Nonpriority creditor's name and mailing address**
PATIENT 2593
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.56

---

**3.2090** | **Nonpriority creditor's name and mailing address**
PATIENT 2594
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$37.51

---

**3.2091** | **Nonpriority creditor's name and mailing address**
PATIENT 2595
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.51

---

**3.2092** | **Nonpriority creditor's name and mailing address**
PATIENT 2597
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.43

---

**3.2093** | **Nonpriority creditor's name and mailing address**
PATIENT 2598
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.42

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2094**

**Nonpriority creditor's name and mailing address**

PATIENT 2599
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.33

---

**3.2095**

**Nonpriority creditor's name and mailing address**

PATIENT 2600
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.30

---

**3.2096**

**Nonpriority creditor's name and mailing address**

PATIENT 2603
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.22

---

**3.2097**

**Nonpriority creditor's name and mailing address**

PATIENT 2604
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.13

---

**3.2098**

**Nonpriority creditor's name and mailing address**

PATIENT 2606
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.2099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.2099

PATIENT 2607
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

3.2100

**Nonpriority creditor's name and mailing address**

PATIENT 2608
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

3.2101

**Nonpriority creditor's name and mailing address**

PATIENT 2609
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$32.00

---

3.2102

**Nonpriority creditor's name and mailing address**

PATIENT 2614
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.91

---

3.2103

**Nonpriority creditor's name and mailing address**

PATIENT 2615
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.62

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.2104 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2617<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.60 |
|---|---|---|---|
| 3.2105 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2619<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.50 |
| 3.2106 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2620<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.44 |
| 3.2107 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2625<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.35 |
| 3.2108 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2626<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31.32 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2109** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$31.25**

PATIENT 2627
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2110** | **Nonpriority creditor's name and mailing address** | | **$31.24**

PATIENT 2628
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2111** | **Nonpriority creditor's name and mailing address** | | **$31.14**

PATIENT 2629
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2112** | **Nonpriority creditor's name and mailing address** | | **$30.98**

PATIENT 2630
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2113** | **Nonpriority creditor's name and mailing address** | | **$30.86**

PATIENT 2633
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.78 |

3.2114 **Nonpriority creditor's name and mailing address**

PATIENT 2634
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.78

---

3.2115 **Nonpriority creditor's name and mailing address**

PATIENT 2637
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.61

---

3.2116 **Nonpriority creditor's name and mailing address**

PATIENT 2639
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.53

---

3.2117 **Nonpriority creditor's name and mailing address**

PATIENT 2643
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.24

---

3.2118 **Nonpriority creditor's name and mailing address**

PATIENT 2658
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2119 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

3.2119 **Nonpriority creditor's name and mailing address**
PATIENT 2659
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2120 **Nonpriority creditor's name and mailing address**
PATIENT 2660
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2121 **Nonpriority creditor's name and mailing address**
PATIENT 2661
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2122 **Nonpriority creditor's name and mailing address**
PATIENT 2662
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2123 **Nonpriority creditor's name and mailing address**
PATIENT 2663
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

PATIENT 2664
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

PATIENT 2665
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

PATIENT 2666
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

PATIENT 2667
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

PATIENT 2668
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2129 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2669<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| 3.2130 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2670<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| 3.2131 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2671<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| 3.2132 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2673<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| 3.2133 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2674<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

**Nonpriority creditor's name and mailing address**
PATIENT 2675
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2135 **Nonpriority creditor's name and mailing address**
PATIENT 2676
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2136 **Nonpriority creditor's name and mailing address**
PATIENT 2677
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2137 **Nonpriority creditor's name and mailing address**
PATIENT 2680
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2138 **Nonpriority creditor's name and mailing address**
PATIENT 2681
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.2139 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2682<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.2140 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2684<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.2141 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2685<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.2142 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2686<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |
| 3.2143 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2687<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

---

**3.2144**    **Nonpriority creditor's name and mailing address**

PATIENT 2689
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2145**    **Nonpriority creditor's name and mailing address**

PATIENT 2690
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2146**    **Nonpriority creditor's name and mailing address**

PATIENT 2691
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2147**    **Nonpriority creditor's name and mailing address**

PATIENT 2692
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2148**    **Nonpriority creditor's name and mailing address**

PATIENT 2693
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

PATIENT 2694
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

PATIENT 2695
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

PATIENT 2696
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |

PATIENT 2697
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |

PATIENT 2698
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $30.00 |
|---|---|---|---|

PATIENT 2699
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $30.00 |
|---|---|---|---|

PATIENT 2700
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $30.00 |
|---|---|---|---|

PATIENT 2701
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $30.00 |
|---|---|---|---|

PATIENT 2702
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $30.00 |
|---|---|---|---|

PATIENT 2703
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2704 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2705 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2706 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2707 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2708 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.2164**

**Nonpriority creditor's name and mailing address**

PATIENT 2709
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2165**

**Nonpriority creditor's name and mailing address**

PATIENT 2710
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2166**

**Nonpriority creditor's name and mailing address**

PATIENT 2711
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2167**

**Nonpriority creditor's name and mailing address**

PATIENT 2712
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2168**

**Nonpriority creditor's name and mailing address**

PATIENT 2713
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

### 3.2169

**Nonpriority creditor's name and mailing address**

PATIENT 2714
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

### 3.2170

**Nonpriority creditor's name and mailing address**

PATIENT 2715
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

### 3.2171

**Nonpriority creditor's name and mailing address**

PATIENT 2716
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

### 3.2172

**Nonpriority creditor's name and mailing address**

PATIENT 2717
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

### 3.2173

**Nonpriority creditor's name and mailing address**

PATIENT 2718
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2174**

**Nonpriority creditor's name and mailing address**

PATIENT 2719
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2175**

**Nonpriority creditor's name and mailing address**

PATIENT 2720
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2176**

**Nonpriority creditor's name and mailing address**

PATIENT 2721
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2177**

**Nonpriority creditor's name and mailing address**

PATIENT 2722
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

**3.2178**

**Nonpriority creditor's name and mailing address**

PATIENT 2723
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.2179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|
| | PATIENT 2724 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|
| | PATIENT 2725 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|
| | PATIENT 2726 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|
| | PATIENT 2727 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|
| | PATIENT 2728 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2729
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2185

**Nonpriority creditor's name and mailing address**
PATIENT 2730
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2186

**Nonpriority creditor's name and mailing address**
PATIENT 2731
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2187

**Nonpriority creditor's name and mailing address**
PATIENT 2732
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

---

3.2188

**Nonpriority creditor's name and mailing address**
PATIENT 2733
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$30.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.2189 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $30.00 |
| | PATIENT 2734 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2190 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.99 |
| | PATIENT 2735 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2191 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.99 |
| | PATIENT 2736 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2192 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.90 |
| | PATIENT 2738 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2193 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $29.78 |
| | PATIENT 2740 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr><td>3.2194</td><td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2741<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$29.71</td></tr>
<tr><td>3.2195</td><td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2742<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$29.59</td></tr>
<tr><td>3.2196</td><td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2744<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$29.40</td></tr>
<tr><td>3.2197</td><td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2746<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$29.28</td></tr>
<tr><td>3.2198</td><td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 2749<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td><td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td><td style="text-align:right">$29.26</td></tr>
</table>

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2199** **Nonpriority creditor's name and mailing address**

PATIENT 2750
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.10

---

**3.2200** **Nonpriority creditor's name and mailing address**

PATIENT 2751
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.04

---

**3.2201** **Nonpriority creditor's name and mailing address**

PATIENT 2752
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.04

---

**3.2202** **Nonpriority creditor's name and mailing address**

PATIENT 2756
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

---

**3.2203** **Nonpriority creditor's name and mailing address**

PATIENT 2758
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|-------|-------|-------|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2204 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2762<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.72 |
| 3.2205 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2763<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.66 |
| 3.2206 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2766<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.51 |
| 3.2207 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2770<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.37 |
| 3.2208 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2774<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28.28 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.26 |
|---|---|---|---|
| | PATIENT 2775 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2210 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.22 |
|---|---|---|---|
| | PATIENT 2776 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2211 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.16 |
|---|---|---|---|
| | PATIENT 2779 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2212 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.15 |
|---|---|---|---|
| | PATIENT 2780 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2213 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28.00 |
|---|---|---|---|
| | PATIENT 2783 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.90

PATIENT 2784
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.90

PATIENT 2785
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.90

PATIENT 2786
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $55.33

PATIENT 2787
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.90

PATIENT 2788
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

**3.2219** **Nonpriority creditor's name and mailing address**

PATIENT 2789
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.90

---

**3.2220** **Nonpriority creditor's name and mailing address**

PATIENT 279
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,650.43

---

**3.2221** **Nonpriority creditor's name and mailing address**

PATIENT 2790
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.89

---

**3.2222** **Nonpriority creditor's name and mailing address**

PATIENT 2791
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.89

---

**3.2223** **Nonpriority creditor's name and mailing address**

PATIENT 2793
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$27.78

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.54 |

PATIENT 2794
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2225 | **Nonpriority creditor's name and mailing address** | | $27.47 |

PATIENT 2795
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2226 | **Nonpriority creditor's name and mailing address** | | $27.44 |

PATIENT 2796
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2227 | **Nonpriority creditor's name and mailing address** | | $27.29 |

PATIENT 2798
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2228 | **Nonpriority creditor's name and mailing address** | | $27.27 |

PATIENT 2799
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.2229** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.09

PATIENT 2806
REDACTED

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2230** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $27.00

PATIENT 2808
REDACTED

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2231** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.90

PATIENT 2809
REDACTED

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2232** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.90

PATIENT 2810
REDACTED

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2233** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.88

PATIENT 2811
REDACTED

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
| --- | --- | --- | --- | --- | --- |

| 3.2234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.72 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
PATIENT 2812
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

3.2234 — Amount of claim: $26.72

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2235 — **Nonpriority creditor's name and mailing address**
PATIENT 2816
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: $26.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2236 — **Nonpriority creditor's name and mailing address**
PATIENT 2817
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: $26.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2237 — **Nonpriority creditor's name and mailing address**
PATIENT 2818
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: $26.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2238 — **Nonpriority creditor's name and mailing address**
PATIENT 2819
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: $26.66

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.2239 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2820<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.66 |
| 3.2240 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2821<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.66 |
| 3.2241 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2822<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $41.65 |
| 3.2242 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2823<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.50 |
| 3.2243 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2827<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26.47 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2244** **Nonpriority creditor's name and mailing address**

PATIENT 2828
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

**3.2245** **Nonpriority creditor's name and mailing address**

PATIENT 2829
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

**3.2246** **Nonpriority creditor's name and mailing address**

PATIENT 2830
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

**3.2247** **Nonpriority creditor's name and mailing address**

PATIENT 2831
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

**3.2248** **Nonpriority creditor's name and mailing address**

PATIENT 2832
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.26 |
|---|---|---|---|
| | PATIENT 2833 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.26 |
|---|---|---|---|
| | PATIENT 2834 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.26 |
|---|---|---|---|
| | PATIENT 2835 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.26 |
|---|---|---|---|
| | PATIENT 2836 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $26.26 |
|---|---|---|---|
| | PATIENT 2837 | Check all that apply. | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2254** **Nonpriority creditor's name and mailing address**
PATIENT 2838
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.26

**3.2255** **Nonpriority creditor's name and mailing address**
PATIENT 2840
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.21

**3.2256** **Nonpriority creditor's name and mailing address**
PATIENT 2841
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.14

**3.2257** **Nonpriority creditor's name and mailing address**
PATIENT 2842
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.13

**3.2258** **Nonpriority creditor's name and mailing address**
PATIENT 2843
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.03

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2259 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.99 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2846
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.99

---

3.2260
**Nonpriority creditor's name and mailing address**
PATIENT 2847
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.90

---

3.2261
**Nonpriority creditor's name and mailing address**
PATIENT 2848
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.90

---

3.2262
**Nonpriority creditor's name and mailing address**
PATIENT 2849
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.90

---

3.2263
**Nonpriority creditor's name and mailing address**
PATIENT 2850
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.80

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2264 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2852<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.60 |

| 3.2265 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2853<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.42 |

| 3.2266 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2856<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.33 |

| 3.2267 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2857<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.31 |

| 3.2268 | **Nonpriority creditor's name and mailing address**<br>PATIENT 2858<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.28 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.28 |
| | PATIENT 2859 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2270 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.28 |
| | PATIENT 2860 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2271 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.11 |
| | PATIENT 2864 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2272 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.03 |
| | PATIENT 2865 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2273 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.01 |
| | PATIENT 2866 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.2274 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2890<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.2275 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2891<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.2276 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2892<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.2277 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2893<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |
| 3.2278 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2894<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | | Amount of claim |

| | | | |
|---|---|---|---|
| 3.2279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2895 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2280 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2896 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2281 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2897 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2282 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2898 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2283 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2899 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2900
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2902
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2903
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2904
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2905
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.2289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2906
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2290 **Nonpriority creditor's name and mailing address**

PATIENT 2907
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2291 **Nonpriority creditor's name and mailing address**

PATIENT 2908
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2292 **Nonpriority creditor's name and mailing address**

PATIENT 2909
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2293 **Nonpriority creditor's name and mailing address**

PATIENT 2910
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td>Amount of claim</td></tr>
<tr>
<td>3.2294</td>
<td>

**Nonpriority creditor's name and mailing address**

PATIENT 2911
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

</td>
<td>$25.00</td>
</tr>

<tr>
<td>3.2295</td>
<td>

**Nonpriority creditor's name and mailing address**

PATIENT 2912
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

</td>
<td>$25.00</td>
</tr>

<tr>
<td>3.2296</td>
<td>

**Nonpriority creditor's name and mailing address**

PATIENT 2913
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

</td>
<td>$25.00</td>
</tr>

<tr>
<td>3.2297</td>
<td>

**Nonpriority creditor's name and mailing address**

PATIENT 2914
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

</td>
<td>$25.00</td>
</tr>

<tr>
<td>3.2298</td>
<td>

**Nonpriority creditor's name and mailing address**

PATIENT 2916
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

</td>
<td>$25.00</td>
</tr>
</table>

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.2299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2917
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2918
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2919
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2920
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2921
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
| --- | --- | --- |

| 3.2304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2922 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2923 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2924 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2925 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2926 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **3.2309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2927 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2928 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2929 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2930 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | | |
|---|---|---|---|
| **3.2313** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2931 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

**3.2314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

PATIENT 2932
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

PATIENT 2933
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

PATIENT 2934
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

PATIENT 2935
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00

PATIENT 2936
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known) 19-36300

(Name)

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2937
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2320 | **Nonpriority creditor's name and mailing address** | | $25.00 |

PATIENT 2938
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2321 | **Nonpriority creditor's name and mailing address** | | $25.00 |

PATIENT 2939
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2322 | **Nonpriority creditor's name and mailing address** | | $25.00 |

PATIENT 2940
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2323 | **Nonpriority creditor's name and mailing address** | | $26.60 |

PATIENT 2941
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known) 19-36300

(Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.2324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2942
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2943
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2946
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2947
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2948
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.2329**
**Nonpriority creditor's name and mailing address**
PATIENT 2949
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2330**
**Nonpriority creditor's name and mailing address**
PATIENT 2950
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2331**
**Nonpriority creditor's name and mailing address**
PATIENT 2951
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2332**
**Nonpriority creditor's name and mailing address**
PATIENT 2952
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2333**
**Nonpriority creditor's name and mailing address**
PATIENT 2955
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2956
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2957
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2958
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2959
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 2960
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2339**

**Nonpriority creditor's name and mailing address**
PATIENT 2961
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2340**

**Nonpriority creditor's name and mailing address**
PATIENT 2962
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2341**

**Nonpriority creditor's name and mailing address**
PATIENT 2963
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2342**

**Nonpriority creditor's name and mailing address**
PATIENT 2964
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2343**

**Nonpriority creditor's name and mailing address**
PATIENT 2965
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2344 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 2966
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2345 **Nonpriority creditor's name and mailing address**
PATIENT 2967
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2346 **Nonpriority creditor's name and mailing address**
PATIENT 2968
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2347 **Nonpriority creditor's name and mailing address**
PATIENT 2969
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2348 **Nonpriority creditor's name and mailing address**
PATIENT 297
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,580.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2349** **Nonpriority creditor's name and mailing address**

PATIENT 2970
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2350** **Nonpriority creditor's name and mailing address**

PATIENT 2971
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2351** **Nonpriority creditor's name and mailing address**

PATIENT 2972
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2352** **Nonpriority creditor's name and mailing address**

PATIENT 2973
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2353** **Nonpriority creditor's name and mailing address**

PATIENT 2974
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2354 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $50.00 |
|---|---|---|---|

PATIENT 2975
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2355 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2977
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2356 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2978
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2357 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2979
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2358 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 2980
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.2359 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

**Nonpriority creditor's name and mailing address**

3.2359

PATIENT 2981
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2360

**Nonpriority creditor's name and mailing address**

PATIENT 2982
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2361

**Nonpriority creditor's name and mailing address**

PATIENT 2983
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2362

**Nonpriority creditor's name and mailing address**

PATIENT 2984
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

3.2363

**Nonpriority creditor's name and mailing address**

PATIENT 2986
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $35.00 |
|---|---|---|---|

| 3.2364 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35.00 |
| | PATIENT 2987 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2365 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2988 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2366 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2989 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2367 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2990 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2368 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $25.00 |
| | PATIENT 2991 REDACTED | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2992 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2993 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2994 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2995 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 2996 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2374 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2997<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| 3.2375 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2998<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| 3.2376 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 2999<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| 3.2377 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3000<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| 3.2378 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3001<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $25.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

**3.2379**

**Nonpriority creditor's name and mailing address**

PATIENT 3002
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2380**

**Nonpriority creditor's name and mailing address**

PATIENT 3003
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2381**

**Nonpriority creditor's name and mailing address**

PATIENT 3004
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2382**

**Nonpriority creditor's name and mailing address**

PATIENT 3005
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2383**

**Nonpriority creditor's name and mailing address**

PATIENT 3006
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3007
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2385 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3008
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2386 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3009
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2387 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3010
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2388 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3011
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3012
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3013
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
|---|---|---|---|

PATIENT 3016
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2394** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 3017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2395** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 3018
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2396** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 3019
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2397** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 3020
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2398** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00

PATIENT 3021
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2399** **Nonpriority creditor's name and mailing address**

PATIENT 3022
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2400** **Nonpriority creditor's name and mailing address**

PATIENT 3023
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2401** **Nonpriority creditor's name and mailing address**

PATIENT 3024
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2402** **Nonpriority creditor's name and mailing address**

PATIENT 3025
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2403** **Nonpriority creditor's name and mailing address**

PATIENT 3026
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3027 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3028 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3029 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3030 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3031 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3032 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3033 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3034 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3035 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | PATIENT 3036 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.2414 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3037<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $25.00 |
|---|---|---|---|

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2415 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3038<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $50.00 |
|---|---|---|---|

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2416 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3041<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $25.00 |
|---|---|---|---|

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2417 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3042<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $25.00 |
|---|---|---|---|

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2418 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3043<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $25.00 |
|---|---|---|---|

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |

PATIENT 3044
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.99 |

PATIENT 3045
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.96 |

PATIENT 3046
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.93 |

PATIENT 3047
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.87 |

PATIENT 3048
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2424 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3049<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.83 |
|---|---|---|---|
| 3.2425 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3050<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.80 |
| 3.2426 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3051<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.80 |
| 3.2427 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3052<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.80 |
| 3.2428 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3053<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.80 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2429 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.70 |
| | PATIENT 3061 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2430 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.66 |
| | PATIENT 3062 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2431 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.57 |
| | PATIENT 3063 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.49 |
| | PATIENT 3065 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.44 |
| | PATIENT 3066 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2434 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3068<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.43 |
| 3.2435 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3069<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.41 |
| 3.2436 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3070<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.40 |
| 3.2437 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3072<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.38 |
| 3.2438 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3073<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.31 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.2439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.25 |
| | PATIENT 3074 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.23 |
| | PATIENT 3075 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.15 |
| | PATIENT 3076 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.14 |
| | PATIENT 3077 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.10 |
| | PATIENT 3078 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.00 |
|---|---|---|---|
| | PATIENT 3079 REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.94 |
|---|---|---|---|
| | PATIENT 3080 REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.72 |
|---|---|---|---|
| | PATIENT 3084 REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.60 |
|---|---|---|---|
| | PATIENT 3087 REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| 3.2448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $24.36 |
|---|---|---|---|
| | PATIENT 3088 REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** PATIENT CREDITS | |
| | | **Is the claim subject to offset?** ☒ No ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.2449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.59 |

PATIENT 3089
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.55 |

PATIENT 3090
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.39 |

PATIENT 3093
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.39 |

PATIENT 3094
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.39 |

PATIENT 3095
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.2454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.30 |

PATIENT 3097
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2455 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |

PATIENT 3098
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2456 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |

PATIENT 3099
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2457 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |

PATIENT 3100
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2458 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |

PATIENT 3101
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|---|---|---|---|

PATIENT 3102
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|---|---|---|---|

PATIENT 3103
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|---|---|---|---|

PATIENT 3104
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|---|---|---|---|

PATIENT 3105
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|---|---|---|---|

PATIENT 3106
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|--------|--------------------------------------------------------------------|--------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|-------------|------------------|--|--|

| | | Amount of claim |
|--|--|--|

| 3.2464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|--------|------------------------------------------------------|---------------------------------------------------|--------|
| | PATIENT 3107 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|--------|------------------------------------------------------|---------------------------------------------------|--------|
| | PATIENT 3108 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|--------|------------------------------------------------------|---------------------------------------------------|--------|
| | PATIENT 3109 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|--------|------------------------------------------------------|---------------------------------------------------|--------|
| | PATIENT 3110 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.28 |
|--------|------------------------------------------------------|---------------------------------------------------|--------|
| | PATIENT 3111 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.2469** | **Nonpriority creditor's name and mailing address**

PATIENT 3112
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.28

---

**3.2470** | **Nonpriority creditor's name and mailing address**

PATIENT 3113
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.28

---

**3.2471** | **Nonpriority creditor's name and mailing address**

PATIENT 3114
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.28

---

**3.2472** | **Nonpriority creditor's name and mailing address**

PATIENT 3115
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.28

---

**3.2473** | **Nonpriority creditor's name and mailing address**

PATIENT 3116
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.24

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2474** | **Nonpriority creditor's name and mailing address**

PATIENT 3117
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.23

---

**3.2475** | **Nonpriority creditor's name and mailing address**

PATIENT 3118
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.19

---

**3.2476** | **Nonpriority creditor's name and mailing address**

PATIENT 3119
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.19

---

**3.2477** | **Nonpriority creditor's name and mailing address**

PATIENT 3120
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.18

---

**3.2478** | **Nonpriority creditor's name and mailing address**

PATIENT 3121
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.18

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | |
|---|---|---|---|---|---|
| | | | | | **Amount of claim** |

| 3.2479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.16 |
|---|---|---|---|
| | PATIENT 3122 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.07 |
|---|---|---|---|
| | PATIENT 3125 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2481 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.00 |
|---|---|---|---|
| | PATIENT 3127 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2482 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $23.00 |
|---|---|---|---|
| | PATIENT 3128 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2483 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.85 |
|---|---|---|---|
| | PATIENT 3131 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

| 3.2484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | | $22.74 |

**3.2484**    **Nonpriority creditor's name and mailing address**
PATIENT 3134
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.74

---

**3.2485**    **Nonpriority creditor's name and mailing address**
PATIENT 3136
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.73

---

**3.2486**    **Nonpriority creditor's name and mailing address**
PATIENT 3137
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.73

---

**3.2487**    **Nonpriority creditor's name and mailing address**
PATIENT 3138
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.69

---

**3.2488**    **Nonpriority creditor's name and mailing address**
PATIENT 3139
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.66

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2489 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.60 |
| | PATIENT 3140 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2490 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.56 |
| | PATIENT 3141 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2491 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.51 |
| | PATIENT 3142 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2492 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.34 |
| | PATIENT 3144 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2493 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.27 |
| | PATIENT 3145 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.2494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.25 |
| | PATIENT 3146 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.18 |
| | PATIENT 3147 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.18 |
| | PATIENT 3148 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.18 |
| | PATIENT 3149 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.18 |
| | PATIENT 3150 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.17

PATIENT 3151
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.14

PATIENT 3152
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.09

PATIENT 3153
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2502** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.08

PATIENT 3154
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2503** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.08

PATIENT 3155
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.08 |
| | PATIENT 3156 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.07 |
| | PATIENT 3157 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.05 |
| | PATIENT 3158 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22.00 |
| | PATIENT 3159 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.98 |
| | PATIENT 3161 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.2509 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3163<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24.66 |
| 3.2510 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3165<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.79 |
| 3.2511 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3167<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.73 |
| 3.2512 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3169<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.69 |
| 3.2513 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3170<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21.55 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.54 |
|---|---|---|---|

3.2514 **Nonpriority creditor's name and mailing address**

PATIENT 3171
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.54

---

3.2515 **Nonpriority creditor's name and mailing address**

PATIENT 3175
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.36

---

3.2516 **Nonpriority creditor's name and mailing address**

PATIENT 3176
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.31

---

3.2517 **Nonpriority creditor's name and mailing address**

PATIENT 3177
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.28

---

3.2518 **Nonpriority creditor's name and mailing address**

PATIENT 3178
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.27

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.2519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21.13 |
|---|---|---|---|

3.2519 **Nonpriority creditor's name and mailing address**

PATIENT 3179
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.13

---

3.2520 **Nonpriority creditor's name and mailing address**

PATIENT 3180
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.04

---

3.2521 **Nonpriority creditor's name and mailing address**

PATIENT 3182
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.00

---

3.2522 **Nonpriority creditor's name and mailing address**

PATIENT 3183
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.84

---

3.2523 **Nonpriority creditor's name and mailing address**

PATIENT 3186
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.81

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2524 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3188<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.80 |
|---|---|---|---|
| 3.2525 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3189<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.80 |
| 3.2526 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3190<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.78 |
| 3.2527 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3191<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.72 |
| 3.2528 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3192<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $20.68 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.2529 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.63 |
| | | *Check all that apply.* | |

PATIENT 3194
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.62 |
| | | *Check all that apply.* | |

PATIENT 3196
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.60 |
| | | *Check all that apply.* | |

PATIENT 3197
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.57 |
| | | *Check all that apply.* | |

PATIENT 3199
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.57 |
| | | *Check all that apply.* | |

PATIENT 3200
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.2534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.57 |
|---|---|---|---|

**3.2534**

**Nonpriority creditor's name and mailing address**

PATIENT 3201
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.57

---

**3.2535**

**Nonpriority creditor's name and mailing address**

PATIENT 3208
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.34

---

**3.2536**

**Nonpriority creditor's name and mailing address**

PATIENT 3209
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.32

---

**3.2537**

**Nonpriority creditor's name and mailing address**

PATIENT 3211
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.25

---

**3.2538**

**Nonpriority creditor's name and mailing address**

PATIENT 3212
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.24

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.2539 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3213<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.24 |
|---|---|---|---|
| 3.2540 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3214<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.24 |
| 3.2541 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3215<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.22 |
| 3.2542 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3216<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.19 |
| 3.2543 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3228<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2544 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3229<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
|---|---|---|---|
| 3.2545 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3230<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2546 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3231<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2547 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3232<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2548 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3233<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.2549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3234 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2550 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3235 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2551 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3236 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2552 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3238 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2553 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3239 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known)  19-36300

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2554** | **Nonpriority creditor's name and mailing address** | $20.00

PATIENT 3240
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2555** | **Nonpriority creditor's name and mailing address** | $20.00

PATIENT 3241
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2556** | **Nonpriority creditor's name and mailing address** | $20.00

PATIENT 3242
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2557** | **Nonpriority creditor's name and mailing address** | $20.00

PATIENT 3243
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2558** | **Nonpriority creditor's name and mailing address** | $20.00

PATIENT 3244
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | | |
|---|---|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2559 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3245<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
|---|---|---|---|
| 3.2560 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3246<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2561 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3247<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2562 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3248<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2563 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3249<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2564 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3250<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
|---|---|---|---|
| 3.2565 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3251<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2566 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3253<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2567 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3254<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2568 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3255<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3256 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3257 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3258 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3259 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3260 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.2574** **Nonpriority creditor's name and mailing address**

PATIENT 3261
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

**3.2575** **Nonpriority creditor's name and mailing address**

PATIENT 3262
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

**3.2576** **Nonpriority creditor's name and mailing address**

PATIENT 3263
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

**3.2577** **Nonpriority creditor's name and mailing address**

PATIENT 3264
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

**3.2578** **Nonpriority creditor's name and mailing address**

PATIENT 3265
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.2579** **Nonpriority creditor's name and mailing address**
PATIENT 3266
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2580** **Nonpriority creditor's name and mailing address**
PATIENT 3267
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2581** **Nonpriority creditor's name and mailing address**
PATIENT 3268
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2582** **Nonpriority creditor's name and mailing address**
PATIENT 3269
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2583** **Nonpriority creditor's name and mailing address**
PATIENT 3270
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2584** **Nonpriority creditor's name and mailing address**

PATIENT 3271
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2585** **Nonpriority creditor's name and mailing address**

PATIENT 3272
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2586** **Nonpriority creditor's name and mailing address**

PATIENT 3273
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2587** **Nonpriority creditor's name and mailing address**

PATIENT 3274
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2588** **Nonpriority creditor's name and mailing address**

PATIENT 3275
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2589** **Nonpriority creditor's name and mailing address**
PATIENT 3276
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2590** **Nonpriority creditor's name and mailing address**
PATIENT 3277
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2591** **Nonpriority creditor's name and mailing address**
PATIENT 3279
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2592** **Nonpriority creditor's name and mailing address**
PATIENT 3280
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2593** **Nonpriority creditor's name and mailing address**
PATIENT 3281
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.2594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

PATIENT 3282
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

PATIENT 3283
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

PATIENT 3284
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

PATIENT 3285
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $20.00 |
|---|---|---|---|

PATIENT 3286
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2599 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3287<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
|---|---|---|---|
| 3.2600 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3288<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2601 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3289<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2602 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3290<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |
| 3.2603 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3291<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | | Amount of claim |
|---|---|---|---|---|---|

| 3.2604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
|---|---|---|---|

PATIENT 3292
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2605 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

PATIENT 3293
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2606 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

PATIENT 3294
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2607 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

PATIENT 3295
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2608 | **Nonpriority creditor's name and mailing address** | | $20.00 |
|---|---|---|---|

PATIENT 3296
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.2609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3297 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3298 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3299 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3300 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3301 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| **Part 2:** | **Additional Page** |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2614** **Nonpriority creditor's name and mailing address**

PATIENT 3302
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2615** **Nonpriority creditor's name and mailing address**

PATIENT 3303
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2616** **Nonpriority creditor's name and mailing address**

PATIENT 3304
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2617** **Nonpriority creditor's name and mailing address**

PATIENT 3305
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2618** **Nonpriority creditor's name and mailing address**

PATIENT 3306
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2619 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3307<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.00 |
| 3.2620 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3308<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.00 |
| 3.2621 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3309<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.00 |
| 3.2622 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3310<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.00 |
| 3.2623 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3311<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $20.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3312 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3313 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3314 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2627 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3315 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
| | PATIENT 3317 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

---

**3.2629**    **Nonpriority creditor's name and mailing address**

PATIENT 3318
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2630**    **Nonpriority creditor's name and mailing address**

PATIENT 3319
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2631**    **Nonpriority creditor's name and mailing address**

PATIENT 3320
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2632**    **Nonpriority creditor's name and mailing address**

PATIENT 3321
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2633**    **Nonpriority creditor's name and mailing address**

PATIENT 3322
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.2634

PATIENT 3323
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

3.2635

**Nonpriority creditor's name and mailing address**

PATIENT 3325
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

3.2636

**Nonpriority creditor's name and mailing address**

PATIENT 3326
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.99

---

3.2637

**Nonpriority creditor's name and mailing address**

PATIENT 3327
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.99

---

3.2638

**Nonpriority creditor's name and mailing address**

PATIENT 3328
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.99

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

|  |  |  |
|---|---|---|
| 3.2639 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3330<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.86 |
| 3.2640 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3331<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.53 |
| 3.2641 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3333<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.51 |
| 3.2642 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3334<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.50 |
| 3.2643 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3335<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.44 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $19.44 |

**Nonpriority creditor's name and mailing address**
PATIENT 3336
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.2645 **Nonpriority creditor's name and mailing address**
PATIENT 3337
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.44

---

3.2646 **Nonpriority creditor's name and mailing address**
PATIENT 3338
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.42

---

3.2647 **Nonpriority creditor's name and mailing address**
PATIENT 3339
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.42

---

3.2648 **Nonpriority creditor's name and mailing address**
PATIENT 3340
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$19.39

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.37 |

PATIENT 3341
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.36 |

PATIENT 3342
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.32 |

PATIENT 3343
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.22 |

PATIENT 3345
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $19.00 |

PATIENT 3354
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.2654 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3355<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.00 |
| 3.2655 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3356<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19.00 |
| 3.2656 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3357<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18.90 |
| 3.2657 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3358<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18.88 |
| 3.2658 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3359<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18.84 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| **3.2659** | **Nonpriority creditor's name and mailing address** | $18.78 |

**3.2659**    **Nonpriority creditor's name and mailing address**

PATIENT 3360
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.78

---

**3.2660**    **Nonpriority creditor's name and mailing address**

PATIENT 3361
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.76

---

**3.2661**    **Nonpriority creditor's name and mailing address**

PATIENT 3362
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.66

---

**3.2662**    **Nonpriority creditor's name and mailing address**

PATIENT 3366
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.34

---

**3.2663**    **Nonpriority creditor's name and mailing address**

PATIENT 3367
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$18.21

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.11 |
| | PATIENT 3368 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2665 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.10 |
| | PATIENT 3369 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2666 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.04 |
| | PATIENT 3370 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2667 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $18.02 |
| | PATIENT 3371 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2668 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.79 |
| | PATIENT 3375 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2669 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3376<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.64 |
| 3.2670 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3378<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.58 |
| 3.2671 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3381<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.45 |
| 3.2672 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3382<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.42 |
| 3.2673 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3385<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.31 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2674 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.29 |

3.2674 **Nonpriority creditor's name and mailing address**
PATIENT 3386
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.29

---

3.2675 **Nonpriority creditor's name and mailing address**
PATIENT 3387
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.28

---

3.2676 **Nonpriority creditor's name and mailing address**
PATIENT 3388
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.28

---

3.2677 **Nonpriority creditor's name and mailing address**
PATIENT 3389
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.28

---

3.2678 **Nonpriority creditor's name and mailing address**
PATIENT 3390
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$17.28

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2679 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3391<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.21 |
|---|---|---|---|
| 3.2680 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3393<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.19 |
| 3.2681 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3394<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.16 |
| 3.2682 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3395<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.15 |
| 3.2683 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3396<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17.04 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17.01 |
|---|---|---|---|

PATIENT 3397
REDACTED

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.87 |
|---|---|---|---|

PATIENT 3399
REDACTED

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.72 |
|---|---|---|---|

PATIENT 3402
REDACTED

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.71 |
|---|---|---|---|

PATIENT 3403
REDACTED

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16.65 |
|---|---|---|---|

PATIENT 3404
REDACTED

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2689 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3405<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.34 |
|---|---|---|---|
| 3.2690 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3406<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.34 |
| 3.2691 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3407<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $109.02 |
| 3.2692 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3409<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $16.00 |
| 3.2693 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3413<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.77 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2694 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3414<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $18.57 |
|---|---|---|---|
| 3.2695 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3415<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15.69 |
| 3.2696 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3416<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15.59 |
| 3.2697 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3417<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15.56 |
| 3.2698 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3419<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $15.41 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|
| 3.2699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.09 |

**3.2699**

**Nonpriority creditor's name and mailing address**
PATIENT 3420
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.09

---

**3.2700**

**Nonpriority creditor's name and mailing address**
PATIENT 3421
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.03

---

**3.2701**

**Nonpriority creditor's name and mailing address**
PATIENT 3422
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.03

---

**3.2702**

**Nonpriority creditor's name and mailing address**
PATIENT 3423
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.03

---

**3.2703**

**Nonpriority creditor's name and mailing address**
PATIENT 3424
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.03

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.03

PATIENT 3425
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00

PATIENT 3430
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00

PATIENT 3431
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2707** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00

PATIENT 3432
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2708** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00

PATIENT 3433
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2709**

**Nonpriority creditor's name and mailing address**

PATIENT 3434
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2710**

**Nonpriority creditor's name and mailing address**

PATIENT 3435
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2711**

**Nonpriority creditor's name and mailing address**

PATIENT 3436
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2712**

**Nonpriority creditor's name and mailing address**

PATIENT 3438
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2713**

**Nonpriority creditor's name and mailing address**

PATIENT 3439
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

| 3.2714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3440 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2715 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3441 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2716 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3442 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2717 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3443 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2718 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3446 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |

PATIENT 3447
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |

PATIENT 3448
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |

PATIENT 3449
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |

PATIENT 3450
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |

PATIENT 3451
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3452
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2725 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3453
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3454
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3455
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3456
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2729** **Nonpriority creditor's name and mailing address**

PATIENT 3457
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2730** **Nonpriority creditor's name and mailing address**

PATIENT 3458
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2731** **Nonpriority creditor's name and mailing address**

PATIENT 3459
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2732** **Nonpriority creditor's name and mailing address**

PATIENT 3460
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2733** **Nonpriority creditor's name and mailing address**

PATIENT 3461
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.2734 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3462<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2735 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3463<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2736 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3464<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2737 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3465<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2738 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3466<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3467 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3468 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3469 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3470 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3471 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.2744** **Nonpriority creditor's name and mailing address**

PATIENT 3472
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2745** **Nonpriority creditor's name and mailing address**

PATIENT 3473
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2746** **Nonpriority creditor's name and mailing address**

PATIENT 3474
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2747** **Nonpriority creditor's name and mailing address**

PATIENT 3475
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

**3.2748** **Nonpriority creditor's name and mailing address**

PATIENT 3476
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$15.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.2749 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3477<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| --- | --- | --- | --- |
| 3.2750 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3478<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2751 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3479<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15.00 |
| 3.2752 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3480<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.94 |
| 3.2753 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3481<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14.86 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.80 |

**Nonpriority creditor's name and mailing address**

PATIENT 3482
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.80

---

3.2755 **Nonpriority creditor's name and mailing address**

PATIENT 3483
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.79

---

3.2756 **Nonpriority creditor's name and mailing address**

PATIENT 3484
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.62

---

3.2757 **Nonpriority creditor's name and mailing address**

PATIENT 3485
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.60

---

3.2758 **Nonpriority creditor's name and mailing address**

PATIENT 3488
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.57

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.40 |
| | PATIENT 3491 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2760 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.35 |
| | PATIENT 3493 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2761 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.35 |
| | PATIENT 3494 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2762 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.35 |
| | PATIENT 3495 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2763 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.31 |
| | PATIENT 3496 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

---

| 3.2764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.22 |
|---|---|---|---|

3.2764 **Nonpriority creditor's name and mailing address**

PATIENT 3497
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.22

---

3.2765 **Nonpriority creditor's name and mailing address**

PATIENT 3498
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.21

---

3.2766 **Nonpriority creditor's name and mailing address**

PATIENT 3499
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.21

---

3.2767 **Nonpriority creditor's name and mailing address**

PATIENT 3501
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.19

---

3.2768 **Nonpriority creditor's name and mailing address**

PATIENT 3502
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$14.16

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2769 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.10 |

PATIENT 3503
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2770 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.00 |

PATIENT 3505
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2771 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $14.00 |

PATIENT 3506
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2772 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.96 |

PATIENT 3507
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2773 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.80 |

PATIENT 3509
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2774**    **Nonpriority creditor's name and mailing address**

PATIENT 3510
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.73

---

**3.2775**    **Nonpriority creditor's name and mailing address**

PATIENT 3512
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.58

---

**3.2776**    **Nonpriority creditor's name and mailing address**

PATIENT 3513
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.50

---

**3.2777**    **Nonpriority creditor's name and mailing address**

PATIENT 3514
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.45

---

**3.2778**    **Nonpriority creditor's name and mailing address**

PATIENT 3515
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$13.40

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2779 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3518 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $13.03 |
|---|---|---|---|
| 3.2780 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3519 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $13.00 |
| 3.2781 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3520 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $12.96 |
| 3.2782 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3521 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $12.92 |
| 3.2783 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3522 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $12.86 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.2784** | **Nonpriority creditor's name and mailing address**

PATIENT 3523
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.86

---

**3.2785** | **Nonpriority creditor's name and mailing address**

PATIENT 3524
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.79

---

**3.2786** | **Nonpriority creditor's name and mailing address**

PATIENT 3525
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.71

---

**3.2787** | **Nonpriority creditor's name and mailing address**

PATIENT 3526
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.69

---

**3.2788** | **Nonpriority creditor's name and mailing address**

PATIENT 3527
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.54

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2789 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3528<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.51 |
|---|---|---|---|
| 3.2790 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3529<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.49 |
| 3.2791 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3530<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.94 |
| 3.2792 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3531<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.35 |
| 3.2793 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3532<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.29 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2794 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3534<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.25 |
| 3.2795 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3535<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.25 |
| 3.2796 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3536<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.25 |
| 3.2797 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3537<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.25 |
| 3.2798 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3538<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.25 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|
| **3.2799** | **Nonpriority creditor's name and mailing address**<br>PATIENT 3539<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.22 |
| **3.2800** | **Nonpriority creditor's name and mailing address**<br>PATIENT 3543<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.00 |
| **3.2801** | **Nonpriority creditor's name and mailing address**<br>PATIENT 3544<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.00 |
| **3.2802** | **Nonpriority creditor's name and mailing address**<br>PATIENT 3545<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12.00 |
| **3.2803** | **Nonpriority creditor's name and mailing address**<br>PATIENT 3546<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11.91 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2804 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.87 |

PATIENT 3548
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2805 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.69 |

PATIENT 3549
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2806 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.68 |

PATIENT 3551
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2807 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.66 |

PATIENT 3552
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2808 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.66 |

PATIENT 3553
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.60 |
|---|---|---|---|

PATIENT 3555
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.60 |
|---|---|---|---|

PATIENT 3556
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.52 |
|---|---|---|---|

PATIENT 3557
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.45 |
|---|---|---|---|

PATIENT 3558
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $11.43 |
|---|---|---|---|

PATIENT 3559
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| 3.2814 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3560<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | | $11.40 |

| | | |
|---|---|---|
| 3.2815 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3562<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | | $11.21 |

| | | |
|---|---|---|
| 3.2816 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3563<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | | $11.17 |

| | | |
|---|---|---|
| 3.2817 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3564<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | | $11.06 |

| | | |
|---|---|---|
| 3.2818 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3565<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes |
| | | $11.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2819** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.93

PATIENT 3568
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2820** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.93

PATIENT 3569
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2821** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.93

PATIENT 3570
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2822** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.90

PATIENT 3571
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2823** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.85

PATIENT 3573
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.2824** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.80

PATIENT 3574
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2825** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.80

PATIENT 3575
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2826** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.80

PATIENT 3576
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2827** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.72

PATIENT 3578
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2828** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.68

PATIENT 3579
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.66 |
|---|---|---|---|

PATIENT 3580
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.59 |
|---|---|---|---|

PATIENT 3581
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.50 |
|---|---|---|---|

PATIENT 3582
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.41 |
|---|---|---|---|

PATIENT 3583
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.35 |
|---|---|---|---|

PATIENT 3585
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.2834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.34 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PATIENT 3586
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.34

---

**3.2835 Nonpriority creditor's name and mailing address**
PATIENT 3587
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.33

---

**3.2836 Nonpriority creditor's name and mailing address**
PATIENT 3588
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.12

---

**3.2837 Nonpriority creditor's name and mailing address**
PATIENT 3589
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.32

---

**3.2838 Nonpriority creditor's name and mailing address**
PATIENT 3590
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.29

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2839 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3591<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.29 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2840 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3592<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.28 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2841 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3593<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.24 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2842 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3594<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.15 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2843 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3596<br>REDACTED | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $10.03 |

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3605
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3606
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3607
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3608
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3609
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2849**   **Nonpriority creditor's name and mailing address**   $10.00

PATIENT 3610
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2850**   **Nonpriority creditor's name and mailing address**   $10.00

PATIENT 3611
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2851**   **Nonpriority creditor's name and mailing address**   $10.00

PATIENT 3612
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2852**   **Nonpriority creditor's name and mailing address**   $10.00

PATIENT 3613
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2853**   **Nonpriority creditor's name and mailing address**   $10.00

PATIENT 3614
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2854 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3615<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2855 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3616<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2856 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3617<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2857 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3618<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2858 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3619<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.2859** **Nonpriority creditor's name and mailing address**

PATIENT 3620
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2860** **Nonpriority creditor's name and mailing address**

PATIENT 3621
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2861** **Nonpriority creditor's name and mailing address**

PATIENT 3622
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2862** **Nonpriority creditor's name and mailing address**

PATIENT 3623
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2863** **Nonpriority creditor's name and mailing address**

PATIENT 3624
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2864 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3625<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
|---|---|---|---|
| 3.2865 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3626<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2866 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3627<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2867 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3628<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2868 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3629<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.2869 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3630<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| --- | --- | --- | --- |
| 3.2870 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3631<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2871 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3632<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2872 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3633<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2873 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3634<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2874** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3635
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2875** | **Nonpriority creditor's name and mailing address** | $10.00

PATIENT 3636
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2876** | **Nonpriority creditor's name and mailing address** | $10.00

PATIENT 3637
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2877** | **Nonpriority creditor's name and mailing address** | $10.00

PATIENT 3638
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2878** | **Nonpriority creditor's name and mailing address** | $10.00

PATIENT 3639
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.2879 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
|---|---|---|---|

PATIENT 3640
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2880 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3641
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2881 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3642
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2882 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3643
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2883 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3644
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

| 3.2884 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3645<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| 3.2885 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3646<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.22 |

| 3.2886 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3647<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| 3.2887 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3649<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| 3.2888 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3650<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2889** | **Nonpriority creditor's name and mailing address**
PATIENT 3651
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2890** | **Nonpriority creditor's name and mailing address**
PATIENT 3652
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2891** | **Nonpriority creditor's name and mailing address**
PATIENT 3653
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2892** | **Nonpriority creditor's name and mailing address**
PATIENT 3654
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2893** | **Nonpriority creditor's name and mailing address**
PATIENT 3656
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.2894** | **Nonpriority creditor's name and mailing address**

PATIENT 3657
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2895** | **Nonpriority creditor's name and mailing address**

PATIENT 3658
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2896** | **Nonpriority creditor's name and mailing address**

PATIENT 3659
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2897** | **Nonpriority creditor's name and mailing address**

PATIENT 3661
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2898** | **Nonpriority creditor's name and mailing address**

PATIENT 3662
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|
| 3.2899 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | $10.00 |

**3.2899**

**Nonpriority creditor's name and mailing address**
PATIENT 3663
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2900**

**Nonpriority creditor's name and mailing address**
PATIENT 3664
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2901**

**Nonpriority creditor's name and mailing address**
PATIENT 3665
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2902**

**Nonpriority creditor's name and mailing address**
PATIENT 3666
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2903**

**Nonpriority creditor's name and mailing address**
PATIENT 3667
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

**Nonpriority creditor's name and mailing address**
PATIENT 3668
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.2905
**Nonpriority creditor's name and mailing address**
PATIENT 3669
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.2906
**Nonpriority creditor's name and mailing address**
PATIENT 3670
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.2907
**Nonpriority creditor's name and mailing address**
PATIENT 3671
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

3.2908
**Nonpriority creditor's name and mailing address**
PATIENT 3672
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2909 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3673 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2910 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3674 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2911 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3675 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2912 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3676 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2913 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3677 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2914 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3678 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2915 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3679 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2916 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3680 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2917 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3681 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2918 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3683 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2919 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3684<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
|---|---|---|---|
| 3.2920 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3685<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
| 3.2921 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3686<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
| 3.2922 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3687<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |
| 3.2923 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3688<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2924 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3689 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2925 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3690 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2926 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3691 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2927 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3692 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2928 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3693 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | --- |

---

**3.2929** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3694
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2930** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3695
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2931** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3696
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2932** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3697
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2933** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00

PATIENT 3698
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|
| | | | | **Amount of claim** |

| 3.2934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3699 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3700 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3701 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3702 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3703 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3704
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3705
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3706
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2942 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3707
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2943 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |

PATIENT 3708
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2944 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3709
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2945 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3710
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2946 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3711
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2947 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3712
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.2948 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3713
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2949 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3714<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
|---|---|---|---|
| 3.2950 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3715<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2951 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3716<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2952 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3717<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2953 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3718<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|
| 3.2954 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3719<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $10.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.2955 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3720<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $10.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.2956 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3721<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $10.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.2957 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3722<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $10.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| | | Amount of claim |
|---|---|---|
| 3.2958 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3723<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | $10.00 |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

PATIENT 3724
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2960** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

PATIENT 3725
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2961** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

PATIENT 3726
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2962** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

PATIENT 3727
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2963** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10.00

PATIENT 3728
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2964 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3729<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
|---|---|---|---|
| 3.2965 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3730<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2966 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3731<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2967 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3732<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2968 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3733<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2969 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3734 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2970 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3735 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3736 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3737 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3738 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|

| 3.2974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3739 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3740 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3741 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3742 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3743 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2979** | **Nonpriority creditor's name and mailing address**
PATIENT 3744
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2980** | **Nonpriority creditor's name and mailing address**
PATIENT 3745
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2981** | **Nonpriority creditor's name and mailing address**
PATIENT 3746
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2982** | **Nonpriority creditor's name and mailing address**
PATIENT 3747
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2983** | **Nonpriority creditor's name and mailing address**
PATIENT 3748
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2984 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3749<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
|---|---|---|---|
| 3.2985 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3750<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2986 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3751<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2987 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3752<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |
| 3.2988 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3753<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.2989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3754 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3755 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3757 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
| | PATIENT 3758 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.00 |
| | PATIENT 3759 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|

PATIENT 3760
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2995 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

PATIENT 3761
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2996 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

PATIENT 3762
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2997 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

PATIENT 3763
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2998 | **Nonpriority creditor's name and mailing address** | | $10.00 |
|---|---|---|---|

PATIENT 3764
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
| --- | --- | --- |
| 3.2999 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3765 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $10.00 |
| 3.3000 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3767 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $9.99 |
| 3.3001 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3768 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $9.99 |
| 3.3002 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3769 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $9.99 |
| 3.3003 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 3770 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $9.95 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3004 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.95 |
| | PATIENT 3771 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.95 |
| | PATIENT 3772 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3006 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.95 |
| | PATIENT 3773 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3007 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.95 |
| | PATIENT 3774 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3008 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.95 |
| | PATIENT 3775 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3009** **Nonpriority creditor's name and mailing address**

PATIENT 3776
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.92

---

**3.3010** **Nonpriority creditor's name and mailing address**

PATIENT 3777
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.88

---

**3.3011** **Nonpriority creditor's name and mailing address**

PATIENT 3778
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.85

---

**3.3012** **Nonpriority creditor's name and mailing address**

PATIENT 3779
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.80

---

**3.3013** **Nonpriority creditor's name and mailing address**

PATIENT 3780
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.80

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3014 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3781<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.78 |

| 3.3015 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3782<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.77 |

| 3.3016 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3783<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.76 |

| 3.3017 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3784<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.76 |

| 3.3018 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3792<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.73 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3019 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3793<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.73 |
|---|---|---|---|
| 3.3020 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3794<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.70 |
| 3.3021 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3795<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.70 |
| 3.3022 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3796<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.70 |
| 3.3023 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3797<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.70 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | **Amount of claim** |
|---|---|---|---|

| 3.3024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70 |
| | PATIENT 3798 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70 |
| | PATIENT 3799 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70 |
| | PATIENT 3800 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70 |
| | PATIENT 3801 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70 |
| | PATIENT 3802 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.3029** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70

PATIENT 3803
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3030** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70

PATIENT 3804
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3031** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.70

PATIENT 3805
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3032** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.64

PATIENT 3807
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3033** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.55

PATIENT 3808
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3034** | **Nonpriority creditor's name and mailing address**

PATIENT 3809
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.48

---

**3.3035** | **Nonpriority creditor's name and mailing address**

PATIENT 3810
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.48

---

**3.3036** | **Nonpriority creditor's name and mailing address**

PATIENT 3812
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.40

---

**3.3037** | **Nonpriority creditor's name and mailing address**

PATIENT 3814
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.28

---

**3.3038** | **Nonpriority creditor's name and mailing address**

PATIENT 3815
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$9.27

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | | Amount of claim |
|---|---|---|---|

**3.3039** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.25
PATIENT 3816
REDACTED
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3040** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.20
PATIENT 3817
REDACTED
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3041** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.06
PATIENT 3818
REDACTED
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3042** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00
PATIENT 3819
REDACTED
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3043** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00
PATIENT 3820
REDACTED
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3044 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3821<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 |
|---|---|---|---|
| 3.3045 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3822<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 |
| 3.3046 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3823<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 |
| 3.3047 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3824<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 |
| 3.3048 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3825<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3049** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3826
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3050** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3827
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3051** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3828
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3052** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3829
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3053** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3830
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3054** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00

PATIENT 3831
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3055** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00

PATIENT 3832
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3056** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00

PATIENT 3833
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3057** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00

PATIENT 3834
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3058** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $9.00

PATIENT 3835
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.3059** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9.00

PATIENT 3836
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3060** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.82

PATIENT 3838
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3061** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.78

PATIENT 3839
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3062** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.72

PATIENT 3840
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3063** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.66

PATIENT 3841
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.3064**

**Nonpriority creditor's name and mailing address**
PATIENT 3842
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.62

---

**3.3065**

**Nonpriority creditor's name and mailing address**
PATIENT 3843
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.51

---

**3.3066**

**Nonpriority creditor's name and mailing address**
PATIENT 3844
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.50

---

**3.3067**

**Nonpriority creditor's name and mailing address**
PATIENT 3845
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$46.18

---

**3.3068**

**Nonpriority creditor's name and mailing address**
PATIENT 3846
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$8.39

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3069** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.24

PATIENT 3847
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3070** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.24

PATIENT 3848
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3071** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.24

PATIENT 3849
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3072** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.21

PATIENT 3850
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3073** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8.08

PATIENT 3851
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3074 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3853<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.00 |
|---|---|---|---|
| 3.3075 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3854<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.00 |
| 3.3076 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3855<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.00 |
| 3.3077 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3856<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.00 |
| 3.3078 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3857<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|
| | | |

| 3.3079 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.96 |

PATIENT 3858
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3080 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.90 |

PATIENT 3859
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3081 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.87 |

PATIENT 3860
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3082 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.87 |

PATIENT 3861
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3083 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.81 |

PATIENT 3862
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.3084 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7.73 |

**Nonpriority creditor's name and mailing address**

PATIENT 3863
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.73

---

3.3085

**Nonpriority creditor's name and mailing address**

PATIENT 3864
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.71

---

3.3086

**Nonpriority creditor's name and mailing address**

PATIENT 3865
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.68

---

3.3087

**Nonpriority creditor's name and mailing address**

PATIENT 3866
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.68

---

3.3088

**Nonpriority creditor's name and mailing address**

PATIENT 3868
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.62

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3089 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3869<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7.60 |

| 3.3090 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3870<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7.60 |

| 3.3091 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3871<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7.57 |

| 3.3092 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3872<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7.45 |

| 3.3093 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3873<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $7.43 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3094** | **Nonpriority creditor's name and mailing address**
PATIENT 3874
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.41

---

**3.3095** | **Nonpriority creditor's name and mailing address**
PATIENT 3875
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.38

---

**3.3096** | **Nonpriority creditor's name and mailing address**
PATIENT 3878
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.08

---

**3.3097** | **Nonpriority creditor's name and mailing address**
PATIENT 3880
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.07

---

**3.3098** | **Nonpriority creditor's name and mailing address**
PATIENT 3882
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3099 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.96 |
| | PATIENT 3883 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3100 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.90 |
| | PATIENT 3884 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.87 |
| | PATIENT 3885 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.85 |
| | PATIENT 3886 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.80 |
| | PATIENT 3887 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.72 |
|---|---|---|---|

PATIENT 3889
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.71 |
|---|---|---|---|

PATIENT 3890
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.71 |
|---|---|---|---|

PATIENT 3891
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.49 |
|---|---|---|---|

PATIENT 3892
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.46 |
|---|---|---|---|

PATIENT 3893
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3109** | **Nonpriority creditor's name and mailing address**

PATIENT 3894
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.40

---

**3.3110** | **Nonpriority creditor's name and mailing address**

PATIENT 3895
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.33

---

**3.3111** | **Nonpriority creditor's name and mailing address**

PATIENT 3897
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.27

---

**3.3112** | **Nonpriority creditor's name and mailing address**

PATIENT 3899
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.27

---

**3.3113** | **Nonpriority creditor's name and mailing address**

PATIENT 3901
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$6.12

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.3114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.11 |
| | PATIENT 3902 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.09 |
| | PATIENT 3903 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.03 |
| | PATIENT 3904 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3117 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |
| | PATIENT 3905 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3118 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |
| | PATIENT 3906 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.3119 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3907<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |
| 3.3120 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3908<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |
| 3.3121 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3909<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |
| 3.3122 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3910<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |
| 3.3123 | **Nonpriority creditor's name and mailing address**<br>PATIENT 3911<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |

PATIENT 3912
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |

PATIENT 3913
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3126 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |

PATIENT 3914
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3127 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |

PATIENT 3916
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3128 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |

PATIENT 3917
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.3129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |
| --- | --- | --- | --- |

PATIENT 3918
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3130 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |
| --- | --- | --- | --- |

PATIENT 3919
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $6.00 |
| --- | --- | --- | --- |

PATIENT 3920
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.99 |
| --- | --- | --- | --- |

PATIENT 3921
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.99 |
| --- | --- | --- | --- |

PATIENT 3922
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.3134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.98 |
|---|---|---|---|

3.3134 **Nonpriority creditor's name and mailing address**
PATIENT 3923
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.98

---

3.3135 **Nonpriority creditor's name and mailing address**
PATIENT 3924
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.98

---

3.3136 **Nonpriority creditor's name and mailing address**
PATIENT 3925
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.91

---

3.3137 **Nonpriority creditor's name and mailing address**
PATIENT 3926
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.73

---

3.3138 **Nonpriority creditor's name and mailing address**
PATIENT 3928
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.69

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.67 |

PATIENT 3929
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.67 |

PATIENT 3930
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.58 |

PATIENT 3932
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.56 |

PATIENT 3933
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.56 |

PATIENT 3934
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3144 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.55 |
| | PATIENT 3935 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3145 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.54 |
| | PATIENT 3937 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3146 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.53 |
| | PATIENT 3938 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3147 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.53 |
| | PATIENT 3939 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3148 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.49 |
| | PATIENT 3941 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3149** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.45
PATIENT 3942
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3150** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.45
PATIENT 3943
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3151** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.27
PATIENT 3944
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3152** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.26
PATIENT 3946
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3153** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.24
PATIENT 3950
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------------------------------------------------------------------|-----------------------|----------|
| | (Name) | | |

**Part 2:** Additional Page

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.3154** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.19

PATIENT 3952
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3155** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.07

PATIENT 3953
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3156** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00

PATIENT 3966
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3157** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00

PATIENT 3967
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3158** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00

PATIENT 3968
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|
| | PATIENT 3969 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $10.00 |
|---|---|---|---|
| | PATIENT 3970 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|
| | PATIENT 3972 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|
| | PATIENT 3973 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|
| | PATIENT 3974 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3164**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $5.00

PATIENT 3975
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3165**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $5.00

PATIENT 3977
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3166**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $5.00

PATIENT 3978
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3167**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $5.00

PATIENT 3979
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3168**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:**    $5.00

PATIENT 3981
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3169 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3982<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
|---|---|---|---|
| 3.3170 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3983<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3171 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3984<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3172 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3985<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3173 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3986<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.3174 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3988<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
|---|---|---|---|
| 3.3175 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3989<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3176 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3990<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3177 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3991<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |
| 3.3178 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 3992<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 3993 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 3994 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 3995 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 3996 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
| | PATIENT 3997 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300
(Name)

| Part 2: | Additional Page | |
|---|---|---|
| | | **Amount of claim** |

| 3.3184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

3.3184 | **Nonpriority creditor's name and mailing address**
PATIENT 3998
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3185 | **Nonpriority creditor's name and mailing address**
PATIENT 3999
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3186 | **Nonpriority creditor's name and mailing address**
PATIENT 4000
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3187 | **Nonpriority creditor's name and mailing address**
PATIENT 4001
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3188 | **Nonpriority creditor's name and mailing address**
PATIENT 4002
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3189** **Nonpriority creditor's name and mailing address**

PATIENT 4003
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3190** **Nonpriority creditor's name and mailing address**

PATIENT 4004
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3191** **Nonpriority creditor's name and mailing address**

PATIENT 4005
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3192** **Nonpriority creditor's name and mailing address**

PATIENT 4006
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3193** **Nonpriority creditor's name and mailing address**

PATIENT 4007
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| 3.3194 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

PATIENT 4008
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3195 **Nonpriority creditor's name and mailing address**

PATIENT 4009
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3196 **Nonpriority creditor's name and mailing address**

PATIENT 4010
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3197 **Nonpriority creditor's name and mailing address**

PATIENT 4011
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

3.3198 **Nonpriority creditor's name and mailing address**

PATIENT 4012
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | **Additional Page** |
|---|---|

|  | Amount of claim |
|---|---|

**3.3199** | **Nonpriority creditor's name and mailing address**
PATIENT 4013
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

---

**3.3200** | **Nonpriority creditor's name and mailing address**
PATIENT 4014
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

---

**3.3201** | **Nonpriority creditor's name and mailing address**
PATIENT 4015
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

---

**3.3202** | **Nonpriority creditor's name and mailing address**
PATIENT 4016
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

---

**3.3203** | **Nonpriority creditor's name and mailing address**
PATIENT 4017
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$5.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3204 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

PATIENT 4018
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3205 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

PATIENT 4019
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3206 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

PATIENT 4020
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3207 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

PATIENT 4021
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3208 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.00 |
|---|---|---|---|

PATIENT 4022
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3209** | **Nonpriority creditor's name and mailing address**
PATIENT 4023
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3210** | **Nonpriority creditor's name and mailing address**
PATIENT 4024
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3211** | **Nonpriority creditor's name and mailing address**
PATIENT 4026
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3212** | **Nonpriority creditor's name and mailing address**
PATIENT 4027
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3213** | **Nonpriority creditor's name and mailing address**
PATIENT 4028
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.3214** **Nonpriority creditor's name and mailing address**

PATIENT 4029
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.99

---

**3.3215** **Nonpriority creditor's name and mailing address**

PATIENT 4030
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.93

---

**3.3216** **Nonpriority creditor's name and mailing address**

PATIENT 4032
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.86

---

**3.3217** **Nonpriority creditor's name and mailing address**

PATIENT 4033
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.85

---

**3.3218** **Nonpriority creditor's name and mailing address**

PATIENT 4034
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$4.72

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.71 |
|---|---|---|---|

PATIENT 4035
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.66 |
|---|---|---|---|

PATIENT 4036
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.59 |
|---|---|---|---|

PATIENT 4037
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.57 |
|---|---|---|---|

PATIENT 4038
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.46 |
|---|---|---|---|

PATIENT 4040
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.43 |
| | PATIENT 4041 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.41 |
| | PATIENT 4042 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.39 |
| | PATIENT 4043 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.39 |
| | PATIENT 4044 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4.33 |
| | PATIENT 4046 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3229 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4047<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.15 |
|---|---|---|---|
| 3.3230 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4048<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.14 |
| 3.3231 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4051<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.10 |
| 3.3232 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4052<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.09 |
| 3.3233 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4053<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr><td>3.3234</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 4054<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$4.00</td></tr>

<tr><td>3.3235</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 4055<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$4.00</td></tr>

<tr><td>3.3236</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 4056<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$4.00</td></tr>

<tr><td>3.3237</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 4057<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$4.00</td></tr>

<tr><td>3.3238</td>
<td><b>Nonpriority creditor's name and mailing address</b><br>PATIENT 4058<br>REDACTED<br><br><b>Date or dates debt was incurred</b><br><br><b>Last 4 digits of account number:</b></td>
<td><b>As of the petition filing date, the claim is:</b><br><i>Check all that apply.</i><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br><b>Basis for the claim:</b><br>PATIENT CREDITS<br><br><b>Is the claim subject to offset?</b><br>☒ No<br>☐ Yes</td>
<td style="text-align:right">$4.00</td></tr>
</table>

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known) 19-36300

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.3239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.99 |
| --- | --- | --- | --- |
| | PATIENT 4059 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3240 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.96 |
| --- | --- | --- | --- |
| | PATIENT 4060 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3241 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.96 |
| --- | --- | --- | --- |
| | PATIENT 4061 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.82 |
| --- | --- | --- | --- |
| | PATIENT 4063 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.75 |
| --- | --- | --- | --- |
| | PATIENT 4065 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3244** Nonpriority creditor's name and mailing address
PATIENT 4066
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.68

**3.3245** Nonpriority creditor's name and mailing address
PATIENT 4068
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.67

**3.3246** Nonpriority creditor's name and mailing address
PATIENT 4069
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.66

**3.3247** Nonpriority creditor's name and mailing address
PATIENT 4070
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.66

**3.3248** Nonpriority creditor's name and mailing address
PATIENT 4071
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.66

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3249** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.66

PATIENT 4072
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3250** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.66

PATIENT 4073
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3251** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.66

PATIENT 4074
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3252** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.66

PATIENT 4075
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3253** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.66

PATIENT 4076
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3254** **Nonpriority creditor's name and mailing address**

PATIENT 4077
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.66

---

**3.3255** **Nonpriority creditor's name and mailing address**

PATIENT 4078
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.66

---

**3.3256** **Nonpriority creditor's name and mailing address**

PATIENT 4081
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.46

---

**3.3257** **Nonpriority creditor's name and mailing address**

PATIENT 4082
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.37

---

**3.3258** **Nonpriority creditor's name and mailing address**

PATIENT 4083
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.37

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3259 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4084<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.29 |
|---|---|---|---|
| 3.3260 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4085<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.28 |
| 3.3261 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4086<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.26 |
| 3.3262 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4087<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.25 |
| 3.3263 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4088<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3.25 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3264** **Nonpriority creditor's name and mailing address**

PATIENT 4089
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.24

---

**3.3265** **Nonpriority creditor's name and mailing address**

PATIENT 4090
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.23

---

**3.3266** **Nonpriority creditor's name and mailing address**

PATIENT 4091
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.19

---

**3.3267** **Nonpriority creditor's name and mailing address**

PATIENT 4092
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.09

---

**3.3268** **Nonpriority creditor's name and mailing address**

PATIENT 4093
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.09

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3269** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.09

PATIENT 4094
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3270** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.07

PATIENT 4095
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3271** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.05

PATIENT 4096
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3272** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.00

PATIENT 4099
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3273** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $3.00

PATIENT 4100
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3274** | **Nonpriority creditor's name and mailing address**

PATIENT 4101
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$3.00

---

**3.3275** | **Nonpriority creditor's name and mailing address**

PATIENT 4103
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.94

---

**3.3276** | **Nonpriority creditor's name and mailing address**

PATIENT 4108
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.69

---

**3.3277** | **Nonpriority creditor's name and mailing address**

PATIENT 4109
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.69

---

**3.3278** | **Nonpriority creditor's name and mailing address**

PATIENT 4110
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.56

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3279** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.54

PATIENT 4111
REDACTED

Check all that apply.

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3280** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.52

PATIENT 4112
REDACTED

Check all that apply.

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.49

PATIENT 4113
REDACTED

Check all that apply.

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.38

PATIENT 4115
REDACTED

Check all that apply.

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.37

PATIENT 4116
REDACTED

Check all that apply.

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3284** | **Nonpriority creditor's name and mailing address**
PATIENT 4117
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.29

---

**3.3285** | **Nonpriority creditor's name and mailing address**
PATIENT 4118
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.26

---

**3.3286** | **Nonpriority creditor's name and mailing address**
PATIENT 4119
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.21

---

**3.3287** | **Nonpriority creditor's name and mailing address**
PATIENT 4120
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.18

---

**3.3288** | **Nonpriority creditor's name and mailing address**
PATIENT 4121
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.09

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2.05 |
|---|---|---|---|

PATIENT 4122
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3290 | **Nonpriority creditor's name and mailing address** | | $2.00 |
|---|---|---|---|

PATIENT 4124
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3291 | **Nonpriority creditor's name and mailing address** | | $1.99 |
|---|---|---|---|

PATIENT 4126
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3292 | **Nonpriority creditor's name and mailing address** | | $1.95 |
|---|---|---|---|

PATIENT 4127
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3293 | **Nonpriority creditor's name and mailing address** | | $1.88 |
|---|---|---|---|

PATIENT 4128
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.76 |
|---|---|---|---|

PATIENT 4131
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3295 | **Nonpriority creditor's name and mailing address** | | $1.75 |
|---|---|---|---|

PATIENT 4132
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3296 | **Nonpriority creditor's name and mailing address** | | $1.69 |
|---|---|---|---|

PATIENT 4134
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3297 | **Nonpriority creditor's name and mailing address** | | $1.60 |
|---|---|---|---|

PATIENT 4137
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3298 | **Nonpriority creditor's name and mailing address** | | $1.60 |
|---|---|---|---|

PATIENT 4139
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  | | Amount of claim |
|---|---|---|

| 3.3299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.60 |

PATIENT 4140
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3300 | **Nonpriority creditor's name and mailing address** | | $1.56 |

PATIENT 4141
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3301 | **Nonpriority creditor's name and mailing address** | | $1.55 |

PATIENT 4142
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3302 | **Nonpriority creditor's name and mailing address** | | $1.55 |

PATIENT 4143
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.3303 | **Nonpriority creditor's name and mailing address** | | $1.47 |

PATIENT 4144
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3304** **Nonpriority creditor's name and mailing address**
PATIENT 4146
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.45

---

**3.3305** **Nonpriority creditor's name and mailing address**
PATIENT 4147
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.44

---

**3.3306** **Nonpriority creditor's name and mailing address**
PATIENT 4148
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.37

---

**3.3307** **Nonpriority creditor's name and mailing address**
PATIENT 4149
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.34

---

**3.3308** **Nonpriority creditor's name and mailing address**
PATIENT 4151
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.27

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.26 |
| | PATIENT 4152 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.25 |
| | PATIENT 4153 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.25 |
| | PATIENT 4154 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.23 |
| | PATIENT 4155 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.22 |
| | PATIENT 4156 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3314** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.15

PATIENT 4159
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3315** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.05

PATIENT 4161
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3316** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.02

PATIENT 4162
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3317** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.00

PATIENT 4165
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3318** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4166
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3319** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4168
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3320** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4169
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3321** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4170
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3322** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4171
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3323** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.96

PATIENT 4172
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3324** | **Nonpriority creditor's name and mailing address**
PATIENT 4173
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.96

**3.3325** | **Nonpriority creditor's name and mailing address**
PATIENT 4174
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.96

**3.3326** | **Nonpriority creditor's name and mailing address**
PATIENT 4175
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.92

**3.3327** | **Nonpriority creditor's name and mailing address**
PATIENT 4176
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.89

**3.3328** | **Nonpriority creditor's name and mailing address**
PATIENT 4177
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.86

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.86
*Check all that apply.*

PATIENT 4178
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.85
*Check all that apply.*

PATIENT 4179
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.85
*Check all that apply.*

PATIENT 4180
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.85
*Check all that apply.*

PATIENT 4181
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.84
*Check all that apply.*

PATIENT 4182
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.3334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.84 |
|---|---|---|---|

3.3334   **Nonpriority creditor's name and mailing address**
PATIENT 4183
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $0.84

---

3.3335   **Nonpriority creditor's name and mailing address**
PATIENT 4184
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $0.83

---

3.3336   **Nonpriority creditor's name and mailing address**
PATIENT 4185
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $0.80

---

3.3337   **Nonpriority creditor's name and mailing address**
PATIENT 4186
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $0.80

---

3.3338   **Nonpriority creditor's name and mailing address**
PATIENT 4187
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $0.80

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

**3.3339** **Nonpriority creditor's name and mailing address**
PATIENT 4188
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3340** **Nonpriority creditor's name and mailing address**
PATIENT 4189
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3341** **Nonpriority creditor's name and mailing address**
PATIENT 4190
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3342** **Nonpriority creditor's name and mailing address**
PATIENT 4191
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3343** **Nonpriority creditor's name and mailing address**
PATIENT 4192
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.3344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4193
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4194
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4195
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4196
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4197
REDACTED

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.3349** **Nonpriority creditor's name and mailing address**

PATIENT 4198
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3350** **Nonpriority creditor's name and mailing address**

PATIENT 4199
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3351** **Nonpriority creditor's name and mailing address**

PATIENT 4200
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3352** **Nonpriority creditor's name and mailing address**

PATIENT 4201
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3353** **Nonpriority creditor's name and mailing address**

PATIENT 4202
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number _(if known)_    19-36300

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

---

**3.3354** **Nonpriority creditor's name and mailing address**

PATIENT 4203
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3355** **Nonpriority creditor's name and mailing address**

PATIENT 4204
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3356** **Nonpriority creditor's name and mailing address**

PATIENT 4205
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3357** **Nonpriority creditor's name and mailing address**

PATIENT 4206
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

**3.3358** **Nonpriority creditor's name and mailing address**

PATIENT 4207
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.80

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3359** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4208
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3360** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4209
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3361** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4210
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3362** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4211
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3363** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
PATIENT 4212
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|
| | | |

**3.3364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
| | Check all that apply.
PATIENT 4213 | ☐ Contingent
REDACTED | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred** |
| **Basis for the claim:**
**Last 4 digits of account number:** | PATIENT CREDITS
| **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

**3.3365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
| | Check all that apply.
PATIENT 4214 | ☐ Contingent
REDACTED | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred** |
| **Basis for the claim:**
**Last 4 digits of account number:** | PATIENT CREDITS
| **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

**3.3366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
| | Check all that apply.
PATIENT 4215 | ☐ Contingent
REDACTED | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred** |
| **Basis for the claim:**
**Last 4 digits of account number:** | PATIENT CREDITS
| **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

**3.3367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
| | Check all that apply.
PATIENT 4216 | ☐ Contingent
REDACTED | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred** |
| **Basis for the claim:**
**Last 4 digits of account number:** | PATIENT CREDITS
| **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

**3.3368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80
| | Check all that apply.
PATIENT 4217 | ☐ Contingent
REDACTED | ☐ Unliquidated
| ☐ Disputed
**Date or dates debt was incurred** |
| **Basis for the claim:**
**Last 4 digits of account number:** | PATIENT CREDITS
| **Is the claim subject to offset?**
| ☒ No
| ☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80 |
|---|---|---|---|

PATIENT 4218
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3370 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80 |
|---|---|---|---|

PATIENT 4219
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3371 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80 |
|---|---|---|---|

PATIENT 4220
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3372 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80 |
|---|---|---|---|

PATIENT 4221
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3373 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80 |
|---|---|---|---|

PATIENT 4222
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3374**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80

PATIENT 4223
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3375**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80

PATIENT 4224
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3376**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80

PATIENT 4225
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3377**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80

PATIENT 4226
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3378**  **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.80

PATIENT 4227
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3379 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4228<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.80 |
|---|---|---|---|
| 3.3380 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4229<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.80 |
| 3.3381 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4230<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.80 |
| 3.3382 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4231<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.80 |
| 3.3383 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4232<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.80 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.3384 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.75 |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**
PATIENT 4235
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

3.3384 — Amount of claim: **$0.75**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3385

**Nonpriority creditor's name and mailing address**
PATIENT 4236
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: **$0.75**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3386

**Nonpriority creditor's name and mailing address**
PATIENT 4237
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: **$0.73**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3387

**Nonpriority creditor's name and mailing address**
PATIENT 4238
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: **$0.68**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3388

**Nonpriority creditor's name and mailing address**
PATIENT 4239
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

Amount of claim: **$0.66**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3389**

**Nonpriority creditor's name and mailing address**

PATIENT 4240
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.66

---

**3.3390**

**Nonpriority creditor's name and mailing address**

PATIENT 4241
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.66

---

**3.3391**

**Nonpriority creditor's name and mailing address**

PATIENT 4242
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.66

---

**3.3392**

**Nonpriority creditor's name and mailing address**

PATIENT 4243
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.64

---

**3.3393**

**Nonpriority creditor's name and mailing address**

PATIENT 4244
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.62

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3394** | **Nonpriority creditor's name and mailing address**

PATIENT 4245
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.61

---

**3.3395** | **Nonpriority creditor's name and mailing address**

PATIENT 4246
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.58

---

**3.3396** | **Nonpriority creditor's name and mailing address**

PATIENT 4247
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.57

---

**3.3397** | **Nonpriority creditor's name and mailing address**

PATIENT 4248
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.57

---

**3.3398** | **Nonpriority creditor's name and mailing address**

PATIENT 4250
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.59

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3399 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1.08 |
|---|---|---|---|

| | PATIENT 4251 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3400 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.54 |
|---|---|---|---|

| | PATIENT 4253 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3401 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.54 |
|---|---|---|---|

| | PATIENT 4254 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3402 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.52 |
|---|---|---|---|

| | PATIENT 4256 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3403 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.49 |
|---|---|---|---|

| | PATIENT 4258 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3404** **Nonpriority creditor's name and mailing address**

PATIENT 4259
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.49

---

**3.3405** **Nonpriority creditor's name and mailing address**

PATIENT 4260
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.49

---

**3.3406** **Nonpriority creditor's name and mailing address**

PATIENT 4261
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.49

---

**3.3407** **Nonpriority creditor's name and mailing address**

PATIENT 4262
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.49

---

**3.3408** **Nonpriority creditor's name and mailing address**

PATIENT 4263
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.49

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3409 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4264<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |

| 3.3410 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4265<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |

| 3.3411 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4266<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |

| 3.3412 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4267<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |

| 3.3413 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4268<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | **Additional Page** |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.3414 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4269<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |
| 3.3415 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4270<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |
| 3.3416 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4271<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.49 |
| 3.3417 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4272<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.48 |
| 3.3418 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 4274<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.46 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3419** | **Nonpriority creditor's name and mailing address**
PATIENT 4275
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.44

---

**3.3420** | **Nonpriority creditor's name and mailing address**
PATIENT 4276
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.42

---

**3.3421** | **Nonpriority creditor's name and mailing address**
PATIENT 4277
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.39

---

**3.3422** | **Nonpriority creditor's name and mailing address**
PATIENT 4278
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.37

---

**3.3423** | **Nonpriority creditor's name and mailing address**
PATIENT 4279
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.37

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3424**  **Nonpriority creditor's name and mailing address**

PATIENT 4280
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.35

**3.3425**  **Nonpriority creditor's name and mailing address**

PATIENT 4281
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.34

**3.3426**  **Nonpriority creditor's name and mailing address**

PATIENT 4282
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.34

**3.3427**  **Nonpriority creditor's name and mailing address**

PATIENT 4283
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.34

**3.3428**  **Nonpriority creditor's name and mailing address**

PATIENT 4284
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.34

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|
| 3.3429 | **Nonpriority creditor's name and mailing address** | $0.34 |
| | PATIENT 4285 | |

**As of the petition filing date, the claim is:**
*Check all that apply.*

PATIENT 4285
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3430 **Nonpriority creditor's name and mailing address** — $0.34

PATIENT 4286
REDACTED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3431 **Nonpriority creditor's name and mailing address** — $0.34

PATIENT 4287
REDACTED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3432 **Nonpriority creditor's name and mailing address** — $0.33

PATIENT 4288
REDACTED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.3433 **Nonpriority creditor's name and mailing address** — $0.33

PATIENT 4289
REDACTED

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3434** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.33
*Check all that apply.*

PATIENT 4290
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3435** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.33
*Check all that apply.*

PATIENT 4291
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3436** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.33
*Check all that apply.*

PATIENT 4292
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3437** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.33
*Check all that apply.*

PATIENT 4293
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3438** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.32
*Check all that apply.*

PATIENT 4294
REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3439** **Nonpriority creditor's name and mailing address**

PATIENT 4295
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.32

---

**3.3440** **Nonpriority creditor's name and mailing address**

PATIENT 4296
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.31

---

**3.3441** **Nonpriority creditor's name and mailing address**

PATIENT 4298
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.28

---

**3.3442** **Nonpriority creditor's name and mailing address**

PATIENT 4299
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.28

---

**3.3443** **Nonpriority creditor's name and mailing address**

PATIENT 4300
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.28

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3444**   **Nonpriority creditor's name and mailing address**

PATIENT 4301
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.28

---

**3.3445**   **Nonpriority creditor's name and mailing address**

PATIENT 4302
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.28

---

**3.3446**   **Nonpriority creditor's name and mailing address**

PATIENT 4304
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.27

---

**3.3447**   **Nonpriority creditor's name and mailing address**

PATIENT 4305
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.27

---

**3.3448**   **Nonpriority creditor's name and mailing address**

PATIENT 4306
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.26

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.26 |
| | | *Check all that apply.* | |

PATIENT 4307
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.26 |
| | | *Check all that apply.* | |

PATIENT 4308
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.25 |
| | | *Check all that apply.* | |

PATIENT 4309
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.24 |
| | | *Check all that apply.* | |

PATIENT 4310
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3453 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.24 |
| | | *Check all that apply.* | |

PATIENT 4311
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3454**    **Nonpriority creditor's name and mailing address**

PATIENT 4312
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.24

---

**3.3455**    **Nonpriority creditor's name and mailing address**

PATIENT 4313
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.24

---

**3.3456**    **Nonpriority creditor's name and mailing address**

PATIENT 4314
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.24

---

**3.3457**    **Nonpriority creditor's name and mailing address**

PATIENT 4315
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.23

---

**3.3458**    **Nonpriority creditor's name and mailing address**

PATIENT 4316
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.23

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3459 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.22 |
|---|---|---|---|

PATIENT 4318
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3460 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.21 |
|---|---|---|---|

PATIENT 4319
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3461 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.21 |
|---|---|---|---|

PATIENT 4320
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.20 |
|---|---|---|---|

PATIENT 4321
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3463 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.19 |
|---|---|---|---|

PATIENT 4322
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.18 |
|---|---|---|---|

PATIENT 4323
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.18 |
|---|---|---|---|

PATIENT 4324
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.17 |
|---|---|---|---|

PATIENT 4325
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.13 |
|---|---|---|---|

PATIENT 4329
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.08 |
|---|---|---|---|

PATIENT 4332
REDACTED

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.08 |
|---|---|---|---|

3.3469 | **Nonpriority creditor's name and mailing address**
PATIENT 4333
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.08

---

3.3470 | **Nonpriority creditor's name and mailing address**
PATIENT 4334
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.08

---

3.3471 | **Nonpriority creditor's name and mailing address**
PATIENT 4335
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.07

---

3.3472 | **Nonpriority creditor's name and mailing address**
PATIENT 4336
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.06

---

3.3473 | **Nonpriority creditor's name and mailing address**
PATIENT 4337
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$0.05

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3474 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 4339 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.05 |
|---|---|---|---|
| 3.3475 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 4340 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.04 |
| 3.3476 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 4341 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.03 |
| 3.3477 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 4342 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.02 |
| 3.3478 | **Nonpriority creditor's name and mailing address** <br><br> PATIENT 4348 <br> REDACTED <br><br> **Date or dates debt was incurred** <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> PATIENT CREDITS <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $0.01 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.3479 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4349<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.3480 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4350<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.3481 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4351<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.3482 | **Nonpriority creditor's name and mailing address**<br>PATIENT 4352<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $0.01 |
| 3.3483 | **Nonpriority creditor's name and mailing address**<br>PATIENT 491<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,491.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,281.74 |
|---|---|---|---|

3.3484 **Nonpriority creditor's name and mailing address**
PATIENT 557
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,281.74

3.3485 **Nonpriority creditor's name and mailing address**
PATIENT 591
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,168.98

3.3486 **Nonpriority creditor's name and mailing address**
PATIENT 594
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,162.96

3.3487 **Nonpriority creditor's name and mailing address**
PATIENT 622
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,070.73

3.3488 **Nonpriority creditor's name and mailing address**
PATIENT 637
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,039.52

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3489** **Nonpriority creditor's name and mailing address**

PATIENT 638
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,037.20

---

**3.3490** **Nonpriority creditor's name and mailing address**

PATIENT 645
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,008.00

---

**3.3491** **Nonpriority creditor's name and mailing address**

PATIENT 648
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,000.00

---

**3.3492** **Nonpriority creditor's name and mailing address**

PATIENT 656
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$974.19

---

**3.3493** **Nonpriority creditor's name and mailing address**

PATIENT 685
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$888.41

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3494** | **Nonpriority creditor's name and mailing address**
PATIENT 686
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$885.00

---

**3.3495** | **Nonpriority creditor's name and mailing address**
PATIENT 709
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$832.16

---

**3.3496** | **Nonpriority creditor's name and mailing address**
PATIENT 713
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$824.85

---

**3.3497** | **Nonpriority creditor's name and mailing address**
PATIENT 714
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$824.35

---

**3.3498** | **Nonpriority creditor's name and mailing address**
PATIENT 718
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$815.46

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.3499** **Nonpriority creditor's name and mailing address**

PATIENT 722
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$798.68

---

**3.3500** **Nonpriority creditor's name and mailing address**

PATIENT 753
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$742.85

---

**3.3501** **Nonpriority creditor's name and mailing address**

PATIENT 800
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$654.53

---

**3.3502** **Nonpriority creditor's name and mailing address**

PATIENT 804
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$649.95

---

**3.3503** **Nonpriority creditor's name and mailing address**

PATIENT 811
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.90

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3504** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $631.58

PATIENT 816
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3505** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $559.73

PATIENT 850
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3506** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $549.68

PATIENT 852
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3507** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $540.05

PATIENT 858
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3508** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00

PATIENT 873
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

**3.3509**    **Nonpriority creditor's name and mailing address**

PATIENT 892
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$450.39

---

**3.3510**    **Nonpriority creditor's name and mailing address**

PATIENT 904
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$434.37

---

**3.3511**    **Nonpriority creditor's name and mailing address**

PATIENT 906
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$427.01

---

**3.3512**    **Nonpriority creditor's name and mailing address**

PATIENT 907
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$453.56

---

**3.3513**    **Nonpriority creditor's name and mailing address**

PATIENT 918
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$401.22

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $400.00 |
|---|---|---|---|

PATIENT 919
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3515 | **Nonpriority creditor's name and mailing address** | | $386.92 |
|---|---|---|---|

PATIENT 924
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3516 | **Nonpriority creditor's name and mailing address** | | $385.00 |
|---|---|---|---|

PATIENT 925
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3517 | **Nonpriority creditor's name and mailing address** | | $384.88 |
|---|---|---|---|

PATIENT 926
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3518 | **Nonpriority creditor's name and mailing address** | | $375.28 |
|---|---|---|---|

PATIENT 934
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
| --- | --- | --- | --- |

| 3.3519 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $406.79 |
| | PATIENT 938 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3520 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $366.13 |
| | PATIENT 940 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3521 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $365.77 |
| | PATIENT 941 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3522 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $353.16 |
| | PATIENT 945 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3523 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $350.00 |
| | PATIENT 948 | *Check all that apply.* | |
| | REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | PATIENT CREDITS | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3524 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 951<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $339.04 |
|---|---|---|---|
| 3.3525 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 953<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $334.80 |
| 3.3526 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 955<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $334.35 |
| 3.3527 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 956<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $331.14 |
| 3.3528 | **Nonpriority creditor's name and mailing address**<br><br>PATIENT 958<br>REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PATIENT CREDITS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $329.20 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.3529** **Nonpriority creditor's name and mailing address**
PATIENT 959
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$328.02

---

**3.3530** **Nonpriority creditor's name and mailing address**
PATIENT 961
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$325.00

---

**3.3531** **Nonpriority creditor's name and mailing address**
PATIENT 966
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$320.57

---

**3.3532** **Nonpriority creditor's name and mailing address**
PATIENT 968
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$315.91

---

**3.3533** **Nonpriority creditor's name and mailing address**
PATIENT 970
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$312.09

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3534**    **Nonpriority creditor's name and mailing address** — **As of the petition filing date, the claim is:** — $304.62

PATIENT 975
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3535**    **Nonpriority creditor's name and mailing address** — **As of the petition filing date, the claim is:** — $300.46

PATIENT 982
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3536**    **Nonpriority creditor's name and mailing address** — **As of the petition filing date, the claim is:** — $300.00

PATIENT 986
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3537**    **Nonpriority creditor's name and mailing address** — **As of the petition filing date, the claim is:** — $300.00

PATIENT 987
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3538**    **Nonpriority creditor's name and mailing address** — **As of the petition filing date, the claim is:** — $295.00

PATIENT 992
REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
PATIENT CREDITS

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3539** **Nonpriority creditor's name and mailing address**
PATIENT 994
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$288.12

---

**3.3540** **Nonpriority creditor's name and mailing address**
PATIENT 998
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$286.26

---

**3.3541** **Nonpriority creditor's name and mailing address**
PATIENT 999
REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PATIENT CREDITS

**Is the claim subject to offset?**
☒ No
☐ Yes

$286.16

---

**3.3542** **Nonpriority creditor's name and mailing address**
PATIENT REFUND-ATHENA
311 ARSENAL STREET
WATERTOWN, MA  024722782

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$74.20

---

**3.3543** **Nonpriority creditor's name and mailing address**
PATTY KAKE, INC
2022 W NW HWY SUITE 210
GRAPEVINE, TX  76051

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$18,000.00**

PENRAD TECHNOLOGIES INC
114 COMMERCE CIRCLE
BUFFALO, MN  55313

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3545** | **Nonpriority creditor's name and mailing address** | **$16,462.30**

PENTAX
3 PARAGON DRIVE
MONTVILLE, NJ  07645

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3546** | **Nonpriority creditor's name and mailing address** | **$4,368.58**

PERFORMANCE HEALTH SUPPLY INC
28100 TORCH PARKWAY STE 700
WARRENVILLE, IL  60555-3938

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3547** | **Nonpriority creditor's name and mailing address** | **$201.25**

PETER BRASSELER HOLDINGS, LLC
ONE BRASSELER BLVD
SAVANNAH, GA  31419

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3548** | **Nonpriority creditor's name and mailing address** | **$442.40**

PFIZER, INC
235 EAST 42ND STREET
NEW YORK, NY  10017-5755

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3549** | **Nonpriority creditor's name and mailing address**

PHILIPS HEALTHCARE
SEAN LATHAM MGR AR
3000 MINUTEMAN ROAD MS 400
ANDOVER, MA 01810

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$354,179.49

---

**3.3550** | **Nonpriority creditor's name and mailing address**

POSITIVE PROMOTIONS INC
15 GILPIN AVE
HAUPPAUGE, NY 11788

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$841.61

---

**3.3551** | **Nonpriority creditor's name and mailing address**

POWER SYSTEMS
PO BOX 51030
KNOXVILLE, TN 37950-1030

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$31.54

---

**3.3552** | **Nonpriority creditor's name and mailing address**

PRECISION DYNAMICS CORPORATION
4193 SOLUTIONS CTR
CHICAGO, IL 60677-4001

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,408.34

---

**3.3553** | **Nonpriority creditor's name and mailing address**

PREMIER ANESTHESIA
ANNI GLOVER MARKETING DIRECTOR
2655 NORTHWINDS PKWY
ALPHARETTA, GA 30009

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,010,027.97

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3554 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15,067.11 |
|---|---|---|---|

| 3.3554 | **Nonpriority creditor's name and mailing address**<br><br>PRESS GANEY ASSOCIATED INC<br>BOX 88355<br>MILWAUKEE, WI  53288-0335<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,067.11 |
| 3.3555 | **Nonpriority creditor's name and mailing address**<br><br>PREVENTICE SERVICES, LLC<br>1717 N SAM HOUSTON PARKWAY WEST<br>SUITE 100<br>HOUSTON, TX  77038<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,071.65 |
| 3.3556 | **Nonpriority creditor's name and mailing address**<br><br>PRODIGY HEALTH SUPPLIER CORPORATION<br>9417 BRODIE LANE<br>AUSTIN, TX  78748<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $528.00 |
| 3.3557 | **Nonpriority creditor's name and mailing address**<br><br>PULMONARY CRITICAL CARE<br>75 GOLDEN SCROLL CIRCLE<br>SPRING, TX  77382<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $44.57 |
| 3.3558 | **Nonpriority creditor's name and mailing address**<br><br>PULSE PHYSICIAN ORGANIZATION<br>119 MEDICAL PARK LN SUITE D<br>HUNTSVILLE, TX  77340<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,886.01 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $396.44 |
|---|---|---|---|

QUEST DIAGNOSTIC
3500 HORIZON DR
KING OF PRUSSIA, PA 19406

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $210.00 |
|---|---|---|---|

QUILLEN E. GRIFFITH JR.
2726 E CAPPS RD
LIVINGSTON, TX 77351

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $9,190.52 |
|---|---|---|---|

RADIOMETER AMERICA INC
810 SHARON DRIVE
WESTLAKE, OH 44145

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,105.00 |
|---|---|---|---|

RAVE WIRELESS INC.
50 SPEEN STREET SUITE 301
FRAMINGHAM, MA 01701

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100,555.04 |
|---|---|---|---|

RECONDO TECHNOLOGY INC
7900 E UNION AVE
SUITE 400
DENVER, CO 80237

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3564** **Nonpriority creditor's name and mailing address**

REDWOOD LAB SERVICES
3650 WESTWIND BLVD
SANTA ROSA, CA  95403

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,650.00

---

**3.3565** **Nonpriority creditor's name and mailing address**

REGISTRY PARTNERS INCORPORATED
2607 HOLLY HILL STREET SUITE D
BURLINGTON, NC  27215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.75

---

**3.3566** **Nonpriority creditor's name and mailing address**

RELIABLE IT
1201 3RD STREET SUITE 100
ALEXANDRIA, LA  71301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$366.48

---

**3.3567** **Nonpriority creditor's name and mailing address**

REMEL INC
12076 SANTA FE DR
LENEXA, KS  66215

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,862.84

---

**3.3568** **Nonpriority creditor's name and mailing address**

REMOTE PHARMACY SOLUTIONS
7307 STARFLOWER
KATY, TX  77494

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,860.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3569** **Nonpriority creditor's name and mailing address**

RESOURCES SECURITY, INC
PO BOX 425
HUNTSVILLE, TX 77342

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$427.40

---

**3.3570** **Nonpriority creditor's name and mailing address**

RETINA CONSULTANTS OF HOUSTON
PO BOX 4634 DEPT 100
HOUSTON, TX 77210-4634

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,068.58

---

**3.3571** **Nonpriority creditor's name and mailing address**

RICHARD-ALLAN SCIENTIFIC
4481 CAMPUS DR
KALAMAZOO, MI 49008

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$619.43

---

**3.3572** **Nonpriority creditor's name and mailing address**

RISING MEDICAL SOLUTIONS
PO BOX 9201

AUSTIN, TX 78766

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,456.74

---

**3.3573** **Nonpriority creditor's name and mailing address**

ROBERT D. PIERCE II
1525 SAM HOUSTON AVE
HUNTSVILLE, TX 77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$633.97

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|--------------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.3574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $204.00 |
| | ROBERT GALEN YOUNGER | *Check all that apply.* | |
| | PO BOX 690194 | ☐ Contingent | |
| | HOUSTON, TX 77269 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $16,420.75 |
| | ROCHE DIAGNOSTICS CORP | *Check all that apply.* | |
| | 9115 HAGUE RD | ☐ Contingent | |
| | INDIANAPOLIS, IN 46250 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $410.00 |
| | RON'S LASER SERVICE | *Check all that apply.* | |
| | PO BOX 3173 | ☐ Contingent | |
| | CONROE, TX 77305-3173 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $81.45 |
| | RR DONNELLEY | *Check all that apply.* | |
| | PO BOX 730165 | ☐ Contingent | |
| | DALLAS, TX 75373-1065 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $183.68 |
| | RUHOF CORP | *Check all that apply.* | |
| | 393 SAFAMORE AVENUE | ☐ Contingent | |
| | MINEOLA, NY 11501-1919 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3579**  **Nonpriority creditor's name and mailing address**

SABRE INVESTMENTS, LLC
1 PASTORAL POND CIR
THE WOODLANDS, TX 77380

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,391,660.11

---

**3.3580**  **Nonpriority creditor's name and mailing address**

SAM HOUSTON STATE UNIVERSITY
PO BOX 2268
HUNTSVILLE, TX 77341

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$70,000.00

---

**3.3581**  **Nonpriority creditor's name and mailing address**

SAN JACINTO SPECIAL UTILITY DISTRIC
70 CHURCH AVE
COLDSPRING, TX 77331

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.80

---

**3.3582**  **Nonpriority creditor's name and mailing address**

SCORPION HEALTHCARE, LLC
28480 AVENUE STANFORD SUITE 100
VALENCIA, CA 91355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,000.00

---

**3.3583**  **Nonpriority creditor's name and mailing address**

SCOTT & WHITE HEALTH PLAN
1206 W CAMPUS DR
TEMPLE, TX 76502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,769.31

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3584** | **Nonpriority creditor's name and mailing address**

SCOTT COMMUNICATIONS, INC
10535 FM 1097 RD WEST SUITE A
WILLIS, TX  77318

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$300.00

---

**3.3585** | **Nonpriority creditor's name and mailing address**

SEHGAL, SUDHIR
PO BOX 540088
HOUSTON, TX  77254

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,950.94

---

**3.3586** | **Nonpriority creditor's name and mailing address**

SERVICE & COMPLIANCE CONS. INC.
901 NORMAL PARK STE 204
HUNTSVILLE, TX  77320

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,100.00

---

**3.3587** | **Nonpriority creditor's name and mailing address**

SERVICE EXPRESS, INC.
3854 BROADMOOR AVE SE
GRAND RAPIDS, MI  49512

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,538.00

---

**3.3588** | **Nonpriority creditor's name and mailing address**

SHAMROCK SCIENTIFIC
34 DAVIS DRIVE
BELLWOOD, IL  60104

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$61.96

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

---

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.3589** | **Nonpriority creditor's name and mailing address**
SHANNON L BROWN
28415 MONTEREY CLIFF LN
HUFFMAN, TX 77336

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

$510,000.00

---

**3.3590** | **Nonpriority creditor's name and mailing address**
SHERWIN-WILLIAMS
1109 AVE M
HUNTSVILLE, TX 77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$80.92

---

**3.3591** | **Nonpriority creditor's name and mailing address**
SHUKLA, URMIL MD
130 MEDICAL CENTER PKWY 10
HUNTSVILLE, TX 77340

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,422.01

---

**3.3592** | **Nonpriority creditor's name and mailing address**
SIEMENS DIAGNOSTICS
115 NORWOORD PARK SOUTH
NORWOOD, MA 02062

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,300.00

---

**3.3593** | **Nonpriority creditor's name and mailing address**
SIEMENS MEDICAL SOLUTIONS USA, INC
51 VALLEY STREAM PARKWAY
MALVERN, PA 19355

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,453.99

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3594 | **Nonpriority creditor's name and mailing address**<br><br>SLOAN CORPORATION<br>4224 S 133RD ST STE G<br>OMAHA, NE 68137<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $938.84 |

| 3.3595 | **Nonpriority creditor's name and mailing address**<br><br>SMILE MAKERS<br>PO BOX 2543<br>SPARTANBURG, SC 29304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $89.88 |

| 3.3596 | **Nonpriority creditor's name and mailing address**<br><br>SMITH & NEPHEW ENDOSCOPY INC<br>1450 BROOKS RD<br>MEMPHIS, TN 38116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,185.46 |

| 3.3597 | **Nonpriority creditor's name and mailing address**<br><br>SMITH & NEPHEW INC<br>1450 BROOKS RD<br>MEMPHIS, TN 38116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $37,117.25 |

| 3.3598 | **Nonpriority creditor's name and mailing address**<br><br>SMITH & NEPHEW WOUND MANAGEMENT<br>1450 BROOKS RD<br>MEMPHIS, TN 38116<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,375.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3599 | **Nonpriority creditor's name and mailing address**<br><br>SOLOS ENDOSCOPY<br>65 SPRAGUE STREET WEST B<br>BOSTON, MA 02136<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $159.04 |
|---|---|---|---|
| 3.3600 | **Nonpriority creditor's name and mailing address**<br><br>SOLSYS MEDICAL, LLC<br>600 THIMBLE SHOALS BLVD STE 200<br>NEWPORT NEWS, VA 23606<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,704.00 |
| 3.3601 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWEST HISTOLOGY LLC<br>3700 CURIE DRIVE<br>SUITE 6000<br>EL PASO, TX 79902<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $133.14 |
| 3.3602 | **Nonpriority creditor's name and mailing address**<br><br>SPECTRACORP TECHNOLOGIES GROUP INC<br>8181 LBJ FREEWAY SUITE 360<br>DALLAS, TX 75251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,032.11 |
| 3.3603 | **Nonpriority creditor's name and mailing address**<br><br>SPOK, INC<br>10400 YELLOW CIRCLE DRIVE<br>EDEN PRAIRIE, MN 55343<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $839.56 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3604 | **Nonpriority creditor's name and mailing address**<br><br>SPRING CREEK UROLOGY LLC<br>PO BOX 4346 DEPT 642<br>HOUSTON, TX 77210-4346<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,616.28 |

| 3.3605 | **Nonpriority creditor's name and mailing address**<br><br>ST. JOSEPH HOSPICE OF HOUSTON, LLC<br>10615 JEFFERSON HWY<br>BATON ROUGE, LA 70809<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $900.00 |

| 3.3606 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES ADVANTAGE<br>PO BOX 71217<br>CHICAGO, IL 60694-1217<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $184.93 |

| 3.3607 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES CONTRACT & COMMERCIAL, INC<br>500 STAPLES ADVANTAGE<br>FRAMINGHAM, MA 01702<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $27,265.34 |

| 3.3608 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES PROMOTIONAL PRODUCTS<br>7500 W. 110TH STREET<br>OVERLAND PARK, KS 66212<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $231.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3609 | **Nonpriority creditor's name and mailing address**<br><br>STAT HOME HEALTH HOUSTON,LLC<br>10615 JEFFERSON HIGHWAY<br>BATON ROUGE, LA 70809<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $26,388.00 |
| 3.3610 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF LOUISIANA<br>PO BOX 96074<br>BATON ROUGE, LA 70896<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $526.26 |
| 3.3611 | **Nonpriority creditor's name and mailing address**<br><br>STATE OF TEXAS OFFICE OF RISK MANAGEMENT<br>PO BOX 260287<br><br>PLANO, TX 75026<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IDENTIFIED OVERPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,100.17 |
| 3.3612 | **Nonpriority creditor's name and mailing address**<br><br>STEPHEN M. SIMS, MD, PA<br>503 MEDICAL CENTER BLVD STE 110<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $33.27 |
| 3.3613 | **Nonpriority creditor's name and mailing address**<br><br>STERICYCLE<br>8950 CONROE PARK NORTH DRIVE<br>CONROE, TX 77303<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,109.73 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.3614 | **Nonpriority creditor's name and mailing address**<br>STERIS CORPORATION<br>5960 HEISLEY ROAD<br>MENTOR, OH 44061-0834<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $24,186.21 |
| 3.3615 | **Nonpriority creditor's name and mailing address**<br>STORAGE SYSTEMS UNLIMITED INC<br>3343 ASPEN GROVE DRIVE<br>STE 290<br>FRANKLIN, TN 37067<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $279.62 |
| 3.3616 | **Nonpriority creditor's name and mailing address**<br>STRATUS AUDIO, INC<br>PO BOX 675007<br>DETROIT, MI 48267-5007<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $384.12 |
| 3.3617 | **Nonpriority creditor's name and mailing address**<br>STROUDWATER ASSOCIATES<br>ERIC SHELL CHAIRMAN<br>STROUDWATER CROSSING<br>1685 CONGRESS ST STE 202<br>PORTLAND, ME 04102<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PROFESSIONAL SERVICES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $215,645.15 |
| 3.3618 | **Nonpriority creditor's name and mailing address**<br>STROUDWATER ASSOCIATES<br>STROUDWATER CROSSING<br>1685 CONGRESS ST SUITE 202<br>PORTLAND, ME 04102<br><br>**Date or dates debt was incurred**<br>5/17/2019<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3619 | **Nonpriority creditor's name and mailing address**<br><br>STRYKER CORPORATION<br>3800 EAST CENTRE AVE<br>PORTAGE, MI 49002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,776.88 |
|---|---|---|---|
| 3.3620 | **Nonpriority creditor's name and mailing address**<br><br>STRYKER ENDOSCOPY<br>5900 OPTICAL COURT<br>SAN JOSE, CA 95020<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,583.81 |
| 3.3621 | **Nonpriority creditor's name and mailing address**<br><br>STRYKER ORTHOPAEDICS<br>3625 WILLOWBEND SUITE 132<br>HOUSTON, TX 77054<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,702.16 |
| 3.3622 | **Nonpriority creditor's name and mailing address**<br><br>STRYKER SALES CORP.<br>4100 E MILHAM AVE<br>KALAMAZOO, MI 49001<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,915.28 |
| 3.3623 | **Nonpriority creditor's name and mailing address**<br><br>STRYKER SUSTAINABILITY SOLUTIONS<br>10232 SOUTH 51ST STREET<br>PHOENIX, AZ 85044<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $79,901.93 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3624 | **Nonpriority creditor's name and mailing address**<br>STUART A LEDER, MD<br>13414 MEDICAL COMPLEX DRIVE<br>SUITE 12<br>TOMBALL, TX 77375<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,256.62 |

| 3.3625 | **Nonpriority creditor's name and mailing address**<br>SUMMIT IMAGING, INC<br>15000 WOODINVILLE REDMOND RD NE<br>BLDG B STE 800<br>WOODINVILLE, WA 98072<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,600.00 |

| 3.3626 | **Nonpriority creditor's name and mailing address**<br>SUNIL K. REDDY MDPA<br>1501 RIVER POINTE DR<br>CONROE, TX 77304<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,713.16 |

| 3.3627 | **Nonpriority creditor's name and mailing address**<br>SURE TECH DIAGNOSTIC ASSOC INC<br>11040 LIN VALLE STE D<br>ST LOUIS, MO 63123<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $309.00 |

| 3.3628 | **Nonpriority creditor's name and mailing address**<br>SUTURE EXPRESS, INC<br>11020 KING STREET SUITE 400<br>OVERLAND PARK, KS 66210<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,593.95 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3629**  Nonpriority creditor's name and mailing address

SYMPLR
315 CAPITOL STREET 100
HOUSTON, TX 77002

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,000.00

---

**3.3630**  Nonpriority creditor's name and mailing address

SYNERGY RADIOLOGY ASSOCIATES
7026 OLD KATY ROAD SUITE 276
HOUSTON, TX 77024

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$87.68

---

**3.3631**  Nonpriority creditor's name and mailing address

TELEDATA
PO BOX 3930
BRYAN, TX 77805

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$120.00

---

**3.3632**  Nonpriority creditor's name and mailing address

TELEFLEX FUNDING LLC
3015 CARRINGTON MILL BLVD
MORRISVILLE, NC 27560

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,720.71

---

**3.3633**  Nonpriority creditor's name and mailing address

TEMPTIME CORPORATION
116 AMERICAN ROAD
MORRIS PLAINS, NJ 07950

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$234.00

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3634 | **Nonpriority creditor's name and mailing address**<br><br>TENNANT SALES AND SERVICE<br>PO BOX 71414<br>CHICAGO, IL 60694-1414<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,255.95 |
|---|---|---|---|
| 3.3635 | **Nonpriority creditor's name and mailing address**<br><br>TERREY'S LAWN SERVICE<br>PO BOX 975<br>HUNTSVILLE, TX 77342<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $350.00 |
| 3.3636 | **Nonpriority creditor's name and mailing address**<br><br>TERUMO<br>2101 COTTONTAIL LANE<br>SOMERSET, NJ 08873<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,803.90 |
| 3.3637 | **Nonpriority creditor's name and mailing address**<br><br>TEXAN EMS LLC<br>PO BOX 2297<br>LIVINGSTON, TX 77351<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,740.00 |
| 3.3638 | **Nonpriority creditor's name and mailing address**<br><br>TEXAS A&M AGRILIFE EXTENSION SVC<br>PO BOX 10420<br>COLLEGE STATION, TX 77842-2147<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $625.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |

| 3.3639 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $474.03 |
| | TEXAS CARDIOLOGY ASSOCIATED OF | *Check all that apply.* | |
| | 601 RIVER POINTE DRIVE SUITE 105 | ☐ Contingent | |
| | CONROE, TX 77304 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3640 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $924.58 |
| | TEXAS COMMUNICATIONS | *Check all that apply.* | |
| | 1389 N HARVEY MITCHELL PKWY | ☐ Contingent | |
| | BRYAN, TX 77803 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3641 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20,835.00 |
| | TEXAS HOSPITAL ASSOCIATION | *Check all that apply.* | |
| | 1108 LAVACA SUITE 700 | ☐ Contingent | |
| | AUSTIN, TX 78701 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3642 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $113.27 |
| | TEXAS INSTITUTE FOR KIDNEY AND | *Check all that apply.* | |
| | 10 MEDICAL CENTER BLVD STE A | ☐ Contingent | |
| | LUFKIN, TX 75904 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3643 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $38,600.00 |
| | TEXAS LITHOTRIPSY LP VIII | *Check all that apply.* | |
| | 9825 SPECTRUM DR BLDG 3 | ☐ Contingent | |
| | AUSTIN, TX 78717-4930 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | | TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3644 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $8,137.00 |
|---|---|---|---|
| | THE DOCTOR'S EXCHANGE <br> 19399 HELENBIRG RD STE 1 <br> COVINGSTON, LA 70433 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.3645 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $871.30 |
|---|---|---|---|
| | THE FILTER MAN LLC <br> 18924 E INDUSTRIAL PARKWAY <br> NEW CANEY, TX 77357 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.3646 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $214.50 |
|---|---|---|---|
| | THE HUNTSVILLE ITEM <br> 1409 10TH STREET <br> HUNTSVILLE, TX 77320 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.3647 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $3,296.67 |
|---|---|---|---|
| | THE KIDNEY CENTER OF WALKER CO, LLC <br> 102 MEDICAL PARK LN STE A <br> HUNTSVILLE, TX 77340 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| 3.3648 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $20.00 |
|---|---|---|---|
| | THE NEW RADEBAUGH FETZER CO <br> 22400 ASCOA COURT <br> STRONGSVILLE, OH 44149 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** <br> TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3649 | **Nonpriority creditor's name and mailing address**<br><br>THE O'NEILL FIRM LLC<br>440 LOUISIANNA<br>SUITE 900<br>HOUSTON, TX 77002<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,162.50 |
|---|---|---|---|

| 3.3650 | **Nonpriority creditor's name and mailing address**<br><br>THE SPECTRANETICS CORP<br>PO BOX 12007 STE 4999<br>CHEYENNE, WY 82003<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,845.49 |
|---|---|---|---|

| 3.3651 | **Nonpriority creditor's name and mailing address**<br><br>THE UNIVERSITY OF TEXAS HEALTH<br>7000 FANNIN STREET<br>HOUSTON, TX 77030<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,000.00 |
|---|---|---|---|

| 3.3652 | **Nonpriority creditor's name and mailing address**<br><br>THE WHITE STONE GROUP, INC<br>100 ASHFORD CENTER NORTH SUITE 300<br>DUNWOODY, GA 30338<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,109.12 |
|---|---|---|---|

| 3.3653 | **Nonpriority creditor's name and mailing address**<br><br>THERMOFISHER FINANCIAL SERVICES,INC<br>81 WYMAN STREET<br>WALTHAM, MA 02454<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>_Check all that apply._<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,711.40 |
|---|---|---|---|

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| **3.3654** | **Nonpriority creditor's name and mailing address**<br><br>THOMPSON MEDIA GROUP LLC<br>PO BOX 25355<br>TAMPA, FL  33633-1620<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $686.99 |
| **3.3655** | **Nonpriority creditor's name and mailing address**<br><br>THYSSENKRUPP ELEVATOR CORPORATION<br>7240 BRITTMOORE RD STE 112<br>HOUSTON, TX  77041-3225<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $379.90 |
| **3.3656** | **Nonpriority creditor's name and mailing address**<br><br>TORNIER INC.<br>10801 NESBITT AVENUE<br>BLOOMINGTON, MN  55437<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,175.45 |
| **3.3657** | **Nonpriority creditor's name and mailing address**<br><br>TRANS UNION LLC<br>555 W ADAMS ST<br>ATTN TAX DEPT<br>CHICAGO, IL  60661<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,358.34 |
| **3.3658** | **Nonpriority creditor's name and mailing address**<br><br>TRI-ANIM HEALTH SERVICE<br>25197 NETWORK PLACE<br>CHICAGO, IL  60673-1251<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $66.38 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3659** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,520.00

TRIGON UNITED, LLC
20111 WYNDHAM ROSE LANE
SPRING, TX 77379

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3660** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,590.00

TRINITY PHYSICS CONSULTING, LLC
14655 NW FRWY SUITE 132
HOUSTON, TX 77040-4051

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3661** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,322.00

T-SYSTEM, INC.
4020 MCEWEN RD
DALLAS, TX 75244

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3662** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,000.00

TXPAGES LLC
PO BOX 96
BURNET, TX 78611

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3663** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,482.78

TYPENEX MEDICAL LLC
303 EAST WACKER DRIVE STE 1030
CHICAGO, IL 60601

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3664 | **Nonpriority creditor's name and mailing address**<br><br>U S FOOD SERVICE<br>10 SOUTH TRADE CENTER PKWY<br>CONROE, TX  77385<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,067.28 |
| 3.3665 | **Nonpriority creditor's name and mailing address**<br><br>U.S. WATER SERVICES<br>12270 43RD STREET NE<br>ST MICHAEL, MN  55376<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,154.22 |
| 3.3666 | **Nonpriority creditor's name and mailing address**<br><br>ULINE<br>980 W BETHEL ROAD<br>COPPELL, TX  75019<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $594.87 |
| 3.3667 | **Nonpriority creditor's name and mailing address**<br><br>ULTIMATE BIOMEDICAL SOLUTIONS, LLC<br>6315B FM 1488 138<br>MAGNOLIA, TX  77354<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,491.68 |
| 3.3668 | **Nonpriority creditor's name and mailing address**<br><br>ULTRA RAD CORPORATION<br>301 PINEDGE DR<br>WEST BERLIN, NJ  08091<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,649.00 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

---

**3.3669** | **Nonpriority creditor's name and mailing address**

UNIFIED LIFE INSURANCE CO.
PO BOX 304

DUNCAN, OK  73534-0304

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$33,639.35

---

**3.3670** | **Nonpriority creditor's name and mailing address**

UNITED HEALTHCARE WEST
PO BOX 30975

SALT LAKE CITY, UT  84130-0975

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.94

---

**3.3671** | **Nonpriority creditor's name and mailing address**

UNITED STATES DEPARTMENT OF LABOR
PO BOX 3300

LONDON, KY  40742-8300

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$5.00

---

**3.3672** | **Nonpriority creditor's name and mailing address**

UNITEDHEALTH GROUP INCORPORATED
2001 WEST LOOP SOUTH
SUITE 900
HOUSTON, TX  77027

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$186,694.43

---

**3.3673** | **Nonpriority creditor's name and mailing address**

URESIL LLC
5418 WEST TOUHY AVE
SKOKIE, IL  60077

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$720.00

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3674** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $397.50
*Check all that apply.*

US COMPOUNDING, INC
PO BOX 2709
CONWAY, AR  72034

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3675** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $115.50
*Check all that apply.*

US MEDICAL DISPOSAL INC
PO BOX 1900
ATHENS, TX  75751

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3676** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,247.17
*Check all that apply.*

US PAIN & SPINE HOSPITAL, LP
5445 LA BRANCH ST
HOUSTON, TX  77004

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3677** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375,079.06
*Check all that apply.*

UTMB CORRECTIONAL MANAGED CARE
DONNA K SOLLENBERGER MA EVP AND CEO
301 UNIVERSITY BLVD
GALVESTON, TX  77555

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3678** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $43,231.43
*Check all that apply.*

UTMB FACULTY GROUP PRACTICE
PO BOX 650859 DEPT 710
DALLAS, TX  75265-0859

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3679** **Nonpriority creditor's name and mailing address**

UTMB HEALTHCARE SYSTEMS
PO BOX 15548

AUSTIN, TX 78761

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$644.71

---

**3.3680** **Nonpriority creditor's name and mailing address**

VASAMED, INC.
7615 GOLDEN TRIANGLE DRIVE STE A
EDEN PRAIRIE, MN 55344

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$880.00

---

**3.3681** **Nonpriority creditor's name and mailing address**

VENTURA EMS
5907 THEALL RD
HOUSTON, TX 77066

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$39,850.75

---

**3.3682** **Nonpriority creditor's name and mailing address**

VERATHON,INC
20001 NORTH CREEK PKWY
BOTHELL, WA 98011-8218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$775.83

---

**3.3683** **Nonpriority creditor's name and mailing address**

VITAL CARE REPS INC
18470 THOMPSON COURT SUITE 1B
TINLEY PARK, IL 60477

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,639.10

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number _(if known)_ | 19-36300 |

(Name)

| **Part 2:** | Additional Page |

|  |  | Amount of claim |
|---|---|---|
| **3.3684** | **Nonpriority creditor's name and mailing address**<br><br>VOLCANO CORPORATION<br>2870 KILGORE ROAD<br>RANCHO CORDOVA, CA  95670<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,545.00 |
| **3.3685** | **Nonpriority creditor's name and mailing address**<br><br>VYAIRE MEDICAL INC.<br>26125 N RIVERWOODS BOULEVARD<br>METTAWA, IL  60045<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,242.58 |
| **3.3686** | **Nonpriority creditor's name and mailing address**<br><br>W L GORE & ASSOCIATES INC<br>PO BOX 751331<br>CHARLOTTE, NC  28275<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $28,846.00 |
| **3.3687** | **Nonpriority creditor's name and mailing address**<br><br>WARRIER, ANIL<br>4065 FOUNTAIN PLAZA DR<br>BOOKFIELD, WI  53005<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,031.87 |
| **3.3688** | **Nonpriority creditor's name and mailing address**<br><br>WELLCARE<br>8725 HENDERSON ROAD<br>TAMPA, FL  33634<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>IDENTIFIED OVERPAYMENT<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $68.77 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.3689 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,815.93 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

WEST HOUSTON RADIOLOGY ASSOC
PO BOX 4346 DEPT 488
HOUSTON, TX 77210-4346

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,815.93

---

**3.3690 Nonpriority creditor's name and mailing address**

WILSON FIRE EQUIPMENT SERVICE
7303 EMPIRE CENTRAL DR
HOUSTON, TX 77040-3214

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,428.87

---

**3.3691 Nonpriority creditor's name and mailing address**

WOLTERS KLUWER HEALTH, INC
8425 WOODFIELD CROSSING BLVD
SUITE 490
INDIANAPOLIS, IN 46240-2495

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,570.78

---

**3.3692 Nonpriority creditor's name and mailing address**

WRIGHT MEDICAL TECH INC
PO BOX 503482
ST LOUIS, MO 63150-3482

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,429.00

---

**3.3693 Nonpriority creditor's name and mailing address**

XEROX BUSINESS SOLUTIONS SOUTHWEST
8200 IH 10 WEST
SAN ANTONIO, TX 78230

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,364.34

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3694**

**Nonpriority creditor's name and mailing address**

XEROX CORPORATION
PO BOX 202882
DALLAS, TX 75320-2882

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,895.96

---

**3.3695**

**Nonpriority creditor's name and mailing address**

YELLOW PAGES
PO BOX 50038
JACKSONVILLE, FL 32240-0038

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$792.00

---

**3.3696**

**Nonpriority creditor's name and mailing address**

YORK RISK SERVICES
PO BOX 183188

COLUMBUS, OH 43218

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
IDENTIFIED OVERPAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,096.17

---

**3.3697**

**Nonpriority creditor's name and mailing address**

ZEBRA TECHNOLOGIES INT'L LLC
333 CORPORATE WOODS PARKWAY
VERNON HILS, IL 60061-3109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,950.00

---

**3.3698**

**Nonpriority creditor's name and mailing address**

ZOLL SERVICES
PO BOX 644321
PITTSBURGH, PA 15264-4321

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,120.70

---

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  | | | Total of claim amounts |
|---|---|---|---|
| **5a.** | Total claims from Part 1 | **5a.** | **NOT APPLICABLE** |
| **5b.** | Total claims from Part 2 | **5b.** + | $18,513,264.77 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | **5c.** | $18,513,264.77 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION</td></tr>
<tr><td>Case number (if known)</td><td>19-36300</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    04/19

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|----|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO SOFTWARE LICENSE AGREEMENT FOR PREMIER MEMBERS | 3M COMPANY<br>ATTN HEATHER BERTOTTI<br>575 W MURRAY BLVD<br>MURRAY, UT  84123-4611 |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 3 TO THE SOFTWARE LICENSE AND SERVICES AGREEMENT | 3M COMPANY<br>ATTN PAULETTE BRIMLEY<br>575 W MURRAY BLVD<br><br>MURRAY, UT  84123-4611 |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 4 TO SOFTWARE LICENSE AGREEMENT<br>AMENDS SOFTWARE LICENSE AGREEMENT DTD 8/29/2005 | 3M COMPANY<br>ATTN PAULETTE BRIMLEY<br>575 W MURRAY BLVD<br>MURRAY, UT  84123-4611 |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 3 TO THE SOFTWARE LICENSE AND SERVICES AGREEMENT | 3M COMPANY<br>PO BOX 844127<br><br>DALLAS, TX  75284-4127 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.5 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 1 TO BUSINESS ASSOCIATE AGREEMENT | 3M HEALTH INFORMATION SYSTEMS INC ATTN PAULETTE BRIMLEY 575 W MURRAY BLVD MURRAY, UT  84123-4611 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.6 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE FACILITY PARTICIPATION AGREEMENT DATED JANUARY 1, 2013 | ABBOTT LABORATORIES INC 100 ABBOTT PARK ROAD ABBOT PARK, IL  60064 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.7 **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO PRICING AGREEMENT DTD 9/1/2016 AMENDS HPG PURCHASING AGREEMENT #S 3037 3041 3310 3322 | ABBOTT LABORATORIES INC ATTN CONTRACT OPS 6300 BEE CAVE RD, BLDG 2, STE 100 AUSTIN, TX  78476 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.8 **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE & TECHNOLOGY PLAN PURCHASE AGREEMENT CUSTOMER NO 1000038744 | ABBOTT LABORATORIES INC ATTN CONTRACT OPS 6300 BEE CAVE RD, BLDG 2, STE 100 AUSTIN, TX  78476 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.9 **State what the contract or lease is for and the nature of the debtor's interest** | CONFIRMATION OF COMMITMENT OF ABSORB GT1 BY PROPERTY TRAINED PHYSICIANS DTD 10/20/2016 CONTRACT 38782 | ABBOTT LABORATORIES INC ATTN KAREN GROENINGER, OPS MGR DEPT CCMT, CP1-4 100 ABBOTT PARK RD ABBOTT PARK, IL  60064-6095 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| 2.10 **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT SERVICE AGREEMENT DTD 3/2/2016 CUSTOMER NUMBER 50365428 | ABBOTT LABORATORIES INC ATTN KAREN GROENINGER, OPS MGR DEPT CCMT, CP1-4 100 ABBOTT PARK RD ABBOTT PARK, IL  60064-6095 |
| **State the term remaining** 3/20/2020 | | |
| **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AMENDS FACILITY PARTICIPATION AGREEMENT DTD 1/1/2013 | ABBOTT LABORATORIES INC ATTN LAUREN BAILEY CONTRACT & PRICING DEPT 720Q, 723 200 ABBOTT PARK RD ABBOTT PARK, IL 60064 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: ACCOUNT NUMBER 27519 DTD 10/20/2016 | ABBOTT LABORATORIES INC ATTN MGR CONT MKTG 3650 MANSELL RD, STE 200 APHARETTA, GA 30022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | PRICING AGREEMENT RE: HPG AGREEMENT #S 3037 3041 3310 3322 | ABBOTT LABORATORIES INC ATTN MGR CONT MKTG 3650 MANSELL RD, STE 200 APHARETTA, GA 30022 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE FACILITY PARTICIPATION AGREEMENT DATED JANUARY 1, 2013 | ABBOTT LABORATORIES INC ATTN STEPHANIE ORGAN, DIRECTOR D-850, AP52 200 ABBOTT PARK RD ABBOTT PARK, IL 60064-6214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AMENDS FACILITY PARTICIPATION AGREEMENT DTD 1/1/2013 | ABBOTT LABORATORIES INC ATTN STEPHANIE ORGAN, DIRECTOR D-D850, AP52 200 ABBOTT PARK RD ABBOTT PARK, IL 60064-6214 |
| | **State the term remaining** | 12/31/2019 | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT 146212 AMENDS FACILITY PARTICIPATION AGREEMENT DTD 1/1/2013 | ABBOTT LABORATORIES INC ATTN STEPHANIE ORGAN, DIRECTOR D-D850, AP52 200 ABBOTT PARK RD ABBOTT PARK, IL 60064-6214 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.17** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | AMENDMENT 146212 AMENDS FACILITY PARTICIPATION AGREEMENT 1/1/2013 | ABBOTT LABORATORIES INC ATTN STEPHANIE ORGAN, DIRECTOR D-D850, AP52 200 ABBOTT PARK RD ABBOTT PARK, IL 60064-6214 |
| **2.18** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | EXHIBIT A - INVENTORY STOCKING AGREEMENT DTD 10/20/2016 ACCOUNT # 27519 LOCATION CR-DEFAULT | ABBOTT LABORATORIES INC ATTN STEPHANIE ORGAN, DIRECTOR D-D850, AP52 200 ABBOTT PARK RD ABBOTT PARK, IL 60064-6214 |
| **2.19** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CONSIGNMENT AGREEMENT ADDENDUM TO CONTRACT DTD 4/17/2014 RE: CONSIGNMENT AGREEMENT DTD 4/17/2014 | ABBOTT MEDICAL OPTICS ATTN DIXIE REA, CONSIGNMENT ASSOC 1700 EAST ST ANDREW PL SANTA ANA, CA 92705 |
| **2.20** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | COMMERCIAL PEST CONTROL PROPOSAL & SERVICE AGREEMENT | ABC PEST & LAWN SERVICES ATTN CLAY SCHMIDTKE 4202 STATE HWY 6 S COLLEGE STATION, TX 77845 |
| **2.21** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT CARDIOLOGY SERVICES | ABDULLAH, ARIF B, MD 102 MEDICAL PARK LN HUNTSVILLE, TX 77340 |
| **2.22** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CERTIFACTS ONLINE SUBSCRIPTION AGREEMENT | ABMS SOLUTIONS LLC ATTN DAVID COURSEY 3525 PIEDMONT RD, BLDG 5, STE 2 ATLANTA, GA 30305 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CERTIFACTS ONLINE SUBSCRIPTION AGREEMENT | ABMS SOLUTIONS LLC <br> ATTN JOHATTN N D MANDELBAUM, CLO <br> 353 N CLARK ST, STE 1400 <br> CHICAGO, IL 60654 |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO VENDOR CONTRACT DTD 1/7/2016 <br> RE: STAFFING AGREEMENT CONTRACT DTD 12/16/2015 | ACCOUNTABLE HEALTHCARE STAFFING INC <br> ATTN LEGAL DEPT <br> 999 YAMATO RD, STE 210 <br> BOCA RATON, FL 33431 |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STAFFING AGREEMENT | ACCOUNTABLE HEALTHCARE STAFFING INC <br> ATTN LEGAL DEPT <br> 999 YAMATO RD, STE 210 <br> BOCA RATON, FL 33431 |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK DTD 10/31/2018 | ACCUDATA SYSTEMS <br> ATTN TERRY DICKSON <br> 10713 W SAM HOUSTON PKWY N, STE 600 <br> HOUSTON, TX 77064 |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT | ACE PORTABLE BUILDINGS AND SELF STORAGE, INC. <br> 3151 OLD HOUSTON ROAD <br><br> HUNTSVILLE, TX 77340 |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RENTAL AGREEMENT CONTRACT DTD 7/2/2018 <br> CODE 03459 | ACE SELF STORAGE <br> 3151 OLD HOUSTON RD <br> HUNTSVILLE, TX 77340 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SERVICE AGREEMENT | ADJUVANT LLC<br>PO BOX 2116<br><br>ST CLOUD, MN 56302-2116 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVANCED HEALTH EDUCATION CENTER ADDENDUM TO CONTRACT | ADVANCED HEALTH EDUCATION CENTER<br>D/B/A MEDRELIEF STAFFING<br>ATTN JENCE CANTU<br>8502 TYBOR<br>HOUSTON, TX 77074 |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGENCY/FACILITY AGREEMENT | ADVANCED HEALTH EDUCATION CENTER<br>D/B/A MEDRELIEF STAFFING<br>ATTN JENCE CANTU<br>8502 TYBOR<br>HOUSTON, TX 77074 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT QUOTE WITH REQUALIFICATION | ADVANCED STERILIZATION PRODUCTS SERVICES, INC.<br>33 TECHNOLOGY DRIVE<br><br>IRVINE, CA 92618 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENTAL STAFFING AGREEMENT DTD 1/1/2017 | ADVANCE'D TEMPORARIES INC<br>ATTN DENISE VANSAU<br>PO BOX 8022<br>1221 WSW LOOP 323<br>TYLER, TX 75711 |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAFFING AGREEMENT | ADVANTAGE RN LLC<br>ATTN RICO PANANGANAN, BUS DEV<br>4184 RELIABLE PKWY<br>CHICAGO, IL 60686-0041 |

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM # 1 TO THE LETTER OF AGREEMENT<br>RE: LETTER OF AGREEMENT DTD 5/20/2010 | ADVISORY BOARD COMPANY, THE<br>ATTN KIMBRA WELLS-METZ, MANAGING DIR<br>2445 M ST NW<br>WASHINGTON, DC  20037 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE LETTER OF AGREEMENT-CRIMSON MARKET ADVANTAGE (PLANNING 20/20) DTD 7/31/2017<br>AMENDS LETTER OF AGREEMENT DTD 12/12/2014 | ADVISORY BOARD COMPANY, THE<br>ATTN KIMBRA WELLS-METZ, MANAGING DIR<br>2445 M ST NW<br>WASHINGTON, DC  20037 |
| | **State the term remaining** | 12/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE LETTER OF AGREEMENT-CRIMSON MARKET ADVANTAGE (PLANNING 20/20) DTD 8/9/2017<br>AMENDS LETTER OF AGREEMENT DTD 12/12/2014 | ADVISORY BOARD COMPANY, THE<br>ATTN KIMBRA WELLS-METZ, MANAGING DIR<br>2445 M ST NW<br>WASHINGTON, DC  20037 |
| | **State the term remaining** | 12/30/2020 | |
| | **List the contract number of any government contract** | | |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAID AND CHIP AND DUAL-ELIGIBLE HOSPITAL SERVICES AGREEMENT | AETNA DBA AETNA BETTER HEALTH<br>PO BOX 14079<br><br>LEXINGTON, KY  40512 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | AETNA EXCHANGE AMENDMENT | AETNA EXCHANGE<br>PO BOX 14079<br><br>LEXINGTON, KY  40512 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | AETNA EXCHANGE AMENDMENT | AETNA EXCHANGE<br>PO BOX 9201<br><br>AUSTIN, TX  78766 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AETNA HEALTH PLANS OF TEXAS AGREEMENT | AETNA HEALTH PLANS OF TEXAS<br>PO BOX 415615<br><br><br>BOSTON, MA  02241-5615 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AETNA MEDICARE ADVANTAGE NETWORK MEDICARE AMENDMENT | AETNA MEDICARE ADVANTAGE NETWORK<br>12455 WESTPARK DR H15<br><br><br>HOUSTON, TX  77082 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HELICOPTER LANDING ZONE AGREEMENT | AIR EVAC EMS INC<br>ATTN JOE GRYGIEL, SR DIRECTOR BASE OPS<br>1001 BOARDWALK SPRINGS PL, STE 250<br>O'FALLON, MO  63368 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALAMO HOSPICE OF LIVINGSTON AGREEMENT | ALAMO HOSPICE<br>OF LIVINGSTON<br>ATTN ADMINISTRATION<br>317 W CHURCH ST, STE 112<br><br>LIVINGSTON, TX  77351 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IMPATIENT SERVICES AGREEMENT | ALAMO HOSPICE OF LIVINGSTON<br>ATTN ADMINISTRATION<br>317 W CHURCH ST, STE 112<br>LIVINGSTON, TX  77351 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INPATIENT SERVICES AGREEMENT | ALAMO HOSPICE OF LIVINGSTON<br>ATTN ADMINISTRATION<br>317 W CHURCH ST, STE 112<br>LIVINGSTON, TX  77351 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | ALI RAZA M.D.<br>91 SOUTH DOWNY WILLOW CIRCLE |
| | **State the term remaining** | | SPRING, TX  77382 |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIANCE<br>(POLITICAL SUBDIVISION WORK COMP)<br>DIRECT CONTRACT AGREEMENT | ALLIANCE<br>(POLITICAL SUBDIVISION WORK COMP)<br>PO BOX 203065 |
| | **State the term remaining** | | AUSTIN, TX  78720 |
| | **List the contract number of any government contract** | | |
| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIED SEARCH AGREEMENT | ALLIED STAFFING NETWORK LLC<br>4055 VALLEY VIEW LN, STE 300<br>DALLAS, TX  75244 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | ALLIED SEARCH AGREEMENT | ALLIED STAFFING NETWORK LLC<br>95 ARGONAUT, STE 220<br>ALISO VIEJO, CA  92656 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITAL PARTICIPATION AGREEMENT | AMERICAN HEART ASSOCIATION INC<br>ATTN LOUISE MORGAN, NATIONAL DIR, GET WITH THE GUIDELINES<br>7272 GREENVILLE AVE<br>DALLAS, TX  75231 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDENTIALING SERVICES AGREEMENT DTD 1/11/2016<br>AMA ACCOUNT NUMBER 48HP02322 | AMERICAN MEDICAL ASSOCIATION<br>515 N STATE ST |
| | **State the term remaining** | | CHICAGO, IL  60610 |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.53** **State what the contract or lease is for and the nature of the debtor's interest** AMERIGROUP AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMERIGROUP<br>PO BOX 933657<br><br>ATLANTA, GA  31193-3657 |
| **2.54** **State what the contract or lease is for and the nature of the debtor's interest** AMERIGROUP AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMERIGROUP<br>PO BOX 933657<br><br>ATLANTA, GA  31193-3657 |
| **2.55** **State what the contract or lease is for and the nature of the debtor's interest** AMERIHEALTH CARITAS AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMERIHEALTH CARITAS<br>PO BOX 7322<br><br>LONDON, KY  40742-7322 |
| **2.56** **State what the contract or lease is for and the nature of the debtor's interest** AMERIHEALTH CARITAS AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMERIHEALTH CARITAS<br>PO BOX 7322<br><br>LONDON, KY  40742-7322 |
| **2.57** **State what the contract or lease is for and the nature of the debtor's interest** INTRAOCULAR LENS CONSIGNMENT AGREEMENT DTD 4/17/2014<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMO SALES & SERVICE INC<br>ATTN DIXIE REA, CONSIGNMENT ASSOC<br>1700 EAST ST<br>ANDREW PL<br>SANTA ANA, CA  92705 |
| **2.58** **State what the contract or lease is for and the nature of the debtor's interest** WEB BASED END USER LICENSE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANGELICA CORPORATION<br>3939 MARKET ST<br>SAN DIEGO, CA  92102 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1<br>AMENDS LINEN & LAUNDRY SERVICES<br>CONTRACT DTD 11/10/2014 | ANGELICA TEXTILE SERVICES, INC.<br>ANGELICA - HOUSTON<br>1441 LATHROP ST<br>HOUSTON, TX 77020 |
| --- | --- | --- | --- |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 2<br>AMENDS LINEN & LAUNDRY SERVICES<br>CONTRACT DTD 11/10/2014 | ANGELICA TEXTILE SERVICES, INC.<br>ANGELICA - HOUSTON<br>1441 LATHROP ST<br>HOUSTON, TX 77020 |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 3<br>AMENDS LINEN & LAUNDRY SERVICES<br>CONTRACT DTD 11/10/2014 | ANGELICA TEXTILE SERVICES, INC.<br>ANGELICA - HOUSTON<br>1441 LATHROP ST<br>HOUSTON, TX 77020 |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LINEN & LAUNDRY SERVICES<br>CONTRACT | ANGELICA TEXTILE SERVICES, INC.<br>ANGELICA - HOUSTON<br>1441 LATHROP ST<br>HOUSTON, TX 77020 |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | ANGELO STATE UNIVERSITY<br>2601 W AVE N<br>SAN ANGELO, TX 76909 |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HIPPA BUSINESS ASSOCIATE<br>AGREEMENT<br>RE: CONSULTING SERVICES<br>AGREEMENT | AON CONSULTING INC<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL 60069-4302 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.65** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER CONSULTING AGREEMENT | AON CONSULTING INC<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |
| **2.66** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RE: HEALTH & BENEFIT SERVICES AGREEMENT DTD 3/6/2013 | AON CONSULTING INC<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |
| **2.67** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK EMPLOYEE BENEFIT PLAN CONSULTING SERVICES REPLACES LETTER OF ENGAGEMENT DTD 10/27/2015 | AON CONSULTING INC<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |
| **2.68** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 12/31/2019 <br><br> **List the contract number of any government contract** | STATEMENT OF WORK EMPLOYEE BENEFIT PLAN CONSULTING SERVICES RE: MASTER CONSULTING AGREEMENT DTD 1/1/2017 | AON CONSULTING INC<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |
| **2.69** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | CONFIDENTIALITY AGREEMENT THIRD PARTY CO RECIPIENT FOR CURRENT CUSTOMER | AON CONSULTING INC<br>D/B/A AON HEWITT<br>ATTN BRIAN M FERN VP<br>1001 BRICKELL BAY DR, STE 1000<br>MIAMI, FL  33131 |
| **2.70** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | STATEMENT OF WORK | AON CONSULTING, INC.<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFORDABLE CARE ACT 6055/6056 2015 TAX REPORTING-DATA ONLY SOLUTION DTD 10/13/2015 | AON HEWITT<br>C/O AON HEWITT<br>ATTN CHIEF COUNSEL<br>4 OVERLOOK POINT<br>LINCOLNSHIRE, IL  60069-4302 |
|---|---|---|---|
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE ORDER | AONHEWITT<br>1001 BRICKELL BAY DR, STE 1000<br><br><br>MIAMI, FL  33131 |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HEALTH & BENEFITS SERVICES AGREEMENT | AONHEWITT<br>1001 BRICKELL BAY DR, STE 1000<br><br><br>MIAMI, FL  33131 |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO THE API SOFTWARE LICENSE EQUIPMENT AND SERVICS PURCHASE AGREEMENT | API HEALTHCARE CORPORATION<br>ATTN ACCOUNTS RECEIVABLE<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #084926 | API HEALTHCARE CORPORATION<br>ATTN ANDREW FEELY<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #092725 | API HEALTHCARE CORPORATION<br>ATTN ANDREW FEELY<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #093945 | API HEALTHCARE CORPORATION<br>ATTN ANDREW FEELY<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #095146 | API HEALTHCARE CORPORATION<br>ATTN ANDREW FEELY<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT | API HEALTHCARE CORPORATION<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT #1 TO THE API SOFTWARE LICENSE, EQUIPMENT AND SERVICES AGREEMENT<br>AMENDS API SOFTWARE LICENSE, EQUIPMENT AND SERVICE AGREEMENT DTD 12/31/2008 | API HEALTHCARE CORPORATION<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | API HEALTHCARE PRODUCTS AND SERVICES<br>CLIENT CODE HMTX347 | API HEALTHCARE CORPORATION<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | API SOFTWARE LICENSE EQUIPMENT AND SERVICES PURCHASE AGREEMENT ADDENDUM<br>AMENDS API SOFTWARE LICENSE, EQUIPMENT AND SERVICES PURCHASE AGREEMENT DTD 12/31/2008 | API HEALTHCARE CORPORATION<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI  53027 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NAVIGATOR ACUALITY HARDWARE REQUIREMENTS | API LABOR WORKX SUITE<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |
| 2.84 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #084926 DTD 8/8/2013 | API SOFTWARE INC<br>ATTN ANDREW FEELY<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |
| 2.85 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | API SOFTWARE LICENSE, EQUIPMENT AND SERVICES PURCHASE AGREEMENT | API SOFTWARE INC<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |
| 2.86 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | API SOFTWARE LICENSE, EQUIPMENT AND SERVICES PURCHASE AGREEMENT | API SOFTWARE INC<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |
| 2.87 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #095146 DTD 6/4/2015 | API SOFTWARE INC<br>ATTN JOHN P FINGADO, PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |
| 2.88 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #093945 | API<br>ATTN JOHN FINGADO PRESIDENT/CEO<br>1550 INNOVATION WAY<br>HARTFORD, WI 53027 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | APPELT, ERIC A, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | WIRELESS COMMUNICATION SERVICES AGREEMENT | ARCH WIRELESS HOLDINGS INC ATTN STEVEN HEAL, REGIONAL VP 5177 RICHMOND, STE 400 HOUSTON, TX  77056 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DTD 3/14/2013 | AREUS RADIOLOGY LLC ATTN CONTRACTS DEPT 13609 CALIFORNIA ST OMAHA, NE  68154 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | ARIF B. ABDULLAH, M.D. 102 MEDICAL PARK LN  HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | DVT VASCULAR COMPRESSION TRANSACTION AGREEMENT RE: PURCHASING AGREEMENT DTD 11/1/2011 | ARJOHUNTLEIGH INC 2349 WEST LAKE STREET ADDISON, IL  60101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | MOBILE ASSESSMENT AGREEMENT | ASPIRE HOSPITAL LLC ATTN CEO 2006 S LOOP 336 W, STE 500 CONROE, TX  77304 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.95** **State what the contract or lease is for and the nature of the debtor's interest** PATIENT TRANSFER AGREEMENT **State the term remaining** **List the contract number of any government contract** | ASPIRE HOSPITAL LLC ATTN CEO 2006 S LOOP 336 W, STE 500 CONROE, TX 77304 |
| **2.96** **State what the contract or lease is for and the nature of the debtor's interest** MASTER AGREEMENT **State the term remaining** **List the contract number of any government contract** | AT&T CORP PO BOX 5011 CAROL STREAM, IL 60197-5011 |
| **2.97** **State what the contract or lease is for and the nature of the debtor's interest** MASTER AGREEMENT **State the term remaining** **List the contract number of any government contract** | AT&T CORP PO BOX 85340 LOUISVILLE, KY 40285-5340 |
| **2.98** **State what the contract or lease is for and the nature of the debtor's interest** MASTER AGREEMENT REF NO MA50002241UA CONTRACT ID NO SDN41QHC0 CONTRACT ID 4689234 **State the term remaining** **List the contract number of any government contract** | AT&T ATTN JAMES ROMERO 221 VENTURE WAY LAFAYETTE, LA 70507 |
| **2.99** **State what the contract or lease is for and the nature of the debtor's interest** MASTER AGREEMENT REF NO MA50002241UA CONTRACT ID NO SDN41QHC0 CONTRACT ID 4689234 **State the term remaining** **List the contract number of any government contract** | AT&T ATTN MASTER AGMT SUPPORT TEAM ONE AT&T WAY BEDMIMISTER, NJ 07921 |
| **2.100** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO CONTACT DTD 5/23/2019 RE: CONTACT DTD 5/23/2019 **State the term remaining** **List the contract number of any government contract** | ATLAS MEDSTAFF ATTN TAYLOR CHRISTENSEN 11159 MILL VALLEY RD OMAHA, NE 68154 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR CONTRACTOR SERVICES | ATLAS MEDSTAFF ATTN TAYLOR CHRISTENSEN 11159 MILL VALLEY RD OMAHA, NE 68154 |
| | **State the term remaining** | 5/15/2020 | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT SHORT FORM DTD 1/1/2010 RE: CLIENT AGREEMENT DTD 1/1/2010 | AUREUS NURSING LLC ATTN MANAGER 13609 CALIFORNIA, STE 200 OMAHA, NE 68154-5260 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT | AUREUS RADIOLOGY, LLC 11825 Q ST OMAHA, NE 68137-3503 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | AUTOPSY & PATHOLOGY SERVICES INC ATTN JESSIE ADAME MD 3007 WOODLAND HILLS DR, #123 KINGWOOD, TX 77339-1403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | AUTOPSY & PATHOLOGY SERVICES PA ATTN JESSIE ADAME MD 3007 WOODLAND HILLS DR, #123 KINGWOOD, TX 77339-1403 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL STAFFING AGREEMENT | AYA HEALTHCARE INC ATTN ALAN BRAYNIN, PRES & CEO 5930 CORNERSTONE CT W, #300 SAN DIEGO, CA 92121 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DIRECT PRODUCTS PRICING AGREEMENT<br>CONTRACT #86142-00-0 | BARD ACCESS SYSTEMS INC<br>605 N 5600 W<br>SALT LAKE CITY, UT  84116 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT<br>RE: SERVICE AGREEMENT DTD 7/8/2019 | BAYER HEALTHCARE LLC<br>ATTN JAIME DUFRESNE<br>1 BAYER DR<br>INDIANOLA, PA  15051 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  7/7/2020<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BAYER HEALTHCARE LLC<br>ATTN JAIME DUFRESNE<br>1 BAYER DR<br>INDIANOLA, PA  15051 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO THE AGREEMENTS AMENDS THE AGREEMENTS DATED 7/15/1999 | BAYLOR COLLEGE OF MEDICINE<br>C/O DEPT OF PATHOLOGY<br>ATTN DAVID M TITUS, SR DIR OPS & ADMIN<br>1 BAYLOR PLAZA, STE 286A<br>HOUSTON, TX  77030 |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HISTOLOGY PROCESSING AND TRANSCRIPTION AGREEMENT | BAYLOR COLLEGE OF MEDICINE<br>D/B/A BCM PATHOLOGY<br>ATTN DAVID M TITUS, DIR BUSINESS DEVELOPMENT<br>1 BAYLOR PLAZA, RM 286A<br>HOUSTON, TX  77030 |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HISTOLOGY PROCESSING AND TRANSCRIPTION AGREEMENT | BAYLOR COLLEGE OF MEDICINE<br>D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES<br>ATTN OFFICE OF GENERAL COUNSEL<br>1 BAYLOR PLAZA, STE 106A<br>HOUSTON, TX  77030 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.113** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICE AGREEMENT ADDENDUM THREE RE: PROFESSIONAL SERVICES AGREEMENT DTD 7/1/2010 | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN OFFICE OF GENERAL COUNSEL 1 BAYLOR PLAZA, STE 106A HOUSTON, TX  77030 |
| **2.114** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICE AGREEMENT ADDENDUM TWO RE: PROFESSIONAL SERVICES AGREEMENT DTD 7/1/2010 | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN OFFICE OF GENERAL COUNSEL 1 BAYLOR PLAZA, STE 106A HOUSTON, TX  77030 |
| **2.115** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT ADDENDUM ONE RE: PROFESSIONAL SERVICES AGREEMENT DTD 7/1/2010 | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN OFFICE OF GENERAL COUNSEL 1 BAYLOR PLAZA, STE 106A HOUSTON, TX  77030 |
| **2.116** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT DTD 7/1/2010 | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN OFFICE OF GENERAL COUNSEL 1 BAYLOR PLAZA, STE 106A HOUSTON, TX  77030 |
| **2.117** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HISTOLOGY PROCESSING AND TRANSCRIPTION AGREEMENT | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN PRESIDENT AND CEO 1 BAYLOR PLAZA, STE 286A HOUSTON, TX  77030 |
| **2.118** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUNTSVILLE MEMORIAL HOSPITAL HISTOLOGY PROCESSING AND TRANSCRIPTION AGREEMENT | BAYLOR COLLEGE OF MEDICINE D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES ATTN SR DIR OPS & ADMIN 1 BAYLOR PLAZA, STE 286A HOUSTON, TX  77030 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | LICENSE AGREEMENT DTD 9/8/2005 | BAYLOR COLLEGE OF MEDICINE<br>D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES<br>ATTN SR DIR OPS & ADMIN<br>1 BAYLOR PLAZA, STE 286A<br>HOUSTON, TX  77030 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DTD 7/1/2010 | BAYLOR COLLEGE OF MEDICINE<br>D/B/A COMMUNITY OF PATHOLOGY ASSOCIATES<br>ATTN SR DIR OPS & ADMIN<br>1 BAYLOR PLAZA, STE 286A<br>HOUSTON, TX  77030 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining   9/1/2020<br><br>List the contract number of any government contract | MEDICAL GAS PREVENTATIVE MAINTENANCE AGREEMENT DTD 7/31/2019 | BEACON MEDAES LLC<br>1059 PARAGON WAY<br><br>ROCK HILL, SC  29730 |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNUAL SERVICE AGREEMENT RENEWAL FOR DXH600 (2) | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ANNUAL SERVICE AGREEMENT RENEWAL FOR DXH600 (2) | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PURCHASE ORDER #094652 RE: ANNUAL SERVICE AGREEMENT S91587US | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #099010<br>RE: ANNUAL SERVICE CONTRACT FOR MICROSCAN WA40 PLUS & LABPRO COMPUTER WORK STATION | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #102167 | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #103922<br>RE: AGREEMENT S91587US | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #108364 | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #113116 | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114107 | BECKMAN COULTER INC<br>4300 N HARBOR BLVD<br>PO BOX 3100<br>FULLERTON, CA  92834-3100 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.131** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE ORDER #115794 RE: WA40 PLUS SERVICE AGREEMENT **State the term remaining** 2/20/2020 **List the contract number of any government contract** | BECKMAN COULTER INC 4300 N HARBOR BLVD PO BOX 3100 FULLERTON, CA 92834-3100 |
| **2.132** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE ORDER #116987 RE: DXH600 SERVICE AGREEMENT **State the term remaining** 8/7/2020 **List the contract number of any government contract** | BECKMAN COULTER INC 4300 N HARBOR BLVD PO BOX 3100 FULLERTON, CA 92834-3100 |
| **2.133** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE ORDER #120788 **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC 4300 N HARBOR BLVD PO BOX 3100 FULLERTON, CA 92834-3100 |
| **2.134** **State what the contract or lease is for and the nature of the debtor's interest** SERVICE AGREEMENT RENEWAL FOR DXH600 (2) **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC 4300 N HARBOR BLVD PO BOX 3100 FULLERTON, CA 92834-3100 |
| **2.135** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT #S89598US **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN IRVING OSSORIO 11800 SW 147TH AVE, MC 42-B06 PO BOX 169015 MIAMI, FL 33116-9015 |
| **2.136** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT #S89598US **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN IRVING OSSORIO 11800 SW 147TH AVE, MC 42-B06 PO BOX 169015 MIAMI, FL 33116-9015 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN IRVING OSSORIO<br>11800 SW 147TH AVE, MC 42-B06<br>PO BOX 169015<br>MIAMI, FL  33116-9015 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REAGENT ONLY AGREEMENT<br><br>10/19/2023 | BECKMAN COULTER INC<br>ATTN LEONARD NGAYAN<br>250 S KRAEMER BLVD, MS A2-SW-12<br>PO BOX 8000<br>BREA, CA  92821-8000 |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S66306US | BECKMAN COULTER INC<br>ATTN MABEL ARENCIBIA<br>11800 SW 147TH AVE, MC 42-B06<br>PO BOX 169015<br>MIAMI, FL  33116-9015 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____(Name)_____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S89598US | BECKMAN COULTER INC<br>ATTN MABEL ARENCIBIA<br>11800 SW 147TH AVE, MC 42-B06<br>PO BOX 169015<br>MIAMI, FL 33116-9015 |
| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN MABEL ARENCIBIA<br>11800 SW 147TH AVE, MC 42-B06<br>PO BOX 169015<br>MIAMI, FL 33116-9015 |
| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT #S91587US | BECKMAN COULTER INC<br>ATTN MABEL ARENCIBIA<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL 33116-9015 |
| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HEREMATOLOGY CONTRACT RE: CONTRACT #500026 DTD 8/1/2012 | BECKMAN COULTER INC<br>ATTN NOEL BECNEL<br>250 S KRAEMER BLVD, MS A2-SW-12<br>PO BOX 8000<br>BREA, CA 92821-8000 |
| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   11/14/2020<br><br>**List the contract number of any government contract** | REAGENT ONLY AGREEMENT | BECKMAN COULTER INC<br>ATTN NOEL BECNEL<br>250 S KRAEMER BLVD, MS A2-SW-12<br>PO BOX 8000<br>BREA, CA 92821-8000 |
| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   11/14/2023<br><br>**List the contract number of any government contract** | REAGENT ONLY AGREEMENT | BECKMAN COULTER INC<br>ATTN NOEL BECNEL<br>250 S KRAEMER BLVD, MS A2-SW-12<br>PO BOX 8000<br>BREA, CA 92821-8000 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
        (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.149** **State what the contract or lease is for and the nature of the debtor's interest** REAGENT RENTALS AND LEASES RE: CONTRACT #500290 DTD 5/1/2011 **State the term remaining** 1/18/2022 **List the contract number of any government contract** | BECKMAN COULTER INC ATTN NOEL BECNEL 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92821-8000 |
| **2.150** **State what the contract or lease is for and the nature of the debtor's interest** 36 MONTH EXTENSION AGREEMENT **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92822-8000 |
| **2.151** **State what the contract or lease is for and the nature of the debtor's interest** 60-MONTH REAGENT RENTAL AGREEMENT FOR IRICELL 1500 **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92822-8000 |
| **2.152** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT #S91587US **State the term remaining** 2/20/2020 **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92822-8000 |
| **2.153** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT TO FIX THE COSTS FOR CONSUMABLES, REAGENTS & SERVICE FOR MICROBIOLOGY **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92822-8000 |
| **2.154** **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT TO FIX THE COSTS FOR CONSUMABLES, REAGENTS & SERVICE FOR MICROBIOLOGY **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA 92822-8000 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.155** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO AGREEMENT AMENDS QUOTE #53093US/193150217 **State the term remaining** 8/8/2022 **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
| **2.156** **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO AGREEMENT FOR SXH600 (2) **State the term remaining** 8/8/2022 **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
| **2.157** **State what the contract or lease is for and the nature of the debtor's interest** ANNUAL SERVICE AGREEMENT RENEWAL FOR DXH600 (2) **State the term remaining** 8/7/2020 **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
| **2.158** **State what the contract or lease is for and the nature of the debtor's interest** ANNUAL SERVICE AGREEMENT RENEWAL FOR WA40 PLUS & LABPRO COMPUTER **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
| **2.159** **State what the contract or lease is for and the nature of the debtor's interest** BECKMAN COULTER CHEMISTRY EXTENSION AGREEEMENT - COUNTER SIGNED EMAIL DTD 7/15/2019 **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
| **2.160** **State what the contract or lease is for and the nature of the debtor's interest** COST SAVINGS - BECKMAN COULTER ANALYZER EXTENSION AGREEMENTS & PLANNED ANALYZER REPLACEMENTS MEMO DTD 9/19/2018 **State the term remaining** **List the contract number of any government contract** | BECKMAN COULTER INC ATTN PATRICIA GARCIA 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |

Debtor    WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> SERVICE AGREEMENT #S89598US | BECKMAN COULTER INC <br> ATTN PATRICIA GARCIA <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92822-8000 |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 2/20/2020 <br><br> **List the contract number of any government contract** <br><br> SERVICE AGREEMENT RENEWAL FOR MICROBIOLOGY WALKAWAY 40 PLUS & LABPRO <br> SERVICE AGREEMENT RENEWAL FOR MICROBIOLOGY WALKAWAY 40 PLUS & LABPRO | BECKMAN COULTER INC <br> ATTN PATRICIA GARCIA <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92822-8000 |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br><br> SERVICE CONTRACT RENEWAL FOR WA40 | BECKMAN COULTER INC <br> ATTN PATRICIA GARCIA <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92822-8000 |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 8/7/2020 <br><br> **List the contract number of any government contract** <br><br> SPECIAL PURCHASE REQUISITION RE: DXH600 SERVICE AGREEMENT #S89598US | BECKMAN COULTER INC <br> ATTN PATRICIA GARCIA <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92822-8000 |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 2/20/2020 <br><br> **List the contract number of any government contract** <br><br> SPECIAL PURCHASE REQUISITION RE: AGREEMENT S91587US | BECKMAN COULTER INC <br> ATTN PATRICIA GARCIA <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92822-8000 |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 10/19/2020 <br><br> **List the contract number of any government contract** <br><br> REAGENT ONLY AGREEMENT | BECKMAN COULTER INC <br> ATTN STEPHEN HUGHES <br> 250 S KRAEMER BLVD, MS A2-SW-12 <br> PO BOX 8000 <br> BREA, CA 92821-8000 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | REAGENT ONLY AGREEMENT | BECKMAN COULTER INC ATTN STEPHEN HUGHES 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92821-8000 |
|---|---|---|---|
| | **State the term remaining** | 11/14/2020 | |
| | **List the contract number of any government contract** | | |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | EMAIL CHAIN RE: BECKMAN COUTER - SERVICE AGREEMENT DTD 7/18/2019 | BECKMAN COULTER INC ATTN TERESA SHOWN 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92821-6232 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT #S89598US | BECKMAN COULTER INC ATTN TERESA SHOWN 250 S KRAEMER BLVD, MS A2-SW-12 PO BOX 8000 BREA, CA  92822-8000 |
|---|---|---|---|
| | **State the term remaining** | 8/7/2020 | |
| | **List the contract number of any government contract** | | |

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | TOTAL SERVICE AGREEMENT | BECKMAN COULTER ATTN IRVING OSSORIO MC 42-B06; PO BOX 169015 11800 SW 147TH AVE MIAMI, FL  33116-9015 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | TOTAL SERVICE AGREEMENT | BECKMAN COULTER PO BOX 3100 FULLERTON, CA  92834-3100 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | BECKMAN COULTER, INC ATTN IRVING OSSORIO MC 42-B06; PO BOX 169015 11800 SW 147TH AVE MIAMI, FL  33116-9015 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.173 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.174 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.175 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| 2.176 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>PO BOX 3100<br><br>FULLERTON, CA  92834-3100 |
| 2.177 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>PO BOX 3100<br><br>FULLERTON, CA  92834-3100 |
| 2.178 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>PO BOX 3100<br><br>FULLERTON, CA  92834-3100 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC<br>PO BOX 3100<br><br>FULLERTON, CA 92834-3100 |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT | BECKMAN COULTER, INC.<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL 33116-9015 |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT/QUOTE NUMBER 53093US /193150217 | BECKMAN COULTER, INC.<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL 33116-9015 |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | BECKMAN COULTER, INC.<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL 33116-9015 |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT | BECKMAN COULTER, INC.<br>PO BOX 3100<br><br>FULLERTON, CA 92834-3100 |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT/QUOTE NUMBER 53093US /193150217 | BECKMAN COULTER, INC.<br>PO BOX 3100<br><br>FULLERTON, CA 92834-3100 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | BECKMAN COULTER, INC.<br>PO BOX 3100<br><br>FULLERTON, CA  92834-3100 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS FOR REAGENT RENTALS AND LEASES | BECKMAN COULTER. INC.<br>ATTN IRVING OSSORIO<br>MC 42-B06; PO BOX 169015<br>11800 SW 147TH AVE<br>MIAMI, FL  33116-9015 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMS AND CONDITIONS FOR REAGENT RENTALS AND LEASES | BECKMAN COULTER. INC.<br>PO BOX 3100<br><br>FULLERTON, CA  92834-3100 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | BD ACQUISITION AGREEMENT | BECTON DICKINSON & COMPANY<br>C/O BD LIFE SCIENCES - DIAGNOSTIC SYSTEMS BUS UNIT<br>ATTN SUSAN YARBOROUGH, ASSOC DIR CONTRACTS<br>7 LOVETON CIR<br>SPARKS, MD  21152 |
| | **State the term remaining** | 3/8/2023 | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | BD ACQUISITION AGREEMENT | BECTON DICKINSON & COMPANY<br>C/O BD LIFE SCIENCES - DIAGNOSTIC SYSTEMS BUS UNIT<br>ATTN SUSAN YARBOROUGH, ASSOC DIR CONTRACTS<br>7 LOVETON CIR<br>SPARKS, MD  21152 |
| | **State the term remaining** | 10/22/2023 | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | BD ACQUISITION AGREEMENT | BECTON DICKINSON & COMPANY<br>C/O BD LIFE SCIENCES - DIAGNOSTIC SYSTEMS BUS UNIT<br>ATTN SUSAN YARBOROUGH, ASSOC DIR CONTRACTS<br>7 LOVETON CIR<br>SPARKS, MD  21152 |
| | **State the term remaining** | 3/6/2023 | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | FIRST AMENDMENT TO BD ACQUISITION AGREEMENT AMENDS AGREEMENT DTD 2/2/18 | BECTON DICKINSON & COMPANY<br>C/O BD LIFE SCIENCES - DIAGNOSTIC SYSTEMS BUS UNIT<br>ATTN SUSAN YARBOROUGH, ASSOC DIR CONTRACTS<br>7 LOVETON CIR<br>SPARKS, MD  21152 |
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | ADDENDUM TO CONTRACT RE: MOBILE ASSESSMENT SERVICES CONTRACT | BEHAVIORAL HEALTH CONNECTIONS INC<br>ATTN TERRI HASKETT<br>1350 N BUCKNER BLVD, #100<br>DALLAS, TX  75218 |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS ASSOCIATE AGREEMENT | BEHAVIORAL HEALTH CONNECTIONS INC<br>ATTN TERRI HASKETT<br>1350 N BUCKNER BLVD, #100<br>DALLAS, TX  75218 |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  5/1/2020<br><br>List the contract number of any government contract | MOBILE ASSESSMENT SERVICES AGREEMENT | BEHAVIORAL HEALTH CONNECTIONS INC<br>ATTN TERRI HASKETT<br>1350 N BUCKNER BLVD, #100<br>DALLAS, TX  75218 |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  4/9/2021<br><br>List the contract number of any government contract | NON-DISCLOSURE AGREEMENT | BERENSON CONSULTING GROUP INC<br>D/B/A COMMUNITY INFUSION SOLUTIONS<br>1413 E I-30, STE 5<br>GARLAND, TX  75043 |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MUTUAL CONFIDENTIALITY AGREEMENT DTD 3/11/2015 | BERKELEY RESEARCH GROUP LLC<br>ATTN LEGAL DEPT<br>2200 POWELL ST, STE 1200<br>EMERYVILLE, CA  94608 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE ORDER | BIRCH COMMUNICATIONS INC<br>140 GATEWAY DRIVE<br><br>MACON, GA 31210 |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL AFFILIATION AGREEMENT | BLINN COLLEGE<br>PO BOX 6030<br><br>BRYAN, TX 77805 |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLUE CROSS BLUE SHIELD OF TEXAS AGREEMENT | BLUE CROSS BLUE SHIELD OF TEXAS<br>1800 WEST LOOP SOUTH SUITE 600<br><br>HOUSTON, TX 77027 |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLUE CROSS BLUE SHIELD OF TEXAS AGREEMENT | BLUE CROSS BLUE SHIELD OF TEXAS<br>1800 WEST LOOP SOUTH SUITE 600<br><br>HOUSTON, TX 77027 |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | BOSTON SCIENTIFIC CORPORATION<br>300 BOSTON SCIENTIFIC WAY<br><br>MARLBOROUGH, MA 01752-1234 |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IC GROWTH PARTNERSHIP | BOSTON SCIENTIFIC CORPORATION<br>300 BOSTON SCIENTIFIC WAY<br><br>MARLBOROUGH, MA 01752-1234 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DTD 1/25/2016 | BOSTON SCIENTIFIC CORPORATION ATTN BRIAN MACKENZIE, REGIONAL SALES MGR 300 BOSTON SCIENTIFIC WAY MARLBOROUGH, MA  01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | POLARIS MULTI-MODALITY GUIDANCE SYSTEM DTD 7/23/19 | BOSTON SCIENTIFIC CORPORATION ATTN CONTRACTS 300 BOSTON SCIENTIFIC WAY MARLBOROUGH, MA  01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | LETTER AGREEMENT DTD 1/25/2016 | BOSTON SCIENTIFIC CORPORATION ATTN LEGAL/HIPAA 4100 HAMLINE AVE N ST PAUL, MN  55112-5798 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | CONSIGNMENT STOCKING AGREEMENT | BOSTON SCIENTIFIC CORPORATION ATTN LPFI MANAGER 1 SCIMED PL MAPLE GROVE, MN  55311 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE AGREEMENT | BOSTON SCIENTIFIC CORPORATION ATTN SR CORPORATE COUNSEL 300 BOSTON SCIENTIFIC WAY  MARLBOROUGH, MA  01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | IC GROWTH PARTNERSHIP | BOSTON SCIENTIFIC CORPORATION ATTN SR CORPORATE COUNSEL 300 BOSTON SCIENTIFIC WAY  MARLBOROUGH, MA  01752 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.209 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | POLARIS MULTI-MODALITY GUIDANCE SYSTEM DTD 7/23/19 | BOSTON SCIENTIFIC CORPORATION<br>ATTN SR CORPORATE COUNSEL<br>300 BOSTON SCIENTIFIC WAY<br>MARLBOROUGH, MA 01752 |
| 2.210 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO PRICING AGREEMENT AMENDS AGREEMENT DTD 1/15/2014 | BOSTON SCIENTIFIC CORPORATION<br>ATTN SR CORPORATE COUNSEL<br>300 BOSTON SCIENTIFIC WAY<br>MARLBOROUGH, MA 1752 |
| 2.211 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSOLE USAGE AGREEMENT | BOSTON SCIENTIFIC<br>1 SCIMED PL<br>MAPLE GROVE, MN 55311 |
| 2.212 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INVENTORY CONSIGNMENT AGREEMENT | BOSTON SCIENTIFIC<br>1 SCIMED PL<br>MAPLE GROVE, MN 55311 |
| 2.213 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 3/31/2020<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT | BOYLE, LAWRENCE, MD<br>508 NORMAL PARK DR<br>HUNTSVILLE, TX 77320 |
| 2.214 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT | BOYLE, LAWRENCE, MD<br>508 NORMAL PARK DR<br>HUNTSVILLE, TX 77320 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.215 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT | BOYLE, LAWRENCE, MD <br> 643 I-45 S <br> HUNTSVILLE, TX  77320 |
| 2.216 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | HEALTHTRUST PURCHASING GROUP PURCHASING AGREEMENT NO. 1304 | BRACCO DIAGNOSTICS INC <br> PO BOX 101747 <br><br> ATLANTA, GA  30392-1747 |
| 2.217 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | 2018 MR LOYALTY PROGRAM AGREEMENT PURCHASE AGREEMENT #1304 | BRACCO DIAGNOSTICS INC <br> PO BOX 978952 <br><br> DALLAS, TX  75397-8952 |
| 2.218 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | HEALTHTRUST PURCHASING GROUP PURCHASING AGREEMENT NO. 1304 | BRACCO DIAGNOSTICS INC <br> PO BOX 978952 <br><br> DALLAS, TX  75397-8952 |
| 2.219 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining** <br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | BREG INC <br> 2885 LOKER AVE E <br> CARLSBAD, CA  92010 |
| 2.220 **State what the contract or lease is for and the nature of the debtor's interest** <br><br>**State the term remaining**  3/15/2020 <br><br>**List the contract number of any government contract** | PRODUCT INVENTORY AGREEMENT | BREG INC <br> C/O PAUL RICHMOND, ESQ <br> 2885 LOKER AVE E <br> CARLSBAD, CA  92010 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.221 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARUBA RENEWAL | BROADLEAF GROUP LLC, THE<br>1344 CROSSMAN AVE<br>SUNNYDALE, CA  94089-1113 |
| 2.222 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMC RENEWAL<br>QUOTE #003607 DTD 10/31/2014 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.223 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMC RENEWAL<br>QUOTE #003607 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.224 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NIMBLE RENEWAL<br>QUOTE #008871 V1 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.225 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PALO ALTO RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.226 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PALO ALTO RENEWAL - QUOTE #005030<br>PURCHASE ORDER #094378 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #092345 DTD 12/9/2014 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #095276 DTD 6/11/2015 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: EMC RENEWAL<br>QUOTE #006014 DTD 5/12/2015 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLARWINDS ANNUAL MAINTENANCE RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLARWINDS ANNUAL MAINTENANCE RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLARWINDS ANNUAL MAINTENANCE RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLARWINDS RENEWAL QUOTE #004289 | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUEST - SP2364646 RE: PALO ALTO RENEWAL | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SWSS RENEWAL QUOTE #004791 | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE RENEWAL | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE RENEWAL | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE RENEWAL QUOTE #008245 | BROADLEAF GROUP LLC, THE ATTN COURTNEY WILKINSON 13100 WORTHAM CENTER DR, STE 150 HOUSTON, TX  77065 |

Debtor   WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.239 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE RENEWAL<br>QUOTE #005033 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.240 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ZOOM RENEWAL<br>QUOTE #004646 V1 | BROADLEAF GROUP LLC, THE<br>ATTN COURTNEY WILKINSON<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.241 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALERT LOGIC - LOG MONITOR/REVIEW<br>QUOTE #007712 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.242 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ALERT LOGIC - LOG MONITOR/REVIEW<br>QUOTE #007712<br>PURCHASE ORDER #100068 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.243 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARUBA SUPPORT RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |
| 2.244 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ARUBACARE - CONTROLLERS | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX  77065 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.245 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AVOCENT RENEWAL PROPOSAL DTD 3/6/12 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
|---|---|---|---|
| 2.246 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BLG SERVICES - UC UPGRADE QUOTE #004708 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.247 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHANGE REQUEST FORM DTD 6/11/15 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.248 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO - LICENSE UPGRADE QUOTE #005014 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.249 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO - UC UPGRADE HARDWARE QUOTE #005094 V1 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.250 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO PHONE SYSTEM UPGRADE | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO UNIFIED COMMUNICATIONS UPGRADE - SOW DTD 2/5/2015 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO UNIFIED COMMUNICATIONS UPGRADE - SOW DTD 2/5/2015 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EMC STORAGE UPGRADE - QUOTE #002593<br>PURCHASE ORDER #094056 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORTICARE/FORTIGUARD SERVICE CONTRACT RENEWAL<br>RE: QUOTE #HMH136002RNWLA DTD 6/18/2013 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FORTICARE/FORTIGUARD SERVICE CONTRACT RENEWAL<br>RE: QUOTE #HMH126004RNWLA DTD 5/29/2009 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HMH EMC STORAGE UPGRADE QUOTE #002593 DTD 7/25/2014 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NIMBLE - DR NIMBLE QUOTE #005079 V1 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NIMBLE RENEWAL QUOTE #008871 V1 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #094056 DTD 3/26/2015 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOLARWINDS ANNUAL MAINTENANCE RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEMS SECURITY ASSESSMENT - PHASE I | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEMS SECURITY ASSESSMENT - PHASE II | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE - VSPHERE 5 ENTERPRISE QUOTE #005073 V1 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VMWARE VSPHERE 5 ENTERPRISE QUOTE #005073 V 1 | BROADLEAF GROUP LLC, THE<br>ATTN JONATHAN BERRY<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VNWARE RENEWAL | BROADLEAF GROUP LLC, THE<br>ATTN LEON BARNES<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CISCO PHONE SYSTEM UPGRADE | BROADLEAF GROUP LLC, THE<br>ATTN SHAWN SCHOUVILLER, PRACTICE MGR<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEMS SECURITY ASSESSMENT - PHASE I | BROADLEAF GROUP LLC, THE<br>ATTN SHAWN SCHOUVILLER, PRACTICE MGR<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SYSTEMS SECURITY ASSESSMENT - PHASE II | BROADLEAF GROUP LLC, THE<br>ATTN SHAWN SCHOUVILLER, PRACTICE MGR<br>13100 WORTHAM CENTER DR, STE 150<br>HOUSTON, TX 77065 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.269 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THREAT MANAGER SERVICES | BROADLEAF <br> 13100 WORTHAM CENTER DR, STE 150 <br><br> HOUSTON, TX 77065 |
| 2.270 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | THREAT MANAGER SERVICES | BROADLEAF <br> ATTN LEON BARNES <br> 13100 WORTHAM CENTER DR, STE 150 <br><br> HOUSTON, TX 77065 |
| 2.271 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FW: ULTRARAD CORPORATION - SERVICE & SUPPORT AGREEMENT EMAIL DTD 6/21/2019 | BROWN & FORTUNATO PC <br> ATTN ALLISON D SHELTON <br> 905 S FILLMORE, STE 400 <br> AMARILLO, TX 79101 |
| 2.272 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RE: ULTRARAD - AGREEMENT EMAIL DTD 7/25/2019 | BROWN & FORTUNATO PC <br> ATTN ALLISON D SHELTON <br> 905 S FILLMORE, STE 400 <br> AMARILLO, TX 79101 |
| 2.273 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | RE: MATERNAL MEDICAL DIRECTOR AGRE (003).DOC EMAIL DTD 3/11/2019 TO AMEND CLAUSE 4.12 OF NEW AGREEMENT | BROWN & FORTUNATO PC <br> ATTN BETH ANNE JACKSON <br> 905 S FILLMORE, STE 400 <br> AMARILLO, TX 79101 |
| 2.274 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | REPRESENTATION OF HMH IN GENERAL HEALTH CARE ADVICE AND OTHER MATTERS AGREEMENT DTD 1/31/2011 | BROWN & FORTUNATO PC <br> ATTN BETH ANNE JACKSON <br> 905 S FILLMORE, STE 400 <br> AMARILLO, TX 79101 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO THE PROFESSIONAL RADIOLOGY SERVICES AGREEMENT AMENDS AGREEMENT DTD 7/1/2009 | BRYAN RADIOLOGY ASSOCIATES INC ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | BRYAN RADIOLOGY ASSOCIATES INC ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PACS IMPLEMENTATION, SUPPORT AND USE AGREEMENT RE: AGREEMENT DTD 7/13/2009 | BRYAN RADIOLOGY ASSOCIATES INC ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL RADIOLOGY SERVICES AGREEMENT | BRYAN RADIOLOGY ASSOCIATES INC ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO THE PROFESSIONAL RADIOLOGY SERVICES AGREEMENT | BRYAN RADIOLOGY ASSOCIATES PO BOX 5306<br><br>BRYAN, TX 77805 |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO DIAGNOSTIC IMAGING DEPARTMENT COVERAGE AGREEMENT DTD 4/1/2010 AMENDS PROFESSIONAL RADIOLOGY SERVICES AGREEMENT DTD 7/1/2009 | BRYAN RADIOLOGY ASSOSCIATES PA ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND AMENDMENT TO DIAGNOSTIC IMAGING DEPARTMENT COVERAGE AGREEMENT DTD 7/1/2011 AMENDS PROFESSIONAL RADIOLOGY SERVICES AGREEMENT DTD 7/1/2009 | BRYAN RADIOLOGY ASSOSCIATES PA ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO DIAGNOSTIC IMAGING DEPARTMENT COVERAGE AGREEMENT DTD 8/23/12 AMENDS PROFESSIONAL RADIOLOGY SERVICES AGREEMENT DTD 7/1/2009 | BRYAN RADIOLOGY ASSOSCIATES PA ATTN JOHN D UFER PO BOX 5306 BRYAN, TX 77805 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT DTD 8/5/2019 | BRYAN UNIVERSITY 350 W WASHINGTON ST TEMPE, AZ 85281 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT THIRD PARTY CO RECIPIENT FOR CURRENT CUSTOMER | C/O HEALTH TRUST PURCHASING GROUP LP ATTN CHIEF LEGAL OFFICER RAMPARTS BLDG 155 FRANKLIN RD, STE 400 BRENTWOOD, TN 37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | CAMPBELL, JAMES, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY COMMITMENT AGREEMENT | CARDINAL HEALTH 110, INC. 7000 CARDINAL PLACE

DUBLIN, OH 43017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.287 | **State what the contract or lease is for and the nature of the debtor's interest** | FREIGHT MANAGEMENT AGREEMENT RE: HPG AGREEMENT DTD 1/1/2009 | CARDINAL HEALTH 200 LLC ATTN GENERAL COUNSEL, MEDICAL SGT 7000 CARDINAL PL DUBLIN, OH 43017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.288 | **State what the contract or lease is for and the nature of the debtor's interest** | VASCULAR PRODUCT CONSIGNMENT AGREEMENT | CARDINAL HEALTH 200 LLC ATTN GENERAL COUNSEL, MEDICAL SGT 7000 CARDINAL PL DUBLIN, OH 43017 |
| | **State the term remaining** | 2/13/2021 | |
| | **List the contract number of any government contract** | | |
| 2.289 | **State what the contract or lease is for and the nature of the debtor's interest** | VASCULAR PRODUCT CONSIGNMENT AGREEMENT | CARDINAL HEALTH 200 LLC C/O CORDIS CORPORATION ATTN MIAMI ACE TEAM 14601 NW 60TH AVE MIAMI LAKES, FL 33014 |
| | **State the term remaining** | 2/13/2021 | |
| | **List the contract number of any government contract** | | |
| 2.290 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTHTRUST PURCHASING GROUP SERVICES AGREEMENT NO. 2101 | CARDINAL HEALTH 200, LLC C/O CORDIS CORPORATION ATTN MIAMI ACE TEAM 14601 NW 60TH AVE MIAMI LAKES, FL 33014 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.291 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY COMMITMENT AGREEMENT RE: MASTER DISTRIBUTION AGREEMENT | CARDINAL HEALTH 410 INC ATTN ANTI-DIVERSION GROUP, CORPORATE QRA 7000 CARDINAL PLC DUBLIN, OH 72017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.292 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY COMMITMENT AGREEMENT RE: MASTER DISTRIBUTION AGREEMENT | CARDINAL HEALTH 411 INC ATTN ANTI-DIVERSION GROUP, CORPORATE QRA 7000 CARDINAL PLC DUBLIN, OH 72017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE FACILITY COMMITMENT AGREEMENT RE: AGREEMENT DTD 9/1/2013 | CARDINAL HEALTH ATTN GENERAL COUNSEL, MEDICAL SGT 7000 CARDINAL PL DUBLIN, OH  43017 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO RENTAL AGREEMENT AND SUPPORT AGREEMENT AMENDS AGREEMENT #10000053522 | CAREFUSION SOLUTIONS LLC ATTN CONTRACTS 3750 TORREY VIEW CT SAN DIEGO, CA  92130 |
|---|---|---|---|
| | **State the term remaining** | 10/10/2020 | |
| | **List the contract number of any government contract** | | |

| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO RENTAL AGREEMENT AND SUPPORT AGREEMENT AMENDS AGREEMENT #10000053522 | CAREFUSION SOLUTIONS LLC ATTN CONTRACTS 3750 TORREY VIEW CT SAN DIEGO, CA  92310 |
|---|---|---|---|
| | **State the term remaining** | 10/14/2020 | |
| | **List the contract number of any government contract** | | |

| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | CAREFUSION SOLUTIONS LLC ATTN EVAN MARTINI, DISPOSABLE CONTRACT MGMT 3750 TORREY VIEW CT SAN DIEGO, CA  92130 |
|---|---|---|---|
| | **State the term remaining** | 3/11/2020 | |
| | **List the contract number of any government contract** | | |

| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | CAREFUSION SOLUTIONS LLC ATTN GLORIA J SIMS, SR CONTRACTS SPECIALIST 3750 TORREY VIEW CT SAN DIEGO, CA  92130 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | BULK COMMUNICATIONS SERVICES & ACCESS AGREEMENT DTD 6/28/2016 | CEBRIDGE ACQUISITION LP D/B/A SUDDENLINK COMMUNICATIONS ATTN KENNETH CONNER, VP 311 NNW LOOP 323 TYLER, TX  75702 |
|---|---|---|---|
| | **State the term remaining** | 6/29/2021 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CELTIC MASTER LEASE AGREEMENT DTD 8/29/2013 LEASE #CML-3040A | CELTIC LEASING CORP ATTN TAMMY TRIEU, FUNDING ADMIN 4 PARK PLAZA, STE 300 IRVINE, CA 92614 |
| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE SCHEDULE NO. 3040A02 | CELTICLEASING CORP 4 PARK PLAZA SUITE 300<br><br>IRVINE, CA 92614 |
| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE SCHEDULE NO. 3040A02 | CELTICLEASING CORP ATTN TAMMY TRIEU, FUNDING ADMIN 4 PARK PLAZA, STE 300<br><br>IRVINE, CA 92614 |
| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 12/27/2019<br><br>**List the contract number of any government contract** | MEMBERSHIP AGREEMENT | CENTER FOR IMPROVEMENT IN HEALTHCARE QUALITY PO BOX 3620<br><br>MCKINNEY, TX 75070 |
| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING AGREEMENT | CENTERPOINT ENERGY SERVICES INC ATTN CONTRACT ADMIN 1111 LOUISIANA ST, 20TH FL HOUSTON, TX 77002 |
| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING AGREEMENT | CENTERPOINT ENERGY SERVICES INC ATTN CONTRACT ADMIN PO BOX 2628 HOUSTON, TX 77252-2628 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSACTION AGREEMENT DTD 5/8/2018 RE: PURCHASING AGREEMENT DTD 6/1/2007 | CENTERPOINT ENERGY SERVICES INC ATTN LARRY MUNDT 1111 LOUISIANA ST, 20TH FL HOUSTON, TX 77002 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2021 | |
| | **List the contract number of any government contract** | | |

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | REAGENT RENTAL AGREEMENT #11854000 DTD 12/10/2015 | CEPHEID 904 CARIBBEAN DR SUNNYVALE, CA 94089 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #094148 DTD 4/1/2015 | CEQUEL COMMUNICATIONS HOLDINGS LLC D/B/A SUDDENLINK COMMUNICATIONS ATTN ANDY HUDSON 311 NNW LOOP 323 TYLER, TX 75702 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #095788 DTD 7/16/2015 | CEQUEL COMMUNICATIONS HOLDINGS LLC D/B/A SUDDENLINK COMMUNICATIONS ATTN ANDY HUDSON 311 NNW LOOP 323 TYLER, TX 75702 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #096280 DTD 8/18/2015 | CEQUEL COMMUNICATIONS HOLDINGS LLC D/B/A SUDDENLINK COMMUNICATIONS ATTN ANDY HUDSON 311 NNW LOOP 323 TYLER, TX 75702 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SERVICE ORDER & AGREEMENT | CEQUEL COMMUNICATIONS LLC D/B/A SUDDENLINK COMMUNICATIONS ATTN STEPHEN TULLOH, VP SALES 311 NNW LOOP 323 TYLER, TX 75702 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | COMMERCIAL SERVICE ORDER & AGREEMENT | CEQUEL COMMUNICATIONS D/B/A SUDDENLINK COMMUNICATIONS ATTN JASON COKE, REGIONAL SALES MGR 6151 PALUXY DR TYLER, TX 75703 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT TERM MODIFICATION DTD 9/10/2019 AMENDS MASTER AGREEMENT #16347 DTD 11/10/214 | CHANGE HEALTHCARE TECHNOLOGIES LLC |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | RURAL HEALTHCARE AGREEMENT DTD 3/8/2017 | CHANNELFORD ASSOCIATES INC ATTN STEPHEN RAU, CEO 2006 CHANNELFORD RD WESTLAKE VILLAGE, CA 91361 |
|---|---|---|---|
| | **State the term remaining** 6/30/2020 | | |
| | **List the contract number of any government contract** | | |

| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | CHCA CONROE LP D/B/A CONROE REGIONAL MEDICAL CENTER ATTN ADMIN 504 MEDICAL CENTER BLVD CONROE, TX 77304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | PATIENT TRANSFER AGREEMENT | CHCA CONROE LP D/B/A CONROE REGIONAL MEDICAL CENTER ATTN ADMIN 504 MEDICAL CENTER BLVD CONROE, TX 77304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | PATIENT TRANSFER AGREEMENT | CHCA WOMAN'S HOSPITAL LP D/B/A THE WOMAN'S HOSPITAL OF TEXAS ATN CEO 7600 FANNIN HOUSTON, TX 77054 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.317 **State what the contract or lease is for and the nature of the debtor's interest** — PATIENT TRANSFER AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHCA WOMAN'S HOSPITAL LP<br>D/B/A THE WOMAN'S HOSPITAL OF TEXAS<br>ATTN CEO<br>7600 FANNIN<br>HOUSTON, TX 77054 |
| 2.318 **State what the contract or lease is for and the nature of the debtor's interest** — INDEPENDENT CONTRACTOR SERVICES AGREEMENT<br><br>**State the term remaining** 7/15/2020<br><br>**List the contract number of any government contract** | CHEDI, SHANICE<br>9108 PINE MISSION AVE<br>LAS VEGAS, NV 89143 |
| 2.319 **State what the contract or lease is for and the nature of the debtor's interest** — INDEPENDENT CONTRACTOR SERVICES AGREEMENT<br><br>**State the term remaining** 6/15/2020<br><br>**List the contract number of any government contract** | CHEDI, SHANICE<br>9108 PINE MISSION AVE<br>LAS VEGAS, NV 89143 |
| 2.320 **State what the contract or lease is for and the nature of the debtor's interest** — WATER TREATMENT PROGRAM AGREEMENT<br><br>**State the term remaining** 7/31/2020<br><br>**List the contract number of any government contract** | CHEM-AQUA INC<br>PO BOX 152170<br>IRVING, TX 75015 |
| 2.321 **State what the contract or lease is for and the nature of the debtor's interest** — BIOLOGICAL DRAIN MAINTENANCE SYSTEM<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHEMSEARCH<br>PO BOX 971269<br><br>DALLAS, TX 75397-1269 |
| 2.322 **State what the contract or lease is for and the nature of the debtor's interest** — CHRISTUS HEALTH PLAN AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CHRISTUS HEALTH PLAN<br>2707 NORTH LOOP WEST<br><br>HOUSTON, TX 77008 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | CIGNA AGREEMENT | CIGNA<br>ATTN LEGAL DEPT<br>900 COTTAGE GROVE RD B6LPA |
| | **State the term remaining** | | BLOOMFIELD, CT 06002 |
| | **List the contract number of any government contract** | | |

| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | STANDARD RENTAL SERVICE AGREEMENT | CINTAS<br>97627 EAGLE WAY |
| | **State the term remaining** | | CHICAGO, IL 60678-7627 |
| | **List the contract number of any government contract** | | |

| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | CITRIX MAINTENANCE PROGRAM DTD 6/22/2012 | CITRIX SYSTEMS INC<br>851 W CYPRESS CREEK RD<br>FT LAUDERDALE, FL 33309 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING | CITY OF HOUSTON, TEXAS<br>DEPT OF HEALTH AND HUMAN SERVICES<br>8000 NORTH STADIUM DRIVE<br>HOUSTON, TX 77054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | CLOSE, KENNETH R, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICES AGREEMENT | COLDSPRING-OAKHURST ISD<br>ATTN SUPERINTENDENT<br>PO BOX 39<br>COLDSPRING, TX 77331 |
| | **State the term remaining** | 7/1/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.329** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | COLLEGE OF HEALTH CARE PROFESSIONS<br>ONE ARENA PLACE<br>7322 SOUTHWEST FREEWAY SUITE 110<br>HOUSTON, TN  77074 |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.329** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM AFFILIATION AGREEMENT | COLLEGE OF HEALTH CARE PROFESSIONS<br>ONE ARENA PLACE<br>7322 SOUTHWEST FREEWAY SUITE 110<br>HOUSTON, TN  77074 |
| **2.330** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMUNITY HEALTH CHOICE, INC. AGREEMENT | COMMUNITY HEALTH CHOICE, INC.<br>ATTN TERRI SUMMERS<br>2636 SOUTH LOOP WEST<br>SUITE 100<br>HOUSTON, TX  77054 |
| **2.331** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  5/1/2021<br><br>List the contract number of any government contract | SUPPORT SERVICES AGREEMENT | COMMUNITY HOSPITAL CONSULTING INC<br>ATTN CEO<br>7800 N DALLAS PKWY, STE 200<br>PLANO, TX  75024 |
| **2.332** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | COMMUNITY HEALTH NEEDS ASSESSMENT AGREEMENT DTD 4/10/2019 | COMMUNITY HOSPITAL CONSULTING INC<br>ATTN DAVID E DOMINGUE, FACHE SVP BUS DEV<br>7800 N DALLAS PKWY, STE 200<br>PLANO, TX  75024 |
| **2.333** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  5/1/2021<br><br>List the contract number of any government contract | SUPPORT SERVICES AGREEMENT | COMMUNITY HOSPITAL CONSULTING INC<br>C/O COMMUNITY HOSPITAL CORP<br>ATTN GENERAL COUNSEL<br>7800 N DALLAS PKWY, STE  200<br>PLANO, TX  75024 |
| **2.334** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROPOSAL TO PROVIDE COMMUNITY HEALTH NEEDS ASSESSMENT | COMMUNITY HOSPITAL CONSULTING<br>7800 N DALLAS PARKWAY STE 200<br><br>PLANO, TX  75024 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** PROPOSAL TO PROVIDE COMMUNITY HEALTH NEEDS ASSESSMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMUNITY HOSPITAL CONSULTING C/O COMMUNITY HOSPITAL CORP ATTN GENERAL COUNSEL 7800 N DALLAS PKWY, STE 200 PLANO, TX 75024 |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** CONSUMER REPORT USER AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMUNITY HOSPITAL CORPORATION ATTN TONY YBARRA, VP SUPPLY CHAIN 5801 TENNYSON PKWY, STE 550 PLANO, TX 95024 |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** INPATIENT SERVICES AGREEMENT<br><br>**State the term remaining** 9/17/2020<br><br>**List the contract number of any government contract** | COMPASSIONATE CARE HOSPICE OF SOUTHEASTERN TX LLC ATTN CONTRACTING DEPT 3854 AMERICAN WAY, STE A BATON ROUGE, LA 70816 |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** AGREEMENT FOR PHYSICIAN LOCUM TENENS COVERAGE FEES IN CONFIRMATION<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPHEALTH 6440 S MILLROCK DR, STE 175 SALT LAKE CITY, UT 84121 |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT #1 TO PHARMACY SERVICE AGREEMENT DTD 10/16/2013 AMENDS AGREEMENT DTD 3/1/2013<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE PHARMACY SERVICES LLC ATTN DON NICKLESON, CEO 6409 QUAIL HOLLOW RD MEMPHIS, TN 38120 |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT #2 TO PHARMACY SERVICE AGREEMENT DTD 4/14/2014 AMENDS AGREEMENT DTD 3/1/13<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPREHENSIVE PHARMACY SERVICES LLC ATTN DON NICKLESON, CEO 6409 QUAIL HOLLOW RD MEMPHIS, TN 38120 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.341 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PHARMACY SERVICE AGREEMENT | COMPREHENSIVE PHARMACY SERVICES LLC<br>ATTN DON NICKLESON, CEO<br>6409 QUAIL HOLLOW RD<br>MEMPHIS, TN  38120 |
| 2.342 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MIDAS DATAVISION SYSTEM AGREEMENT | CONDUENT CARE MANAGEMENT INC<br>F/K/A MIDASPLUS INC<br>ATTN STEVE RODEN, GEN MGR<br>4801 E BROADWAY BLVD, STE 200<br>TUCSON, AZ  85711 |
| 2.343 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MIDAS STATIT PERFORMANCE INDICATOR & MGMT DASHBOARD AND/OR STATIT PROFILE & REVIEW AGREEMENT | CONDUENT CARE MANGEMENT INC<br>F/K/A MIDASPLUS INC<br>ATTN STEVE RODEN, GENERAL MGR<br>4801 E BROADWAY BLVD, STE 200<br>TUCSON, AZ  85711 |
| 2.344 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRODUCT SALE AGREEMENT | CONROE WELDING SUPPLY INC<br>415 S FRAZIER ST<br>CONROE, TX  77301 |
| 2.345 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSACTION AGREEMENT DTD 10/30/2017<br>RE: PURCHASING AGREEMENT DTD 9/11/2006<br><br>5/31/2021 | CONSTELLATION NEWENERGY - GAS DIVISION LLC<br>ATTN MATTHEW RESTAINO<br>9960 CORPORATE CAMPUS DR, STE 2000<br>LOUISEVILLE, KY  40223 |
| 2.346 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STUDYCAST BUSINESS ASSOCIATE AGREEMENT | CORE SOUND IMAGING INC<br>7000 SIX FORKS RD #102<br>RALEIGH, NC  27615 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE AND SERVICES AGREEMENT | COREPOINT HEALTH LLC<br>ATTN PHIL GUY, CEO<br>3010 GAYLORD PKWY, STE 320<br>FRISCO, TX 75034 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DTD 12/10/2015 CONTRACT #966 | COREPOINT HEALTH LLC<br>ATTN PHIL GUY, CEO<br>3010 GAYLORD PKWY, STE 320<br>FRISCO, TX 75034 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | COVENTRY HEALTH CARE AGREEMENT | COVENTRY HEALTH CARE<br>PO BOX 668329<br><br>CHARLOTTE, NC 28266-8329 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT AND ACCESSORIES ROYAL-FREE LICENSE AGREEMENT DTD 3/20/2017 | COVIDIEN SALES LLC<br>15 HAMPSHIRE ST<br>MANSFIELD, MA 02048-1113 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | STERRAD SERVICE AGREEMENT ADDENDUM TO CONTRACT RE EQUIPMENT & ACCESSORIES ROYALTY LICENSE AGREEMENT DTD 3/20/2017 | COVIDIEN SALES LLC/MEDTRONIC<br>15 HAMPSHIRE ST<br>MANSFIELD, MA 02048-1113 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO HEALTHCARE STAFFING AGREEMENT | CROSS COUNTRY TRAVCORPS INC<br>D/B/A CROSS COUNTRY STAFFING<br>1970 BROADWAY #1250<br>OAKLAND, CA 94612 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.353 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT<br><br><br>11/30/2020 | CROTHALL HEALTHCARE INC<br>ATTN LEGAL DEPT<br>1500 LIBERTY RIDGE DR, STE 210<br>WAYNE, PA  19087 |
| 2.354 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SERVICE AGREEMENT<br>AMENDS AGREEMENT DTD 12/1/2015 | CROTHALL HEALTHCARE INC<br>ATTN WILLIAM GARGANO, DIV PRESIDENT<br>1500 LIBERTY RIDGE DR, STE 210<br>WAYNE, PA  19087 |
| 2.355 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LEASE AGREEMENT #276029 | CSI LEASING INC<br>ATTN LEGAL DEPT<br>9990 OLD OLIVE STREET RD, STE 101<br>ST LOUIS, MO  63141 |
| 2.356 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THIRD AMENDMENT TO EQUIPMENT SCHEDULE #2 TO MASTER LEASE NO. 276029 DTD 10/8/2013<br>AMENDS MASTER LEASE #276029 | CSI LEASING INC<br>ATTN LEGAL DEPT<br>9990 OLD OLIVE STREET RD, STE 101<br>ST LOUIS, MO  63141 |
| 2.357 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EQUIPMENT SCHEDULE #3 DTD 10/5/2016<br>RE: MASTER LEASE AGREEMENT #276029 DTD 9/14/2012 | CSI LEASING INC<br>ATTN LORRAINE S CHERRICK, EVP & GEN COUNSEL<br>9990 OLD OLIVE STREET RD, STE 101<br>ST LOUIS, MO  63141 |
| 2.358 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO EQUIPMENT SCHEDULE #1 TO MASTER LEASE NO. 276029 DTD 1/16/2013<br>AMENDS MASTER LEASE #276029 DTD 9/14/2012 | CSI LEASING INC<br>ATTN LORRAINE S CHERRICK, EVP & GEN COUNSEL<br>9990 OLD OLIVE STREET RD, STE 101<br>ST LOUIS, MO  63141 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO EQUIPMENT SCHEDULE #2  DTD 1/16/2013 AMENDS MASTER LEASE #276029 DTD 9/14/2012 | CSI LEASING INC ATTN LORRAINE S CHERRICK, EVP & GEN COUNSEL 9990 OLD OLIVE STREET RD, STE 101 ST LOUIS, MO  63141 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTS QUOTE #20181022-311RD RE: SERVICE AGREEMENT | DATCARD SYSTEMS INC ATTN LINDA JEFFUS 7 GOODYEAR IRVINE, CA  92618 |
| | **State the term remaining** | 8/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE AGREEMENT DTD 7/23/2019 | DATCARD SYSTEMS INC ATTN LINDA JEFFUS 7 GOODYEAR IRVINE, CA  92618 |
| | **State the term remaining** | 7/22/2020 | |
| | **List the contract number of any government contract** | | |

| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE QUOTE / CONTRACT DTD 5/1/2018 | DE LAGE LANDEN FINANCIAL SERVICES INC 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. 1111 OLD EAGLE SCHOOL RD WAYNE, PA  19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | DE LAGE LANDEN FINANCIAL SERVICES, INC. 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA  19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.365 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE: LEASE AGREEMENT NAME CHANGE | DE LAGE LANDEN LEASING & TRADE FINANCE ATTN KIM JARRELL 1111 OLD EAGLE SCHOOL ROAD WAYNE, PA  19087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.366 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT AMENDS PROFESSIONAL SERVICES AND COLLABORATIVE CARE AGREEMENT DTD 8/1/2018 | DEAHL, TIMOTHY, MD 260 INTERSTATE 45 S, STE B HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.367 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | DEAHL, TIMOTHY, MD 260 INTERSTATE 45 S, STE B HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |
| 2.368 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | DEAHL, TIMOTHY, MD 260 INTERSTATE 45 S, STE B HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |
| 2.369 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | DEAHL, TIMOTHY, MD 260 INTERSTATE 45 S, STE B HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |
| 2.370 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | DEAHL, TIMOTHY, MD 260 INTERSTATE 45 S, STE B HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 3/18/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT | DEAHL, TIMOTHY, MD<br>260 INTERSTATE 45 S, STE B<br>HUNTSVILLE, TX  77340 |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AND COLLABORATIVE CARE AGREEMENT | DEAHL, TIMOTHY, MD<br>260 INTERSTATE 45 S, STE B<br>HUNTSVILLE, TX  77340 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT | DESAI, KEVIN ASWIN MD |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL AFFILIATION AGREEMENT | DEVRY UNIVERISTY HOUSTON<br>ATTN DR DEBORA J BUTTS<br>11125 EQUITY DR<br>HOUSR, TX  77041 |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLINICAL AFFILIATION AGREEMENT | DEVRY UNIVERISTY HOUSTON<br>C/O DEVRY INC<br>ATTN DEVRY LEGAL<br>3005 HIGHLAND PKWY<br>DOWNERS GROVE, IL  60515-5799 |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFILIATION AGREEMENT | DEVRY UNIVERSITY<br>ATTN DR DEBORA J BUTTS<br>11125 EQUITY DR<br>HOUSR, TX  77041 |

Debtor WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known) 19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.377** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO CONTRACT RE: INDEPENDENT CONTRACTOR SERVICES AGREEMENT | DEWALT, KATELYN PO BOX 335 107 W STATION ST TRINITY, TX 75862 |
| **2.378** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | DEWALT, KATELYN PO BOX 335 107 W STATION ST TRINITY, TX 75862 |
| **2.379** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | DEWALT, KATELYN PO BOX 335 107 W STATION ST TRINITY, TX 75862 |
| **2.380** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 6/1/2020 <br><br> **List the contract number of any government contract** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | DEWALT, KATELYN PO BOX 335 107 W STATION ST TRINITY, TX 75862 |
| **2.381** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 6/1/2020 <br><br> **List the contract number of any government contract** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | DEWALT, KATELYN PO BOX 335 107 W STATION ST TRINITY, TX 75862 |
| **2.382** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT DTD 7/20/2012 RE: DIALYSPA AGREEMENT DTD 7/20/2012 | DIALYSPA CONTRACT SERVICES LLC ATTN JEFF KALINA, MD 2453 S BRAESWOOD, STE 201 HOUSTON, TX 77030 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number _(if known)_    19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | **State what the contract or lease is for and the nature of the debtor's interest** | DIALYSIS SERVICES AGREEMENT | DIALYSPA CONTRACT SERVICES LLC ATTN JEFF KALINA, MD 2453 S BRAESWOOD, STE 201 HOUSTON, TX 77030 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.384 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSCRIPTION SERVICES AGREEMENT | DIGITAL TRANSCRIPTION SERVICES INC ATTN JOE JACKSON, PRESIDENT & CEO 4100 PERIMETER CTR DR, STE 250 OKLAHOMA CITY, OK 73112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.385 | **State what the contract or lease is for and the nature of the debtor's interest** | PHYSICIAN CREDENTIALING AND PRIVILEGING AGREEMENT | DIRECT RADIOLOGY LLC 1839 N GOVERNMENT WAY, STE B COEUR D'ALENE, ID 83814 |
| | **State the term remaining** | 7/2/2020 | |
| | **List the contract number of any government contract** | | |
| 2.386 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT RE: CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT DTD 3/21/2008 | DIVERSIFIED CLINICAL SERVICES INC ATTN THOMAS M CLAYTON, GENERAL COUNSEL 5220 BELFORT RD JACKSONVILLE, FL 32256 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.387 | **State what the contract or lease is for and the nature of the debtor's interest** | DOOR SERVICE PLAN | DOOR CONTROL SERVICES 321 VZ COUNTY ROAD 4500 BEN WHEELER, TX 75754 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.388 | **State what the contract or lease is for and the nature of the debtor's interest** | DOOR SERVICE PLAN | DOOR CONTROL SERVICES ATTN MIKE FISHER, SVP 301 VAN ZANDT COUNTY RD 4500 BEN WHEELER, TX 75754 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | FULL SERVICE WITH ANNUAL PLANNED MAINTENANCE DOOR SERVICE PLAN DTD 5/1/2019 | DOOR CONTROL SERVICES ATTN MIKE FISHER, SVP 301 VAN ZANDT COUNTY RD 4500 BEN WHEELER, TX 75754 |
|---|---|---|---|
| | **State the term remaining** | 5/31/2020 | |
| | **List the contract number of any government contract** | | |

| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO MASTER AGREEMENT AMENDS MASTER SERVICES DTD 12/10/13 | DRFIRST.COM INC 9420 KEY WEST AVE, STE 101 ROCKVILLE, MD 20850 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MASTER AGREEMENT FOR PROVISION OF EPICS SERVICES RE: MASTER AGREEMENT DTD 12/10/13 | DRFIRST.COM INC 9420 KEY WEST AVE, STE 230 ROCKVILLE, MD 20850 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO MASTER AGREEMENT RE: MASTER AGREEMENT DTD 12/10/2013 | DRFIRST.COM INC ATTN CONTRACTS 9420 KEY WEST AVE, STE 230 ROCKVILLE, MD 20850 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | DRFIRST/HUNTSVILLE CONTRACT RENEWAL 2019 | DRFIRST.COM INC ATTN CONTRACTS 9420 KEY WEST AVE, STE 230 ROCKVILLE, MD 20850 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | DRFIRST.COM INC ATTN CONTRACTS 9420 KEY WEST AVE, STE 230 ROCKVILLE, MD 20850 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.395 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #103299 | DRFIRST.COM INC<br>ATTN CONTRACTS<br>9420 KEY WEST AVE, STE 230<br>ROCKVILLE, MD  20850 |
| 2.396 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: DR FIRST ADDENDUM TO MASTER SERVICE AGREEMENT DTD 2/16/2016<br>RE: MASTER AGREEMENT DTD 12/10/13 | DRFIRST.COM INC<br>ATTN CONTRACTS<br>9420 KEY WEST AVE, STE 230<br>ROCKVILLE, MD  20850 |
| 2.397 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**   11/20/2022<br><br>**List the contract number of any government contract** | AMENDMENT TO MASTER AGREEMENT AMENDS MASTER SERVICES DTD 12/10/13 | DRFIRST.COM INC<br>ATTN EDWARD LEE, CAO<br>9420 KEY WEST AVE, STE 101<br>ROCKVILLE, MD  20850 |
| 2.398 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO THE RCOPIA AC SERVICE EXHIBIT<br>AMENDS MASTER SERVICES AGREEMENT DTD 12/10/13 | DRFIRST.COM INC<br>ATTN EDWARD LEE, CAO<br>9420 KEY WEST AVE, STE 101<br>ROCKVILLE, MD  20850 |
| 2.399 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FREQUENCER RENT TO OWN AGREEMENT | DYMEDSO<br>2120 32ND AVENUE<br><br>MONTREAL, QC  H8T 3H7<br>CANADA |
| 2.400 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EBSCO PUBLISHIING LICENSE AGREEMENT | EBSCO INDUSTRIES INC<br>PO BOX 830625<br>10 ESTES STREET<br><br>BIRMINGHAM, AL  35283 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.401** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO CONTRACT DTD 8/1/2019 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ECOLAB INC <br> ATTN BRENDA VALENTE, VP FIELD SALES HEALTHCARE <br> 1 ECOLAB PL <br> ST PAUL, MN  55102 |
| **2.402** **State what the contract or lease is for and the nature of the debtor's interest** INSTRUMENT REPROCESSING PRODUCTS AND SERVICES SUPPLY AGREEMENT <br><br> **State the term remaining** 8/1/2022 <br><br> **List the contract number of any government contract** | ECOLAB INC <br> ATTN BRENDA VALENTE, VP FIELD SALES HEALTHCARE <br> 1 ECOLAB PL <br> ST PAUL, MN  55102 |
| **2.403** **State what the contract or lease is for and the nature of the debtor's interest** LETTER OF COMMITMENT RE: INSTRUMENT REPROCESSING PRODUCTS AND SERVICES AGREEMENT DTD 8/1/2019 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ECOLAB INC <br> ATTN BRENDA VALENTE, VP FIELD SALES HEALTHCARE <br> 1 ECOLAB PL <br> ST PAUL, MN  55102 |
| **2.404** **State what the contract or lease is for and the nature of the debtor's interest** EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EIKENHORST, RONALD, MD |
| **2.405** **State what the contract or lease is for and the nature of the debtor's interest** STORAGE AGREEMENT <br><br> **State the term remaining** 5/22/2021 <br><br> **List the contract number of any government contract** | EMBASSY RECORDS MANAGEMENT & STORAGE <br> ATTN JARED SNOW <br> PO BOX 5449 <br> BRYAN, TX  77805 |
| **2.406** **State what the contract or lease is for and the nature of the debtor's interest** ADDENDUM TO EMC - DATADOMAIN SUPPORT CONTRACT DTD 11/25/2014 RE: CONTRACT DTD 7/1/14 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMC WALKER COUNTY HOSPITAL <br> 176 SOUTH ST <br><br> HOPKINTON, MA  01748-9103 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.407 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | EMORY & HENRY COLLEGE<br>30461 GARNAND DR<br>EMORY, VA 24327 |
| 2.408 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUISITION DTD 2/28/2019<br>MU3 SERVER BUILD & LOAD BALANCER INSTALLATION | ENGAGE |
| 2.409 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NURSE STAFFING AGREEMENT | ESP SYSTEMS LLC<br>D/B/A MEDTEMPS<br>ATTN KAYLI SMITH<br>2500 QUANTUM LAKES DR, STE 203<br>BOYNTON BEACH, FL 33426 |
| 2.410 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PREVENTATIVE MAINTENANCE AGREEMENT | EVOLVE POWER GENERATION<br>10555 COSSEY RD<br>HOUSTON, TX 77070 |
| 2.411 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS AND CONDITIONS | FACILITY GATEWAY CORPORATION<br>4916 E BROADWAY<br><br>MADISON, WI 53716 |
| 2.412 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TERMS AND CONDITIONS | FACILITY GATEWAY CORPORATION<br>ATTN SARA HULL<br>4916 E BROADWAY<br><br>MADISON, WI 53716 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.413 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE QUOTE #SH01252019-3654 | FACILITY GATEWAY CORPORATION ATTN SARA HULL 4916 E BROADWAY MADISON, WI 53716 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.414 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRSTCARE AGREEMENT | FIRSTCARE PO BOX 211342 |
| | **State the term remaining** | | EAGAN, MN 55121-2942 |
| | **List the contract number of any government contract** | | |
| 2.415 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRSTCARE AGREEMENT | FIRSTCARE PO BOX 211342 |
| | **State the term remaining** | | EAGAN, MN 55121-2942 |
| | **List the contract number of any government contract** | | |
| 2.416 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | FISHER HEALTHCARE ATTN DEBRA FLEETWOOD, CAPITAL CONTRACTING MANAGER 11450 COMPAY CENTER W DR, STE 570 HOUSTON, TX 77070 |
| | **State the term remaining** 2/15/2021 | | |
| | **List the contract number of any government contract** | | |
| 2.417 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY PARTICIPATION AGREEMENT 00146212 RE: PURCHASING AGREEMENT DTD 10/1/2012 | FISHER HEALTHCARE ATTN STACEY C, DIRECTOR FINANCE 999 VETERANS MEMORIAL DR HOUSTON, TX 77038 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.418 | **State what the contract or lease is for and the nature of the debtor's interest** | FORTICARE / FORTIGUARD SERVICE CONTRACT | FORTINET, INC. 6111 W PLANO PKWY #2100 |
| | **State the term remaining** | | PLANO, TX 75093 |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | TRANSFER AGREEMENT | FPACP HUNTSVILLE LLC<br>D/B/A FOCUSED CARE AT HUNTSVILLE<br>1302 NOTTINGHAM ST<br>HUNTSVILLE, TX 77340 |
| 2.420 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | GE HEALTHCARE IITS USA CORP, A GE HEALTHCARE BUSINESS<br>40 IDX DRIVE<br><br>WOUTH BURLINGTON, VT 05040 |
| 2.421 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | GE HEALTHCARE IITS USA CORP, A GE HEALTHCARE BUSINESS<br>ATTN JOANNE L BROOKS<br>15724 COLLECTIONS CTR DR<br><br>CHICAGO, IL 60693 |
| 2.422 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | GE HEALTHCARE<br>3000 N GRANDVIEW BLVD<br><br>WAUKESHA, WI 53188 |
| 2.423 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | GE HEALTHCARE SOFTWARE SUPPORT AGREEMENT | GE HEALTHCARE<br>3000 N GRANDVIEW BLVD<br><br>WAUKESHA, WI 53188 |
| 2.424 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AGREEMENT | GE HEALTHCARE<br>ATTN GENERAL COUNSEL<br>9900 INNOVATION DR<br><br>WAUWATOSA, WI 53226 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GE HEALTHCARE SOFTWARE SUPPORT AGREEMENT | GE HEALTHCARE<br>ATTN GENERAL COUNSEL<br>9900 INNOVATION DR<br><br>WAUWATOSA, WI 53226 |
|---|---|---|---|
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRADE-IN ADDENDUM TO GE HEALTHCARE QUESTION | GE HEALTHCARE<br>ATTN JOSHUA TOWLE<br>6200 W TOWER AVE<br>MILWAUKEE, WI 53223 |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EARLY BUY-OUT OPTION ADDENDUM TO LEASE AGREEMENT DATED AS OF SEPTEMBER 3, 2019<br>RE: LEASE AGREEMENT DTD 9/3/2019 | GE HFS LLC<br>ATTN DEKIRA WEDDLE<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT DTD 9/3/2019 | GE HFS LLC<br>ATTN DEKIRA WEDDLE<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GPO AGREEMENT #PR11-C130175 DTD 2/13/2019 | GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES INC<br>C/O GE HEALTHCARE<br>ATTN GENERAL COUNSEL<br>9900 INNOVATION DR<br>WAUWATOSA, WI 53226 |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GPO AGREEMENT #PR11-C130175 DTD 2/13/2019 | GE MEDICAL SYSTEMS INFORMATION TECHNOLOGIES INC<br>C/O GE HEALTHCARE<br>ATTN MICHELLE KING, PROD SALES SPECIALIST<br>4313 E COTTON CENTER BLVD #100<br>PHOENIX, AZ 85040 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.431** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AFFILIATION AGREEMENT <br><br> **State the term remaining** 8/28/2022 <br><br> **List the contract number of any government contract** | GEORGE WASHINGTON UNIVERSITY, THE <br> C/O GW SCHOOL OF NURSING <br> ATTN CAROL FRITZ BRAUNGARD, DIRECTOR <br> 1919 PENNSYLVANIA AVE NW, STE 500 <br> WASHINGTON, DC 20006 |
| **2.432** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AFFILIATION AGREEMENT <br><br> **State the term remaining** 8/28/2022 <br><br> **List the contract number of any government contract** | GEORGE WASHINGTON UNIVERSITY, THE <br> C/O GW SCHOOL OF NURSING <br> ATTN COLLEEN KENNEDY, CLINICAL PLACEMENT COORDINATOR <br> 1919 PENNSYLVANIA AVE NW, STE 500 <br> WASHINGTON, DC 20006 |
| **2.433** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AFFILIATION AGREEMENT <br><br> **State the term remaining** 8/28/2022 <br><br> **List the contract number of any government contract** | GEORGE WASHINGTON UNIVERSITY, THE <br> C/O GW SCHOOL OF NURSING <br> ATTN ELLEN REILLEY FARRELL, PROGRAM DIRECTOR <br> 1919 PENNSYLVANIA AVE NW, STE 500 <br> WASHINGTON, DC 20006 |
| **2.434** **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AFFILIATION AGREEMENT <br><br> **State the term remaining** 8/28/2022 <br><br> **List the contract number of any government contract** | GEORGE WASHINGTON UNIVERSITY, THE <br> C/O GW SCHOOL OF NURSING <br> ATTN KATE DRISCOLL MILLIARAKIS, PHD, ASSOC PROFESSOR <br> 1919 PENNSYLVANIA AVE NW, STE 500 <br> WASHINGTON, DC 20006 |
| **2.435** **State what the contract or lease is for and the nature of the debtor's interest** RENEWAL <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GETINGE USA SALES, LLC <br> 45 BARBOUR POND DRIVE <br><br> WAYNE, NJ 07470 |
| **2.436** **State what the contract or lease is for and the nature of the debtor's interest** RENEWAL <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | GETINGE USA SALES, LLC <br> ATTN CHRIS SCHULTE <br> 45 BARBOUR POND DR <br><br> WAYNE, NJ 07470 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | GLOBAL COMPLIANCE SERVICES INC<br>ATTN GENERAL COUNSEL<br>13950 BALLANTYNE CORPORATE PL<br>CHARLOTTE, NC  28277 |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICES AGREEMENT | GREATER HOUSTON ECHOCARDIOGRAPHY MGMT LLC<br>ATTN MARLO ALONZO<br>PO BOX 70951<br>HOUSTON, TX  77270 |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATION AGREEMENT | GREATER HOUSTON HEALTHCONNECT<br>ATTN PHIL BECKETT, PHD, ACTING PRESIDENT & CEO<br>1213 HERMANN DR, STE 135<br>HOUSTON, TX  77004 |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT DTD 12/4/2017 | GREENMAR REIMBURSEMENT LLC<br>D/B/A HEALTHCARE REIMBURSEMENT PARTNERS LLC<br>10029 BELT LINE RD, STE 130<br>DALLAS, TX  75254 |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT DTD 12/4/2017 | GREENMAR REIMBURSEMENT LLC<br>D/B/A HEALTHCARE REIMBURSEMENT PARTNERS LLC<br>6029 BELT LINE RD, STE 130<br>DALLAS, TX  75254 |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ENGAGEMENT AGREEMENT DTD 3/6/2018 | GREENMAR REIMBURSEMENT LLC<br>D/B/A HEALTHCARE REIMBURSEMENT PARTNERS LLC<br>6029 BELT LINE RD, STE 130<br>DALLAS, TX  75254 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.443 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT | GULF COAST REGIONAL BLOOD CENTER ATTN BRIAN G GANNON, PRESIDENT & CEO 1400 LA CONCHA LN HOUSTON, TX 77054-1802 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.444 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT RE: CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT DTD 3/21/2008 | HEALOGICS WOUND CARE & HYPERBARIC SERVICES INC ATTN CEO 5220 BELFORT RD, STE 130 JACKSONVILLE, FL 32256 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.445 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT RE: CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT DTD 5/26/2019 | HEALOGICS WOUND CARE & HYPERBARIC SERVICES INC ATTN LEGAL DEPT 5220 BELFORT RD, STE 130 JACKSONVILLE, FL 32256 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.446 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT RE: CLINICAL WOUND CARE WITH HYPERBARIC OXYGEN THERAPY MANAGEMENT AND SUPPORT SERVICES AGREEMENT DTD 3/21/2008 | HEALOGICS WOUND CARE & HYPERBARIC SERVICES INC ATTN LEGAL DEPT 5220 BELFORT RD, STE 130 JACKSONVILLE, FL 32256 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.447 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | HEALTHCARE REIMBURSEMENT PARTNERS LLC C/O GREENMAR REIMBURSEMENT LLC 10029 BELT LINE RD, STE 130 DALLAS, TX 75254 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|-------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| 2.448 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | HEALTHCARE REIMBURSEMENT PARTNERS LLC <br> C/O GREENMAR REIMBURSEMENT LLC <br> 10029 BELT LINE RD, STE 130 <br> DALLAS, TX 75254 |
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO VENDOR CONTRACT | HEALTHCARE STAFFING, INC <br> FILE 54318 <br><br> LOS ANGELES, CA 90074-4318 |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 3/28/2020 <br><br> **List the contract number of any government contract** | CONTRACT RENEWAL AGREEMENT DTD 1/23/2019 RE: POSITION MANAGER AGREEMENT DTD 3/29/2013 | HEALTHCARESOURCE HR INC <br> ATTN AARON NOBLET, CORPORATE CONTROLLER <br> 100 SYLVAN RD STE 100 <br> WOBURN, MA 01801 |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 3/14/2020 <br><br> **List the contract number of any government contract** | CONTRACT RENEWAL AGREEMENT DTD 1/23/2019 AMENDS POSITION MANAGER AGREEMENT DTD 3/15/2013 | HEALTHCARESOURCE HR INC <br> ATTN AARON NOBLET, CORPORATE CONTROLLER <br> 100 SYLVAN RD STE 100 <br> WOBURN, MA 01801 |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARESOURCE COURSEWARE SALES ORDER FORM RE: COURSEWARE MASTER SERVICES AGREEMENT | HEALTHCARESOURCE HR INC <br> ATTN AARON NOBLET, CORPORATE CONTROLLER <br> 100 SYLVAN RD STE 100 <br> WOBURN, MA 01801 |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARESOURCE POSITION MANAGER AGREEMENT | HEALTHCARESOURCE HR INC <br> ATTN BRYCE CHICOYNE, CFO <br> 400 TRADE CTR, STE 3900 <br> WOBURN, MA 01801 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERNET MASTER SUBSCRIPTION AGREEMENT | HEALTHCARESOURCE HR INC<br>ATTN LEGAL DEPT<br>100 SYLVAN RD STE 100<br>WOBURN, MA 01801 |
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HEALTHCARESOURCE POSITION MANAGER AGREEMENT | HEALTHCARESOURCE HR INC<br>ATTN LEGAL DEPT<br>400 TRADE CTR, STE 3900<br>WOBURN, MA 01801 |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT | HEALTHCARESOURCE, INC<br>100 SYLVAN RD, STE 100<br><br>WOBURN, MA 01801 |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT | HEALTHCARESOURCE, INC<br>ATTN BRYCE CHICOYNE, CFO<br>400 TRADE CTR, STE 3900<br><br>WOBURN, MA 01801 |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO PRICING AGREEMENT DATED JANUARY 15TH, 2014 AMONG HEALTHTRUST PURCHASING GROUP, LP, HUNTSVILLE MEMORIAL HOSPITAL AND BOSTON SCIENTIFIC<br>AMENDS AGREEMENT DTD 1/15/2014 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN 37027 |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | GPO AFFILIATION CERTIFICATE AND PARTICIPATION AGREEMENT AMENDMENT<br>AMENDS PARTICIPATION AGREEMENT DTD 4/1/2010 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN 37027 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-1 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-3B | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | 11/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-1 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |

| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-2 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |

| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATION AGREEMENT | HEALTHTRUST PURCHASING GROUP LP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASING AGREEMENT | HEALTHTRUST PURCHASING GROUP LP<br>ATTN VP - DESIGN, CONST, EQUIPMENT & ENGINEERING<br>1 PARK PLAZA, BLG II-3E<br>NASHVILLE, TN  37203 |
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO PRICING AGREEMENT DTD 9/1/2016 AMENDS HPG PURCHASING AGREEMENT #S 3037 3041 3310 3322 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN VP, CONTRACTING & ACQUISITION MGT<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AGREEMENT<br>RE: HPG AGREEMENT #S 3037 3041 3310 3322 | HEALTHTRUST PURCHASING GROUP LP<br>ATTN VP, CONTRACTING & ACQUISITION MGT<br>155 FRANKLIN RD, STE 400<br>BRENTWOOD, TN  37027 |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO RENTAL AGREEMENT AND SUPPORT AGREEMENT | HEALTHTRUST PURCHASING GROUP<br>ATTN CHIEF LEGAL OFFICER<br>155 FRANKLIN RD, STE 400<br><br>BRENTWOOD, TN  37027 |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO RENTAL AGREEMENT AND SUPPORT AGREEMENT | HEALTHTRUST PURCHASING GROUP<br>LANGUAGE SERVICES ASSOCIATES INC<br>ATTN ERIC HOPE, MANAGER<br>455 BUSINESS CENTER DR, STE 100<br>HORSHAM, PA  19044 |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT DTD 9/25/19 RE: AGREEMENT FOR NURSE STAFFING DTD 9/25/2019 | HELPING HANDS NURSING AGENCY<br>ATTN MAUREEN BIDWELL, RN, BSN<br>PO BOX 297<br>JASPER, TX  75951 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.472** | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR NURSE STAFFING BETWEEN WALKER COUNTY HOSPITAL CORPORATION D/B/A HUNTSVILLE MEMORIAL HOSPITAL AND HELPING HANDS NURSING AGENCY | HELPING HANDS NURSING AGENCY ATTN MAUREEN BIDWELL, RN, BSN PO BOX 297 JASPER, TX 75951 |

| | **State the term remaining** | 9/25/2021 | |
| | **List the contract number of any government contract** | | |

| **2.473** | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | HELPING HANDS NURSING AGENCY ATTN MAUREEN BIDWELL, RN, BSN PO BOX 297 JASPER, TX 75951 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| **2.474** | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER # 104195 DTD 1/10/2017 | HITACHI MEDICAL SYSTEMS AMERICA INC 1959 SUMMIT COMMERCE PARK TWINSBURG, OH 44087-2371 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| **2.475** | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE MAINTENANCE AGREEMENT DTD 10/18/2011 QUOTATION #GO1543S | HITACHI MEDICAL SYSTEMS AMERICA INC 1959 SUMMIT COMMERCE PARK TWINSBURG, OH 44087-2371 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| **2.476** | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | HMH PHYSICIAN ORGANIZATION 110 MEMORIAL HOSPITAL DR

HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| **2.477** | **State what the contract or lease is for and the nature of the debtor's interest** | SUBLEASE AGREEMENT DTD 2/14/2017 | HMH PHYSICIAN ORGANIZATION 110 MEMORIAL HOSPITAL DR HUNTSVILLE, TX 77340 |
| | **State the term remaining** | 2/14/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT | HMH PHYSICIAN ORGANIZATION<br>ATTN PRESIDENT<br>3000 INTERSTATE 45<br><br>HUNTSVILLE, TX 77340 |
| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MANAGEMENT AGREEMENT | HMH PHYSICIAN ORGANIZATION<br>ATTN PRESIDENT<br>3000 INTERSTATE 45<br>HUNTSVILLE, TX 77340 |
| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL TERMS-HOBART CARE M-F UNLIMITED | HOBART CARE |
| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOBART SERVICE & INSTALLATION TERMS AND CONDITIONS | HOBART CARE |
| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT<br>RE: SERVICE AGREEMENT #Q-05307 | HOLOGIC INC<br>ATTN MICHAEL TOTO, ASSOC PROD DIR<br>36 APPLE RIDGE RD<br>DANBURY, CT 06810 |
| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | B&SH MAINTENANCE & REPAIR SERVICE TERMS<br>RE: SERVICE QUOTE #Q-122721 DTD 4/3/2019 | HOLOGIC INC<br>ATTN MICHAEL TOTO, ASSOC PROD DIR<br>36 APPLE RIDGE RD<br>DANBURY, CT 06810 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER RE: DIGITALNOW AND DICOM 6000 PRODUCT END OF LIFE DTD 8/2019 DISCONTINUE PRODUCT LINE LETTER | HOLOGIC INC<br>ATTN MICHAEL TOTO, ASSOC PROD DIR<br>36 APPLE RIDGE RD<br>DANBURY, CT  06810 |
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE QUOTE #Q-122721 DTD 4/3/2019 | HOLOGIC INC<br>ATTN MICHAEL TOTO, ASSOC PROD DIR<br>36 APPLE RIDGE RD<br>DANBURY, CT  06810 |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DISPOSABLES AGREEMENT FOR HEALTHTRUST MEMBERS<br>RE: PURCHASING AGREEMENT DTD 4/1/2015 | HOLOGIC LP<br>250 CAMPUS DR<br>MARLBOROUGH, MA  01752 |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOLOGIC NOVASURE UNIT AGREEMENT ADDENDUM DTD 6/20/2016 RE: HOLOGIC NOVASURE UNIT AGREEMENT DTD 7/2016 | HOLOGIC LP<br>250 CAMPUS DR<br>MARLBOROUGH, MA  01752 |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO HOSPITALIST PROFESSIONAL SERVICES AGREEMENT<br>AMENDS HOSPITAL AGREEMENT DTD 5/24/2014 | HOSPITAL DOCS PA<br>ATTN ALI AKBAR BHURIWALA, MD, PRESIDENT<br>PO BOX 946<br>MONTGOMERY, TX  77356 |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPITALIST PROFESSIONAL SERVICES AGREEMENT | HOSPITAL DOCS PA<br>ATTN ALI AKBAR BHURIWALA, MD, PRESIDENT<br>PO BOX 946<br>MONTGOMERY, TX  77356 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPITALIST PROFESSIONAL SERVICES AGREEMENT | HOSPITAL DOCS PA<br>ATTN MUJTABA ALI KHAN, MD<br>PO BOX 946<br>MONTGOMERY, TX 77356 |
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOSPITALIST PROFESSIONAL SERVICES AGREEMENT | HOSPITAL DOCS PA<br>C/O FISHER & ASSOCIATES, ATTORNEYS AT LAW<br>ATTN BENNETT G FISHER<br>1800 TWO HOUSTON CTR, 909 FANNIN ST<br>HOUSTON, TX 77010 |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO VENDOR CONTRACT AMENDS HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT DTD 12/2/2012 | HOSPITAL HOUSEKEEPING SYSTEMS LLC<br>ATTN CEO<br>216 E 4TH ST<br>AUSTIN, TX 78701 |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT | HOSPITAL HOUSEKEEPING SYSTEMS LLC<br>ATTN CEO<br>216 E 4TH ST<br>AUSTIN, TX 78701 |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | 1ST ADDENDUM TO HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT DTD 12/2/2012<br>RE: HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT DTD 12/2/2012 | HOSPITAL HOUSEKEEPING SYSTEMS LLC<br>ATTN SCOTT ALEXANDER<br>216 E 4TH ST<br>AUSTIN, TX 78701 |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT ADDENDUM 2ND ADDENDUM DTD 12/2/12 | HOSPITAL HOUSEKEEPING SYSTEMS LLC<br>ATTN SCOTT ALEXANDER<br>216 E 4TH ST<br>AUSTIN, TX 78701 |

Debtor  WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)  19-36300
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | SECOND ADDENDUM TO HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT AMENDS HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT DTD 12/2/2012 | HOSPITAL HOUSEKEEPING SYSTEMS LLC ATTN SCOTT ALEXANDER 216 E 4TH ST AUSTIN, TX 78701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD ADDENDUM TO HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT AMENDS HOUSEKEEPING MANAGEMENT AND SERVICES AGREEMENT DTD 12/2/2012 | HOSPITAL HOUSEKEEPING SYSTEMS LLC ATTN SCOTT ALEXANDER 216 E 4TH ST AUSTIN, TX 78701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD SERVICES AGREEMENT | HOSPITAL HOUSEKEEPING SYSTEMS LLC ATTN STEVE JOURDAN, CEO BEDWATCH 216 E 4TH ST AUSTIN, TX 78701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | HOUSTON ISD WORKMANS COMP AGREEMENT | HOUSTON ISD WORKMANS COMP PO BOX 6794 <br><br> METAIRIE, LA 70009-6794 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | REVENUE SERVICES AGREEMENT | HSS SYSTEMS LLC ATTN ERIC WARD, VP 6640 CAROTHERS PKWY STE 500 FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | THIRD AMENDMENT TO REVENUE CYCLE SERVICES AGREEMENT RE: REVENUE CYCLE SERVICES AGREEMENT DTD 1/7/2013 | HSS SYSTEMS LLC ATTN ERIC WARD, VP 6640 CAROTHERS PKWY STE 500 FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | |
|---|---|---|
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO REVENUE SERVICES AGREEMENT AMENDS REVENUE SERVICES AGREEMENT DTD 1/7/2013 | HSS SYSTEMS LLC<br>ATTN SENIOR COUNSEL<br>6640 CAROTHERS PKWY STE 500<br>FRANKLIN, TN 37067 |
| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVENUE SERVICES AGREEMENT | HSS SYSTEMS LLC<br>ATTN SENIOR COUNSEL<br>6640 CAROTHERS PKWY STE 500<br>FRANKLIN, TN 37067 |
| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA AND HUMANA CARECHOICE NETWORK AGREEMENT | HUMANA AND HUMANA CARECHOICE NETWORK<br>PO BOX 14601<br><br>LEXINGTON, KY 40512-4601 |
| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA AND HUMANA CARECHOICE NETWORK AGREEMENT | HUMANA AND HUMANA CARECHOICE NETWORK<br>PO BOX 14702<br><br>LEXINGTON, KY 40512-4702 |
| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HUMANA MILITARY TRICARE AMENDMENT TO AGREEMENT | HUMANA MILITARY TRICARE<br>PO BOX 7981<br><br>MADISON, WI 53707-7981 |
| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | HUNTSVILLE HIGH SCHOOL<br>441 FM 2821 RD E<br><br>HUNTSVILLE, TX 77320-9298 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | HUNTSVILLE ISD ATTN RODNEY SOUTHER, ATHLETIC DIR 441 FM 2821 EAST HUNTSVILLE, TX 77320-9298 |
| | **State the term remaining** | 7/31/2021 | |
| | **List the contract number of any government contract** | | |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR DIRECTORS AND OFFICERS COVERAGE AND PROPERTY INSURANCE COVERAGE | HUNTSVILLE MEMORIAL AUXILIARY ATTN PRESIDENT 110 MEMORIAL HOSPITAL DR HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER CONSULTING SERVICES AGREEMENT - BUSINESS TERMS | IATRIC SYSTEMS INC ATTN JOEL F BERMAN, CEO 27 GREAT POND DR BOXFORD, MA 01921 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE PRODUCT SUBSCRIPTION AGREEMENT - BUSINESS TERMS | IATRIC SYSTEMS INC ATTN JOEL F BERMAN, CEO 27 GREAT POND DR BOXFORD, MA 01921 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AFFILIATION AGREEMENT | INDEPENDENCE UNIVERSITY 4021 S 700 E #400 SALT LAKE CITY, UT 84107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | INLAND NORTHWEST HEALTH SERVICES ATTN MIKE SMYLY, CBDO 601 W 1ST AVE SPOKANE, WA 99201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | INLAND NORTHWEST HEALTH SERVICES<br>ATTN MIKE SMYLY, CBDO<br>PO BOX 469<br>SPOKANE, WA 99210-0469 |
| 2.515 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  5/17/2022<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | INLAND NORTHWEST HEALTH SERVICES<br>ATTN MIKE SMYLY, CBDO<br>PO BOX 469<br>SPOKANE, WA 99210-0469 |
| 2.516 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  5/17/2022<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | INLAND NORTHWEST HEALTH SERVICES<br>ATTN REBECCCA VAN BRUNT, DIR OF FINANCE<br>601 W 1ST AVE<br>SPOKANE, WA 99201 |
| 2.517 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | INLAND NORTHWEST HEALTH SERVICES<br>D/B/A ENGAGE<br>ATTN MICHAEL SMYLY, CBDO<br>601 W 1ST AVE<br>SPOKANE, WA 99201 |
| 2.518 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK & QUOTE FOR SERVICES DTD 4/30/2019 MEDITECH MU3 BUILD INSTALL | INLAND NORTHWEST HEALTH SERVICES<br>D/B/A ENGAGE<br>ATTN MICHAEL SMYLY, CBDO<br>601 W 1ST AVE<br>SPOKANE, WA 99201 |
| 2.519 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STATEMENT OF WORK & QUOTE FOR SERVICES DTD 3/21/2019 MEDITECH MU3 BUILD INSTALL | INLAND NORTHWEST HEALTH SERVICES<br>D/B/A ENGAGE<br>ATTN MICHAEL SMYLY, CBDO<br>PO BOX 469<br>SPOKANE, WA 99210-0469 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.520 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #116382 DTD 5/20/2019 | INLAND NORTHWEST HEALTH SERVICES D/B/A ENGAGE PO BOX 2185 SPOKANE, WA  99210-2185 |
|---|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | W-9 FORM | INLAND NORTHWEST HEALTH SERVICES D/B/A ENGAGE PO BOX 2185 SPOKANE, WA  99210-2185 |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT QUOTE #4000088964 | INSTRUMENTATION LABORATORY C/O WERFEN USA LLC ATTN ANDREW ANTCZAK, SERVICE COORDINATOR 180 HARTWELL RD BEDFORD, MA  01730 |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PHARMACY BENEFIT MANAGEMENT SERVICES AGREEMENT | INTEGRATED PRESCRIPTION MANAGEMENT INC 7815 N PALM AVE, STE400 FRESNO, CA  93711 |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IMO LINCENSE AGREEMENT | INTELLIGENT MEDICAL OBJECTS INC ATTN CEO 60 REVERE DRIVE, STE 360 NORTHBROOK, IL  60062 |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #101745 RE: ANNUAL SUBSCRIPTION FOR BREAKFAST BRIEFINGS | INTERACTIVATION HEALTH NETWORKS LLC 110 MEMORIAL HOSPITAL DR HUNTSVILLE, TX  77340 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AND LICENSE AGREEMENT | INTERACTIVATION HEALTH NETWORKS LLC ATTN DAVID A ROSS, CEO 331 W 57TH ST #722 NEW YORK, NY 10019 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PURCHASE REQUISITION DTD 6/5/2019 TJC BREAKFAST BRIEFINGS | INTERACTIVATION HEALTH NETWORKS LLC ATTN DAVID A ROSS, CEO N27 W23539 PAUL RD, STE 100 PEWAUKEE, WI 53072 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AND LICENSE AGREEMENT | INTERACTIVATION HEALTH NETWORKS LLC ATTN DAVID A ROSS, CEO N27 W23539 PAUL RD, STE 100 PEWAUKEE, WI 53072 |
| | **State the term remaining** | 8/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AND LICENSE AGREEMENT | INTERACTIVATION HEALTH NETWORKS LLC ATTN STEVEN L SMITH, CEO N27 W23539 PAUL RD, STE 100 PEWAUKEE, WI 53072 |
| | **State the term remaining** | 8/31/2020 | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AND LICENSE AGREEMENT | INTERACTIVATION HEALTH NETWORKS LLC N27W23539 PAUL RD, STE 100 PEWAUKEE, WI 53072 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #098487 | INTERACTIVATION HEALTH NETWORKS LLC PO BOX 100442 ATLANTA, GA 30384-0442 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #116658 | INTERACTIVATION HEALTH NETWORKS LLC<br>PO BOX 100442<br>ATLANTA, GA 30384-0442 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT<br>AMENDS THE USE LICENSE & SERVICE AGREEMENT & LEASE AGREEMENT DTD 9/16/2015 | INTUITIVE SURGICAL INC<br>ATTN MARC GIUFFRIDA, DIR CONTRACT ADMIN<br>1020 KIFER RD<br>SUNNYVALE, CA 94086 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 9/16/2015<br># MA-323-2015 (CLM402160) | INTUITIVE SURGICAL INC<br>ATTN MARC GIUFFRIDA, DIR CONTRACT ADMIN<br>1020 KIFER RD<br>SUNNYVALE, CA 94086 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | USE, LICENSE & SERVICE AGREEMENT<br># MA-323-2015 (CLM402160) | INTUITIVE SURGICAL INC<br>ATTN MARC GIUFFRIDA, DIR CONTRACT ADMIN<br>1020 KIFER RD<br>SUNNYVALE, CA 94086 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY AGREEMENT<br>STORAGE | IRON MOUNTAIN INFORMATION MGMT LLC<br>ATTN MARIA SOARES, CRA<br>1101 ENTERPRISE DR<br>ROYERSFORD, PA 19468 |
| | **State the term remaining** | 1/1/2022 | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | FACILITY AGREEMENT<br>SHREDDING | IRON MOUNTAIN INFORMATION MGMT LLC<br>ATTN MARIA SOARES, CRA<br>1102 ENTERPRISE DR<br>ROYERSFORD, PA 19468 |
| | **State the term remaining** | 1/1/2022 | |
| | **List the contract number of any government contract** | | |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number _(if known)_    19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.538 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RE: MEDICAL DIRECTOR AGRE (003).DOC EMAIL DTD 3/11/2019 TO LEGAL FOR REVIEW | JACKSON, BETH ANNE |
| 2.539 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COLLABORATIVE PRACTICE AND PRESCRIPTIVE AUTHORITY AGREEMENT | JALOWY, NOLANA, WHNP 125 MEDICAL PARK LN, STE C HUNTSVILLE, TX  77340 |
| 2.540 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | JARRELL, KIMBERLEY 13 WOODY CREEK CONROE, TX  77301 |
| 2.541 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  9/1/2020<br><br>**List the contract number of any government contract** | CONSULTING AGREEMENT DTD 8/29/2019 | JARRELL, KIMBERLEY 13 WOODY CREEK CONROE, TX  77301 |
| 2.542 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT RE: CUSTOMER #6710 | JOHNSON & JOHNSON HEALTH CARE SYETEM INC 33 TECHNOLOGY DR IRVINE, CA  92618 |
| 2.543 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR ACCREDITATION AND/OR CERTIFICATION SERVICES | JOINT COMMISSION ON ACCREDITATION OF HEALTHCARE ORGANIZATION, THE D/B/A THE JOINT COMMISSION 1 RENAISSANCE BLVD OAKBROOK TERRACE, IL  60181 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|--------|------|------|------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------|------|

| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | KASH, FREDERICK F, MD |
|------|------|------|------|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | VAC STORAGE AGREEMENT ACCOUNT #533475 | KCI CORPORATION<br>6280, S VALLEY VIEW BLVD #628<br>LAS VEGAS, NV 89118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT - 11TH SOW | KEPRO<br>ATTN JOSEPH A DOUGHER, PRESIDENT & CEO<br>5700 LOMBARDO CENTER DR, STE 100<br>SEVEN HILLS, OH 44131 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | KNIGHT, JOHN, DR<br>100 MEDICAL CTR PKWY, #1000<br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | KNIGHT, JOHN, DR<br>100 MEDICAL CTR PKWY, #1000<br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | KPH CONSOLIDATON INC<br>D/B/A KINGWOOD MEDICAL CENTER<br>ATTN ADMIN<br>22999 US HWY 59<br>KINGWOOD, TX 77339 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | KPH CONSOLIDATON INC<br>D/B/A KINGWOOD MEDICAL CENTER<br>ATTN VP & CHIEF LEGAL OFFICER<br>7400 FANNIN ST, STE 650<br>HOUSTON, TX  77054 |
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ACKNOWLEDGEMENT FORM | LABORATORY CORPORATION OF AMERICA HOLDINGS<br>PO BOX 12140<br><br>BURLINGTON, NC  27216-2140 |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AFFILIATION AGREEMENT | LAMAR STATE COLLEGE - PORT ARTHUR<br>1500 PROCTER ST<br>PORT ARTHUR, TX  77640 |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  2/18/2020<br><br>**List the contract number of any government contract** | ELECTION OF END OF RENEWAL OPTIONS DTD 2/21/2019 AMENDS LEASE AGREEMENT #10204000 DTD 8/29/2012 | LEASING ASSOCIATES OF BARRINGTON INC<br>220 N RIVER ST<br>EAST DUNDEE, IL  60118 |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CEPHEID REAGENT RENTAL AGREEMENT #11854000 DTD 12/10/2015 | LEASING ASSOCIATES OF BARRINGTON INC<br>ATTN CARL J JANIK, VP OPS<br>220 N RIVER ST<br>EAST DUNDEE, IL  60118 |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEASE AGREEMENT #10204000 DTD 8/29/2012 | LEASING ASSOCIATES OF BARRINGTON INC<br>ATTN STEVE TINTERA, VP OPS<br>33 W HIGGINS RD, STE 1030<br>SOUTH BARRINGTON, IL  60010 |

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | LHI - LOGISTIC HEALTH AGREEMENT | LHI - LOGISTIC HEALTH<br>328 FRONT STREET SOUTH<br><br>LA CROSSE, WI  54601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.557 | **State what the contract or lease is for and the nature of the debtor's interest** | LIFE GIFT AGREEMENT | LIFE GIFT<br>ATTN KEVIN A MYER, PRESIDENT & CEO<br>2510 WESTRIDGE ST<br><br>HOUSTON, TX  77054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.558 | **State what the contract or lease is for and the nature of the debtor's interest** | LIFEGIFT ORGAN DONATION CENTER DONOR INSTITUTION AGREEMENT | LIFEGIFT ORGAN DONATION CENTER<br>ATTN KEVIN A MYER, PRESIDENT & CEO<br>2510 WESTRIDGE ST<br>HOUSTON, TX  77054 |
| | **State the term remaining** | 9/12/2020 | |
| | **List the contract number of any government contract** | | |

| 2.559 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | LIN, HUI<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.560 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | LIN, HUI<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.561 | **State what the contract or lease is for and the nature of the debtor's interest** | 403(B) PLAN ADOPTION AGREEMENT | LINCOLN NATIONAL LIFE INSURANCE COMPANY<br>5343 N 16TH ST<br>PHOENIX, AZ  85016 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.562 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | LIQUIDAGENTS HEALTHCARE LLC<br>ATTN JENNY HANLON<br>6900 DALLAS PKWY, STE 450<br>PLANO, TX 75024 |
| 2.563 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | LIQUIDAGENTS HEALTHCARE LLC<br>C/O TABER ESTES THORNE & CARR PLLC<br>ATTN DAWN ESTES<br>3500 MAPLE AVE, STE 1340<br>DALLAS, TX 75219 |
| 2.564 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO MASTER SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 3/28/2013 | LIQUIDAGENTS HEALTHCARE LLC<br>C/O TABER ESTES THORNE & CARR PLLC<br>ATTN MS DAWN ESTES<br>3500 MAPLE AVE, STE 1340<br>DALLAS, TX 75219 |
| 2.565 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 7/1/2021<br><br>**List the contract number of any government contract** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | LIVINGSTON ISD<br>ATTN SUPERINTENDENT<br>1412 S HOUSTON AVE<br>LIVINGSTON, TX 77351 |
| 2.566 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVISORY SERVICES AGREEMENT | LOCKTON INVESTMENT ADVISORS LLC<br>3 PLACE DR, STE 900<br>ST LOUIS, MO 63141-7081 |
| 2.567 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVISORY SERVICES AGREEMENT | LOCKTON INVESTMENT ADVISORS LLC<br>3 PLACE DR, STE 900<br>ST LOUIS, MO 63141-7081 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.568 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT AGREEMENT #57523 | LOCUMTENENS.COM LLC<br>ATTN ALAN ASHBY<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM FOR HUNTSVILLE MEMORIAL HOSPITAL DESCRIPTION OF CONTRACTORS AND FEE STRUCTURE RE: CLIENT AGREEMENT | LOCUMTENENS.COM LLC<br>ATTN CHRIS JONES, MANAGIN DIR<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | DESCRIPTION OF CONTRACTORS & FEE STRUCTURE ADDENDUM RE: CLIENT AGREEMENT | LOCUMTENENS.COM LLC<br>ATTN STEVEN LEACH, AVP<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT AGREEMENT AND ADDENDUM | LOCUMTENENS.COM, LLC<br>ATTN ALAN ASHBY<br>2655 NORTHWINDS PKWY<br><br>ALPHARETTA, GA 30009 |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CLIENT AGREEMENT AND ADDENDUM | LOCUMTENENS.COM, LLC<br>ATTN ALAN ASHBY<br>2655 NORTHWINDS PKWY<br><br>ALPHARETTA, GA 30009 |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO VENDOR CONTRACT RE: AGREEMENT DTD 1/1/2015 | LONE STAR COLLEGE SYSTEM<br>4141 VICTORY DR<br>HOUSTON, TX 77088 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL  Case number (if known)  19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO PROGRAM AFFILIATION AGREEMENT AMENDS AGREEMENT DTD 1/1/2015 | LONE STAR COLLEGE SYSTEM<br>4141 VICTORY DR<br>HOUSTON, TX 77088 |
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO SCHOOL AFFILIATION AGREEMENT AMENDS AGREEMENT DTD 1/1/2015 | LONE STAR COLLEGE SYSTEM<br>4141 VICTORY DR<br>HOUSTON, TX 77088 |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT GC15-1121-00245 | LONE STAR COLLEGE SYSTEM<br>4141 VICTORY DR<br>HOUSTON, TX 77088 |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SECOND AMENDMENT TO PROGRAM AFFILIATION AGREEMENT AMENDS AGREEMENT DTD 1/1/2015 | LONE STAR COLLEGE SYSTEM<br>4141 VICTORY DR<br>HOUSTON, TX 77088 |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NON-DISCLOSURE AGREEMENT | LONE STAR COMMUNITY HEALTH CENTER INC D/B/A LONE STAR FAMILY HEALTH CENTER ATTN KAREN HARWELL, CEO 605 S CONROE MEDICAL DR CONROE, TX 77304 |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MAGELLAN AGREEMENT | MAGELLAN<br>PO BOX 785341<br><br>PHILADELPHIA, PA 19178-5341 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT **State the term remaining** **List the contract number of any government contract** | MCGRIFF SEIBELS & WILLIAMS INC ATTN G KEITH SHAMBLIN, SVP 2211 7TH AVE S BIRMINGHAM, AL 35233 |
| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** PROGRAM AFFILIATION AGREEMENT **State the term remaining** **List the contract number of any government contract** | MCLENNAN COMMUNITY COLLEGE 1400 COLLEGE DR WACO, TX 76708 |
| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** SOW - STRATEGIC PRICING RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 **State the term remaining** **List the contract number of any government contract** | MEDASSETS NET REVENUE SYSTEMS LLC 200 NORTH POINT CENTER E, STE 400 ALPHARETTA, GA 30022 |
| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO MASTER SERVICES AGREEMENT AMENDS AGREEMENT DTD 9/15/2009 **State the term remaining** **List the contract number of any government contract** | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** AMENDMENT TO MSA AMENDS AGREEMENT DTD 9/15/2009 **State the term remaining** **List the contract number of any government contract** | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** FIRST AMENDMENT TO MASTER SERVICES AGREEMENT AMENDS AGREEMENT DTD 9/15/2009 **State the term remaining** **List the contract number of any government contract** | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____ (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.586** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 1 - RECEIVABLES MANAGER/RAPID RESERVES RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| **2.587** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 2 - CONTRACT MGR/CONTRACT MODELER/DENIALS MGR RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| **2.588** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 3 - SERVICES PRICING RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| **2.589** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 4 - CLAIMS MANAGEMENT SERVICES RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| **2.590** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 5 - CDM MANAGER/KNOWLEDGE SOURCE RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |
| **2.591** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOW 6 - SILENT PPO RECOVERY & UNDERPAYMENT RECOVERY RE: MASTER SERVICES AGREEMENT DTD 9/15/2009 | MEDASSETS NET REVENUE SYSTEMS LLC ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT 200 N POINT CENTER EAST, STE 400 ALPHARETTA, GA 30022 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.592 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | MEDASSETS NET REVENUE SYSTEMS LLC<br>ATTN ALLAN HOBBS, PRES CUST DEV REV MGMT<br>200 NORTH POINT CENTER E, STE 400<br>ALPHARETTA, GA 30022 |
| 2.593 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | MEDASSETS NET REVENUE SYSTEMS LLC<br>ATTN CORPORATE CONTRACTING<br>280 S MOUNT AUBURN RD<br>CAPE GIRARDEAU, MO 63703 |
| 2.594 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | HEALTH CARE INFORMATION SYSTEMS SOFTWARE AGREEMENT DTD 11/26/2013 | MEDICAL INFORMATION TECHNOLOGY INC<br>ATTN HOWARD MESSING, PRESIDENT & CEO<br>MEDITECH CIR<br>WESTWOOD, MA 02090 |
| 2.595 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining  7/1/2020<br><br>List the contract number of any government contract | MEDICAL OFFICE LEASE AGREEMENT | MEDICAL OFFICE PARK HUNTSVILLE LP<br>ATTN DIMITROIS MANTZOROS<br>100 MEDICAL CENTER BLVD, STE 216<br>CONROE, TX 77304 |
| 2.596 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MEDICAL OFFICE LEASE AGREEMENT | MEDICAL OFFICE PARK HUNTSVILLE LP<br>ATTN DIMITROIS MANTZOROS<br>5101 RIVER POINT DR, STE 110<br>CONROE, TX 77304 |
| 2.597 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | 1ST AMENDMENT TO MEDICAL OFFICE LEASE AGREEMENT DTD 9/24/2009 AMENDS AGREEMENT DTD 4/4/2008 | MEDICAL OFFICE PARK HUNTSVILLE LP<br>ATTN LISA DOMINEY<br>100 MEDICAL CENTER BLVD, STE 204<br>CONROE, TX 77304 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO MEDICAL OFFICE BUILDING LEASE DTD 6/25/2019 AMENDS AGREEMENT DTD 11/25/2014 | MEDICAL OFFICE PARK HUNTSVILLE LP ATTN LISA DOMINEY 100 MEDICAL CENTER BLVD, STE 204 CONROE, TX  77304 |
|---|---|---|---|
| | **State the term remaining** | 11/30/2020 | |
| | **List the contract number of any government contract** | | |

| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL OFFICE LEASE AGREEMENT | MEDICAL OFFICE PARK HUNTSVILLE LP ATTN LISA DOMINEY 100 MEDICAL CENTER BLVD, STE 204 CONROE, TX  77304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL OFFICE LEASE AGREEMENT DTD 11/25/2014 | MEDICAL OFFICE PARK HUNTSVILLE LP ATTN LISA DOMINEY 100 MEDICAL CENTER BLVD, STE 204 CONROE, TX  77304 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL OFFICE LEASE AGREEMENT | MEDICAL OFFICE PARK HUNTSVILLE LP C/O PROMED REALTY SERVICES LLP ATTN LISA DOMINEY 100 MEDICAL CENTER BLVD, STE 204 CONROE, TX  77304 |
|---|---|---|---|
| | **State the term remaining** | 7/1/2020 | |
| | **List the contract number of any government contract** | | |

| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT SERVICE AGREEMENT #75157 | MEDICAL SOLUTIONS LLC 1010 N 102ND ST, STE 300 OMAHA, NE  68114 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO SUPPLEMENTAL STAFFING AGREEMENT | MEDICAL STAFFING NETWORK INC 3111 UNIVERSITY DR, STE 406 CORAL SPRINGS, FL  33065 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.604 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT FOR STAFFING SERVICES AGREEMENT #N061920003972 | MEDICAL STAFFING NETWORK INC ATTN JEFFREY JACOBSEN, VP 161 S LINCOLN HIGHWAY, STE 208 NORTH AURORA, IL 60542-1660 |
| 2.605 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARE STAFFING AGREEMENT | MEDICAL STAFFING NETWORK INC D/B/A INTELISTAF TRAVEL 11200 WESTHEIMER, STE 860 HOUSTON, TX 77042 |
| 2.606 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARE STAFFING AGREEMENT | MEDICAL STAFFING NETWORK INC D/B/A INTELISTAF TRAVEL 4101 MCEWEN, STE 800 DALLAS, TX 75244 |
| 2.607 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARE STAFFING AGREEMENT | MEDICAL STAFFING NETWORK INC D/B/A INTELISTAF TRAVEL 4525 WEAVER PKWY, STE 110 WARRENVILLE, IL 60555 |
| 2.608 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARE STAFFING AGREEMENT | MEDICAL STAFFING NETWORK INC D/B/A INTELISTAF TRAVEL ATTN LEGAL DEPARTMENT 18W140 BUTTERFIELD RD, STE 500 OAKBROOK TERRACE, IL 60181 |
| 2.609 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PURCHASE ORDER #103394 | MEDTRONIC USA INC / INTERVENT VASCULAR 8200 CORAL SEA ST NE MOUNDS VIEW, MN 55112 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSIGNMENT AGREEMENT | MEDTRONIC USA INC<br>8200 CORAL SEA ST NE<br>MOUNDS VIEW, MN 55112 |
| 2.611 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | MEDTRONIC USA INC<br>ATTN DEREK ERICKSON<br>8200 CORAL SEA ST NE, MVS22<br>MOUNDS VIEW, MN 55112 |
| 2.612 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSIGNMENT AGREEMENT<br>ACCOUNT #1146823 | MEDTRONIC USA INC<br>ATTN DEREK ERICKSON<br>8200 CORAL SEA ST NE, MVS22<br>MOUNDS VIEW, MN 55112 |
| 2.613 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REMOTE TECHNICAL SUPPORT DATA ACCESS AGREEMENT<br>CUSTOMER SAP #1146823 | MEDTRONIC USA INC<br>ATTN DEREK ERICKSON<br>8200 CORAL SEA ST NE, MVS22<br>MOUNDS VIEW, MN 55112 |
| 2.614 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEDTRONIC EXCHANGE SERVICE PLAN AGREEMENT FOR HEALTHTRUST PURCHASING GROUP | MEDTRONIC USA INC. FOR ITS ADVANCED ENERGY PRODUCTS<br>180 INTERNATIONAL DR<br>PORTSMOUTH, NH 03801 |
| 2.615 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PLACED EQUPMENT AGREEMENT RE: AGREEMENT #HPG-2846 DTD 1/1/2015 | MEDTRONIC USA INC. FOR ITS ADVANCED ENERGY PRODUCTS<br>180 INTERNATIONAL DR<br>PORTSMOUTH, NH 03801 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.616 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORIAL HERMANN HEALTH AGREEMENT | MEMORIAL HERMANN HEALTH<br>909 FROSTWOOD SUITE 2<br><br>HOUSTON, TX 77024 |
| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORIAL HERMANN HEALTH AGREEMENT | MEMORIAL HERMANN HEALTH<br>9401 SOUTHWEST FREEWAY SUITE 1100<br><br>HOUSTON, TX 77074 |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PATIENT TRANSFER AGREEMENT | MEMORIAL HERMANN HOSPITAL - TX MEDICAL CENTER<br>ATTN CRAIG CORDOLA, CEO<br>6411 FANNIN<br>HOUSTON, TX 77030 |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | MICKLEHAM, MIR ZULFOEGHAR, MD |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MIDAS+ COMPARATIVE PERFORMANCE MEASUREMENT SYSTEM PARTICIPATION AGREEMENT | MIDASPLUS INC<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ 85711 |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO THE MIDAS+ COMPARATIVE PERFORMANCE MEASUREMENT SYSTEM PARTICIPATION AGREEMENT | MIDASPLUS INC<br>ATTN CLAYTON NICHOLAS, MANAGING DIR<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ 85711 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM #1 RE: MASTER SOFTWARE MAINTENANCE AGREEMENT | MIDASPLUS INC<br>ATTN JAMES DEWEESE, SR VP<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ  85711 |
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMPARATIVE PERFORMANCE MEASUREMENT SYSTEM PARTICIPATION AGREEMENT | MIDASPLUS INC<br>ATTN JAMES DEWEESE, SR VP<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ  85711 |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER LICENSING AGREEMENT | MIDASPLUS INC<br>ATTN JAMES DEWEESE, SR VP<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ  85711 |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SOFTWARE MAINTENANCE AGREEMENT | MIDASPLUS INC<br>ATTN JAMES DEWEESE, SR VP<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ  85711 |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PARTICIPATING CLIENT CONTRACT #1 RE: MASTER LICENSING AGREEMENT DTD 9/30/2010 | MIDASPLUS INC<br>ATTN JAMES DEWEESE, SR VP<br>4801 E BROADWAY BLVD, STE 335<br>TUCSON, AZ  85711 |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NURSING EDUCATION AFFILIATION AGREEMENT | MIDWESTERN STATE UNIVERSITY<br>ATTN BETTY HILL STEWART, VP ACADEMIC AFFAIRS<br>3410 TAFT BLVD<br>WICHITA FALLS, TX  76308-2099 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PRICING AGREEMENT DTD 7/24/2015 | MIMEDX GROUP INC<br>1775 WEST OAK COMMONS CT<br>MARIETTA, GA  30062 |
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CONSIGNMENT AGREEMENT | MIMEDX GROUP INC<br>ATTN MARK DIAZ, VP SALES OPS<br>1775 WEST OAK COMMONS CT<br>MARIETTA, GA  30062 |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MOLINA HEALTHCARE OF TEXAS, INC AMENDMENT 001 | MOLINA HEALTHCARE OF TEXAS, INC<br>PO BOX 3396<br><br>BATON ROUGE, LA  70821 |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STAR KIDS PROGRAM AMENDMENT / HOSPITAL OR PROVIDER SERVICES AGREEMENT | MOLINA HEALTHCARE OF TEXAS, INC<br>PO BOX 3396<br><br>BATON ROUGE, LA  70821 |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR SERVICES | MORRISON MANAGEMENT SPECIALISTS INC<br>D/B/A MORRISON HEALTH CARE INC<br>ATTN LEGAL DEPARTMENT<br>5801 PEACHTREE DUNWOODY RD<br>ATLANTA, GA  30342 |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT AMENDS AGREEMENT DTD 2/1/2013 | MORRISON MANAGEMENT SPECIALISTS INC<br>D/B/A/ MORRISON HEALTH CARE INC<br>563 SARATOGA DR<br>AURORA, IL  60502 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT AMENDS AGREEMENT DTD 2/1/2013 | MORRISON MANAGEMENT SPECIALISTS INC D/B/A/ MORRISON HEALTH CARE INC 563 SARATOGA DR AURORA, IL 60502 |
|---|---|---|---|
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT AMENDS AGREEMENT DTD 2/1/2013 | MORRISON MANAGEMENT SPECIALISTS INC D/B/A/ MORRISON HEALTH CARE INC 563 SARATOGA DR AURORA, IL 60502 |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT AMENDS AGREEMENT DTD 2/1/2013 | MORRISON MANAGEMENT SPECIALISTS INC D/B/A/ MORRISON HEALTH CARE INC 563 SARATOGA DR AURORA, IL 60502 |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO AGREEMENT DTD 12/18/18 AMENDS AGREEMENT DTD 2/1/2013 | MORRISON MANAGEMENT SPECIALISTS INC D/B/A/ MORRISON HEALTH CARE INC 563 SARATOGA DR AURORA, IL 60502 |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MULTIPLAN AGREEMENT | MULTIPLAN 111 5TH AVE<br><br>NEW YORK, NY 10003 |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | NAPA, JERRY I, MD |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER DTD 9/30/2019 RE: CONTRACT #1213 | NATIONAL DECISION SUPPORT COMPANY LLC ATTN CAROLINE TUSTIAN, COO 215 S BROADWAY, #412 SALEN, NH 03079 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | NATIONAL DISASTER MEDICAL SYSTEM HEALTHCARE FACILITY / PARTNER MEMORANDUM OF AGREEMENT FOR DEFINITIVE MEDICAL CARE | NATIONAL DISASTER MEDICAL SYSTEM HEALTH CARE FACILITY ATTN BRIAN CROWDER, AREA EMERGENCY MGR |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PARTICIPATE AND CONSENT RE: TRACKING #16591 | NATIONAL HEALTHCARE SAFETY NETWORK ATTN SUPERINTENDENT 355 FRONT ST NEW WAVERLY, TX 77358 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | NEW WAVERLY ISD ATTN SUPERINTENDENT 355 FRONT ST NEW WAVERLY, TX 77358 |
| | **State the term remaining** | 7/1/2021 | |
| | **List the contract number of any government contract** | | |

| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 02 AMENDS RASMAS SUBSCRIPTION AGREEMENT NO. RASMAS-0446 | NOBLIS INC 2002 EDMUND HALLEY DRIVE RASTON, VA 20191 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | NORTHGAUGE HEALTHCARE ADVISORS LLC ATTN JON MOSES, PRESIDENT & CHIEF EXECUTIVE OFFICER 384 INVERNESS PKWY, STE 260 ENGLEWOOD, CO 80112 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.646** **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO THE AGREEMENT FOR STAFFING/ RECRUITMENT SERVICES CONTRACT RE: AGREEMENT DTD 5/23/2019 | NURSESTAFFING POWERED BY GALE ATTN TINKIE WILLIAMS, VP 6350 LBJ FWY STE 251 DALLAS, TX 75240 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.647** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR STAFFING/ RECRUITMENT SERVICES | NURSESTAFFING POWERED BY GALE ATTN TINKIE WILLIAMS, VP 6350 LBJ FWY STE 251 DALLAS, TX 75240 |
| **State the term remaining** | 5/23/2020 | |
| **List the contract number of any government contract** | | |
| **2.648** **State what the contract or lease is for and the nature of the debtor's interest** | NX HEALTH NETWORK AGREEMENT | NX HEALTH NETWORK 23048 N 15TH AVENUE PHOENIX, AZ 85027 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.649** **State what the contract or lease is for and the nature of the debtor's interest** | NX HEALTH NETWORK AGREEMENT | NX HEALTH NETWORK 23048 N 15TH AVENUE PHOENIX, AZ 85027 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.650** **State what the contract or lease is for and the nature of the debtor's interest** | NX HEALTH NETWORK AGREEMENT | NX HEALTH NETWORK ATTN JORDAN HERSH 23048 N 15TH AVENUE PHOENIX, AZ 85027 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |
| **2.651** **State what the contract or lease is for and the nature of the debtor's interest** | NX HEALTH NETWORK AGREEMENT | NX HEALTH NETWORK ATTN JORDAN HERSH 23048 N 15TH AVENUE PHOENIX, AZ 85027 |
| **State the term remaining** | | |
| **List the contract number of any government contract** | | |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #083394 DTD 4/11/2013 | OUTCOME SCIENCES INC<br>201 BROADWAY<br>CAMBRIDGE, MA 02139 |
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER DTD 6/7/2013 RE:PARTICIPATING HOSPITAL AGREEMENT AND BUSINESS ASSOCIATE AGREEMENT | OUTCOME SCIENCES INC<br>ATTN AHA/ASA GWTG PROGRAM<br>201 BROADWAY<br>CAMBRIDGE, MA 02139 |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER RE: BUSINESS ASSOCIATE AGREEMENT | OUTCOME SCIENCES INC<br>ATTN AHA/ASA GWTG PROGRAM<br>201 BROADWAY<br>CAMBRIDGE, MA 02139 |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER DTD 3/23/2012 RE: EXECUTED PARTICIPATING HOSPITAL AGREEMENT | OUTCOME SCIENCES INC<br>ATTN DANIEL WILKERSON, PROJECT COORDINATOR<br>201 BROADWAY<br>CAMBRIDGE, MA 02139 |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | NOTICE OF TERMINATION DTD 3/5/2014 RE: AGREEMENT DTD 1/1/2013 | OUTCOME SCIENCES INC<br>ATTN JEFFREY M SACHS, GENERAL COUNSEL<br>201 BROADWAY<br>CAMBRIDGE, MA 02139 |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT RE: SERVICES AGREEMENT DTD 1/1/2013 | OUTCOME SCIENCES INC<br>ATTN JEFFREY M SACHS, GENERAL COUNSEL<br>201 BROADWAY<br>CAMBRIDGE, MA 2139 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number *(if known)* | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO THE STROKE PARTICIPATING HOSPITAL AGREEMENT RE: AGREEMENT DTD 7/14/09 | OUTCOME SCIENCES INC D/B/A OUTCOME ATTN JEFFREY M SACHS, GENERAL COUNSEL 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING HOSPITAL AGREEMENT | OUTCOME SCIENCES INC D/B/A OUTCOME ATTN JEFFREY M SACHS, GENERAL COUNSEL 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING HOSPITAL AGREEMENT | OUTCOME SCIENCES INC D/B/A OUTCOME ATTN JEFFREY M SACHS, GENERAL COUNSEL 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING HOSPITAL AGREEMENT | OUTCOME SCIENCES INC D/B/A OUTCOME ATTN JEFFREY M SACHS, GENERAL COUNSEL 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | MIDAS+ AMENDMENT TO THE PARTICIPATING HOSPITAL AGREEMENT | OUTCOME SCIENCES LLC ATTN BARBARA I ARONE, VP 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTIFICATION OF 60 DAY TERMINATION FOR RESUSCITATION PROGRAM | OUTCOME SCIENCES, INC 201 BROADWAY CAMBRIDGE, MA 02139 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NOTIFICATION OF 60 DAY TERMINATION FOR RESUSCITATION PROGRAM | OUTCOME SCIENCES, INC <br> ATTN JEFFREY M SACHS, GENERAL COUNSEL <br> 201 BROADWAY <br><br> CAMBRIDGE, MA 02139 |
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEDICAL/SURGICAL PRODUCTS DISTRIBUTION AGREEMENT | OWENS & MINOR DISTRIBUTION INC <br> ATTN ANDRES QUINTERO <br> 8313 W PIERCE ST # 100 <br> TOLLESON, AZ 85353 |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | PALEL, PULIN P, MD |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** 2/4/2022 <br><br> **List the contract number of any government contract** | ONLINE SERVICES CONTRACT AGREEMENT | PAPERLESSPAY CORPORATION <br> 800 WATER ST, 2ND FL, STE 203 <br> JACKSONSVILLE, FL 32204 |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY STAFFING AGREEMENT | PARALLON BUSINESS SOLUTIONS LLC <br> 1100 CHARLOTTE AVENUE, SUITE 1600 <br> NASHVILLE, TN 37203 |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | FACILITY STAFFING AGREEMENT | PARALLON WORKFORCE MANAGEMENT SOLUTIONS LLC <br> 1000 SAWGRASS CORPORATE PARKWAY <br><br> SUNRISE, FL 33323 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | HIPAA BUSINESS ASSOCIATE AGREEMENT | PENRAD TECHNOLOGIES INC<br>ATTN GREG GUSTAFSON<br>114 COMMERCE CIR<br>BUFFALO, MN  55313 |
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENRAD MAMMOGRAPHY SYSTEM PARTNER LICENSE AGREEMENT | PENRAD TECHNOLOGIES INC<br>ATTN GREG GUSTAFSON<br>114 COMMERCE CIR<br>BUFFALO, MN  55313 |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX ENDOPRO SOFTWARE SERVICE AGREEMENT ADDENDUM TO CONTRACT DTD11/8/2018 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ  07645-1725 |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX SERVICE AGREEMENT RE: ACCOUNT #11558 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ  07645-1725 |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX SERVICE AGREEMENT RE: ACCOUNT #11558 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ  07645-1725 |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX SERVICE AGREEMENT RE: ACCOUNT #11558 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ  07645-1725 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX SERVICE AGREEMENT ADDENDUM TO CONTRACT DTD 11/8/2018<br>RE: AGREEMENT DTD 12/1/2018 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PENTAX SERVICE AGREEMENT ADDENDUM TO CONTRACT DTD 11/8/2018<br>RE: AGREEMENT DTD 12/1/2018 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114848 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114848 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114848 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114849 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114849 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.683 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114849 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.684 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #114849 DTD 1/3/2019 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.685 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUISITION DTD 11/14/2018 | PENTAX MEDICAL COMPANY<br>ATTN SANDRA POOLE<br>3 PARAGON DR<br>MONTVILLE, NJ 07645-1725 |
| 2.686 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERCOMPANY CONTRACT REVIEW FORM<br>RE: MEDICAL DIRECTOR AGREEMENT | PILLAI, DR<br>111 MARLBERRY BRANCH DR<br><br>CONROE, TX 77384 |
| 2.687 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining** 6/30/2020<br><br>**List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT | PILLAI, SUJESH, MD<br>111 MARLBERRY BRANCH DR<br><br>CONROE, TX 77384 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.688 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | PILLAI, SUJESH, MD<br>111 MARLBERRY BRANCH DR |
| | **State the term remaining** 6/30/2020 | | CONROE, TX 77384 |
| | **List the contract number of any government contract** | | |
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AFFILIATION AGREEMENT | PIMA MEDICAL INSTITUTE<br>13610 N. BLACK CANYON HIGHWAY<br>PHOENIX, AZ 85029 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | SPR & PURCHASE ORDER #094538 DTD 4/27/2015 | POLICYMEDICAL INC<br>30 VIA RENZO DR<br>RICHMOND HILL, ON L4S 0B8<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE LICENSE & MAINTENANCE AGREEMENT | POLICYMEDICAL INC<br>35 E BEAVER CREEK RD<br>UNIT 1, 2ND FL<br>RICHMOND HILL, ON L4B 1B3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | SPR & PURCHASE ORDER #094538 DTD 4/27/2015 | POLICYMEDICAL INC<br>35 E BEAVER CREEK RD<br>UNIT 1, 2ND FL<br>RICHMOND HILL, ON L4B 1B3<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO LICENSE AGREEMENT RE: AGREEMENT DTD 10/29/2014; INVOICE #ACHS-09-16 | POLICYMEDICAL INC<br>ATTN CEO<br>30 VIA RENZO DR<br>RICHMOND HILL, ON L4S 0B8<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.694 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ADDENDUM TO LICENSE AGREEMENT RE: AGREEMENT DTD 10/29/2014; INVOICE #ACHS-09-16 <br><br><br> POLICYMEDICAL INC ATTN CEO 35 E BEAVER CREEK RD UNIT 1, STE 200 RICHMOND HILL, ON  L4B 1B3 CANADA |
| 2.695 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AMENDMENT TO MEDICAL DIRECTOR AGREEMENT AMENDS AGREEMENT INPATIENT REHAB DTD 8/1/2018 <br><br><br> POST ACUTE PHYSICIANS OF TEXAS PLLC ATTN JOSE VARGAS, MD 1776 WOODSTEAD CT, STE 208 THE WOODLANDS, TX  77380 |
| 2.696 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT <br><br><br> POST ACUTE PHYSICIANS OF TEXAS PLLC ATTN JOSE VARGAS, MD 1776 WOODSTEAD CT, STE 208 THE WOODLANDS, TX  77380 |
| 2.697 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT <br><br><br> POST ACUTE PHYSICIANS OF TEXAS PLLC ATTN JOSE VARGAS, MD 1776 WOODSTEAD CT, STE 208 THE WOODLANDS, TX  77380 |
| 2.698 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT INPATIENT REHAB <br><br><br> POST ACUTE PHYSICIANS OF TEXAS PLLC ATTN JOSE VARGAS, MD 1776 WOODSTEAD CT, STE 208 THE WOODLANDS, TX  77380 |
| 2.699 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEDICAL DIRECTOR AGREEMENT <br><br><br> POST-ACUTE PHYSICIANS OF TEXAS PLLC ATTN JOSE VARGAS, MD 1776 WOODSTEAD CT, STE 208 THE WOODLANDS, TX  77380 |

Debtor  WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL   Case number _(if known)_  19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.700 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDED AND RESTATED AGREEMENT FOR ANESTHESIOLOGY MANAGEMENT | PREMIER ANESTHESIA GROUP LLC<br>ATTN KERRY TEEL, PRESIDENT<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.701 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FIRST AMENDMENT TO AMENDED AND RESTATED AGREEMENT FOR ANESTHESIOLOGY MANAGEMENT RE: AGREEMENT DTD 7/15/2010 | PREMIER ANESTHESIA GROUP LLC<br>ATTN KERRY TEEL, PRESIDENT<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.702 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT NO 1 TO ANETHESIA SERVICES AGREEMENT DTD 7/28/2011 RE: AGREEMENT DTD 1/31/2010 | PREMIER ANESTHESIA LLC<br>ATTN KERRY TEEL, PRESIDENT<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.703 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT TO ANETHESIA SERVICES AGREEMENT DTD 7/28/2011 RE: AGREEMENT DTD 1/31/2010 | PREMIER ANESTHESIA LLC<br>ATTN KERRY TEEL, PRESIDENT<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.704 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ANETHESIA SERVICES AGREEMENT | PREMIER ANESTHESIA LLC<br>ATTN KERRY TEEL, PRESIDENT<br>2655 NORTHWINDS PKWY<br>ALPHARETTA, GA 30009 |
| 2.705 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | PRESS GANEY ASSOCIATES INC<br>ATTN CONTRACTS DEPT<br>404 COLUMBIA PL<br>SOUTH BEND, IN 46601 |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.706 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF RENEWAL PRICING DTD 10/23/2018 RE: CLIENT #4914 | PRESS GANEY ASSOCIATES INC ATTN CONTRACTS DEPT 404 COLUMBIA PL SOUTH BEND, IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.707 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF RENEWAL PRICING DTD 10/23/2018 RE: CLIENT #4914 | PRESS GANEY ASSOCIATES INC ATTN CONTRACTS DEPT 404 COLUMBIA PL SOUTH BEND, IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.708 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PURCHASE REQUISITION DTD 10/1/2019 | PRESS GANEY ASSOCIATES INC ATTN CONTRACTS DEPT 404 COLUMBIA PL SOUTH BEND, IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.709 | **State what the contract or lease is for and the nature of the debtor's interest** | SPECIAL PURCHASE REQUISITION DTD 2/4/2019 | PRESS GANEY ASSOCIATES INC ATTN CONTRACTS DEPT 404 COLUMBIA PL SOUTH BEND, IN 46601 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.710 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #115220 DTD 2/4/2019 | PRESS GANEY ASSOCIATES INC PO BOX 88335 MILWAUKEE, WI 53288-0335 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.711 | **State what the contract or lease is for and the nature of the debtor's interest** | PRIME AGREEMENT | PRIME 331 MALORY STATION RD  FRANKLIN, TN 37067 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.712** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | PULUIK, JASON W, MD |
| **2.713** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | RAPID RESPONSE TESTING & SPECIMEN TESTING COLLECTION AGREEMENT | QUEST DIAGNOSTICS CLINICAL LABORATORIES INC ATTN CONTRACTS DEPT 4770 REGENT BLVD IRVING, TX  75063 |
| **2.714** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | LABORATORY SERVICES AGREEMENT | QUEST DIAGNOSTICS CLINICAL LABORATORIES INC ATTN DR NATHAN SHERMAN 14225 NEWBROOK DR CHANTILLY, VA  20156 |
| **2.715** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | QUERY TOOL SERVICE AGREEMENT | QUEST DIAGNOSTICS INC ATTN IT ADMIN 14225 NEWBROOK DR CHANTILLY, VA  20153 |
| **2.716** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CARE360 LAB ORDERS & RESULTS SERVICE AGREEMENT | QUEST DIAGNOSTICS INC C/O CARE360 ADMIN 400 EGYPT RD, WN 2050 NORRISTOWN, PA  19403 |
| **2.717** **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | CLIENT AGREEMENT FOR PHYSICIAN RECRUITING SERVICES | QUEST HEALTHCARE SOLUTIONS LLC ATTN LIZ MEEHAN, STAFFING CONSULTANT 6 CONCOURSE PKWY, STE 2250 ATLANTA, GA  30328 |

Debtor WALKER COUNTY HOSPITAL CORP., D/B/A/ HUNTSVILLE MEMORIAL HOSPITAL Case number (if known) 19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.718 | State what the contract or lease is for and the nature of the debtor's interest | PROGRAM AFFILIATION AGREEMENT | QUINNIPIAC UNIVERSITY<br>275 MT CARMEL AVE<br>HAMDEN, CT 06518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.719 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL QUOTE | RAVE MOBILE SAFETY<br>492 OLD CONNECTICUT PATH, 2ND FL<br><br>FRAMINGHAM, MA 01701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.720 | State what the contract or lease is for and the nature of the debtor's interest | RENEWAL QUOTE | RAVE MOBILE SAFETY<br>50 SPEEN STREET SUITE 301<br><br>FRAMINGHAM, MA 01701 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.721 | State what the contract or lease is for and the nature of the debtor's interest | INTERCOMPANY CONTRACT REVIEW FORM<br>MEDICO ADMIN SERV/CASE MGMT REVIEW | RAZA, ALI, MD<br>91 SOUTH DOWNY WILLOW CIRCLE<br><br>SPRING, TX 77382 |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |
| 2.722 | State what the contract or lease is for and the nature of the debtor's interest | MEDICAL DIRECTOR AGREEMENT | RAZA, ALI, MD<br>91 SOUTH DOWNY WILLOW CIRCLE<br><br>SPRING, TX 77382 |
| | State the term remaining | 9/30/2020 | |
| | List the contract number of any government contract | | |
| 2.723 | State what the contract or lease is for and the nature of the debtor's interest | CORPORATE RATE AGREEMENT DTD 8/7/2019 | RED ROOF INN PLUS+<br>ATTN MATT PATEL, OWNER/MGR<br>606 1-45 S<br>HUNTSVILLE, TX 77340 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT | REGIONAL HOSPITAL AND EMERGENCY PREPAREDNESS COUNCIL ATTN EXEC DIR 5320 N SHEPHERD DR HOUSTON, TX 77091 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | REMOTE PHARMACY ORDER ENTRY SERVICE AGREEMENT | REMOTE PHARMACY STAFFING 22503 KATY FWY, #22 KATY, TX 77450 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | REMOTE PHARMACY ORDER ENTRY SERVICE AGREEMENT | REMOTE PHARMACY STAFFING ATTN DIR OF PHARMACY SERVICES 7307 STARFLOWER KATY, TX 77494 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER SERVICE AGREEMENT | REPUBLIC SERVICES, INC C/O BFI WASTE SERVICES OF TEXAS LP 18500 N ALLIED WAY PHOENIX, AZ 85054 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | REX, DAVID, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | ENCOMPASS AGREEMENT | ROCHE DIAGNOSTICS CORPORATION ATTN JOSEPH A COMITO, MGR, CUSTOMER CONTRACTING CTR 9115 HAGUE RD INDIANAPOLIS, IN 46250-0157 |
| | **State the term remaining**    6/26/2022 | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | ROCKPORT AGREEMENT | ROCKPORT<br>1080 ELDRIDGE PKWY<br>12TH FLOOR<br><br>HOUSTON, TX  77077 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CONTRACT RE: INDEPENDENT CONTRACTOR SERVICES AGREEMENT | RUSSELL, KEVIN<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | RUSSELL, KEVIN<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | RUSSELL, KEVIN<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR SERVICES AGREEMENT | RUSSELL, KEVIN<br>1615 SYCAMORE AVE, APT #199<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | RUST, RONALD M, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SAM HOUSTON STATE UNIVERSITY ATHLETICS<br>ATTN ATHLETIC DIRECTOR<br>620 BOWERS BLVD<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 7/1/2023 | |
| | **List the contract number of any government contract** | | |
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE SERVICE AGREEMENT | SAM HOUSTON STATE UNIVERSITY DANCE PROGRAM<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>DANCE PROGRAM, PO BOX 2269<br>HUNTSVILLE, TX  77341-2269 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE SERVICE AGREEMENT | SAM HOUSTON STATE UNIVERSITY DANCE PROGRAM<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>PO BOX 2269<br>HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE SERVICE AGREEMENT | SAM HOUSTON STATE UNIVERSITY DANCE PROGRAM<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>PO BOX 2269<br>HUNTSVILLE, TX  77342 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE SERVICE AGREEMENT | SAM HOUSTON STATE UNIVERSITY DANCE PROGRAM<br>PO BOX 2269<br>HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | PATIENT TRANSFER AGREEMENT | SAM HOUSTON STATE UNIVERSITY<br>ATTN BOB CHAPA, ASST DIRECTOR FOR CONTRACT MGT<br>1805 AVE J<br>HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP, D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | SAM HOUSTON STATE UNIVERSITY MASTER AGREE - 06-14-19-05-31-24 | SAM HOUSTON STATE UNIVERSITY ATTN DR RICHARD EGLSAER 1900 AVE I, STE 201 |
| | **State the term remaining** | | HUNTSVILLE, TX  77340 |
| | **List the contract number of any government contract** | | |

| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDENDUM TO CONTRACT RE: AGREEMENT FOR STAFFING/RECRUITMENT SERVICES CONTRACT | SAM HOUSTON STATE UNIVERSITY ATTN DR RICHARD EGLSAER 1900 AVE I, STE 201 HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.744 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSUMPTION OF RISK, RELEASE & WAIVER WAIVER | SAM HOUSTON STATE UNIVERSITY ATTN DR RICHARD EGLSAER 1900 AVE I, STE 201 HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.745 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AFFILIATION AGREEMENT | SAM HOUSTON STATE UNIVERSITY ATTN DR RICHARD EGLSAER 1900 AVE I, STE 201 HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 5/31/2024 | |
| | **List the contract number of any government contract** | | |

| 2.746 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT TO AFFILIATION AGREEMENT RE: AFFILIATION AGREEMENT DTD 06/14/2019 | SAM HOUSTON STATE UNIVERSITY ATTN RACHEL BUBELA PO BOX 2301 HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.747 | **State what the contract or lease is for and the nature of the debtor's interest** | SAM HOUSTON STATE UNIVERSITY MASTER AGREE - 06-14-19-05-31-24 | SAM HOUSTON STATE UNIVERSITY PO BOX 2297 |
| | **State the term remaining** | | HUNTSVILLE, TX  77340 |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.748 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR SERVICES | SCANSTAT TECHNOLOGIES LP<br>ATTN GLENN ANDREWS<br>288 S MAIN ST, STE 600<br>ALPHARETTA, GA  30009 |
| 2.749 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | SCANSTAT TECHNOLOGIES LP<br>ATTN GLENN ANDREWS<br>288 S MAIN ST, STE 600<br>ALPHARETTA, GA  30009 |
| 2.750 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT | SCORPION HEALTHCARE LLC<br>ATTN SCORPION LEGAL DEPT<br>28480  AVE STANFORD, STE 140<br>VALENCIA, CA  91355 |
| 2.751 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOTT & WHITE AGREEMENT | SCOTT & WHITE<br>PO BOX 844658<br><br>DALLAS, TX  75284 |
| 2.752 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOTT & WHITE AGREEMENT | SCOTT & WHITE<br>PO BOX 844658<br><br>DALLAS, TX  75284 |
| 2.753 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SCOTT & WHITE AGREEMENT | SCOTT & WHITE<br>PO BOX 847500<br><br>DALLAS, TX  75284-7500 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number _(if known)_   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.754 | **State what the contract or lease is for and the nature of the debtor's interest** | SCOTT & WHITE AGREEMENT | SCOTT & WHITE<br>PO BOX 847500 |
| | **State the term remaining** | | DALLAS, TX  75284-7500 |
| | **List the contract number of any government contract** | | |
| 2.755 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | SEHGAL, SUDHIR, MD<br>ATTN DR SUDHIR SEHGAL<br>110 MEMORIAL HOSPITAL DR<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.756 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | SEHGAL, SUDHIR, MD<br>ATTN DR SUDHIR SEHGAL<br>110 MEMORIAL HOSPITAL DR<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.757 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT 21634 | SERVICE EXPRESS INC<br>ATTN MAX OWENS, ACTING CEO<br>3854 BROADMOOR AVE SE<br>GRAND RAPIDS, MI  49512 |
| | **State the term remaining**  2/28/2021 | | |
| | **List the contract number of any government contract** | | |
| 2.758 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | SHARP MEDICAL STAFFING LLC<br>ATTN CHRISTOPHER R HEDICAN<br>1700 FARNAM ST, STE 1500<br>OMAHA, NE  68102-2068 |
| | **State the term remaining**  9/20/2020 | | |
| | **List the contract number of any government contract** | | |
| 2.759 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT | SHARP MEDICAL STAFFING LLC<br>ATTN REBECCA JONES<br>10707 PACIFIC ST, STE 200<br>OMAHA, NE  68114 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.760 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT | SHARP MEDICAL STAFFING LLC ATTN REBECCA JONES 10707 PACIFIC ST, STE 200 OMAHA, NE 68114 |
| | **State the term remaining** | 9/20/2020 | |
| | **List the contract number of any government contract** | | |
| 2.761 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHEPHERD ISD ATTN SUPERINTENDENT 1401 S BYRD AVE SHEPHERD, TX 77358 |
| | **State the term remaining** | 7/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.762 | **State what the contract or lease is for and the nature of the debtor's interest** | HMH SPORTS MEDICINE CONTRACT TERMS | SHSU DANCE DEPT ATTN DEPT OF DANCE CHAIR 815 17TH ST, STE 150 HUNTSVILLE, TX 77340 |
| | **State the term remaining** | 5/8/2020 | |
| | **List the contract number of any government contract** | | |
| 2.763 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT ATTN DEPT OF DANCE CHAIR COLLEGE OF FINE ARTS AND MASS COMMUNICATIONS 815 17TH ST, STE 150 HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.764 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT ATTN DEPT OF DANCE CHAIR COLLEGE OF FINE ARTS AND MASS COMMUNICATIONS 815 17TH ST, STE 150 HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.765 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT ATTN DEPT OF DANCE CHAIR COLLEGE OF FINE ARTS AND MASS COMMUNICATIONS 815 17TH ST, STE 150 HUNTSVILLE, TX 77340 |
| | **State the term remaining** | 6/21/2020 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

| 2.766 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>815 17TH ST, STE 150<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.767 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>PO BOX 2269<br>HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.768 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT<br>ATTN JENNIFER PONTIUS, CHAIR DEPT OF DANCE<br>PO BOX 2269<br>HUNTSVILLE, TX  77341 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.769 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | SHSU DANCE DEPT<br>C/O COLLEGE OF FINE ARTS & MASS COMMUNICATIONS<br>ATTN DEPT OF CHAIR DANCE<br>815 17TH ST, STE 150<br>HUNTSVILLE, TX  77340 |
| | **State the term remaining**  6/21/2020 | | |
| | **List the contract number of any government contract** | | |
| 2.770 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | SHUKLA, URMIL, MD<br>130 MEDICAL CENTER PKWY 10<br><br>HUNTSVILLE, TX  77340 |
| | **State the term remaining**  2/5/2020 | | |
| | **List the contract number of any government contract** | | |
| 2.771 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER PRODUCTS AGREEMENT | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN LEGAL DEPT<br>1717 DEERFIELD RD<br>DEERFIELD, IL  60015 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____ (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.772 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PRODUCTS AGREEMENT | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN LEGAL DEPT<br>1717 DEERFIELD RD<br>DEERFIELD, IL  60015 |
| 2.773 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENT TO MASTER PRODUCTS AGREEMENT FOR CONSUMABLES | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN LEGAL DEPT<br>1717 DEERFIELD RD<br>DEERFIELD, IL  60015 |
| 2.774 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER PRODUCTS AGREEMENT | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN SNR CARLA SMALLS, SR CONTRACT/LEASING SPECIALIST<br>115 NORWOOD PARK S<br>NORWOOD, MA  02062 |
| 2.775 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENT TO MASTER PRODUCTS AGREEMENT | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN SNR CARLA SMALLS, SR CONTRACT/LEASING SPECIALIST<br>115 NORWOOD PARK S<br>NORWOOD, MA  02062 |
| 2.776 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SUPPLEMENT TO MASTER PRODUCTS AGREEMENT FOR CONSUMABLES | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>ATTN SNR CARLA SMALLS, SR CONTRACT/LEASING SPECIALIST<br>115 NORWOOD PARK S<br>NORWOOD, MA  02062 |
| 2.777 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PURCHASE ORDER #087248 RE: SERVICE AGREEMENT FOR SIEMENS MICROSCAN WA40 PLUS | SIEMENS HEALTHCARE DIAGNOSTICS INC<br>F/K/A DADE BEARING<br>PO BOX 121102<br>DALLAS, TX  75312-1102 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.778 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT QUOTE #106595-1 DTD 1/23/2012 | SIEMENS HEALTHCARE DIAGNOSTICS<br>ATTN LEGAL DEPT<br>1717 DEERFIELD RD<br>DEERFIELD, IL 60015 |
| 2.779 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AGREEMENT QUOTE #141189-2 DTD 10/30/2013 PO #087248 | SIEMENS HEALTHCARE DIAGNOSTICS<br>ATTN LEGAL DEPT<br>1717 DEERFIELD RD<br>DEERFIELD, IL 60015 |
| 2.780 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUEST SP2346324 | SIEMENS WATER TECHNOLOGIES<br>10 TECHNOLOGY DR<br>LOWELL, MA 01851 |
| 2.781 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUEST SP2311824 | SIEMENS<br>2809 COLLECTION CENTER DRIVE<br><br>CHICAGO, IL 60693 |
| 2.782 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SPECIAL PURCHASE REQUEST RE: SERVICE AGREEMENT QUOTE M405 SN9319, M405 SN9325) | SIEMENS<br>2809 COLLECTION CENTER DRIVE<br><br>CHICAGO, IL 60693 |
| 2.783 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER DOCUMENT #90053826 | SITE FM |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.784 | **State what the contract or lease is for and the nature of the debtor's interest** | PATIENT SAFETY SURVEY AGREEMENT | SMART PATIENTS INC ATTN RONI ZEIGER, CEO |
|---|---|---|---|
| | **State the term remaining** | 1/17/2020 | |
| | **List the contract number of any government contract** | | |

| 2.785 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF AGREEMENT | SOUTHEAST TEXAS REGIONAL ADVISORY COUNCIL ATTN DARRELL PILE, CEO 1111 N LOOP W, STE 160 HOUSTON, TX 77008 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.786 | **State what the contract or lease is for and the nature of the debtor's interest** | PARTICIPATING AGENCY/SUBCONTRACTOR AGREEMENT | SOUTHEAST TEXAS REGIONAL ADVISORY COUNCIL ATTN DARRELL PILE, CEO 1111 N LOOP W, STE 160 HOUSTON, TX 77008 |
|---|---|---|---|
| | **State the term remaining** | 6/30/2022 | |
| | **List the contract number of any government contract** | | |

| 2.787 | **State what the contract or lease is for and the nature of the debtor's interest** | SOUTHEAST TEXAS REGIONAL ADVISORY COUNCIL | SOUTHEAST TEXAS REGIONAL ADVISORY COUNCIL ATTN DARRELL PILE, CEO 1111 N LOOP W, STE 160 HOUSTON, TX 77008 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.788 | **State what the contract or lease is for and the nature of the debtor's interest** | STAT LABORARY SERVICES AGREEMENT | SPECTRA LABORATORIES INC ATTN CONTRACTS ADMINISTRATOR 8 KING RD ROCKLEIGH, NJ 07647 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.789 | **State what the contract or lease is for and the nature of the debtor's interest** | STAT LABORARY SERVICES AGREEMENT | SPECTRA LABORATORIES INC ATTN LAW DEPARTMENT 920 WINTER ST WALTHAM, MA 02451 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.790 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LETTER OF AUTHORIZATION RE: RURAL HEALTH CARE PROGRAM CONSULTING AGREEMENT DTD 3/8/2017 | SPECTRACORP TECHNOLOGIES GROUP INC ATTN PAUL HALE, CEO 8131 LBJ FREEWAY, STE 360 DALLAS, TX 75251 |
| 2.791 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   6/30/2020 <br><br> **List the contract number of any government contract** | RURAL HEATH CARE PROGRAM CONSULTING AGREEMENT | SPECTRACORP TECHNOLOGIES GROUP INC ATTN PAUL HALE, CEO 8131 LBJ FREEWAY, STE 360 DALLAS, TX 75251 |
| 2.792 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | AGREEMENT FOR SUPPLEMENTAL STAFFING SERVICES | SPRINGBOARD INC ATTN CONTRACTS MANAGEMENT 6970 E CHAUNCEY LN, #110 PHOENIX, AZ 85054 |
| 2.793 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HOSPITAL PROVIDER AGREEMENT | ST JOSEPH HOSPICE OF HOUSTON LLC D/B/A ST JOSEPH HOSPICE OF CONROE TEXAS ATTN GEOFFREY MORTHLAND 10615 JEFFERSON HWY BATON ROUGE, LA 70809 |
| 2.794 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PATIENT TRANFSER AGREEMENT | ST JOSEPH'S REGIONAL HEALTH CTR ATTN ADMINISTRATOR 2801 FRANCISCAN DR BRYAN, TX 77802 |
| 2.795 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   5/1/2020 <br><br> **List the contract number of any government contract** | PATIENT TRANFSER AGREEMENT | ST LUKE'S COMMUNITY HEALTH SERVICES D/B/A CHI ST LUKE'S THE WOODLANDS HOSPITAL 17200 ST LUKE'S WAY THE WOODLANDS, TX 77384 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.796 **State what the contract or lease is for and the nature of the debtor's interest** PATIENT TRANFSER AGREEMENT<br><br>**State the term remaining** 5/1/2020<br><br>**List the contract number of any government contract** | ST LUKE'S COMMUNITY HEALTH SERVICES D/B/A CHI ST LUKE'S THE WOODLANDS HOSPITAL ATTN OFFICE OF GENERAL COUNSEL 6624 FANNIN ST, STE 2500 HOUSTON, TX  77030 |
| 2.797 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-2<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STERICYCLE INC ATTN BRENT ARNOLD, VP LQ BUS UNIT 28161 N KEITH DR LAKE FOREST, IL  60045 |
| 2.798 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-3B<br><br>**State the term remaining** 11/1/2020<br><br>**List the contract number of any government contract** | STERICYCLE INC ATTN DANIEL SEXTON, SALES SOLUTIONS EXEC 28161 N KEITH DR LAKE FOREST, IL  60045 |
| 2.799 **State what the contract or lease is for and the nature of the debtor's interest** ADDITIONAL SITE FORM - COLDSPRINGS CLINIC RE: MASTER BIOMEDICAL WASTE SERVICE AGREEMENT DTD 11/1/2014<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STERICYCLE INC ATTN LQ SALES DEPT 4010 COMMERCIAL AVE NORTHBROOK, IL  60062 |
| 2.800 **State what the contract or lease is for and the nature of the debtor's interest** ADDITIONAL SITE FORM - DR KARLA BRUNING, TX RE: MASTER BIOMEDICAL WASTE SERVICE AGREEMENT DTD 11/1/2014<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | STERICYCLE INC ATTN LQ SALES DEPT 4010 COMMERCIAL AVE NORTHBROOK, IL  60062 |
| 2.801 **State what the contract or lease is for and the nature of the debtor's interest** MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-1<br><br>**State the term remaining** 11/1/2024<br><br>**List the contract number of any government contract** | STERICYCLE INC ATTN LQ SALES DEPT 4010 COMMERCIAL AVE NORTHBROOK, IL  60062 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.802 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-2 | STERICYCLE INC ATTN LQ SALES DEPT 4010 COMMERCIAL AVE NORTHBROOK, IL 60062 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.803 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-1 | STERICYCLE INC ATTN SCOTT KELM, MAJOR ACCT EXEC 28161 N KEITH DR LAKE FOREST, IL 60045 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.804 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 E-2 | STERICYCLE INC ATTN SCOTT KELM, MAJOR ACCT EXEC 28161 N KEITH DR LAKE FOREST, IL 60045 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.805 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-1 | STERICYCLE INC ATTN SCOTT KELM, MAJOR ACCT EXEC 28161 N KEITH DR LAKE FOREST, IL 60045 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.806 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICE AGREEMENT #HEALTHTRUST 2621 EX C-2 | STERICYCLE INC ATTN SCOTT KELM, MAJOR ACCT EXEC 28161 N KEITH DR LAKE FOREST, IL 60045 |
| | **State the term remaining** | 11/1/2024 | |
| | **List the contract number of any government contract** | | |
| 2.807 | **State what the contract or lease is for and the nature of the debtor's interest** | ESR SERVICE AGREEMENT DTD 12/1/2016 | STRECK ATTN AMY DUFFY, TERRITORY SALES MGR 7002 S 109TH ST OMAHA, NE 68128 |
| | **State the term remaining** | 12/29/2019 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.808 | **State what the contract or lease is for and the nature of the debtor's interest** | PLATINUM PLUS ENROLLMENT FORM | STRYKER SUSTAINABILITY SOLUTIONS INC 10232 SOUTH 51ST STREET |
| | **State the term remaining** | | PHOENIX, AZ 85044 |
| | **List the contract number of any government contract** | | |

| 2.809 | **State what the contract or lease is for and the nature of the debtor's interest** | 2017 TRAFFIC CERTIFICATION ACCT #100-7124726-01 | SUDDENLINK COMMUNICATIONS F/K/A CEBRIDGE CONNECTIONS PO BOX 660365 DALLAS, TX 75266-0365 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.810 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #098352 DTD 12/23/2015 | SUDDENLINK COMMUNICATIONS F/K/A CEBRIDGE CONNECTIONS PO BOX 660365 DALLAS, TX 75266-0365 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.811 | **State what the contract or lease is for and the nature of the debtor's interest** | SUDDENLINK BUSINESS SERVICES PROPOSAL DTD 3/18/2015 | SUDDENLINK COMMUNICATIONS F/K/A CEBRIDGE CONNECTIONS PO BOX 660365 DALLAS, TX 75266-0365 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.812 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPERIOR AGREEMENT | SUPERIOR PO BOX 3003 |
| | **State the term remaining** | | FARMINGTON, MO 63640-3803 |
| | **List the contract number of any government contract** | | |

| 2.813 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPERIOR AGREEMENT | SUPERIOR PO BOX 3003 |
| | **State the term remaining** | | FARMINGTON, MO 63640-3803 |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.814 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #001 - PERPETUAL SOFTWARE LICENSE & SUPPORT RE: MASTER AGREEMENT DTD 3/10/2011 | SURGICAL INFORMATION SYSTEMS LLC<br>11605 HAYNES BRIDGE RD, STE 200<br>ALPHARETTA, GA 30009 |
| 2.815 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM #002 - SERVICES (SIS ACADEMY & IMPLEMENTATION) RE: MASTER AGREEMENT DTD 3/10/2011 | SURGICAL INFORMATION SYSTEMS LLC<br>11605 HAYNES BRIDGE RD, STE 200<br>ALPHARETTA, GA 30009 |
| 2.816 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM TO MASTER SOFTWARE LICENSE & SERVICES AGREEMENT RE: MASTER AGREEMENT DTD 3/10/2011 | SURGICAL INFORMATION SYSTEMS LLC<br>ATTN BROOKE GILLILAND, CLIENT SERV DIR<br>555 NORTH POINT CIR E, STE 700<br>ALPHARETTA, GA 30022 |
| 2.817 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ORDER FORM TO MASTER SOFTWARE LICENSE & SERVICES AGREEMENT RE: MASTER AGREEMENT DTD 3/10/2011 | SURGICAL INFORMATION SYSTEMS LLC<br>ATTN BROOKE GILLILAND, CLIENT SERV DIR<br>555 NORTH POINT CIR E, STE 700<br>ALPHARETTA, GA 30022 |
| 2.818 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SOFTWARE LICENSE & SERVICES AGREEMENT | SURGICAL INFORMATION SYSTEMS LLC<br>ATTN EDWARD R DAIHL, CEO<br>11605 HAYNES BRIDGE RD, STE 200<br>ALPHARETTA, GA 30009 |
| 2.819 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDITIONAL SERVICES AGREEMENT | SURGICAL INFORMATION SYSTEMS, LLC<br>555 NORTH POINT CENTER EAST<br>SUITE 300<br><br>ALPHARETTA, GA 30022 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.820 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIONAL SERVICES AGREEMENT | SURGICAL INFORMATION SYSTEMS, LLC ATTN BROOKE GILLILAND, CLIENT SERV DIR 555 NORTH POINT CIR E, STE 700 |
| | **State the term remaining** | | ALPHARETTA, GA  30022 |
| | **List the contract number of any government contract** | | |
| 2.821 | **State what the contract or lease is for and the nature of the debtor's interest** | SEARCH AGREEMENT FOR VASCULAR SURGEON/ GENERAL SURGERY | TACORE MEDICAL INC |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.822 | **State what the contract or lease is for and the nature of the debtor's interest** | TDCJ INTERLOCAL AGREEMENT | TDCJ 301 UNIVERSITY BLVD |
| | **State the term remaining** | | GALVESTON, TX  77555-1208 |
| | **List the contract number of any government contract** | | |
| 2.823 | **State what the contract or lease is for and the nature of the debtor's interest** | FOCUS SUPPORT SERVICE AGREEMENT DTD 6/27/2019 | TECH SYSTEMS INC ATTN RANDY SIMPSON, CDM 4942 SUMMER OAK DR BUFORD, GA  30518 |
| | **State the term remaining** 7/31/2020 | | |
| | **List the contract number of any government contract** | | |
| 2.824 | **State what the contract or lease is for and the nature of the debtor's interest** | AMBULANCE TRANSPORTATION PROVIDER AGREEMENT | TEXAN EMS, LLC PO BOX 2297 |
| | **State the term remaining** | | LIVINGSTON, TX  77351 |
| | **List the contract number of any government contract** | | |
| 2.825 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER A&M RURAL AND COMMUNITY HEALTH INSTITUTE CRYSTAL PLAZA 2700 EARL RUDDER FRWY S, STE 3000 COLLEGE STATION, TX  77845 |
| | **State the term remaining** 12/31/2021 | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.826 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  12/31/2021<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN ASSOC. VP & CHIEF<br>8441 RIVERSIDE PKWY, STE 3100<br>BRYAN, TX  77807 |
| 2.827 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSOCIATE AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN ERIN KELLS<br>SR PROGRAM MGR<br>8441 RIVERSIDE PKWY<br>BRYAN, TX  77807 |
| 2.828 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  5/31/2021<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN ERIN KELLS<br>SR PROGRAM MGR<br>8441 RIVERSIDE PKWY<br>BRYAN, TX  77807 |
| 2.829 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN ERIN KELLS<br>SR PROGRAM MGR<br>8441 RIVERSIDE PKWY<br>BRYAN, TX  77807 |
| 2.830 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN GARY FRECH, MDA, RPH<br>ASSISTANT DEAN FOR EXPERIMENTAL EDUCATION<br>8441 RIVERSIDE PKWY<br>BRYAN, TX  77807 |
| 2.831 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN NANCY W DICKEY MD, EXEC DIR RCHI<br>CRYSTAL PARK PLAZA<br>2700 EARL RUDDER FRWY S, STE 3000<br>COLLEGE STATION, TX  77845 |

| Debtor | WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.832 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | BUSINESS ASSDOCIATE AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN OFFICE OF FINANCE & ADMIN<br>200 TECHNOLOGY WAY, STE 2079<br>COLLEGE STATION, TX  77845-3424 |
| 2.833 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  12/31/2019<br><br>**List the contract number of any government contract** | PROFESSIONAL SERVICES AGREEMENT | TEXAS A&M UNIVERSITY HEALTH SCIENCE CENTER<br>ATTN OFFICE OF FINANCE & ADMIN<br>200 TECHNOLOGY WAY, STE 2079<br>COLLEGE STATION, TX  77845-3424 |
| 2.834 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TEXAS CHILDREN'S HEALTH PLAN HOSPITAL/RHC | TEXAS CHILDREN'S HEALTH PLAN<br>PO BOX 301011 WLS8360<br><br>HOUSTON, TX  77230-1011 |
| 2.835 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IMMUNIZATION SERVICES AGREEMENT | TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>ATTN CFO<br>PO BOX 4015<br>HUNTSVILLE, TX  77342-4015 |
| 2.836 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | INTERLOCAL AGREEMENT | TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>ATTN CFO<br>PO BOX 4015<br>HUNTSVILLE, TX  77342-4015 |
| 2.837 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**  8/31/2020<br><br>**List the contract number of any government contract** | MODIFICATION OF CONTRACT AMENDS CONTRACT #696-HS-14-15-M145 | TEXAS DEPARTMENT OF CRIMINAL JUSTICE<br>CONTRACTS & PROCUREMENT<br>CLIENT SERVICES & GOVT. CONTRACTS BRANCH<br>2 FINANCIAL PLAZA, STE 525<br>HUNTSVILLE, TX  77340 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.838 | **State what the contract or lease is for and the nature of the debtor's interest** | AMBULANCE TRANSPORTATION PROVIDER AGREEMENT | TEXAS EMS LLC ATTN KATHY CLAYTON 3400 ENFIELD RD AUSTIN, TX 78703 |
| | **State the term remaining** | 10/10/2020 | |
| | **List the contract number of any government contract** | | |
| 2.839 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSDOCIATE AGREEMENT RE: TETAF SURVEY AGREEMENT | TEXAS EMS TRAUMA & ACUTE CARE FOUNDATION ATTN KATHY CLAYTON 3400 ENFIELD RD AUSTIN, TX 78703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.840 | **State what the contract or lease is for and the nature of the debtor's interest** | TETAF SURVEY AGREEMENT | TEXAS EMS TRAUMA & ACUTE CARE FOUNDATION ATTN KATHY CLAYTON 3400 ENFIELD RD AUSTIN, TX 78703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.841 | **State what the contract or lease is for and the nature of the debtor's interest** | TEXAS KIDS FIRST, LLC AGREEMENT | TEXAS KIDS FIRST, LLC 2524 LILLIAN MILLER PARKWAY SUITE 115 DENTON, TX 76210 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.842 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - CONFIRMATION OF ASSIGNMENT FOR ROCHELLE DOYLEY RE: MASTER SERVICES AGREEMENT DTD 1/13/2014 | TEXAS SELECT STAFFING LLC ATTN KYLE CAVENDER, ACCT MGR 1910 PACIFIC AVE, STE 5015 DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.843 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT A - CONFIRMATION OF ASSIGNMENT FOR ROCHELLE DOYLEY RE: MASTER SERVICES AGREEMENT DTD 1/13/2014 | TEXAS SELECT STAFFING LLC ATTN KYLE CAVENDER, ACCT MGR 1910 PACIFIC AVE, STE 5015 DALLAS, TX 75201 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.844 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT A - CONFIRMATION OF ASSIGNMENT FOR TERESA ROBINSON RE: MASTER SERVICES AGREEMENT DTD 1/13/2014 | TEXAS SELECT STAFFING LLC<br>ATTN KYLE CAVENDER, ACCT MGR<br>1910 PACIFIC AVE, STE 5015<br>DALLAS, TX 75201 |
| 2.845 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT A - CONFIRMATION OF ASSIGNMENT FOR TOMMY JENKINS RE: MASTER SERVICES AGREEMENT DTD 1/13/2014 | TEXAS SELECT STAFFING LLC<br>ATTN KYLE CAVENDER, ACCT MGR<br>1910 PACIFIC AVE, STE 5015<br>DALLAS, TX 75201 |
| 2.846 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT | TEXAS SELECT STAFFING LLC<br>ATTN KYLE CAVENDER, ACCT MGR<br>1910 PACIFIC AVE, STE 5015<br>DALLAS, TX 75201 |
| 2.847 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | TEXAS WOMAN'S UNIVERSITY<br>304 ADMINISTRATION DR<br>DENTON, TX 76204 |
| 2.848 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | THOMPSON, CHARLES B, MD |
| 2.849 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | THREE RIVERS PROVIDER NETWORK (TRPN) AGREEMENT | THREE RIVERS PROVIDER NETWORK (TRPN)<br>1620 5TH AVE, SUITE 900<br><br>SAN DIEGO, CA 92101 |

Debtor   WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.850 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM #1 DTD 10/31/2012 RE: AGREEMENT FOR THE ARRANGEMENT OF PROFESSIONAL ER SERVICES DTD 3/1/2012 | THW EMERGENCY MANAGEMENT OF HOUSTON INC ATTN GENERAL COUNSEL 265 BROOKVIEW CENTRE WAY, STE 400 KNOXVILLE, TN 37919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.851 | State what the contract or lease is for and the nature of the debtor's interest | ADDENDUM TO VENDOR CONTRACT RE: AGREEMENT FOR ARRANGEMENT OF PROFESSIONAL ER SERVICES DTD 3/1/2012 | THW EMERGENCY MANAGEMENT OF HOUSTON INC ATTN GENERAL COUNSEL 265 BROOKVIEW CENTRE WAY, STE 400 KNOXVILLE, TN 37919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.852 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ARRANGEMENT OF PROFESSIONAL EMERGENCY SERVICES | THW EMERGENCY MANAGEMENT OF HOUSTON INC ATTN GENERAL COUNSEL 265 BROOKVIEW CENTRE WAY, STE 400 KNOXVILLE, TN 37919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.853 | State what the contract or lease is for and the nature of the debtor's interest | TERMINATION OF ADDENDUM #1 DTD 7/23/2013 RE: AGREEMENT FOR THE ARRANGEMENT OF PROFESSIONAL ER SERVICES | THW EMERGENCY MANAGEMENT OF HOUSTON INC ATTN GENERAL COUNSEL 265 BROOKVIEW CENTRE WAY, STE 400 KNOXVILLE, TN 37919 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.854 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR ARRANGEMENT OF PROFESSIONAL EMERGENCY SERVICES | THW EMERGENCY MANAGEMENT OF HOUSTON INC ATTN PRESIDENT 5000 HOPYARD RD PLEASANTON, CA 94588-3146 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.855 | State what the contract or lease is for and the nature of the debtor's interest | GOLD SERVICE AGREEMENT | THYSSENKRUPP ELEVATOR CORPORATION ATTN TAWNY ELIZONDO 14820 TOMBALL PKWY STE 190 HOUSTON, TX 77086 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.856 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LANDSCAPE MAINTENANCE CONTRACT | TIMBERLAKE NURSERY<br>3638 HWY 19<br>RIVERSIDE, TX 77320 |
| 2.857 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | TINDALL, B SHANE, MD |
| 2.858 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT #450347 | TMF HEALTH QUALITY INSTITUTE<br>ATTN CONTRACT SPECIALIST<br>BARTON OAKS PLAZA II, STE 200<br>901 MOPAC EXWY S<br>AUSTIN, TX 78746-5799 |
| 2.859 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MEMORANDUM OF AGREEMENT #675463 | TMF HEALTH QUALITY INSTITUTE<br>ATTN CONTRACT SPECIALIST<br>BARTON OAKS PLAZA II, STE 200<br>901 MOPAC EXWY S<br>AUSTIN, TX 78746-5799 |
| 2.860 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | REVIEW SERVICES AGREEMENT | TMF HEALTH QUALITY INSTITUTE<br>ATTN JANET KILCREASE, RN<br>BRIDGEPOINT PLAZA I,STE 300<br>5918 WESR COURTYARD DR<br>AUSTIN, TX 78730-5036 |
| 2.861 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AMENDMENT 2 TO REVIEW SERVICES AGREEMENT<br>AMENDS AGREEMENT DTD 1/1/2009 | TMF HEALTH QUALITY INSTITUTE<br>ATTN THOMAS MANLEY, CEO<br>5918 W COURTYARD DR, STE 300<br>AUSTIN, TX 78730-5036 |

Debtor   WALKER COUNTY HOSPITAL CORP. D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number (if known)   19-36300
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.862** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SPEAKER AGREEMENT | TMF HEALTH QUALITY INSTITUTE <br> ATTN THOMAS MANLEY, CEO <br> 5918 W COURTYARD DR, STE 300 <br> AUSTIN, TX  78730-5036 |
| **2.863** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF AGREEMENT #450347 | TMF HEALTH QUALITY INSTITUTE <br> C/O CENTERS FOR MEDICARE & MEDICAID SVCS <br> ATTN CAPT. MARY GESSAY, PROJECT OFF <br> 1301 YOUNG ST, RM 833 <br> DALLAS, TX  75202 |
| **2.864** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MEMORANDUM OF AGREEMENT #675463 | TMF HEALTH QUALITY INSTITUTE <br> C/O CENTERS FOR MEDICARE & MEDICAID SVCS <br> ATTN CAPT. MARY GESSAY, PROJECT OFF <br> 1301 YOUNG ST, RM 833 <br> DALLAS, TX  75202 |
| **2.865** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | HEALTHCARE CLIENT SERVICES AGREEMENT DTD 10/19/2016 | TOP ECHELON CONTRACTING LLC <br> ATTN DEBRA M FLEDDERJOHANN, PRESIDENT <br> 4883 DRESSLER RD NW, STE 200 <br> CANTON, OH  44718 |
| **2.866** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining**   5/23/2020 <br><br> **List the contract number of any government contract** | MASTER AGREEMENT FOR SUPPLEMENTAL STAFFING SERVICES DTD 5/9/2019 | TOTALMED INC <br> ATTN NICK PALLERIA <br> 221 W COLLEGE AVE, FL 2 <br> APPLETON, WI  54911 |
| **2.867** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | TRAWY, JUSTIN M, MD |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.868 | **State what the contract or lease is for and the nature of the debtor's interest** | SPORTS MEDICINE ATHLETIC TRAINING SERVICE AGREEMENT | TRINITY ISD ATTN SUPERINTENDENT 101 W JEFFERSON ST TRINITY, TX  77358 |
| | **State the term remaining** | 7/1/2021 | |
| | **List the contract number of any government contract** | | |
| 2.869 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING SERVICES AGREEMENT | TRISOURCE LLC D/B/A TRISOURCE HEALTH ATTN KAREN FOWLER 5700 GRANITE PKWY, STE 200 PLANO, TX  75024 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.870 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSE AGREEMENT | T-SYSTEMS INC ATTN TIM SWANGO, EXEC. VP & CHIEF ADMIN OFFICER 4020 MCEWEN DR, STE 200 DALLAS, TX  75244 |
| | **State the term remaining** | 7/31/2022 | |
| | **List the contract number of any government contract** | | |
| 2.871 | **State what the contract or lease is for and the nature of the debtor's interest** | ACKNOWLEDGMENT OF AMENDMENT OF SOLICITATION/ MODIFICATION OF CONTRACT DTD 2/5/2019 RE: CONTRACT DTD 7/15/18 | ULTIMATE BIOMEDICAL SOLUTION 6315-B FM 1488 #138 MAGNOLIA, TX  77354 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.872 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | ULTIMATE BIOMEDICAL SOLUTION 6315-B FM 1488 #138 MAGNOLIA, TX  77354 |
| | **State the term remaining** | 6/30/2021 | |
| | **List the contract number of any government contract** | | |
| 2.873 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #117072 RE: MAINTENANCE SERVICE AGREEMENT | ULTRARAD CORPORATION 301 PINEDGE DR, STE 301 WEST BERLIN, NJ  08091 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)    19-36300

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.874 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT RE: STAFFING/RECRUITMENT SERVICES CONTRACT | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |
| 2.875 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADDENDUM TO CONTRACT RE: AGREEMENT FOR SERVICE | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |
| 2.876 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    6/23/2020<br><br>**List the contract number of any government contract** | SERVICE AND SUPPORT AGREEMENT | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |
| 2.877 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SERVICE AND SUPPORT AGREEMENT | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |
| 2.878 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    6/23/2020<br><br>**List the contract number of any government contract** | SERVICE AND SUPPORT AGREEMENT | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |
| 2.879 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**    6/23/2020<br><br>**List the contract number of any government contract** | SERVICE AND SUPPORT AGREEMENT | ULTRARAD CORPORATION<br>ATTN BILL GIUNTA, VP OF SERVICES<br>301 PINEDGE DR, STE 301<br>WEST BERLIN, NJ  08091 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number *(if known)*   19-36300

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.880 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UNITED HEALTHCARE FACILITY PARTICIPATION AGREEMENT | UNITED HEALTHCARE 9900 BREN ROAD MINNETONKA, MN  55343-9664 |
| 2.881 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UNITED HEALTHCARE FACILITY PARTICIPATION AGREEMENT | UNITED HEALTHCARE 9900 BREN ROAD MINNETONKA, MN  55343-9664 |
| 2.882 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UNITED HEALTHCARE FACILITY PARTICIPATION AGREEMENT | UNITED HEALTHCARE PO BOX 740809 ATLANTA, GA  30374-0809 |
| 2.883 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UNITED HEALTHCARE FACILITY PARTICIPATION AGREEMENT | UNITED HEALTHCARE PO BOX 740809 ATLANTA, GA  30374-0809 |
| 2.884 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | PROGRAM AFFILIATION AGREEMENT | UNITED STATES UNIVERSITY 7675 MISSION VALLEY RD SAN DIEGO, CA  92108 |
| 2.885 | **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | UNIVERSAL AMERICAN HOSPITAL PARTICIPATION AGREEMENT - HMH | UNIVERSAL AMERICAN PO BOX 467 NORWOOD, MA  02062 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.886 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PARTICIPATION AGREEMENT | UNIVERSITY OF KANSAS MED CNTR RESEARCH INSTITUTE INC<br>ATTN EXECUTIVE DIRECTOR<br>3901 RAINBOW BLVD, MAILSTOP 1039<br>KANSAS CITY, KS 66160-7702 |
| 2.887 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROGRAM AFFILIATION AGREEMENT | UNIVERSITY OF SOUTH ALABAMA<br>307 N UNIVERSITY BLVD<br>MOBILE, AL 36688 |
| 2.888 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | AFFILIATION AGREEMENT | UNIVERSITY OF TEXAS AT EL PASO, THE<br>500 W UNIVERSITY AVE<br>EL PASO, TX 79968 |
| 2.889 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | BUSINESS ASSOCIATE AGREEMENT | UNIVERSITY OF TEXAS HEALTH CENTER AT HOUSTON<br>ATTN CHRISTY ANKROM<br>6431 FANNIN ST, MSB 7.117<br>HOUSTON, TX 77030 |
| 2.890 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining 1/31/2021<br><br>List the contract number of any government contract | RENEWAL OF STROKE TELEMEDICINE PROGRAM SERVICES AGREEMENT AMENDS AGREEMENT DTD 2/1/2014 | UNIVERSITY OF TEXAS HEALTH CENTER AT HOUSTON<br>ATTN CHRISTY ANKROM<br>6431 FANNIN ST, MSB 7.117<br>HOUSTON, TX 77030 |
| 2.891 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | INSTITUTIONAL REVIEW BOARD (IRB) AUTHORIZATION AGREEMENT | UNIVERSITY OF TEXAS HEALTH CENTER AT HOUSTON<br>DEPT OF NEUROLOGY<br>ATTN CHRISTY ANKROM<br>6431 FANNIN ST, MSB 7.117<br>HOUSTON, TX 77030 |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL   Case number _(if known)_   19-36300
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.892 **State what the contract or lease is for and the nature of the debtor's interest**  RENEWAL LETTER DTD 1/7/2016<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UNIVERSITY OF TEXAS HEALTH CENTER AT HOUSTON<br>DEPT OF NEUROLOGY<br>ATTN CHRISTY ANKROM<br>6431 FANNIN ST, MSB 7.117<br>HOUSTON, TX  77030 |
| 2.893 **State what the contract or lease is for and the nature of the debtor's interest**  BUSINESS ASSOCIATE AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | URS MEDICAL I LP<br>D/B/A BREAST PUMP DEPOT<br>4830 LAKEWOOD DR #1<br>WACO, TX  76710 |
| 2.894 **State what the contract or lease is for and the nature of the debtor's interest**  EQUIPMENT PLACEMENT AGREEMENT<br><br>**State the term remaining**  7/15/2020<br><br>**List the contract number of any government contract** | URS MEDICAL I LP<br>D/B/A BREAST PUMP DEPOT<br>ATTN RICK HAGELSTEIN, CHAIRMAN<br>4830 LAKEWOOD DR #1<br>WACO, TX  76710 |
| 2.895 **State what the contract or lease is for and the nature of the debtor's interest**  USFHP AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | USFHP<br>2707 NORTH LOOP WEST<br><br>HOUSTON, TX  77008 |
| 2.896 **State what the contract or lease is for and the nature of the debtor's interest**  PROGRAM AFFILIATION AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UTICA COLLEGE<br>ATTN DAWN EVANS, PT, DPT<br>ASSIST. PROFESSOR & DIR OF CLINICAL EDUCATION<br>1600 BURRSTONE RD<br>UTICA, NY  13502-4892 |
| 2.897 **State what the contract or lease is for and the nature of the debtor's interest**  PROGRAM AFFILIATION AGREEMENT<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UTICA COLLEGE<br>ATTN SHELLY NUNNO-EVANS, PT, DPT<br>ASSIST. DIR OF CLINICAL EDUCATION<br>1600 BURRSTONE RD<br>UTICA, NY  13502-4892 |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.898 | **State what the contract or lease is for and the nature of the debtor's interest** | UTMB/HEALTH PLANS HOSPITAL SERVICE AGREEMENT | UTMB/HEALTH PLANS PO BOX 15548 |
| | **State the term remaining** | | AUSTIN, TX  78761 |
| | **List the contract number of any government contract** | | |
| 2.899 | **State what the contract or lease is for and the nature of the debtor's interest** | UTMB/INDIGENT CARE INTERLOCAL COOPERATION ACT CONTRACT | UTMB/INDIGENT CARE 301 UNIVERSITY BLVD |
| | **State the term remaining** | | GALVESTON, TX  77555 |
| | **List the contract number of any government contract** | | |
| 2.900 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT #090358 DTD 8/25/2014 QUOTE #HMH62514 | VASAMED INC 7615 GOLDEN TRIANGLE DR, STE A EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.901 | **State what the contract or lease is for and the nature of the debtor's interest** | STUDYCAST SOFTWARE SERVICES AGREEMENT | VASAMED INC C/O CORE SOUND IMAGING INC 7000 SIX FORKS ROAD, STE 102 RALEIGH, NC  27615 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.902 | **State what the contract or lease is for and the nature of the debtor's interest** | PHYSICIAN CREDENTIALING AND PRIVILEGING AGREEMENT | VIRTUAL RADIOLOGIC PROFESSIONALS OF TEXAS PA ATTN GENERAL COUNSEL 11995 SINGLETREE LANE #500 EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.903 | **State what the contract or lease is for and the nature of the debtor's interest** | TERMINATION NOTICE DTD 10/10/2019 TERMINATES PHYSICIAN CREDENTIALING & PRIVILEGING AGREEMENT | VIRTUAL RADIOLOGIC PROFESSIONALS OF TEXAS PA ATTN GENERAL COUNSEL 11995 SINGLETREE LANE #500 EDEN PRAIRIE, MN  55344 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., DBA HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.904 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AFFILIATION AGREEMENT | VISTA COLLEGE<br>6101 MONTANA AVE<br>EL PASO, TX 79925 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.905 | **State what the contract or lease is for and the nature of the debtor's interest** | PROGRAM AFFILIATION AGREEMENT | WALDEN UNIVERSITY LLC<br>100 S WASHINGTON AVE #900<br>MINNEAPOLIS, MN 55401 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.906 | **State what the contract or lease is for and the nature of the debtor's interest** | TX-1035400-WALKER COUNTY HOSPITAL CORPORATION DBA HUNTSVILLE MEMORIAL HOSPITAL-YEAR 3 OF 5 2019 FOCUS RENEWAL | WALKER COUNTY HOSPITAL CORPORATION DBA HUNTSVILLE MEMORIAL HOSPITAL<br>110 MEMORIAL HOSPITAL DR<br><br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.907 | **State what the contract or lease is for and the nature of the debtor's interest** | AMBULANCE SERVICES AGREEMENT DTD 2/1/2008 | WALKER COUNTY HOSPITAL DISTRICT OF WALKER<br>1224 UNIVERSITTY AVE, STE 105<br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.908 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO LEASE AGREEMENT<br>AMENDS LEASE DTD 6/13/2013 | WALKER COUNTY HOSPITAL DISTRICT OF WALKER<br>1224 UNIVERSITTY AVE, STE 105<br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.909 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | WALKER COUNTY HOSPITAL DISTRICT OF WALKER<br>1224 UNIVERSITTY AVE, STE 105<br>HUNTSVILLE, TX 77340 |
| | **State the term remaining** | 6/13/2033 | |
| | **List the contract number of any government contract** | | |

| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL | Case number (if known) | 19-36300 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.910 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | WALKER COUNTY HOSPITAL DISTRICT OF WALKER 1224 UNIVERSITTY AVE, STE 105 HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 6/13/2033 | |
| | **List the contract number of any government contract** | | |
| 2.911 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | WALKER COUNTY HOSPITAL DISTRICT OF WALKER ATTN CHAIRMAN OF THE BOARD PO BOX 1267 HUNTSVILLE, TX  77340 |
| | **State the term remaining** | 6/13/2033 | |
| | **List the contract number of any government contract** | | |
| 2.912 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT | WALKER COUNTY HOSPITAL DISTRICT OF WALKER ATTN CHAIRMAN OF THE BOARD PO BOX 1267 HUNTSVILLE, TX  77342-1267 |
| | **State the term remaining** | 6/13/2033 | |
| | **List the contract number of any government contract** | | |
| 2.913 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | WARD, JESSE, MD 129 MEDICAL PART LN HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.914 | **State what the contract or lease is for and the nature of the debtor's interest** | MEDICAL DIRECTOR AGREEMENT | WARD, JESSE, MD 596 BOWDEN HUNTSVILLE, TX  77340 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.915 | **State what the contract or lease is for and the nature of the debtor's interest** | EXHIBIT C - RADIOLOGIST STATEMENT RE: PROFESSIONAL SERVICES AGREEMENT | WHITMORE, ANDREW, MD |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL    Case number (if known)   19-36300

         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.916 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MONITORING AGREEMENT DTD 3/11/2016 | WILSON FIRE EQUIPMENT & SERVICES CCOMPANY INC<br>ATTN JAMES W YOUNG, CONTRACT ADMIN<br>7303 EMPIRE CENTRAL DR<br>HOUSTON, TX 77040 |
| 2.917 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | FACILITY SERVICES AGREEMENT RE: PURCHASING AGREEMENT DTD 4/1/2015 | YALE ENFORCEMENT SERVICES INC<br>ATTN BARBARA YALE, PRESIDENT<br>3601 N BELT W<br>BELLEVILLE, IL 62226 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors                                                                 4/19

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes.

| Fill in this information to identify the case: | |
|---|---|
| Debtor | WALKER COUNTY HOSPITAL CORP., D/B/A HUNTSVILLE MEMORIAL HOSPITAL |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION |
| Case number (if known) | 19-36300 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    04/19

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12/11/2019          ✗  /s/ Steven L. Smith
MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                 Steven L. Smith
                                 Printed name

                                 CEO
                                 Position or relationship to debtor