IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| WALKER COUNTY HOSPITAL CORPORATION D/B/A HUNTSVILLE MEMORIAL HOSPITAL, | : : | Case No. 19-36300 (DRJ) |
| | : | Re: Dkt. Nos. 12, 67, 106, 131, |
| Debtor.[1] | : | 177, 195 |
| | : | |

### SIXTH SUPPLEMENTAL NOTICE OF (I) CURE AMOUNTS WITH RESPECT TO EXECUTORY CONTRACTS AND UNEXPIRED LEASES TO POTENTIALLY BE ASSUMED AND ASSIGNED AND (II) POTENTIAL ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

**PLEASE TAKE NOTICE** that, pursuant to the *Order: (I)(A) Approving Bidding Procedures and Bid Protection, (B) Permitting Debtor to Designate Stalking Horse Purchaser(s) and Grant Bid Protections, (C) Scheduling a Hearing to Consider Approval of the Sale of Assets, (D) Approving Assumption and Assignment Procedures, (E) Approving Form and Manner of Notice of Sale, and (F) Granting Related Relief; and (II)(A) Authorizing and Approving the Sale of Substantially All Assets of the Debtor Free and Clear of Liens, Claims, Interests, and Encumbrances, (B) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, and (C) Granting Related Relief* (Dkt. No. 67) (the "**Bidding Procedures Order**")[2] entered by the United States Bankruptcy Court for the Southern District of Texas (the "**Bankruptcy Court**"), the above-captioned debtor and debtor in possession (the "**Debtor**") and Walker County Hospital District (the "**District**") and Huntsville Community Hospital, Inc. ("**Newco**" and together with the District, the "**Buyers**"), the Successful Bidder under that certain *Order: (I) Approving the Sale of Substantially All Assets of the Debtor Free and Clear of All Liens, Claims, Encumbrances, and Interests; (II) Authorizing Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (Dkt. No. 229) entered by the Bankruptcy Court on December 30, 2019 (the "**Sale Order**"), provides this notice that you and the Debtor are party to one or more of the various managed care contracts set forth on **Exhibit 1** to this notice (the "**Managed Care Contracts**"), which Managed Care Contracts will be assumed and assigned to the Buyers in connection with the sale of all or substantially all of the assets of the Debtor, as more specifically referenced in the Sale Order.

---

[1] The last four digits of the Debtor's federal tax identification number are: 0960. The location of the Debtor's service address is: P.O. Box 4001, Huntsville, TX 77342-4001, Attn: Steven Smith.

[2] Capitalized terms used in this Notice but not otherwise defined shall have the meanings ascribed to them in the Sale Order.

**PLEASE TAKE FURTHER NOTICE** that set forth on **Exhibit 1** is the amount the Debtor's records reflect is owing to cure any and all defaults under each Managed Care Contract (each amount, a "***Cure Amount***") to permit the assumption and assignment of each Managed Care Contract pursuant to section 365 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, notwithstanding any indication in **Exhibit 1** of what the Debtor's records reflect as the Cure Amounts, the Cure Amounts with respect to the Managed Care Contracts shall include all amounts potentially owed pursuant to certain overpayments that have been or may be identified by the Managed Care Contract Counterparties (defined below) for services rendered prior to the closing of the sale (the "***Unpaid Obligations***"). The Buyers and counterparties to the Managed Care Contracts (the "***Managed Care Contract Counterparties***") agree that the Buyers will pay the Unpaid Obligations in the ordinary course of business, and that the Managed Care Contract Counterparties may also set-off or recoup some or all of the Unpaid Obligations from payments of claims rendered pursuant to the Managed Care Contracts before or after the closing of the sale to the extent allowed under the Managed Care Contracts.

**PLEASE TAKE FURTHER NOTICE** in lieu of any Cure Amount (including any amounts provided for in the previously filed cure notices), all Unpaid Obligations due and/or accrued under the Managed Care Contracts shall pass through to the Buyers and survive assumption and assignment so that nothing in the Sale Order nor 11 U.S.C. § 365 shall affect the Unpaid Obligations due under the Managed Care Contracts.

**PLEASE TAKE FURTHER NOTICE** that the parties have reached consensual resolution regarding the above referenced treatment of Managed Care Contracts with respect to all contracts listed in **Exhibit 1**.

**PLEASE TAKE FURTHER NOTICE** that all documents filed with the Bankruptcy Court in connection with the above-captioned case are available for free on the website of the court-appointed claims and noticing agent in this case, Epiq Corporate Restructuring, LLC at https://dm.epiq11.com/case/WCH/info.

Dated: February 4, 2020
Houston, Texas

<div style="display: flex;">
<div>

**MORGAN, LEWIS & BOCKIUS LLP**

By: /s/ T. Cullen Wallace
T. Cullen Wallace
State Bar No. 24072412
Morgan, Lewis & Bockius LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Telephone: 713-890-5000
Facsimile: 713-890-5001
cullen.wallce@morganlewis.com

-and-

Janice Z. Davis
State Bar No. 22237300
Morgan, Lewis & Bockius LLP
1717 Main Street, Suite 3200
Dallas, TX 75201-7347
Telephone: 214-466-4000
Facsimile: 214-466-4001
janice.davis@morganlewis.com

-and-

Sandra J. Vrejan (admitted pro hac)
Laura M. McCarthy (admitted pro hac)

Morgan, Lewis & Bockius LLP
One Federal Street
Boston, MA 02110
Telephone: 617-341-7700
Facsimile: 617-341-7701
sandra.vrejan@morganlewis.com
laura.mccarthy@morganlewis.com

*Attorneys for the Buyers*

</div>
<div>

**WALLER LANSDEN DORTCH & DAVIS, LLP**

By: /s/ Blake D. Roth
Ryan K. Cochran (Federal ID No. 3438844)
Blake D. Roth (Federal ID No. 2666808)
Tyler N. Layne (Federal ID No. 2639086)
Courtney K. Stone (Texas Bar No. 24093208)
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Ryan.Cochran@wallerlaw.com
Blake.Roth@wallerlaw.com
Tyler.Layne@wallerlaw.com
Courtney.Stone@wallerlaw.com

-and-

Andrea R. Cunha (Texas Bar No. 20497072)
Evan J. Atkinson (Texas Bar No. 24091844)
100 Congress Avenue, Suite 1800
Austin, TX 78701
Telephone: (512) 685-6400
Facsimile: (512) 685-6417
Andrea.Cunha@wallerlaw.com
Evan.Atkinson@wallerlaw.com

*Attorneys for the Debtor and Debtor in Possession*

</div>
</div>

# EXHIBIT 1
## MANAGED CARE CONTRACTS AND CURE AMOUNTS

| Number | Case # | Debtor Name | Counterparty | Contract Description | Cure Amount[3] |
|---|---|---|---|---|---|
| 1 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | UnitedHealthcare | Facility Participation Agreement dated March 1, 2005, between Walker County Hospital Corporation D/B/A Huntsville Memorial Hospital and United HealthCare of Texas, Inc. and United HealthCare Insurance Company | $0 |
| 2 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Amerigroup Texas, Inc. d/b/a Amerigroup Community Care | Participating Provider Agreement dated October 14, 2013, between Walker County Hospital Corporation D/B/A Huntsville Memorial Hospital and Amerigroup Texas, Inc. d/b/a Amerigroup Community Care. | $0 |
| 3 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation | Hospital Agreement for PPO/POS Network Participation dated October 15, 2009 between Walker County Hospital Corporation D/B/A Huntsville Memorial Hospital and Blue Cross and Blue Shield of Texas, a Division of Health Care Service Corporation, as amended by ((i) Amendment 1 dated January 15, 2012; (ii) Amendment 2; (iii) Amendment 3; (iv) Amendment 4; (v) Amendment 5 dated January 1, 2016.; (vi) Amendment 6 dated January 1, 2016 | $0 |
| 4 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Blue Cross and Blue Shield of Texas | Hospital Agreement for HMO Network Participation dated October 15, 2009 between Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital and Blue Cross and Blue Shield of Texas, as amended by (i) Amendment 1 dated January 15, 2012; (ii) Amendment 2; (iii) Amendment 3; (iv) Amendment 4; (v) Amendment 5 dated January 1, 2016; (vi) Amendment 6 dated January 1, 2016 | $0 |
| 7 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Blue Cross and Blue Shield of Texas | Hospital Agreement for Blue Advantage HMO Network Participation dated April 15, 2013 between Walker County Hospital Corporation | $0 |

---

[3] All pre-closing liabilities shall pass to the Successful Bidder per the terms of this *Sixth Supplemental Notice of (I) Cure Amounts with Respect to Executory Contract and Unexpired Leases to Potentially Be Assumed and Assigned and (II) Potential Assumption and Assignment of Executory Contracts and Unexpired Leases.*

| | | | | d/b/a Huntsville Memorial Hospital and Blue Cross and Blue Shield of Texas, as amended. | |
|---|---|---|---|---|---|
| 5 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Blue Cross and Blue Shield of Texas | Hospital Agreement for Traditional Indemnity Business dated October 15, 2009 between Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital and Blue Cross and Blue Shield of Texas, as amended by: (i) Amendment 1 dated January 15, 2012; (ii) [Amendment 2]; (iii) [Amendment 3]; (iv) [Amendment 4]; (v) Amendment 5 dated January 1, 2016. | $0 |
| 6 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Blue Cross and Blue Shield of Texas. | Settlement Agreement between Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital and Blue Cross and Blue Shield of Texas. | $0 |
| 7 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Texas Children's Health Plan, Inc. | Hospital Services Agreement dated January 1, 2005 between Walker County Hospital Corporation D/B/A Huntsville Memorial Hospital and Texas Children's Health Plan, Inc., as amended by: (i) Amendment dated October 1, 2011; (ii) Amendment dated July 1, 2012; (iii) Amendment dated September 1, 2015. | $0 |
| 8 | 19-36300 | Walker County Hospital Corporation d/b/a Huntsville Memorial Hospital | Texas Children's Health Plan, Inc. | Professional Services Agreement dated August 1, 2011 between Walker County Hospital Corporation D/B/A Huntsville Memorial Hospital and Texas Children's Health Plan, Inc. | $0 |